

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

May 12, 2008

**BY HAND**

The Honorable George A. Yanthis
United States Magistrate Judge
Southern District of New York
300 Quarropas Street
New York, New York 10601



Dear Judge Yanthis:

    The Government writes to ask the Court to unseal Indictment 08 Cr. 404. (SCR)

        Respectfully submitted,

        MICHAEL J. GARCIA
        United States Attorney

By: John P. Collins, Jr.
    Assistant United States Attorney
    (914) 993-1919

Approved;
SO ORDERED: _____  5/13/08
Hon. George A. Yanthis
United States Magistrate Judge.