CR 12 (Rev. 6/82)

**WARRANT FOR ARREST**

UNDER SEAL

# United States District Court

**DISTRICT**

SOUTHERN DISTRICT OF NEW YORK

| UNITED STATES OF AMERICA<br><br>v.<br><br>JAMES CURLEY, a/k/a "Jim Harris" | DOCKET NO. | MAGISTRATE'S CASE NO. |
|---|---|---|
| | **08 CRIM. 0404** | |
| | JAMES CURLEY, a/k/a "Jim Harris" | |

**WARRANT ISSUED ON THE BASIS OF:** ☐ Order of Court   X Indictment   ☐ Information   ☐ Complaint

**DISTRICT OF ARREST**

**TO:** ANY AUTHORIZED FEDERAL LAW ENFORCEMENT OFFICER

**CITY**

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the United States District Court to answer to the charge(s) listed below.

**DESCRIPTION OF CHARGES**

Stalking
Interstate Violation of a Protection Order

| IN VIOLATION OF | UNITED STATES CODE TITLE<br>18 | SECTION<br>2261A(1) & (2)(A); 2262(a)(1); 2 |
|---|---|---|

**BAIL**   **OTHER CONDITIONS OF RELEASE**

**ORDERED BY**
The Honorable Mark D. Fox

**SIGNATURE (FEDERAL JUDGE/U.S. MAGISTRATE)**

**DATE ORDERED** 5-8-08

**CLERK OF COURT**

**(BY) DEPUTY CLERK** E. Mo[...]

**DATE ISSUED** 5/8/08

**RETURN**

This warrant was received and executed with the arrest of the above-named person.

**DATE RECEIVED** 5/8/08
**DATE EXECUTED** 5/12/08

**NAME AND TITLE OF ARRESTING OFFICER**
Special Agent/FBI
Timothy Lauzon

**SIGNATURE OF ARRESTING OFFICER**

Note: The arresting officer is directed to serve the attached copy of the charge on the defendant at the time this warrant is executed.