UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
UNITED STATES OF AMERICA

- against -

JAMES CURLEY,
    a/k/a "Jim Harris"

                        Defendant.
-------------------------------------------------------x

08 CR 0404

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that I, Michael K. Burke, Esq. of Burke, Miele & Golden, LLP, hereby appears as counsel for JAMES CURLEY, defendant in this action, and that all future correspondence and papers in connection with this action are to be directed to me at the address indicated below.

Dated: May 15, 2008
       Goshen, New York

Michael K. Burke, Esq. (7554)
Burke, Miele & Golden, LLP
*Attorneys for Defendant*
30 Matthews Street, Suite 303A
Post Office Box 216
Goshen, New York 10924
(845) 294-4080