**U.S. Department of Justice**



*United States Attorney*
*Southern District of New York*

---

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

July 8, 2008

**BY HAND**

The Honorable Stephen C. Robinson
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

      Re:    United States v. James Curley,
               08 Cr. 404 (SCR)

Dear Judge Robinson:

      With the consent of defense counsel, the Government respectfully requests that the time from July 8, 2008 through July 24, 2008, the date of the rescheduled conference, be excluded from the speedy trial calendar based on a finding that the ends of justice served by the continuance outweigh the best interests of the public and the defendants in a speedy trial under 18 U.S.C. § 3161(h)(8)(A). The Government is currently responding to discovery requests made by the defendant.

                            Respectfully submitted,

                            MICHAEL J. GARCIA
                            United States Attorney

             By:    _/s/ John P. Collins, Jr_
                        John P. Collins, Jr
                        Assistant United States Attorney
                        (914) 993-1919

cc:    Michael Burke, Esq. (by facsimile)

SO ORDERED:

_/s/ Stephen C. Robinson_   7/8/08
Hon. Stephen C. Robinson
United States District Judge