

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

July 21, 2008

**BY HAND**

The Honorable Stephen C. Robinson
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

**MEMO ENDORSED**

Re:   United States v. James Curley, 08 Cr. 404 (SCR)

Dear Judge Robinson:

With the consent of defense counsel, the Government respectfully requests that the time from July 24, 2008 through August 6, 2008, the date of the rescheduled conference, be excluded from the speedy trial calendar based on a finding that the ends of justice served by the continuance outweigh the best interests of the public and the defendants in a speedy trial under 18 U.S.C. § 3161(h)(8)(A). The Government is currently responding to discovery requests made by the defendant and is in the process of continuing to provide discovery to the defendant.

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By: _____
John P. Collins, Jr
Assistant United States Attorney
(914) 993-1919

*[Handwritten: Time from 7/24/08 to 8/6/08 is excluded from the Speedy Trial Act calculation as the interests of justice and for the reasons set forth above]*

cc:   Michael Burke, Esq. (by facsimile)

SO ORDERED:
_____
Hon. Stephen C. Robinson   7/22/08
United States District Judge