UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

UNITED STATES OF AMERICA

    -against-

JAMES CURLEY,

        Defendant.
------------------------------------------------------------x

08 CR 0404 (SCR)

DEFENDANT'S PRE-TRIAL MOTIONS

   PLEASE TAKE NOTICE, that upon the annexed affidavit of Michael K. Burke and accompanying memorandum of law, the defendant James Curley, by his attorneys Burke, Miele & Golden, LLP, respectfully moves this Court for an Order dismissing the indictment, or in the alternative, granting him a Bill of Particulars specifying particularly the conduct, time and parties involved in the crimes that the indictment alleges against him, granting a motion to compel discovery and his motion to suppress evidence.

Dated: October 10, 2008
   Goshen, New York

                    _____
                    Michael K. Burke, Esq. (7554)
                    Burke, Miele & Golden, LLP
                    *Attorneys for Defendant Curley*
                    40 Matthews Street, Suite 209
                    Post Office Box 216
                    Goshen, New York 10924
                    (845) 294-4080

To:	Assistant United States Attorney Kathryn Martin
	United States Attorney's Office
	United States Courthouse
	300 Quarropas Street
	White Plains, New York 10601
	(914) 993-1900