| | |
|---|---|
| 9/16/2006 13:46 POSITION | N @ 0 Mhp - 268 Old Hook Rd, Westwood, NJ 7675 - BAT 100 % - - GPS 3D |
| 9/16/2006 13:35 STATUS | BAT 100 % - |
| 9/16/2006 12:34 STATUS | BAT 100 % - |
| | WNW @ 0 Mhp - 252 Old Hook Rd, Westwood, NJ 7675 - BAT 100 % - - GPS 3D |
| 9/16/2006 11:05 POSITION | |
| 9/16/2006 10:45 STATUS | BAT 100 % - |
| 9/16/2006 9:44 STATUS | BAT 100 % - |
| 9/16/2006 8:43 STATUS | BAT 100 % - |
| 9/16/2006 7:43 STATUS | BAT 100 % - |
| 9/16/2006 6:42 STATUS | BAT 100 % - |
| 9/16/2006 5:41 STATUS | BAT 100 % - |
| 9/16/2006 4:41 STATUS | BAT 100 % - |
| 9/16/2006 3:40 STATUS | BAT 100 % - |
| 9/16/2006 2:39 STATUS | BAT 100 % - |
| 9/16/2006 1:39 STATUS | BAT 100 % - |
| 9/16/2006 0:38 STATUS | BAT 100 % - |
| 9/15/2006 23:37 STATUS | BAT 100 % - |
| 9/15/2006 22:37 STATUS | NNE @ 0 Mhp - 268 Old Hook Rd, Westwood, NJ 7675 - BAT 100 % - - GPS 3D |
| 9/15/2006 21:08 POSITION | N @ 0 Mhp - 268 Old Hook Rd, Westwood, NJ 7675 - BAT 100 % - - GPS 3D |
| 9/15/2006 20:36 POSITION | N @ 0 Mhp - 134 Southerland Dr, Paramus, NJ 7652 - BAT 100 % - GPS 3D |
| 9/15/2006 20:05 POSITION | ESE @ 0 Mhp - 144 Southerland Dr, Paramus, NJ 7652 - BAT 100 % - - GPS 3D |
| 9/15/2006 19:16 POSITION | N @ 0 Mhp - 154 Southerland Dr, Paramus, NJ 7652 - BAT 100 % - - GPS 3D |
| 9/15/2006 18:43 POSITION | N @ 0 Mhp - 134 Southerland Dr, Paramus, NJ 7652 - BAT 100 % - - GPS 3D |
| 9/15/2006 18:11 POSITION | N @ 0 Mhp - 264 Old Hook Rd, Westwood, NJ 7675 - BAT 100 % - - GPS 3D |
| 9/15/2006 17:39 POSITION | BAT 100 % - |
| 9/15/2006 16:45 STATUS | BAT 100 % - |
| 9/15/2006 15:44 STATUS | BAT 100 % - |
| 9/15/2006 14:43 STATUS | BAT 100 % - |
| 9/15/2006 13:43 STATUS | BAT 100 % - |
| 9/15/2006 12:42 STATUS | |
| 9/15/2006 11:13 POSITION | N @ 0 Mhp - 264 Old Hook Rd, Westwood, NJ 7675 - BAT 100 % - - GPS 3D |

000051

| | |
|---|---|
| 9/17/2006 13:16 POSITION | NNE @ 0 Mhp - 275 State Highway 59, West Nyack, NY 10994 - BAT 100 % - - GPS 3D |
| 9/17/2006 12:45 POSITION | N @ 0 Mhp - 303 State Highway 59, West Nyack, NY 10994 - BAT 100 % - - GPS 3D |
| 9/17/2006 12:12 POSITION | N @ 0 Mhp - 16 Smith St, Nanuet, NY 10954 - BAT 100 % - - GPS 3D |
| 9/17/2006 10:28 POSITION | NNE @ 56 Mhp - Garden State Pky, Bergen County, NJ - BAT 100 % - - GPS 3D |
| 9/17/2006 9:55 POSITION | N @ 0 Mhp - 264 Old Hook Rd, Westwood, NJ 7675 - BAT 100 % - - GPS 3D |
| 9/17/2006 9:28 STATUS | BAT 100 % - |
| 9/17/2006 8:28 STATUS | BAT 100 % - |
| 9/17/2006 7:27 STATUS | BAT 100 % - |
| 9/17/2006 6:26 STATUS | BAT 100 % - |
| 9/17/2006 5:26 STATUS | BAT 100 % - |
| 9/17/2006 4:25 STATUS | BAT 100 % - |
| 9/17/2006 3:24 STATUS | BAT 100 % - |
| 9/17/2006 2:24 STATUS | BAT 100 % - |
| 9/17/2006 1:23 STATUS | BAT 100 % - |
| 9/17/2006 0:22 STATUS | BAT 100 % - |
| 9/16/2006 23:22 STATUS | BAT 100 % - |
| 9/16/2006 22:21 STATUS | BAT 100 % - |
| 9/16/2006 21:21 STATUS | BAT 100 % - |
| 9/16/2006 19:52 POSITION | NNE @ 0 Mhp - 266 Old Hook Rd, Westwood, NJ 7675 - BAT 100 % - - GPS 3D |
| 9/16/2006 19:20 POSITION | SSE @ 27 Mhp - Garden State Pky, Bergen County, NJ - BAT 100 % - - GPS 3D |
| 9/16/2006 18:41 STATUS | BAT 100 % - |
| 9/16/2006 17:12 POSITION | N @ 0 Mhp - 362 Cardinal Pl, Paramus, NJ 7652 - BAT 100 % - - GPS 3D |
| 9/16/2006 16:40 POSITION | SSE @ 27 Mhp - State Rt 17, Paramus, NJ 7652 - BAT 100 % - - GPS 3D |
| 9/16/2006 16:04 POSITION | N @ 0 Mhp - Old Hook Rd, Bergen County, NJ - BAT 100 % - - GPS 3D |
| 9/16/2006 15:32 POSITION | N @ 0 Mhp - 100 Old Hook Rd, Harrington Park, NJ 7640 - BAT 100 % - - GPS 3D |
| 9/16/2006 15:01 POSITION | N @ 0 Mhp - Old Hook Rd, Bergen County, NJ - BAT 100 % - - GPS 3D |
| 9/16/2006 14:17 POSITION | N @ 0 Mhp - 102 Old Hook Rd, Harrington Park, NJ 7640 - BAT 100 % - - GPS 3D |

000052

9/18/2006 4:07 POSITION       N @ 0 Mhp – 9 Beechwood Rd, Suffern, NY
9/18/2006 3:09 STATUS         10901 - BAT 100 % - - GPS 3D
                              BAT 100 % -
9/18/2006 1:40 POSITION       N @ 0 Mhp - 28 Maplewood Blvd, Suffern,
                              NY 10901 - BAT 100 % - - GPS 3D
                              cb_express@yahoo.com - YXTHSM A speed
                              violation has occurred for your vehicle
                              named Edward Holland. The vehicle speed
                              was 67 and the notification limit was set to
9/18/2006 1:21 NOTIFICATION   65.
                              N @ 0 Mhp - 8 Valley View Ter, Suffern, NY
9/18/2006 0:54 POSITION       10901 - BAT 100 % - - GPS 3D
                              cb_express@yahoo.com - YXTHSM A speed
                              violation has occurred for your vehicle
                              named Edward Holland. The vehicle speed
                              was 67 and the notification limit was set to
9/18/2006 0:50 NOTIFICATION   65.
                              N @ 0 Mhp - 30 Maplewood Blvd, Suffern,
9/18/2006 0:21 POSITION       NY 10901 - BAT 100 % - - GPS 3D
                              S @ 0 Mhp - 9 Beechwood Rd, Suffern, NY
9/17/2006 23:32 POSITION      10901 - BAT 100 % - - GPS 3D
                              N @ 0 Mhp - 30 Maplewood Blvd, Suffern,
9/17/2006 22:59 POSITION      NY 10901 - BAT 100 % - - GPS 3D
                              N @ 0 Mhp - 9 Beechwood Rd, Suffern, NY
9/17/2006 22:25 POSITION      10901 - BAT 100 % - - GPS 3D
                              N @ 0 Mhp - 11 Beechwood Rd, Suffern, NY
9/17/2006 21:39 POSITION      10901 - BAT 100 % - - GPS 3D
                              N @ 0 Mhp - 30 Maplewood Blvd, Suffern,
9/17/2006 21:06 POSITION      NY 10901 - BAT 100 % - - GPS 3D
                              N @ 0 Mhp - 30 Maplewood Blvd, Suffern,
9/17/2006 20:21 POSITION      NY 10901 - BAT 100 % - - GPS 3D
                              N @ 0 Mhp - 30 Maplewood Blvd, Suffern,
9/17/2006 19:48 POSITION      NY 10901 - BAT 100 % - - GPS 3D
                              N @ 0 Mhp - 9 Beechwood Rd, Suffern, NY
9/17/2006 19:11 POSITION      10901 - BAT 100 % - - GPS 3D
                              W @ 29 Mhp - 911 E Glen Ave, Bergen
9/17/2006 18:40 POSITION      County, NJ 7676 - BAT 100 % - - GPS 3D
                              NNW @ 0 Mhp - 173 Westwood Blvd,
                              Westwood, NJ 7675 - BAT 100 % - - GPS
9/17/2006 18:04 POSITION      3D

                              NNE @ 36 Mhp - 323 Pascack Rd, Bergen
9/17/2006 17:33 POSITION      County, NJ 7676 - BAT 100 % - - GPS 3D

                              N @ 0 Mhp - 279 State Highway 59, West
9/17/2006 17:00 POSITION      Nyack, NY 10994 - BAT 100 % - - GPS 3D
9/17/2006 16:46 STATUS        BAT 100 % -
9/17/2006 15:46 STATUS        BAT 100 % -
9/17/2006 14:45 STATUS        BAT 100 % -

000053

| | |
|---|---|
| 9/19/2006 7:22 POSITION | NW @ 0 Mhp - Hudson St, Westwood, NJ 7675 - BAT 100 % - - GPS 3D |
| 9/19/2006 6:49 POSITION | N @ 0 Mhp - 264 Old Hook Rd, Westwood, NJ 7675 - BAT 100 % - - GPS 3D |
| 9/19/2006 5:59 POSITION | N @ 0 Mhp - 264 Old Hook Rd, Westwood, NJ 7675 - BAT 100 % - - GPS 3D |
| 9/19/2006 4:51 POSITION | N @ 0 Mhp - 268 Old Hook Rd, Westwood, NJ 7675 - BAT 100 % - - GPS 3D |
| 9/19/2006 4:20 POSITION | W @ 27 Mhp - 61 United States Highway 202, Mahwah, NY 7430 - BAT 100 % - - GPS 3D |
| 9/19/2006 3:27 STATUS | BAT 100 % - |
| 9/19/2006 2:26 STATUS | BAT 100 % - |
| 9/19/2006 1:26 STATUS | BAT 100 % - |
| 9/18/2006 23:57 POSITION | N @ 0 Mhp - 9 Beechwood Rd, Suffern, NY 10901 - BAT 100 % - - GPS 3D |
| 9/18/2006 23:51 STATUS | BAT 100 % - |
| 9/18/2006 22:50 STATUS | BAT 100 % - |
| 9/18/2006 21:22 POSITION | N @ 0 Mhp - 29 Maplewood Blvd, Suffern, NY 10901 - BAT 100 % - - GPS 3D |
| 9/18/2006 20:48 POSITION | WNW @ 45 Mhp - Old Hook Rd, Westwood, NJ 7675 - BAT 100 % - - GPS 3D |
| 9/18/2006 20:07 STATUS | BAT 100 % - |
| 9/18/2006 19:06 STATUS | BAT 100 % - |
| 9/18/2006 18:06 STATUS | BAT 100 % - |
| 9/18/2006 17:05 STATUS | BAT 100 % - |
| 9/18/2006 16:04 STATUS | BAT 100 % - |
| 9/18/2006 15:04 STATUS | BAT 100 % - |
| 9/18/2006 14:03 STATUS | BAT 100 % - |
| 9/18/2006 13:02 STATUS | BAT 100 % - |
| 9/18/2006 12:02 STATUS | BAT 100 % - |
| 9/18/2006 11:01 STATUS | BAT 100 % - |
| 9/18/2006 10:00 STATUS | BAT 100 % - |
| 9/18/2006 9:00 STATUS | BAT 100 % - |
| 9/18/2006 7:59 STATUS | BAT 100 % - |
| 9/18/2006 6:30 POSITION | N @ 0 Mhp - 264 Old Hook Rd, Westwood, NJ 7675 - BAT 100 % - - GPS 3D |
| 9/18/2006 5:52 POSITION | N @ 0 Mhp - 262 Old Hook Rd, Westwood, NJ 7675 - BAT 100 % - - GPS 3D |
| 9/18/2006 5:21 POSITION | SW @ 0 Mhp - 262 Old Hook Rd, Westwood, NJ 7675 - BAT 100 % - - GPS 3D |
| 9/18/2006 4:50 POSITION | SSE @ 67 Mhp - Island Rd, Bergen County, NJ - BAT 100 % - - GPS 3D |

| Date/Time | Entry |
|---|---|
| 9/20/2006 13:01 STATUS | BAT 100 % - |
| 9/20/2006 12:01 STATUS | BAT 100 % - |
| 9/20/2006 11:00 STATUS | BAT 100 % - |
| 9/20/2006 10:00 STATUS | BAT 100 % - |
| 9/20/2006 8:31 POSITION | N @ 0 Mhp - 1 Hudson St, Westwood, NJ 7675 - BAT 100 % - - GPS 3D |
| 9/20/2006 7:58 STATUS | BAT 100 % - |
| 9/20/2006 7:22 POSITION | N @ 0 Mhp - 9 Cragmere Rd, Suffern, NY 10901 - BAT 100 % - - GPS 3D |
| 9/20/2006 6:37 STATUS | BAT 100 % - |
| 9/20/2006 5:36 STATUS | BAT 100 % - |
| 9/20/2006 4:07 POSITION | N @ 0 Mhp - 3 Madison Hill Rd, Suffern, NY 10901 - BAT 100 % - - GPS 3D |
| 9/20/2006 3:42 STATUS | BAT 100 % - |
| 9/20/2006 2:42 STATUS | BAT 100 % - |
| 9/20/2006 1:41 STATUS | BAT 100 % - |
| 9/20/2006 0:40 STATUS | BAT 100 % - |
| 9/19/2006 23:40 STATUS | BAT 100 % - |
| 9/19/2006 22:39 STATUS | BAT 100 % - |
| 9/19/2006 21:39 STATUS | BAT 100 % - |
| 9/19/2006 20:38 STATUS | BAT 100 % - |
| 9/19/2006 19:37 STATUS | BAT 100 % - |
| 9/19/2006 18:37 STATUS | BAT 100 % - |
| 9/19/2006 17:36 STATUS | N @ 0 Mhp - 5 Madison Hill Rd, Suffern, NY 10901 - BAT 100 % - - GPS 3D |
| 9/19/2006 16:08 POSITION | WSW @ 0 Mhp - 3 Madison Hill Rd, Suffern, NY 10901 - BAT 100 % - - GPS 3D |
| 9/19/2006 15:34 POSITION | SSE @ 0 Mhp - 326 Pascack Rd, Bergen County, NJ 7676 - BAT 100 % - - GPS 3D |
| 9/19/2006 15:02 POSITION | SSW @ 4 Mhp - 1 Hudson St, Westwood, NJ 7675 - BAT 100 % - - GPS 3D |
| 9/19/2006 14:29 POSITION | BAT 100 % - |
| 9/19/2006 13:32 STATUS | BAT 100 % - |
| 9/19/2006 12:31 STATUS | N @ 0 Mhp - 264 Old Hook Rd, Westwood, NJ 7675 - BAT 100 % - - GPS 3D |
| 9/19/2006 11:03 POSITION | WNW @ 0 Mhp - 1 Hudson St, Westwood, NJ 7675 - BAT 100 % - - GPS 3D |
| 9/19/2006 10:23 POSITION | E @ 0 Mhp - 1 Hudson St, Westwood, NJ 7675 - BAT 100 % - - GPS 3D |
| 9/19/2006 8:59 POSITION | WNW @ 0 Mhp - 1 Hudson St, Westwood, NJ 7675 - BAT 100 % - - GPS 3D |
| 9/19/2006 8:28 POSITION | ESE @ 0 Mhp - 264 Old Hook Rd, Westwood, NJ 7675 - BAT 100 % - - GPS 3D |
| 9/19/2006 7:54 POSITION | |

000055

| | |
|---|---|
| | N @ 0 Mhp - 146 Prospect St, Nanuet, NY 10954 - BAT 100 % - - GPS 3D |
| 9/21/2006 13:50 POSITION | N @ 0 Mhp - William Ave, Rockland County, |
| 9/21/2006 13:18 POSITION | NY - BAT 100 % - - GPS 3D |
| | NNW @ 0 Mhp - 4 Prospect St, Nanuet, NY |
| 9/21/2006 12:39 POSITION | 10954 - BAT 100 % - - GPS 3D |
| | N @ 0 Mhp - 331 Kinderkamack Rd, |
| | Westwood, NJ 7675 - BAT 100 % - - GPS |
| 9/21/2006 12:07 POSITION | 3D |
| 9/21/2006 12:03 STATUS | BAT 100 % - |
| 9/21/2006 11:02 STATUS | BAT 100 % - |
| | |
| | N @ 0 Mhp - 268 Old Hook Rd, Westwood, |
| 9/21/2006 9:33 POSITION | NJ 7675 - BAT 100 % - - GPS 3D |
| | |
| | S @ 0 Mhp - 268 Old Hook Rd, Westwood, |
| 9/21/2006 8:54 POSITION | NJ 7675 - BAT 100 % - - GPS 3D |
| | SW @ 0 Mhp - Madison Ave, Bergen |
| 9/21/2006 8:22 POSITION | County, NJ - BAT 100 % - - GPS 3D |
| | N @ 0 Mhp - 3 Madison Hill Rd, Suffern, NY |
| 9/21/2006 7:47 POSITION | 10901 - BAT 100 % - - GPS 3D |
| | N @ 0 Mhp - 3 Madison Hill Rd, Suffern, NY |
| 9/21/2006 7:15 POSITION | 10901 - BAT 100 % - - GPS 3D |
| | N @ 0 Mhp - 5 Madison Hill Rd, Suffern, NY |
| 9/21/2006 6:39 POSITION | 10901 - BAT 100 % - - GPS 3D |
| | N @ 0 Mhp - 3 Madison Hill Rd, Suffern, NY |
| 9/21/2006 6:06 POSITION | 10901 - BAT 100 % - - GPS 3D |
| 9/21/2006 5:32 STATUS | BAT 100 % - |
| 9/21/2006 4:31 STATUS | BAT 100 % - |
| 9/21/2006 3:31 STATUS | BAT 100 % - |
| 9/21/2006 2:30 STATUS | BAT 100 % - |
| 9/21/2006 1:29 STATUS | BAT 100 % - |
| 9/21/2006 0:29 STATUS | BAT 100 % - |
| 9/20/2006 23:28 STATUS | BAT 100 % - |
| 9/20/2006 22:28 STATUS | BAT 100 % - |
| 9/20/2006 21:27 STATUS | BAT 100 % - |
| 9/20/2006 20:26 STATUS | BAT 100 % - |
| 9/20/2006 19:26 STATUS | BAT 100 % - |
| | |
| | NW @ 0 Mhp - 3 Madison Hill Rd, Suffern, |
| 9/20/2006 17:57 POSITION | NY 10901 - BAT 100 % - - GPS 3D |
| | N @ 0 Mhp - 3 Madison Hill Rd, Suffern, NY |
| 9/20/2006 17:23 POSITION | 10901 - BAT 100 % - - GPS 3D |
| | N @ 0 Mhp - 5 Madison Hill Rd, Suffern, NY |
| 9/20/2006 16:07 POSITION | 10901 - BAT 100 % - - GPS 3D |
| | NNE @ 0 Mhp - 27 Cragmere Rd, Suffern, |
| 9/20/2006 15:35 POSITION | NY 10901 - BAT 100 % - - GPS 3D |
| | N @ 0 Mhp - Madison Ave, Bergen County, |
| 9/20/2006 15:02 POSITION | NJ - BAT 100 % - - GPS 3D |
| 9/20/2006 14:02 STATUS | BAT 100 % - |

| | |
|---|---|
| | N @ 0 Mhp - 198 State Highway 59, Suffern, NY 10901 - BAT 100 % - - GPS 3D |
| 9/22/2006 15:38 POSITION | N @ 0 Mhp - 6 Meadowbrook Ln, Suffern, NY 10901 - BAT 100 % - - GPS 3D |
| 9/22/2006 15:05 POSITION | |
| | SE @ 0 Mhp - 14 Beechwood Rd, Suffern, NY 10901 - BAT 100 % - - GPS 3D |
| 9/22/2006 14:33 POSITION | N @ 0 Mhp - 5 Meadowbrook Ln, Suffern, NY 10901 - BAT 100 % - - GPS 3D |
| 9/22/2006 13:32 POSITION | N @ 0 Mhp - 6 N Airmont Rd, Suffern, NY 10901 - BAT 100 % - - GPS 3D |
| 9/22/2006 13:01 POSITION | |
| 9/22/2006 12:44 STATUS | BAT 100 % - |
| | NNW @ 0 Mhp - 2 Madison Hill Rd, Suffern, NY 10901 - BAT 100 % - - GPS 3D |
| 9/22/2006 11:15 POSITION | E @ 0 Mhp - 3 Madison Hill Rd, Suffern, NY 10901 - BAT 100 % - - GPS 3D |
| 9/22/2006 10:32 POSITION | N @ 0 Mhp - 5 Madison Hill Rd, Suffern, NY 10901 - BAT 100 % - - GPS 3D |
| 9/22/2006 10:00 POSITION | N @ 0 Mhp - 5 Madison Hill Rd, Suffern, NY 10901 - BAT 100 % - - GPS 3D |
| 9/22/2006 9:28 POSITION | BAT 100 % - |
| 9/22/2006 9:04 STATUS | N @ 0 Mhp - 5 Madison Hill Rd, Suffern, NY 10901 - BAT 100 % - - GPS 3D |
| 9/22/2006 7:35 POSITION | N @ 0 Mhp - 3 Madison Hill Rd, Suffern, NY 10901 - BAT 100 % - - GPS 3D |
| 9/22/2006 7:02 POSITION | N @ 0 Mhp - 5 Madison Hill Rd, Suffern, NY 10901 - BAT 100 % - - GPS 3D |
| 9/22/2006 5:56 POSITION | BAT 100 % - |
| 9/22/2006 5:43 STATUS | BAT 100 % - |
| 9/22/2006 4:42 STATUS | BAT 100 % - |
| 9/22/2006 3:41 STATUS | BAT 100 % - |
| 9/22/2006 2:41 STATUS | BAT 100 % - |
| 9/22/2006 1:40 STATUS | BAT 100 % - |
| 9/22/2006 0:39 STATUS | BAT 100 % - |
| 9/21/2006 23:39 STATUS | BAT 100 % - |
| 9/21/2006 22:38 STATUS | BAT 100 % - |
| 9/21/2006 21:38 STATUS | BAT 100 % - |
| 9/21/2006 20:37 STATUS | BAT 100 % - |
| 9/21/2006 19:36 STATUS | BAT 100 % - |
| 9/21/2006 18:36 STATUS | BAT 100 % - |
| 9/21/2006 17:35 STATUS | N @ 0 Mhp - 5 Madison Hill Rd, Suffern, NY 10901 - BAT 100 % - - GPS 3D |
| 9/21/2006 16:06 POSITION | |
| | N @ 0 Mhp - 253 State Highway 59, Suffern, NY 10901 - BAT 100 % - - GPS 3D |
| 9/21/2006 15:34 POSITION | WSW @ 15 Mhp - State Highway 59, Rockland County, NY - BAT 100 % - - GPS 3D |
| 9/21/2006 15:02 POSITION | |

000057

| | |
|---|---|
| 9/23/2006 12:49 POSITION | N @ 0 Mhp - 2824 Spring Valley Market Pl, Spring Valley, NY 10977 - BAT 100 % - - GPS 3D |
| 9/23/2006 12:17 POSITION | NW @ 0 Mhp - I-87, Rockland County, NY - BAT 100 % - - GPS 3D |
| 9/23/2006 10:54 POSITION | N @ 0 Mhp - I-87, Rockland County, NY - BAT 100 % - - GPS 3D |
| 9/23/2006 10:22 POSITION | N @ 0 Mhp - I-87, Rockland County, NY - BAT 100 % - - GPS 3D |
| 9/23/2006 9:25 POSITION | N @ 0 Mhp - I-87, Rockland County, NY - BAT 100 % - - GPS 3D |
| 9/23/2006 8:53 POSITION | W @ 58 Mhp - I-87, West Nyack, NY 10994 - BAT 100 % - - GPS 3D |
| 9/23/2006 8:18 POSITION | N @ 0 Mhp - 96 Village Gate Way, Nyack, NY 10960 - BAT 100 % - - GPS 3D |
| 9/23/2006 7:43 POSITION | N @ 0 Mhp - Mountainview Ave, Rockland County, NY - BAT 100 % - - GPS 3D |
| 9/23/2006 7:12 POSITION | N @ 0 Mhp - 31 Park Ave, Suffern, NY 10901 - BAT 100 % - - GPS 3D |
| 9/23/2006 6:40 POSITION | S @ 0 Mhp - 250 Old Hook Rd, Westwood, NJ 7675 - BAT 100 % - - GPS 3D |
| 9/23/2006 5:56 STATUS | BAT 100 % - |
| 9/23/2006 4:55 STATUS | BAT 100 % - |
| 9/23/2006 3:55 STATUS | BAT 100 % - |
| 9/23/2006 2:54 STATUS | BAT 100 % - |
| 9/23/2006 1:53 STATUS | BAT 100 % - |
| 9/23/2006 0:53 STATUS | BAT 100 % - |
| 9/22/2006 23:52 STATUS | BAT 100 % - |
| 9/22/2006 22:51 STATUS | BAT 100 % - |
| 9/22/2006 21:51 STATUS | BAT 100 % - |
| 9/22/2006 20:50 STATUS | BAT 100 % - |
| 9/22/2006 19:49 STATUS | BAT 100 % - |
| 9/22/2006 18:21 POSITION | SE @ 0 Mhp - 264 Old Hook Rd, Westwood, NJ 7675 - BAT 100 % - - GPS 3D |
| 9/22/2006 17:49 POSITION | SSE @ 0 Mhp - 571 Old Hook Rd, Emerson, NJ 7630 - BAT 100 % - - GPS 3D |
| 9/22/2006 17:18 POSITION | N @ 0 Mhp - 549 Old Hook Rd, Emerson, NJ 7630 - BAT 100 % - - GPS 3D |
| 9/22/2006 16:46 POSITION | N @ 0 Mhp - 611 Westwood Ave, Westwood, NJ 7675 - BAT 100 % - - GPS 3D |
| 9/22/2006 16:13 POSITION | ESE @ 20 Mhp - 5 Brookline Ave, Westwood, NJ 7675 - BAT 100 % - - GPS 3D |

| | |
|---|---|
| | N @ 0 Mhp - 154 United States Highway 9W, Nyack, NY 10960 - BAT 100 % - - GPS 3D |
| 9/24/2006 5:43 POSITION | |
| 9/24/2006 5:11 POSITION | N @ 0 Mhp - 206 5th Ave, Nyack, NY 10960 - BAT 100 % - - GPS 3D |
| 9/24/2006 4:39 STATUS | BAT 100 % - |
| 9/24/2006 4:15 STATUS | BAT 100 % - |
| 9/24/2006 3:14 STATUS | BAT 100 % - |
| 9/24/2006 2:14 STATUS | BAT 100 % - |
| 9/24/2006 1:13 STATUS | BAT 100 % - |
| 9/24/2006 0:13 STATUS | BAT 100 % - |
| 9/23/2006 23:12 STATUS | BAT 100 % - |
| | N @ 0 Mhp - 167 Westwood Blvd, Westwood, NJ 7675 - BAT 100 % - - GPS 3D |
| 9/23/2006 21:43 POSITION | |
| 9/23/2006 21:10 POSITION | SE @ 40 Mhp - 43 Avenue A, Mahwah, NJ 7430 - BAT 100 % - - GPS 3D |
| 9/23/2006 19:57 POSITION | SSW @ 0 Mhp - 6 Meadowbrook Ln, Suffern, NY 10901 - BAT 100 % - - GPS 3D |
| 9/23/2006 19:26 POSITION | S @ 0 Mhp - 8 Meadowbrook Ln, Suffern, NY 10901 - BAT 100 % - - GPS 3D |
| 9/23/2006 18:16 POSITION | N @ 0 Mhp - 9 Beechwood Rd, Suffern, NY 10901 - BAT 100 % - - GPS 3D |
| 9/23/2006 17:43 POSITION | SSW @ 0 Mhp - 30 Maplewood Blvd, Suffern, NY 10901 - BAT 100 % - - GPS 3D |
| 9/23/2006 17:11 POSITION | N @ 0 Mhp - 14 Meadowbrook Ln, Suffern, NY 10901 - BAT 100 % - - GPS 3D |
| 9/23/2006 16:39 POSITION | N @ 45 Mhp - State Route 17, Bergen County, NJ - BAT 100 % - - GPS 3D |
| 9/23/2006 15:49 POSITION | N @ 0 Mhp - 117 Pleasant Ave, Saddle River, NJ 7458 - BAT 100 % - - GPS 3D |
| 9/23/2006 15:18 POSITION | N @ 0 Mhp - 117 Pleasant Ave, Saddle River, NJ 7458 - BAT 100 % - - GPS 3D |
| 9/23/2006 14:46 NOTIFICATION | System - YXTHSM Your vehicle named Edward Holland is running low on the SMS messages left. Only 10 messages are left available. |
| 9/23/2006 14:46 POSITION | S @ 33 Mhp - I-87, Rockland County, NY - BAT 100 % - - GPS 3D |
| 9/23/2006 14:12 POSITION | SSW @ 0 Mhp - 85 Overlook Blvd, Nanuet, NY 10954 - BAT 100 % - - GPS 3D |
| 9/23/2006 13:41 POSITION | N @ 0 Mhp - 2234 Spring Valley Market Pl, Spring Valley, NY 10977 - BAT 100 % - - GPS 3D |

| | |
|---|---|
| 9/25/2006 18:44 POSITION | N @ 0 Mhp - 85 Bergenline Ave, Westwood, NJ 7675 - BAT 100 % - - GPS 3D |
| 9/25/2006 18:15 STATUS | BAT 100 % - |
| 9/25/2006 17:15 STATUS | BAT 100 % - |
| 9/25/2006 16:14 STATUS | BAT 100 % - |
| 9/25/2006 15:14 STATUS | BAT 100 % - |
| 9/25/2006 14:13 STATUS | BAT 100 % - |
| 9/25/2006 13:12 STATUS | BAT 100 % - |
| 9/25/2006 12:12 STATUS | BAT 100 % - |
| 9/25/2006 11:11 STATUS | BAT 100 % - |
| 9/25/2006 10:11 STATUS | BAT 100 % - |
| 9/25/2006 8:42 POSITION | N @ 0 Mhp - Pleasant Ave, Westwood, NJ 7675 - BAT 100 % - - GPS 3D |
| 9/25/2006 8:17 STATUS | BAT 100 % - |
| 9/25/2006 7:17 STATUS | BAT 100 % - |
| 9/25/2006 6:16 STATUS | BAT 100 % - |
| 9/25/2006 5:16 STATUS | BAT 100 % - |
| 9/25/2006 3:14 STATUS | BAT 100 % - |
| 9/25/2006 2:14 STATUS | BAT 100 % - |
| 9/25/2006 1:13 STATUS | BAT 100 % - |
| 9/25/2006 0:12 STATUS | BAT 100 % - |
| 9/24/2006 23:12 STATUS | BAT 100 % - |
| 9/24/2006 22:11 STATUS | BAT 100 % - |
| 9/24/2006 21:10 STATUS | SW @ 0 Mhp - Pleasant Ave, Westwood, NJ 7675 - BAT 100 % - - GPS 3D |
| 9/24/2006 19:42 POSITION | BAT 100 % - |
| 9/24/2006 19:07 STATUS | S @ 0 Mhp - 224 State Highway 59, Suffern, NY 10901 - BAT 100 % - - GPS 3D |
| 9/24/2006 18:31 POSITION | N @ 0 Mhp - 234 State Highway 59, Suffern, NY 10901 - BAT 100 % - - GPS 3D |
| 9/24/2006 18:00 POSITION | SE @ 4 Mhp - United States Highway 9W, Rockland County, NY - BAT 100 % - - GPS 3D |
| 9/24/2006 17:28 POSITION | BAT 100 % - |
| 9/24/2006 16:36 STATUS | BAT 100 % - |
| 9/24/2006 15:35 STATUS | E @ 0 Mhp - 209 5th Ave, Nyack, NY 10960 - BAT 100 % - - GPS 3D |
| 9/24/2006 14:06 POSITION | BAT 100 % - |
| 9/24/2006 13:16 STATUS | BAT 100 % - |
| 9/24/2006 12:16 STATUS | BAT 100 % - |
| 9/24/2006 11:15 STATUS | BAT 100 % - |
| 9/24/2006 10:14 STATUS | BAT 100 % - |
| 9/24/2006 9:13 STATUS | BAT 100 % - |
| 9/24/2006 8:13 STATUS | BAT 100 % - |
| 9/24/2006 7:12 STATUS | BAT 100 % - |

| | |
|---|---|
| | N @ 0 Mhp - 5 Madison Hill Rd, Suffern, NY |
| 9/26/2006 19:23 POSITION | 10901 - BAT 100 % - - GPS 3D |
| | N @ 0 Mhp - 3 Madison Hill Rd, Suffern, NY |
| 9/26/2006 18:46 POSITION | 10901 - BAT 100 % - - GPS 3D |
| | |
| | NNW @ 0 Mhp - 7 Meadowbrook Ln, |
| 9/26/2006 18:15 POSITION | Suffern, NY 10901 - BAT 100 % - - GPS 3D |
| | N @ 0 Mhp - 7 Meadowbrook Ln, Suffern, |
| 9/26/2006 17:12 POSITION | NY 10901 - BAT 100 % - - GPS 3D |
| | |
| | N @ 0 Mhp - 1348 State Route 17, Ramsey, |
| 9/26/2006 16:40 POSITION | NJ 7446 - BAT 100 % - - GPS 3D |
| | N @ 0 Mhp - 37 Campbell Ave, Suffern, NY |
| 9/26/2006 16:06 POSITION | 10901 - BAT 100 % - - GPS 3D |
| | NW @ 33 Mhp - Broadway, Bergen County, |
| 9/26/2006 15:33 POSITION | NJ - BAT 100 % - - GPS 3D |
| 9/26/2006 14:52 STATUS | BAT 100 % - |
| 9/26/2006 13:52 STATUS | BAT 100 % - |
| 9/26/2006 12:51 STATUS | BAT 100 % - |
| 9/26/2006 11:50 STATUS | BAT 100 % - |
| 9/26/2006 10:50 STATUS | BAT 100 % - |
| 9/26/2006 9:49 STATUS | BAT 100 % - |
| 9/26/2006 8:48 STATUS | BAT 100 % - |
| 9/26/2006 7:48 STATUS | BAT 100 % - |
| 9/26/2006 6:47 STATUS | BAT 100 % - |
| | N @ 0 Mhp - 1 Hudson St, Westwood, NJ |
| 9/26/2006 5:18 POSITION | 7675 - BAT 100 % - - GPS 3D |
| | WNW @ 13 Mhp - Fox Ln, Bergen County, |
| 9/26/2006 4:46 POSITION | NY - BAT 100 % - - GPS 3D |
| | N @ 0 Mhp - 30 Maplewood Blvd, Suffern, |
| 9/26/2006 3:40 POSITION | NY 10901 - BAT 100 % - - GPS 3D |
| | N @ 0 Mhp - 28 Maplewood Blvd, Suffern, |
| 9/26/2006 2:49 POSITION | NY 10901 - BAT 100 % - - GPS 3D |
| | N @ 0 Mhp - 11 Beechwood Rd, Suffern, NY |
| 9/26/2006 1:58 POSITION | 10901 - BAT 100 % - - GPS 3D |
| | N @ 0 Mhp - 9 Beechwood Rd, Suffern, NY |
| 9/25/2006 23:56 POSITION | 10901 - BAT 100 % - - GPS 3D |
| | N @ 0 Mhp - 10 Valley View Ter, Suffern, NY |
| 9/25/2006 23:08 POSITION | 10901 - BAT 100 % - - GPS 3D |
| | E @ 0 Mhp - 30 Maplewood Blvd, Suffern, |
| 9/25/2006 21:55 POSITION | NY 10901 - BAT 100 % - - GPS 3D |
| | W @ 0 Mhp - 105 Washington Ave, |
| 9/25/2006 21:23 POSITION | Westwood, NJ 7675 - BAT 100 % - - GPS 3D |
| 9/25/2006 20:44 STATUS | BAT 100 % - |
| | N @ 0 Mhp - 155 Westwood Blvd, |
| 9/25/2006 19:15 POSITION | Westwood, NJ 7675 - BAT 100 % - - GPS 3D |

000061

| Date/Time | Type | Details |
|---|---|---|
| 9/28/2006 4:39 | STATUS | BAT 100 % - |
| 9/28/2006 3:39 | STATUS | BAT 100 % - |
| 9/28/2006 2:38 | STATUS | BAT 100 % - |
| 9/28/2006 1:38 | STATUS | BAT 100 % - |
| 9/28/2006 0:37 | STATUS | BAT 100 % - |
| 9/27/2006 23:37 | STATUS | BAT 100 % - |
| 9/27/2006 22:36 | STATUS | BAT 100 % - |
| 9/27/2006 21:36 | STATUS | BAT 100 % - |
| 9/27/2006 20:35 | STATUS | BAT 100 % - |
| 9/27/2006 19:34 | STATUS | BAT 100 % - |
| 9/27/2006 18:34 | STATUS | BAT 100 % - |
| 9/27/2006 17:33 | STATUS | BAT 100 % - |
| 9/27/2006 16:33 | STATUS | BAT 100 % - |
| 9/27/2006 15:04 | POSITION | N @ 0 Mhp - 42 Chestnut Ave, Emerson, NJ 7630 - BAT 100 % - - GPS 3D |
| 9/27/2006 14:28 | POSITION | N @ 0 Mhp - 49 Chestnut Ave, Emerson, NJ 7630 - BAT 100 % - - GPS 3D |
| 9/27/2006 13:53 | STATUS | BAT 100 % - |
| 9/27/2006 13:17 | POSITION | N @ 0 Mhp - 633 Lafayette Ave, Westwood, NJ 7675 - BAT 100 % - - GPS 3D |
| 9/27/2006 13:09 | STATUS | BAT 100 % - |
| 9/27/2006 12:09 | STATUS | BAT 100 % - |
| 9/27/2006 11:08 | STATUS | BAT 100 % - |
| | | ESE @ 0 Mhp - 268 Old Hook Rd, Westwood, NJ 7675 - BAT 100 % - - GPS 3D |
| 9/27/2006 9:39 | POSITION | N @ 0 Mhp - 246 Old Hook Rd, Westwood, NJ 7675 - BAT 100 % - - GPS 3D |
| 9/27/2006 9:08 | POSITION | NNE @ 0 Mhp - 226 State Highway 59, Suffern, NY 10901 - BAT 100 % - - GPS 3D |
| 9/27/2006 8:35 | POSITION | N @ 0 Mhp - 3 Madison Hill Rd, Suffern, NY 10901 - BAT 100 % - - GPS 3D |
| 9/27/2006 8:04 | POSITION | N @ 0 Mhp - 23 Cragmere Rd, Suffern, NY 10901 - BAT 100 % - - GPS 3D |
| 9/27/2006 7:28 | POSITION | BAT 100 % - |
| 9/27/2006 6:49 | STATUS | BAT 100 % - |
| 9/27/2006 5:49 | STATUS | BAT 100 % - |
| 9/27/2006 4:48 | STATUS | BAT 100 % - |
| 9/27/2006 3:47 | STATUS | BAT 100 % - |
| 9/27/2006 2:47 | STATUS | BAT 100 % - |
| 9/27/2006 1:46 | STATUS | BAT 100 % - |
| 9/27/2006 0:46 | STATUS | BAT 100 % - |
| 9/26/2006 23:45 | STATUS | N @ 0 Mhp - 3 Madison Hill Rd, Suffern, NY 10901 - BAT 100 % - - GPS 3D |
| 9/26/2006 22:16 | POSITION | BAT 100 % - |
| 9/26/2006 21:23 | STATUS | N @ 0 Mhp - 3 Madison Hill Rd, Suffern, NY 10901 - BAT 100 % - - GPS 3D |
| 9/26/2006 19:55 | POSITION | |

| Date/Time | Type | Data |
|---|---|---|
| 9/30/2006 5:45 | STATUS | BAT 100 % - |
| 9/30/2006 4:44 | STATUS | BAT 100 % - |
| 9/30/2006 3:43 | STATUS | BAT 100 % - |
| 9/30/2006 2:43 | STATUS | BAT 100 % - |
| 9/30/2006 1:42 | STATUS | BAT 100 % - |
| 9/30/2006 0:42 | STATUS | BAT 100 % - |
| 9/29/2006 23:41 | STATUS | BAT 100 % - |
| 9/29/2006 22:41 | STATUS | BAT 100 % - |
| 9/29/2006 21:40 | STATUS | BAT 100 % - |
| 9/29/2006 20:39 | STATUS | BAT 100 % - |
| 9/29/2006 19:39 | STATUS | BAT 100 % - |
| 9/29/2006 18:38 | STATUS | BAT 100 % - |
| 9/29/2006 17:37 | STATUS | BAT 100 % - |
| 9/29/2006 16:37 | STATUS | N @ 0 Mhp - 42 Chestnut Ave, Emerson, NJ 7630 - BAT 100 % - - GPS 3D |
| 9/29/2006 15:08 | POSITION | BAT 100 % - |
| 9/29/2006 14:12 | STATUS | BAT 100 % - |
| 9/29/2006 13:12 | STATUS | BAT 100 % - |
| 9/29/2006 12:11 | STATUS | N @ 0 Mhp - 42 Chestnut Ave, Emerson, NJ 7630 - BAT 100 % - - GPS 3D |
| 9/29/2006 10:43 | POSITION | BAT 100 % - |
| 9/29/2006 9:55 | STATUS | BAT 100 % - |
| 9/29/2006 8:54 | STATUS | BAT 100 % - |
| 9/29/2006 7:53 | STATUS | BAT 100 % - |
| 9/29/2006 6:53 | STATUS | BAT 100 % - |
| 9/29/2006 5:52 | STATUS | BAT 100 % - |
| 9/29/2006 4:52 | STATUS | BAT 100 % - |
| 9/29/2006 3:51 | STATUS | BAT 100 % - |
| 9/29/2006 2:51 | STATUS | BAT 100 % - |
| 9/29/2006 1:50 | STATUS | BAT 100 % - |
| 9/29/2006 0:50 | STATUS | BAT 100 % - |
| 9/28/2006 23:49 | STATUS | BAT 100 % - |
| 9/28/2006 22:49 | STATUS | BAT 100 % - |
| 9/28/2006 21:48 | STATUS | BAT 100 % - |
| 9/28/2006 20:48 | STATUS | BAT 100 % - |
| 9/28/2006 19:47 | STATUS | BAT 100 % - |
| 9/28/2006 18:47 | STATUS | BAT 100 % - |
| 9/28/2006 17:46 | STATUS | BAT 100 % - |
| 9/28/2006 16:45 | STATUS | BAT 100 % - |
| 9/28/2006 15:45 | STATUS | BAT 100 % - |
| 9/28/2006 14:44 | STATUS | BAT 100 % - |
| 9/28/2006 13:44 | STATUS | BAT 100 % - |
| 9/28/2006 12:43 | STATUS | BAT 100 % - |
| 9/28/2006 11:43 | STATUS | BAT 100 % - |
| 9/28/2006 10:42 | STATUS | BAT 100 % - |
| 9/28/2006 9:42 | STATUS | BAT 100 % - |
| 9/28/2006 8:41 | STATUS | BAT 100 % - |
| 9/28/2006 7:41 | STATUS | BAT 100 % - |
| 9/28/2006 6:40 | STATUS | BAT 100 % - |
| 9/28/2006 5:40 | STATUS | BAT 100 % - |

| | |
|---|---|
| | ESE @ 0 Mhp - 42 Chestnut Ave, Emerson, NJ 7630 - BAT 100 % - - GPS 3D |
| 10/1/2006 18:19 POSITION | N @ 0 Mhp - 42 Chestnut Ave, Emerson, NJ 7630 - BAT 100 % - - GPS 3D |
| 10/1/2006 17:46 POSITION | N @ 0 Mhp - 44 Chestnut Ave, Emerson, NJ 7630 - BAT 100 % - - GPS 3D |
| 10/1/2006 17:15 POSITION | |
| 10/1/2006 16:44 STATUS | BAT 100 % - |
| 10/1/2006 15:15 POSITION | N @ 0 Mhp - 44 Chestnut Ave, Emerson, NJ 7630 - BAT 100 % - - GPS 3D |
| 10/1/2006 14:26 POSITION | NNE @ 0 Mhp - 44 Chestnut Ave, Emerson, NJ 7630 - BAT 100 % - - GPS 3D |
| 10/1/2006 14:02 STATUS | BAT 100 % - |
| 10/1/2006 13:01 STATUS | BAT 100 % - |
| 10/1/2006 12:01 STATUS | BAT 100 % - |
| 10/1/2006 11:00 STATUS | BAT 100 % - |
| 10/1/2006 10:00 STATUS | BAT 100 % - |
| 10/1/2006 8:59 STATUS | BAT 100 % - |
| 10/1/2006 7:59 STATUS | BAT 100 % - |
| 10/1/2006 6:58 STATUS | BAT 100 % - |
| 10/1/2006 5:58 STATUS | BAT 100 % - |
| 10/1/2006 4:57 STATUS | BAT 100 % - |
| 10/1/2006 3:56 STATUS | BAT 100 % - |
| 10/1/2006 2:56 STATUS | BAT 100 % - |
| 10/1/2006 1:55 STATUS | BAT 100 % - |
| 10/1/2006 0:55 STATUS | BAT 100 % - |
| 9/30/2006 23:54 STATUS | BAT 100 % - |
| 9/30/2006 22:54 STATUS | BAT 100 % - |
| 9/30/2006 21:53 STATUS | BAT 100 % - |
| 9/30/2006 20:53 STATUS | BAT 100 % - |
| 9/30/2006 19:52 STATUS | BAT 100 % - |
| 9/30/2006 18:52 STATUS | BAT 100 % - |
| 9/30/2006 17:51 STATUS | BAT 100 % - |
| 9/30/2006 16:50 STATUS | BAT 100 % - |
| 9/30/2006 15:50 STATUS | BAT 100 % - |
| 9/30/2006 14:21 POSITION | N @ 0 Mhp - 42 Chestnut Ave, Emerson, NJ 7630 - BAT 100 % - - GPS 3D |
| 9/30/2006 14:10 STATUS | BAT 100 % - |
| 9/30/2006 12:42 POSITION | S @ 0 Mhp - 42 Chestnut Ave, Emerson, NJ 7630 - BAT 100 % - - GPS 3D |
| 9/30/2006 12:11 POSITION | NW @ 0 Mhp - 42 Chestnut Ave, Emerson, NJ 7630 - BAT 100 % - - GPS 3D |
| 9/30/2006 11:48 STATUS | BAT 100 % - |
| 9/30/2006 10:47 STATUS | BAT 100 % - |
| 9/30/2006 9:47 STATUS | BAT 100 % - |
| 9/30/2006 8:46 STATUS | BAT 100 % - |
| 9/30/2006 7:46 STATUS | BAT 100 % - |
| 9/30/2006 6:45 STATUS | BAT 100 % - |

| | |
|---|---|
| 10/3/2006 4:12 STATUS | BAT 100 % - |
| 10/3/2006 3:12 STATUS | BAT 100 % - |
| | N @ 0 Mhp - 44 Chestnut Ave, Emerson, NJ |
| 10/3/2006 1:43 POSITION | 7630 - BAT 100 % - - GPS 3D |
| 10/3/2006 1:23 STATUS | BAT 100 % - |
| 10/3/2006 0:23 STATUS | BAT 100 % - |
| | N @ 0 Mhp - 42 Chestnut Ave, Emerson, NJ |
| 10/2/2006 22:54 POSITION | 7630 - BAT 100 % - - GPS 3D |
| 10/2/2006 22:18 STATUS | BAT 100 % - |
| 10/2/2006 21:17 STATUS | BAT 100 % - |
| 10/2/2006 20:17 STATUS | BAT 100 % - |
| | N @ 0 Mhp - 44 Chestnut Ave, Emerson, NJ |
| 10/2/2006 18:48 POSITION | 7630 - BAT 100 % - - GPS 3D |
| 10/2/2006 18:41 STATUS | BAT 100 % - |
| | |
| | SW @ 0 Mhp - 44 Chestnut Ave, Emerson, |
| 10/2/2006 17:13 POSITION | NJ 7630 - BAT 100 % - - GPS 3D |
| | N @ 0 Mhp - 44 Chestnut Ave, Emerson, NJ |
| 10/2/2006 16:14 POSITION | 7630 - BAT 100 % - - GPS 3D |
| | N @ 0 Mhp - 42 Chestnut Ave, Emerson, NJ |
| 10/2/2006 15:27 POSITION | 7630 - BAT 100 % - - GPS 3D |
| | N @ 0 Mhp - 42 Chestnut Ave, Emerson, NJ |
| 10/2/2006 14:39 POSITION | 7630 - BAT 100 % - - GPS 3D |
| | |
| | NW @ 0 Mhp - 42 Chestnut Ave, Emerson, |
| 10/2/2006 13:02 POSITION | NJ 7630 - BAT 100 % - - GPS 3D |
| 10/2/2006 12:52 STATUS | BAT 100 % - |
| 10/2/2006 11:51 STATUS | BAT 100 % - |
| | N @ 0 Mhp - 42 Chestnut Ave, Emerson, NJ |
| 10/2/2006 10:23 POSITION | 7630 - BAT 100 % - - GPS 3D |
| | |
| | ESE @ 0 Mhp - 42 Chestnut Ave, Emerson, |
| 10/2/2006 9:47 POSITION | NJ 7630 - BAT 100 % - - GPS 3D |
| | N @ 0 Mhp - 38 Chestnut Ave, Emerson, NJ |
| 10/2/2006 9:16 POSITION | 7630 - BAT 100 % - - GPS 3D |
| | N @ 0 Mhp - 42 Chestnut Ave, Emerson, NJ |
| 10/2/2006 8:10 POSITION | 7630 - BAT 100 % - - GPS 3D |
| 10/2/2006 7:16 STATUS | BAT 100 % - |
| 10/2/2006 6:16 STATUS | BAT 100 % - |
| 10/2/2006 5:15 STATUS | BAT 100 % - |
| 10/2/2006 4:15 STATUS | BAT 100 % - |
| 10/2/2006 3:14 STATUS | BAT 100 % - |
| 10/2/2006 2:14 STATUS | BAT 100 % - |
| | N @ 0 Mhp - 42 Chestnut Ave, Emerson, NJ |
| 10/2/2006 0:45 POSITION | 7630 - BAT 100 % - - GPS 3D |
| 10/1/2006 23:50 STATUS | BAT 100 % - |
| 10/1/2006 22:49 STATUS | BAT 100 % - |
| 10/1/2006 21:49 STATUS | BAT 100 % - |
| 10/1/2006 20:48 STATUS | BAT 100 % - |
| 10/1/2006 19:48 STATUS | BAT 100 % - |

| DateTime | Type | Description |
|---|---|---|
| 10/9/2006 10:59 | POSITION | WSW @ 0 Mhp - 44 Chestnut Ave, Emerson, NJ 7630 - BAT 100 % - - GPS 3D |
| 10/8/2006 22:47 | POSITION | N @ 0 Mhp - 42 Chestnut Ave, Emerson, NJ 7630 - BAT 93 % - - GPS 3D |
| 10/8/2006 19:35 | POSITION | N @ 0 Mhp - 44 Chestnut Ave, Emerson, NJ 7630 - BAT 100 % - - GPS 3D |
| 10/8/2006 16:42 | POSITION | N @ 0 Mhp - 42 Chestnut Ave, Emerson, NJ 7630 - BAT 100 % - - GPS 3D |
| 10/8/2006 14:12 | POSITION | N @ 0 Mhp - 44 Chestnut Ave, Emerson, NJ 7630 - BAT 100 % - - GPS 3D |
| 10/8/2006 10:00 | POSITION | N @ 0 Mhp - 44 Chestnut Ave, Emerson, NJ 7630 - BAT 100 % - - GPS 3D |
| 10/8/2006 7:52 | POSITION | N @ 0 Mhp - 44 Chestnut Ave, Emerson, NJ 7630 - BAT 100 % - - GPS 3D |
| 10/7/2006 23:54 | STATUS | BAT 100 % - |
| 10/7/2006 11:54 | STATUS | BAT 100 % - |
| 10/6/2006 23:53 | STATUS | BAT 100 % - |
| 10/6/2006 11:52 | STATUS | BAT 100 % - |
| 10/5/2006 23:52 | STATUS | BAT 100 % - |
| 10/5/2006 9:53 | POSITION | NE @ 0 Mhp - 44 Chestnut Ave, Emerson, NJ 7630 - BAT 100 % - - GPS 3D |
| 10/5/2006 7:52 | STATUS | BAT 100 % - |
| 10/4/2006 21:12 | POSITION | ESE @ 0 Mhp - 44 Chestnut Ave, Emerson, NJ 7630 - BAT 100 % - - GPS 3D |
| 10/4/2006 8:08 | POSITION | N @ 0 Mhp - 42 Chestnut Ave, Emerson, NJ 7630 - BAT 100 % - - GPS 3D |
| 10/4/2006 5:31 | POSITION | N @ 0 Mhp - 42 Chestnut Ave, Emerson, NJ 7630 - BAT 100 % - - GPS 3D |
| 10/3/2006 21:51 | POSITION | N @ 0 Mhp - 44 Chestnut Ave, Emerson, NJ 7630 - BAT 100 % - - GPS 3D |
| 10/3/2006 16:17 | POSITION | SSE @ 0 Mhp - 42 Chestnut Ave, Emerson, NJ 7630 - BAT 100 % - - GPS 3D |
| 10/3/2006 14:07 | POSITION | N @ 0 Mhp - 44 Chestnut Ave, Emerson, NJ 7630 - BAT 100 % - - GPS 3D |
| 10/3/2006 10:42 | POSITION | ENE @ 0 Mhp - 42 Chestnut Ave, Emerson, NJ 7630 - BAT 100 % - - GPS 3D |
| 10/3/2006 8:14 | STATUS | BAT 100 % - |
| 10/3/2006 8:14 | STATUS | BAT 100 % - |
| 10/3/2006 7:14 | STATUS | BAT 100 % - |
| 10/3/2006 6:13 | STATUS | BAT 100 % - |
| 10/3/2006 5:13 | STATUS | BAT 100 % - |
| 10/3/2006 4:16 | NOTIFICATION | cb_express@yahoo.com - YXTHSM Your vehicle named Edward Holland has been programmed successfully. |

JOHN L. MOLINELLI
BERGEN COUNTY PROSECUTOR
BERGEN COUNTY JUSTICE CENTER
HACKENSACK, NEW JERSEY 07601
(201) 646-2300

SUPERIOR COURT OF NEW JERSEY
LAW DIVISION - BERGEN COUNTY

IN THE MATTER OF THE
APPLICATION OF THE STATE OF NEW
JERSEY FOR A COMMUNICATIONS
DATA WARRANT TO OBTAIN STORED
ELECTRONIC COMMUNICATIONS, E-
MAILS, DETAILED BILLING
INFORMATION, METHODS AND
HISTORY OF PAYMENTS, INTERNET
PROTOCOL CONNECTION DATA,
INTERNET PROTOCOL ADDRESSES,
METHODS OF CONNECTION,
CONNECTION TIMES AND DATES,
SUBSCRIBER NAME, ADDRESS,
CONTACT TELEPHONE NUMBERS,
AND FULL ACCOUNT(S)
INFORMATION FROM THOMAS
INVESTIGATIVE COMMUNICATIONS
AND/OR http://utrackonline.com FOR
ANY AND ALL RECORDS PERTAINING
TO YAHOO! E-MAIL ADDRESS
cb_express@yahoo.com.

AFFIDAVIT IN SUPPORT OF AN
APPLICATION FOR A
COMMUNICATIONS DATA
WARRANT

STATE OF NEW JERSEY     )
                        ) SS
COUNTY OF BERGEN        )

MCC-SRM-BER 314 -CDW-06

I, Detective Sergeant George Buono of full age, being duly sworn according to

law, upon my oath, depose and say:

---

1

000067

1.    I am a law enforcement officer with the Emerson Police Department in the capacity of a Detective Sergeant. In said capacity, I have the responsibility for investigation of all violations of the criminal laws, and more particularly violations of the New Jersey Domestic Violence Act.

2.    Application is hereby made ex parte for an order for authorization to obtain stored electronic communications, e-mails, all detailed billing information, methods and history of payments, Internet Protocol connection data, Internet Protocol addresses, methods of connection, connection times and dates, subscriber name, address, contact telephone numbers, and full account(s) information associated with Yahoo! ID cb_express and Yahoo! Email address cb_express@yahoo.com from Thomas Investigative Communications and/or website URL http://utrackonline.com.

3.    The facts which establish the grounds for this application and probable cause for my belief that such grounds exist are as follows:

I, George R. Buono, have been a law enforcement officer in the state of New Jersey for the past 21½ years. I am a graduate of the Bergen County Police and Fire Academy (22 weeks) and I am certified by the New Jersey Police Training Commission. During this training I was instructed in the areas of Criminal Law, Motor Vehicle Law, Arrest, Search and Seizure, Drug Identification, Computer Crimes Interviewing and Interrogation and Evidence Collection.

During my first 11 years, I served in the capacity of a uniformed patrol officer. My primary duties were to detect and apprehend criminal offenders, to enforce motor vehicle laws and borough ordinances and to service the residents of the Borough of

2

Emerson. In January 1998, I was promoted to Sergeant and remained in the patrol division until I was promoted to Detective Sergeant in March of 2000, where I currently serve. Some of my duties as a Detective Sergeant include coordinating all criminal investigations, evidence management and collection, computer crimes, interviewing witnesses, interrogating suspects, and drug interdiction and investigation.

During my employment with the Emerson Police Department, I have attended the following training courses: an eight hour course in drug education and pharmacology, an eighty hour course in basic narcotics & dangerous drugs given by the Drug Enforcement Administration, an eight hour course in drug interdiction given by the New Jersey State Police, a twenty-four hour course in advanced narcotics and surveillance given by the Bergen County Prosecutors Office, a forty hour course in advanced criminal investigation given by the Federal Bureau of Investigation, a thirty-two hour course in interviewing and interrogation techniques given by the New Jersey Division of Criminal Justice, a forty-eight hour course in "Top Gun" narcotics investigation training given by the New Jersey Division of Criminal Justice, a sixteen hour training course in seizures and forfeitures given by the New Jersey Division of Criminal Justice, a sixteen hour course on recognizing designer drugs given by the High Intensity Drug Trafficking Area, an eight hour course in hidden compartments given by the New Jersey State Police, a forty hour course in narcotics investigation given by the High Intensity Drug Trafficking Area, and a twenty-four hour course in computer crimes and electronic surveillance.

3

**000069**

In my career I have personally participated in approximately 550 investigations and arrests of approximately 450 individuals for violations of Federal and State Laws, including violations of the Controlled Dangerous Substance Act of New Jersey, the Comprehensive Drug Reform Act of 1997, and the Alternatives to the New Jersey Domestic Violence Act. I have also participated in several search warrants where controlled dangerous substances, packaging equipment and drug paraphernalia were seized and narcotic violators were arrested. Additionally I have participated in approximately (5) search warrants for the seizure of computers and other electronic surveillance equipment.

As a result of my training, education and experience, I am also aware that analysis and comparison of certain telephone and computer records is often instrumental in determining where a particular crime occurred, how it occurred, and whether a particular person was involved in the criminal episode.

## DEFINITIONS:

The following words and definitions are pertinent to this investigation and are contained within this affidavit for search warrant:

Global Positioning System (GPS) - More than two dozen GPS satellites orbit the Earth, transmitting radio signals which allow GPS receivers to determine their location, speed and direction. GPS receivers can be placed on a person or object.

Internet Protocol (IP) address - is an identifier for a computer or device on a TCP/IP (Transmission Control Protocol / Internet Protocol) network. Networks using the

4

000070

TCP/IP protocol route messages based on the IP address of the destination. The format of an IP address is a 32-bit numeric address written as four numbers separated by periods. Each number can be zero to 255. For example, 1.160.10.240 could be an IP address. Within an isolated network, you can assign IP addresses at random as long as each one is unique. However, connecting a private network to the Internet requires using registered IP addresses (called Internet addresses) to avoid duplicates. The four numbers in an IP address are used in different ways to identify a particular network and a host on that network.

Internet Service Provider (ISP) - a company that provides individuals and other companies access to the Internet, commonly for a fee, through telephone, cable or satellite connections. Some ISP's also offer an extensive online array of services of their own apart from the rest of the Internet, such as email access, newsgroup access, instant message chat, etc.

IMEI Number – the International Mobile Equipment Identity or IMEI for short is a unique number that is given to many mobile devices. The IMEI number is generally used to identify the mobile device on the wireless network that the device is operating within.

SIM card – a Subscriber Identity Module is a smart card roughly the size of a postage stamp that securely stores the key identifying a mobile phone service subscriber, as well as subscription information, saved telephone numbers, preferences, text messages and other information.

000071

Uniform Resource Locator (URL) - specifies the location of and is the address of a file or resource accessible on the Internet. For example, the URL of the Bergen County Prosecutor's Office website is www.bcpo.net.

On September 27, 2006 Mrs. Linda Curley of 4 Meadowbrook Lane, Suffern, New York was involved in a motor vehicle crash on Sutton Way in Washington Township, New Jersey. As a result of that crash Rich's Auto Body, located at 50 Chestnut Street in Emerson, New Jersey, was dispatched to remove the vehicle from the accident scene. During the recovery of the vehicle, the tow truck operator observed that several parts had separated from the vehicle due to the crash. The operator collected these parts and placed them in the vehicle's interior. One of these parts was a magnetic weatherproof "Otter box" containing, what appeared to be, some type of GPS tracking device. The vehicle was then transported back to the tow yard on Chestnut Street in Emerson where it remained waiting for an insurance adjuster to prepare the claim.

On October 9, 2006 Mr. Richard Tuntigian, the owner of Rich's Auto Body was at his shop at approximately 9:30 AM when he observed an occupied vehicle described as a 2005 Acura MDX, color blue, bearing New York registration DCL-2018 parked across the street from his shop. Mr. Tuntigian stated that he did not pay much attention to the vehicle at that time until two hours later when he again observed the same vehicle parked across the street from his shop. This time he confronted the man who occupied the vehicle in an attempt to determine why he was hanging around his shop for the last two hours. Mr. Tuntigian stated that the male identified himself as Jim Harris of 4

6

000072

Willowtree Rd., Suffern New York. Mr. Harris stated that he was there to get an estimate on his vehicle that had been damaged sometime in the past. Mr. Tuntigian informed the police that his normal course of doing an estimate on a vehicle entails him writing the vehicle's vehicle identification number (VIN) on a piece of paper and then asking the owner of the vehicle to write his or her personal information. As such, Mr. Tuntigian wrote down the Acura's VIN number on a pad and then asked Mr. Harris to write down his personal information (name, address, phone number) on it, as he went to the rear of the vehicle to record the damage. When Mr. Tuntigian returned, the driver handed him back the pad with the information Tuntigian requested. When Mr. Tuntigian looked at what had been written, he noticed that the driver had altered the Acura's VIN number that Tuntigian had written on the pad prior to giving it to the driver. This raised Mr. Tuntigian's suspicions, which prompted him to record the Acura's license plate number of the vehicle on the pad. He then told the driver that he would prepare the estimate and call him later in the day. The driver then lef the area in the Acura.

Based on what had transpired, Mr. Tuntigian called the Emerson Police Department to advise us as to what had occurred. Officer Scott O'Connor was dispatched to Rich's Auto Body. At that time Mr. Tuntigian told Officer O'Connor what had occurred and gave him a copy of the pad containing the hand written information that was recorded earlier. As part of the preliminary investigation Officer O'Connor entered the NY registration into the computer to determine the owner of the Acura. The computer relayed that the vehicle was owned by a Mr. James Curley of 14 Madison Hill Road, Suffern, New York. The vehicle description matched the information received from NY-DMV. Officer O'Connor then advised Mr. Tuntigian of the vehicle owner's

7

name. After hearing the name of James Curley, Mr. Tuntigian recalled that he had

taken in a 2006 Honda Accord a few weeks earlier as a result of an accident with the

owner's name of Linda Curley. He also recalled that he had spoken to Mrs. Curley a

few days earlier and at that time she expressed to him that she was going through a

nasty divorce and did not want he husband to know about the accident. He then

showed Officer O'Connor the GPS tracking device that was collected at the accident

scene by his tow truck driver. Officer O'Connor took the information for a report.

The next day, Officer O'Connor informed me about his investigation and I met

with Mr. Tuntigian, who reiterated to me what had transpired. Mr. Tuntigian also

handed me the tracking device that found at the accident scene. I brought the device

back to headquarters with the purpose of determining it's owner. In examining the

device, which is a Trutrac location device, it appeared that it was powered by four AA

batteries, which were installed in the device and still emitting a signal. I also located a

SIM card under the battery pack. The name Topp Data Solutions along with a website

URL of www.topp-inc.com was printed on the SIM card. Through that web site I

contacted the company and spoke with Mr. Michael Rodriguez, who was able to tell me

that this particular device had been purchased by Thomas Investigative

Communications in Austin, Texas. I contacted Thomas Investigative Communications

and spoke with Mr. Cody Woods, the system administrator. I was able to give him the

SIM card tracking number that was printed on the card (89017-40210-00003-7342).

Through that number he was able to retrieve the IMEI number for the device

(010307000232022). It should be noted that the IMEM number had been removed from

the device in, what I believed to be an attempt to by the user hinder the ability to track

8

the ownership of the device. The IMEM number revealed that the recorded owner of the tracking device was Mr. Edward Holland of 57 Old Little Britan Road, Newburgh, New York. They were also able to tell me that Mr. Holland was paying the monthly service charge with a VISA credit card and that the information was being accessed through a Yahoo! e-mail account with an e-mail address of cb_express@yahoo.com. I was advised by Mr. Woods that I could obtain the tracking information for the device by warrant.

The following day I spoke with Mrs. Linda Curley and advised her of my findings. She told me that she has been embroiled in a heated divorce with her husband and that she was issued an order of protection from her husband on July 23, 2006, which prohibited him from any contact, stalking, harassment, menacing, intimidation, or threats. I then asked her if she knew Mr. Edward Holland from 57 Old Little Britan Road in Newburgh, New York. She advised me that Mr. Holland was her husband's best friend.

On October 13, 2006, law enforcement contacted Thomas Investigative Communications, Inc., in Austin, Texas. Thomas Investigative Communications, Inc., informed law enforcement personnel that GPS tracking information for a portable location GPS device having an IMEI number 010307/00/023202/2 was being forwarded to a Yahoo! email address at cb_express@yahoo.com. Representatives of that company also informed law enforcement that their service allowed a customer to track a GPS device from an Internet website. That website's URL was http://utrackonline.com. In addition, subpoenas to Yahoo! for the subscriber information relating to the creation of the cb_express@yahoo.com E-Mail address uncovered that Edward Holland,

9

residing at 57 Old Little Britan Road, Newburgh, New York, telephone number 845-270-

5871, registered an account with Yahoo! on August 10, 2006 at 15:52 PST.

A criminal history check on Edward Holland was negative.

On October 13, 2006, I sent a preservation letter to Thomas Investigative

Communications, Inc., requesting that all subscriber information, IP connection log data,

email account(s), and Yahoo! Groups related to the above listed Yahoo! user be

preserved pending the issuance of formal legal process.

I have reason to believe that an examination and analysis of electronically stored

data from Thomas Investigative Communications and/or wesite URL

http://utrackonline.com relating to Yahoo! ID cb_express and/or email address

cb_express@yahoo.com will provide evidence of the crimes of stalking, a third degree

crime and a violation of N.J.S.A. 2C:12-10 and a contempt of a court order, a  fourth

degree crime and a violation of  N.J.S.A. 2C:29-9b.

In addition, an examination of the requested electronically stored data may assist

in identifying additional actors who may have had exclusive access to the information

located herein.

WHEREFORE, I have probable cause to believe that an examination of the

requested records may reveal evidence material to the act of stalking, a third degree

crime and a violation of N.J.S.A. 2C:12-10 and a contempt of a court order, a fourth

degree crime and a violation of  N.J.S.A. 2C:29-9b.

WHEREFORE, I respectfully request that the Court order Thomas Investigative

Communications and/or website URL http://utrackonline.com to send this officer and

and all electronically stored data pertaining to Yahoo! ID cb_express and/or Yahoo! e-

10

000076

mail address cb_express@yahoo.com including but not limited to e-mail account(s), detailed billing, IP connection data, methods of connection, connection times and dates, subscriber information for account(s) for the period August 10, 2006 through October 26, 2006, inclusive.

This application has not been previously submitted to any other Communications Data Warrant Judge.


GEORGE R. BUONO
Detective/Sergeant

Sworn and subscribed to

Before me this  $/ \ 5$  day

of December, 2006.

HON. SYBIL R. MOSES, A.J.S.C.

11

C00077

BERGEN COUNTY PROSECUTOR
BERGEN COUNTY JUSTICE CENTER
HACKENSACK, NEW JERSEY 07601
(201) 646-2300

SUPERIOR COURT OF NEW JERSEY
LAW DIVISION - BERGEN COUNTY

IN THE MATTER OF THE
APPLICATION OF THE STATE OF NEW
JERSEY FOR A COMMUNICATIONS
DATA WARRANT TO OBTAIN STORED
ELECTRONIC COMMUNICATIONS, E-
MAILS, DETAILED BILLING
INFORMATION, METHODS AND
HISTORY OF PAYMENTS, INTERNET
PROTOCOL CONNECTION DATA,
INTERNET PROTOCOL ADDRESSES,
METHODS OF CONNECTION,
CONNECTION TIMES AND DATES,
SUBSCRIBER NAME, ADDRESS,
CONTACT TELEPHONE NUMBERS,
AND FULL ACCOUNT(S)
INFORMATION FROM THOMAS
INVESTIGATIVE COMMUNICATIONS
AND/OR http://utrackonline.com FOR
ANY AND ALL RECORDS PERTAINING
TO YAHOO! E-MAIL ADDRESS
cb_express@yahoo.com.

ORDER FOR A
COMMUNICATIONS
DATA WARRANT

MCC-SRM-BER $3/4$-CDW-06

STATE OF NEW JERSEY )
                     ) SS
COUNTY OF BERGEN     )

This matter having been opened to the Court by the ex parte Application of the

State of New Jersey and the Court having had the opportunity to examine the

supporting Affidavit of Detective Sergeant George Buono, and;

1

000078

Good cause being shown, therefore, the facts presented in said application show probable cause for believing that obtaining the contents of stored electronic communications, including all e-mails, detailed billing information, methods and history of payments, internet protocol connection data, internet protocol addresses, methods of connection, connection times and dates, subscriber name, address, contact telephone numbers and full account(s) information from Thomas Investigative Communcations and/or http://utrackonline.com for any and all records pertaining to Yahoo! e-mail address cb_express@yahoo.com, from the date of service activation to the present, and that:

1. The captioned account has been used to communicate information regarding criminal acts; and

2. The requested information constitutes evidence of, shows violations of, and also tends to identify individuals engaged in the crime of stalking, a third degree crime and a violation of N.J.S.A. 2C:12-10 and contempt of a court order, a fourth degree crime and a violation of N.J.S.A. 2C:29-9b.

The Court being satisfied from the foregoing that the grounds for granting the warrant exist;

It is on this ___15___ day of December, 2006,

**ORDERED** that the authority be and the same is granted to Detective Sergeant George Buono, a member of the Emerson Police Department (Bergen County), to

2

**000079**

obtain stored electronic communications including all e-mails, detailed billing information, methods and history of payments, internet protocol connection data, internet protocol addresses, methods of connection, connection times and dates, subscriber name, address, contact telephone numbers and full account(s) information from Thomas Investigative Communications and/or http://utrackonline.com for any and all records pertaining to Yahoo! e-mail address cb_express@yahoo.com.

**IT IS FURTHER ORDERED** that a copy of this Order be delivered to Thomas Investigative Communications and the information be released to Det. Sgt. George Buono.

**IT IS FURTHER ORDERED** that this Order and Affidavit are hereby sealed and are not to be released except upon motion to the Court and further order of the Court upon such conditions as the Court may Permit.

**GIVEN AND ISSUED** under my hand at //:40 o'clock _A_.m. this _15_ day of December, 2006.

_____
Hon. Sybil R. Moses, A.J.S.C.

3

**OFFICIAL MAIL FORWARDING CHANGE OF ADDRESS ORDER**

**OFFICIAL USE ONLY**

Zone/Route ID No.

e PRINT Items 1-10 in blue or black ink. Your signature is required in Item 9.

Date Entered on Form 3982

1. Date: 0 8 / 9 0 7

4. If TEMPORARY move, print date to discontinue forwarding. (ex. 03/27/07)

2. Is This Move Temporary? ☑ Yes ☐ No

pe of Address for: (Read Attached Instructions)
Individual (#3)    Entire Family (#4)    Business (#5)

Expiration Date

Carrier/Endorsement

ST  0 8 / 9 0 7
&   Curley
etc.
ST
James

JSNESS
Print
ss Name

PRINT OLD MAILING ADDRESS BELOW: HOUSEBUILDING NUMBER AND STREET NAME (INCLUDE ST., AVE., CT., ETC.) OR PO BOX

5
Es   1 4 Madison Hill Ct.

7b. For Puerto Rico Only; if address is in PR, print urbanization name, if appropriate

D.
r

3W   Suffern
3W
ie   1 2 Lockland Terr.
3
3W

PRINT NEW MAILING ADDRESS BELOW: HOUSEBUILDING NUMBER AND STREET NAME (INCLUDE ST., AVE., CT., ETC.) OR PO BOX

7b. For Puerto Rico Only; if address is in PR, print urbanization name, if appropriate

8b. For Puerto Rico Only; if address is in PR, print urbanization name, if appropriate

7d. State N Y   7e. ZIP 1 0 9 0 1

8d. State N Y   8e. ZIP 1 0 9 0 1

OFFICIAL USE ONLY

If and Sign Name (see conditions on reverse)

Print  Suffern

Print  James Curley

Sign

10. Date Signed:
(ex. 03/27/07)   0 8 / 9 0 7

M 3575 MAY 2007

Visit **usps.com** to change your address online or call **1-800-ASK-USPS (1-800-275-8777)**

DSG7

000081

**United States Postal Service**
**Sorry We Missed You! We 🕿 Deliver for You**

Today's Date 9-27-7
Sender's Name 10722

Item is at:
___ Post Office (See back)

Available for Pick-up After
Date: 9-27-7
Time: 5 pm

We will redeliver or you or your agent can pick up. See reverse.

(circled) Letter
Large envelope, magazine, catalog, etc.
___ Parcel
___ Restricted Delivery
___ Perishable Item
___ Other:

For Delivery: (Enter total number of items delivered by service type)
For Notice Left: (Check applicable item)
___ Express Mail (We will attempt to deliver on the next delivery day unless you instruct the post office to hold it.)
(circled) Certified
___ Recorded Delivery
___ Firm Bill

☐ If checked, you or your agent must be present at time of delivery to sign for item

Article Number(s)
70062150 0003 16108910

___ Registered
___ Insured
Return Receipt for Merchandise
Delivery Confirmation
Signature Confirmation

Article Requiring Payment
☐ Postage Due ☐ COD ☐ Customs
Amount Due $

Notice Left Section
Customer Name and Address
James Curley
12 Rockland Terr

Delivered By and Date

Final Notice: Article will be returned to sender on

PS Form 3849, November 1999

Delivery Notice/Reminder/Receipt

---

**United States Postal Service**
**Sorry We Missed You! We 🕿 Deliver for You**

Today's Date 9-5-7
Sender's Name 10721

Item is at:
___ Post Office (See back)

Available for Pick-up After
Date: 9-5-7
Time: 5-22

We will redeliver or you or your agent can pick up. See reverse.

(circled) Letter
Large envelope, magazine, catalog, etc.
___ Parcel
___ Restricted Delivery
___ Perishable Item
___ Other:

For Delivery: (Enter total number of items delivered by service type)
For Notice Left: (Check applicable item)
___ Express Mail (We will attempt to deliver on the next delivery day unless you instruct the post office to hold it.)
(circled) Certified
___ Recorded Delivery
___ Firm Bill

☐ If checked, you or your agent must be present at time of delivery to sign for item

Article Number(s)
10223 A1 00000 74932057

___ Registered
___ Insured
Return Receipt for Merchandise
Delivery Confirmation
Signature Confirmation

Article Requiring Payment
☐ Postage Due ☐ COD ☐ Customs
Amount Due $

Notice Left Section
Customer Name and Address
J Curley
12 Rockland Terr

Delivered By and Date

Final Notice: Article will be returned to sender on

PS Form 3849, November 1999

Delivery Notice/Reminder/Receipt

---

**United States Postal Service**
**Sorry We Missed You! We 🕿 Deliver for You**

Today's Date 10/3
Sender's Name Strauss

Item is at:
___ Post Office (See back)

Available for Pick-up After
Date: 10/3
Time: 8 30

We will redeliver or you or your agent can pick up. See reverse.

X Letter
Large envelope, magazine, catalog, etc.
___ Parcel
___ Restricted Delivery
___ Perishable Item
___ Other:

For Delivery: (Enter total number of items delivered by service type)
For Notice Left: (Check applicable item)
___ Express Mail (We will attempt to deliver on the next delivery day unless you instruct the post office to hold it.)
X Certified
___ Recorded Delivery
___ Firm Bill

☐ If checked, you or your agent must be present at time of delivery to sign for item

Article Number(s)
70062150 00031670 2910

___ Registered
___ Insured
Return Receipt for Merchandise
Delivery Confirmation
Signature Confirmation

Article Requiring Payment
Amount Due

Notice Left Section
Customer Name and Address
Curley

000082

United States Postal Service

**Sorry We Missed You! We'll Deliver for You**

| | Today's Date | Sender's Name |
|---|---|---|
| Item is at: ☐ Post Office (See back) | Available for Pick-up After | We will redeliver or you or your agent can pick up. See reverse. |

Item is at: ☐ Post Office (See back)

Available for Pick-up After | Today's Date 12-10-9 | 10915

Date: 12-10-9   Time: 5 Pm

— Letter, Large envelope, magazine, catalog, etc.
— Parcel

**For Delivery:** (Enter total number of items delivered by service type)

**For Notice Left:** (Check applicable item)

— Express Mail (We will attempt to deliver on the next delivery day unless you contact us)
— Registered
— Insured

— Restricted Delivery
— Perishable Item
— Other:

— Certified
— Recorded Delivery
— Firm Bill

— Return Receipt for Merchandise
— Delivery Confirmation
— Signature Confirmation

☐ If checked, you or your agent must be present at time of delivery to sign for them

Article Number(s)  7008 0200 0001 0742 3114

**Notice Left Section**
Customer Name and Address

JAMES CURLEY
12 RoStLAND

**Article Requiring Payment**

Amount Due

☐ Postage Due  ☐ COD  ☐ Customs  $

☐ Final Notice: Article will be returned to sender on

Delivered By and Date  12 RoStLAND

PS Form 3849, November 1999

Delivery Notice/Reminder/Receipt

000083

RICHARD A. GLICKEL
ATTORNEY AT LAW
CENTEROCK EAST • SUITE 103
TWO CROSFIELD AVENUE
WEST NYACK, NEW YORK 10994

JAMES CURLEY
12 ROCKLAND Ter
SUFFERN NY 10901-6228



US POSTAGE
FIRST-CLASS
FROM 10994
OCT 26 2007
stamps
.com

000084

JAMES CURLEY
12 ROCKLAND TERRACE
SUFFERN NY 10901

TOWN OF RAMAPO
237 ROUTE 59
SUFFERN NEW YORK 10901-5399

JAMES CURLEY
12 ROCKLAND TERRACE
SUFFERN NY 10901

10901+6228-12 C008



Hasler

$00.410
US 10/09/2007
Mailed From 10901
US POSTAGE

US POSTAGE

000085

**CSEA**
AFSCME Local 1000, AFL-CIO
**EMPLOYEE BENEFIT FUND**
www.cseaebf.com

P.O. BOX 489
LATHAM, NEWYORK 12110-0489

**EXPLANATION OF DENTAL BENEFIT**

DATE:  08/28/07

EMPLOYEE:
  JAMES CURLEY
PATIENT:
  LINDA CURLEY

JAMES CURLEY
12 ROCKLAND TER
SUFFERN NY 10901-6228

RELATIONSHIP:    WIFE
EMPLOYEE SS#:    XXX-XX-8492
CLAIM NUMBER:  072270424-00
PROVIDER:
  ROCKLAND SMILE STUDIO/DR SONG
PROVIDER #:   49426

| DATE OF SERVICE | ADA Code | Tooth Code | Procedure Description | Submited Expenses | Plan Allowance | Sec Rmk |
|---|---|---|---|---|---|---|
| 04/18/07 | D1110 | FM | ADULT PROPHYLAXIS | 100.00 | 63.00 | |
| 04/18/07 | D0120 | FM | PERIODIC ORAL EXAM | 45.00 | 39.00 | |

THIS PATIENT HAS USED    222.00  OF THEIR
3,210.00 PLAN YEAR MAXIMUM FOR  2007

| | | |
|---|---|---|
| TOTAL | 145.00 | 102.00 |
| COB PAID/ADJ | 0.00 | 0.00 |
| OTHER ADJUSTMENTS | | 0.00 |
| TOTAL PAYMENT AMOUNT | | 102.00 |

REMARKS

If You Have Any Questions Regarding The Settlement of This Claim or Did Not
Receive All The Services Listed, Please Call 1-800-EBF-CSEA

**THIS IS NOT A BILL**

000086

TOWN OF RAMAPO
237 ROUTE 59
SUFFERN NEW YORK 10901-5399

3120
JAMES CURLEY
12 ROCKLAND TERRACE
SUFFERN NY 10901

Jimmy — I thought this was but called twice I just opened it not knowing of the name

Jimmy
Town of Ramapo

10901362228 C009

Hasler

$00.4-
Mailed From 108
US POSTA
0524652070
05/30/200

000087

STUB DATE 08/31/07

STUB NO. V653923

3120
JAMES CURLEY
12 ROCKLAND TERRACE
SUFFERN NY 10901

## ** NON-NEGOTIABLE **

TOWN OF RAMAPO

STATEMENT OF EARNINGS AND DEDUCTIONS-PLEASE DETACH AND KEEP FOR YOUR RECORDS

CURLEY, JAMES

| Earnings | Hours | Amount | Deductions | Amount | YTD Deduct | Contribution | YTD Gross |
|---|---|---|---|---|---|---|---|
| 207C LOD X | 80.00 | 3,978.50 | POLICE PBA | 28.00 | 504.00 | .00 | 71,446.02 |
| | | | T&C DUES | 35.00 | 630.00 | .00 | |
| | | | COMMERCE B | 3,915.50 | 70,312.02 | .00 | *Current Earnings* |
| | | | | | | | 3,978.50 |
| | | | | | | | *Current Net* |
| | | | | | | | .00 |
| | | | | | | | *Pay Period Ending* |
| | 80.00 | 3,978.50 | | | | | 08/24/07 |

| Leave | Balance | Taken YTD | | | | | |
|---|---|---|---|---|---|---|---|
| SICK LEAVE | .00 | .00 | | | | | *Pay Date* |
| COMP TIME | .00 | .00 | | | | | 08/31/07 |
| ACCRUED OT | .00 | .00 | | | | | *Stub No* |
| | | | Total | 3,978.50 | 71,446.02 | .00 | V653923 |

000088

G3-01248*01*003047-E0-07275-E0450-ACX  11900
CFEA00-030828

LTHCARE INSURANCE COMPANY
RK
E PLAN
1800
NY   12402-1800
877-768-7447



**THE EMPIRE PLAN**
New York State Health Insurance Program

PAGE: 1 OF 1
DATE: 10/02/07
ID #: A 890381374
ENROLLEE: J CURLEY
CONTRACT: 0030500
BENEFIT PLAN: UNITED HEALTHCARE
CHECK NUMBER: J7 00484236
CHECK AMOUNT: $2,040.00

ND TERRACE
IY  10901

# SUMMARY
# EXPLANATION
# OF BENEFITS

| | | | | TOTAL : |
|---|---|---|---|---|
| | | | | $2,040.00 |



IN OF BENEFITS ACCOMPANIES THIS SUMMARY.  FOR INFORMATION CALL:  1-877-789-7447.
PLEASE CONTACT US IF YOU HAVE ANY QUESTIONS.

CFEA00-030828

UNITED HEALTHCARE INSURANCE COMPANY
THE EMPIRE PLAN
P.O. BOX 1600
KINGSTON, NY  12402-1600
PHONE: 1-877-769-7447

**THE EMPIRE PLAN**
New York State Health Insurance Program

PAGE: 1 OF 1
DATE: 10/02/07
ID #: A 690361374
ENROLLEE: J CURLEY
CONTRACT: 0030500
BENEFIT PLAN: UNITED HEALTHCARE
CHECK NUMBER: J7 00054230
CHECK AMOUNT: $2,040.00

J CURLEY
12 ROCKLAND TERRACE
SUFFERN NY  10901

# SUMMARY
# EXPLANATION
# OF BENEFITS

PLAN PAYS:

| JAMES      CH |  |  |  |  | TOTAL: |
|---|---|---|---|---|---|
| $2,040.00 |  |  |  |  | $2,040.00 |



YOUR EXPLANATION OF BENEFITS ACCOMPANIES THIS SUMMARY.  FOR INFORMATION CALL:  1-877-769-7447.
PLEASE CONTACT US IF YOU HAVE ANY QUESTIONS.

→ Detach Check

Detach Check

000090

TOWN OF RAMAPO
237 ROUTE 59
SUFFERN NEW YORK 10901-5399

JAMES CURLEY
12 ROCKLAND TERRACE
SUFFERN NY 10901

1090186228 0008



Hasler

0124652037655
$00.410
09/13/2007
Mailed From 10901
US POSTAGE

C00091

TOWN OF RAMAPO
237 ROUTE 59
SUFFERN NEW YORK 10901-5399

JAMES CURLEY
12 ROCKLAND TERRACE
SUFFERN NY 10901

10901+6228-12 C008



Hasler

$00.41⁰

Mailed From 10901
09 27/2007
0124R6207555
US POSTAGE

OFFICIAL BUSINESS
**TOWN OF RAMAPO**
237 ROUTE 59
SUFFERN, NEW YORK 10901-5399

10901366228 0008

Police Officer James Curley
12 Rockland Terrace
Suffern, New York 10901



000093



CSEA
AFSCME Local 1000 AFL-CIO
EMPLOYEE
BENEFIT FUND
P.O. Box 489 Latham, New York 12110-0489

012H16207855
$00.410
01/03/2008
Mailed from 10931
US POSTAGE
Master

JAMES CURLEY
12 ROCKLAND TER
SUFFERN NY 10901-5228

ADDRESS SERVICE
REQUESTED



PRESORTED
FIRST CLASS



TOWN OF RAMAPO
237 ROUTE 59
SUFFERN NEW YORK 10901-5399



USPOSTAGE
$00.334
SEP 19 2007
2745555

JAMES CURLEY
12 ROCKLAND TERRACE
SUFFERN NY 10901

10901454515

000094

TOWN OF RAMAPO
237 ROUTE 59
SUFFERN NEW YORK 10901-3399

JAMES CURLEY
12 ROCKLAND TERRACE
SUFFERN NY 10901

10901852283 C008



Hasler

012HE207655
$00.41₀
04/17/2008
Mailed From 10901
US POSTAGE

000095



Office of Finance Dept.
## Town of Ramapo
237 Route 59
Suffern New York 10901
(845) 357-5100
Fax: (845) 357-2936

Ilan Schoenberger
Director of Finance

November 29, 2007

Police Officer James Curley
12 Rockland Terrace
Suffern, New York 10901

Re:    Receipt of Salary Checks

Dear Officer Curley:

We have been advised that you have not reported to Lt. William Gravina at the Town of Ramapo Police Department as required pursuant to your temporary disability status. This unexplained lack of contact is of concern, as we have no knowledge as to whether your absence is voluntary or involuntary or whether you are receiving your salary, which is being directly deposited into your previously designated bank account.

Effective with the pay period beginning December 15, 2007, the direct deposit of your salary checks will be stopped and the checks will be held at the Sergeant's office at the Ramapo Police Headquarters. You can pick them up there at your convenience.

If, as we hope, your absence can be explained and is not the result of some catastrophic event, then please contact this office to continue or to resume the direct deposit of your salary.

Very truly yours,

Ilan Schoenberger
Director of Finance

IS/lp

**000096**

18 U.S.C.A. § 2261A                                                                          Page 1

C

Effective: January 05, 2006

United States Code Annotated Currentness
  Title 18. Crimes and Criminal Procedure (Refs & Annos)
    Part I. Crimes (Refs & Annos)
      Chapter 110A. Domestic Violence and Stalking (Refs & Annos)

→ § 2261A. Stalking [FN1]

Whoever--

(1) travels in interstate or foreign commerce or within the special maritime and territorial jurisdiction of the United States, or enters or leaves Indian country, with the intent to kill, injure, harass, or place under surveillance with intent to kill, injure, harass, or intimidate another person, and in the course of, or as a result of, such travel places that person in reasonable fear of the death of, or serious bodily injury to, or causes substantial emotional distress to that person, a member of the immediate family (as defined in section 115) of that person, or the spouse or intimate partner of that person; or

(2) with the intent--

(A) to kill, injure, harass, or place under surveillance with intent to kill, injure, harass, or intimidate, or cause substantial emotional distress to a person in another State or tribal jurisdiction or within the special maritime and territorial jurisdiction of the United States; or

(B) to place a person in another State or tribal jurisdiction, or within the special maritime and territorial jurisdiction of the United States, in reasonable fear of the death of, or serious bodily injury to--

(i) that person;

(ii) a member of the immediate family (as defined in section 115 [FN2] of that person; or

(iii) a spouse or intimate partner of that person;

uses the mail, any interactive computer service, or any facility of interstate or foreign commerce to engage in a course of conduct that causes substantial emotional distress to that person or places that person in reasonable fear of the death of, or serious bodily injury to, any of the persons described in clauses (i) through (iii) of subparagraph (B);

shall be punished as provided in section 2261(b) of this title.

CREDIT(S)

(Added Pub.L. 104-201, Div. A, Title X, § 1069(a), Sept. 23, 1996, 110 Stat. 2655, and amended Pub.L. 106-386, Div. B, Title I, § 1107(b)(1), Oct. 28, 2000, 114 Stat. 1498; Pub.L. 109-162, Title I, § 114(a), Jan. 5, 2006, 119 Stat. 2987.)

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

000097

18 U.S.C.A. § 2261A

[FN1] Section was amended without corresponding amendment to analysis.

[FN2] So in original. Probably should be followed by ")".

## HISTORICAL AND STATUTORY NOTES

Revision Notes and Legislative Reports

1996 Acts. House Report No. 104-563 and House Conference Report No. 104- 724, see 1996 U.S. Code Cong. and Adm. News, p. 2948.

2000 Acts. House Report No. 106-939, see 2000 U.S. Code Cong. and Adm. News, p. 1380.

2006 Acts. House Report No. 109-233, see 2005 U.S. Code Cong. and Adm. News, p. 1636.

Amendments

2006 Amendments. Pub.L. 109-162, § 114(a), rewrote this section, which formerly read:

"§ 2261A. Interstate stalking

"Whoever--

"(1) travels in interstate or foreign commerce or within the special maritime and territorial jurisdiction of the United States, or enters or leaves Indian country, with the intent to kill, injure, harass, or intimidate another person, and in the course of, or as a result of, such travel places that person in reasonable fear of the death of, or serious bodily injury to, that person, a member of the immediate family (as defined in section 115) of that person, or the spouse or intimate partner of that person; or

"(2) with the intent--

"(A) to kill or injure a person in another State or tribal jurisdiction or within the special maritime and territorial jurisdiction of the United States; or

"(B) to place a person in another State or tribal jurisdiction, or within the special maritime and territorial jurisdiction of the United States, in reasonable fear of the death of, or serious bodily injury to--

"(i) that person;

"(ii) a member of the immediate family (as defined in section 115) of that person; or

"(iii) a spouse or intimate partner of that person,

"uses the mail or any facility of interstate or foreign commerce to engage in a course of conduct that places that person in reasonable fear of the death of, or serious bodily injury to, any of the persons described in clauses (i) through (iii),

"shall be punished as provided in section 2261(b)."

2000 Amendments. Pub.L. 106-386, § 1107(b)(1), revised this section, which formerly read:

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

18 U.S.C.A. § 2261A

**"§ 2261A. Interstate stalking**

"Whoever travels across a State line or within the special maritime and territorial jurisdiction of the United States with the intent to injure or harass another person, and in the course of, or as a result of, such travel places that person in reasonable fear of the death of, or serious bodily injury (as defined in section 1365(g)(3) of this title) to, that person or a member of that person's immediate family (as defined in section 115 of this title) shall be punished as provided in section 2261 of this title."

Amendment of Federal Sentencing Guidelines Regarding Interstate Stalking

For provisions relating to amendment of the Guidelines regarding interstate stalking, see Pub.L.106-386, Div. B, Title I, § 1107(b)(2), Oct. 28, 2000, 114 Stat. 1498, set out as a note under 28 U.S.C.A. § 994.

LAW REVIEW COMMENTARIES

Safe and sound at last? Federalized anti-stalking legislation in the United States and Canada. 14 Dick.J.Int'l L. 373 (1996).

LIBRARY REFERENCES

American Digest System

Extortion and Threats ☞25.

Key Number System Topic No. 165.

Corpus Juris Secundum

CJS Breach of the Peace § 5, Nature and Elements of Offense -- Particular Acts or Conduct.

CJS Threats and Unlawful Communications § 10, Threats to Maim, Wound, Inflict Bodily Harm, or Damage Property in General -- Stalking.

RESEARCH REFERENCES

ALR Library

195 ALR, Fed. 319, Validity and Applicability of Violence Against Women Act (VAWA), 18 U.S.C.A. §§ 2261 to 2266.

69 ALR, Fed. 251, Interstate Travel as Element of Offense Established by Travel Act (18 U.S.C.A. § 1952).

29 ALR 5th 487, Validity, Construction, and Application of Stalking Statutes.

96 ALR 2nd 1292, Necessity and Sufficiency of Question to Defendant as to Whether He Has Anything to Say Why Sentence Should Not be Pronounced Against Him.

71 ALR 2nd 449, Admissibility of Evidence as to Extrajudicial or Pretrial Identification of Accused.

Encyclopedias

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

18 U.S.C.A. § 2261A.                                                      Page 4

Am. Jur. 2d Extortion, Blackmail, and Threats § 50, Constitutionality of Statutes.

Am. Jur. 2d Extortion, Blackmail, and Threats § 55, Federal Offenses.

Treatises and Practice Aids

Wright & Miller: Federal Prac. & Proc. § 126, Particular Cases.

NOTES OF DECISIONS

**Constitutionality 1**

1. Constitutionality

Statute setting forth the offense of interstate stalking was within Congress's authority under the Commerce Clause. U.S. v. Al-Zubaidy, C.A.6 (Mich.) 2002, 283 F.3d 804. Commerce ⇐ 82.6; Extortion And Threats ⇐ 25.1

18 U.S.C.A. § 2261A, 18 USCA § 2261A

Current through P.L. 110-80 approved 08-13-07

Copr. © 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

END OF DOCUMENT

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.