**DOMESTIC INCIDENT REPORT**
(PRINT UPPER CASE)

RAMAPO  NY 04353  04-355 — Sector 02  Beat —

| Date of Report | Time of Report | Date of Occurrence | Time of Occurrence | Control Occurrence | Address of Occurrence |
|---|---|---|---|---|---|
| 08 11 06 | 2041 | 08 11 06 | 2041 | | 14 MADISON HILL RD AIRMONT NY 10901 |

**Compl./Victim's Last Name, First, M.I.** CURLEY, JAMES
**Address** 14 MADISONS HILL RD AIRMONT NY 10901
**Sex** M

| Date of Birth | Age | Home Telephone | Race | Ethnic Origin |
|---|---|---|---|---|
| 07 24 69 | 38 | 362-0041 | [X] White [ ] Black [ ] Other [ ] Indian [ ] Asian [ ] Unk | [ ] Hispanic [X] Non-Hispanic [ ] Unknown |

**Suspect/Other Party Last Name, First, M.I.** CURLEY, LINDA
**Address** 14 MADISON HILL RD AIRMONT NY 10901
**Sex** F

| Date of Birth | Age | Home Telephone | Race | Ethnic Origin |
|---|---|---|---|---|
| 07 23 69 | 38 | 270-9765 | [X] White [ ] Black [ ] Other [ ] Indian [ ] Asian [ ] Unk | [ ] Hispanic [X] Non-Hispanic [ ] Unknown |

**Suspect Relationship to the Complainant/Victim:** WIFE / HUSBAND

**Suspect Present?** [ ] YES [X] NO
**Offense/Incident Involved:** [ ] Fel [ ] Misd [ ] Viol [X] Other
**Description (Offenses):** DISPUTE

| Order of Protection? | Violated? | Issuing Court | OP Registry Checked | Expir. Date | Complaint Report Prepared? | Compl. No. | Report Received |
|---|---|---|---|---|---|---|---|
| [X] YES [ ] NO | [ ] YES [ ] NO | FAMILY | [ ] YES [ ] NO | | [ ] YES [ ] NO | | [ ] Walk-in [X] Radio Run |

**Suspect Used/Threatened Weapons?** [ ] YES [ ] NO **Type:**
**Victim Injured?** [ ] YES [X] NO **Describe:**
**Aided No.** —
**Removed to Hospital?** [ ] YES [X] NO **What Hospital?**

**Photos Taken?** [ ] YES [X] NO
**Arrest Made?** [ ] YES [X] NO
**Non Arrest Reason:** [X] No Offense Committed [ ] Not at Scene [ ] Warrant Requested [ ] Other
**If Arrest Made, Did Perp. Resist?** [ ] YES [ ] NO

**Charge(s) (List All):** NONE
**Arrest No.**

**Family/Household Members Present?** [X] YES [ ] NO If YES, Last Name, First

| | Date of Birth | Relationship |
|---|---|---|
| JAMES CURLEY | 09 06 05 | SON |
| COURTNEY CURLEY | | DAUGHTER |

**Domestic Incident Report Receipt Issued? If NO, Reason:** [ ] YES [X] NO  AWAITING SUPERVISOR APPROVAL
**DV Notice Issued to Victim** [X] YES [ ] NO **Date** 08 11 06

**Suspect's Actions:** [ ] Biting [ ] Choking [ ] Destroying Property [ ] Forcible Restraint [ ] Grabbing [ ] Hair Pulling [ ] Homicide [ ] Injury to Child [ ] Kicking [ ] Pulling Phones From Wall [ ] Punching [ ] Pushing [ ] Pushing/Slamming Into Walls [ ] Sexual Abuse [ ] Slapping [ ] Threats With Weapons [ ] Throwing Items [ ] Using Weapon(s) [ ] Verbal Abuse [X] Other: DOMESTIC DISAGREEMENT

**Narrative of the Incident:** (include results of investigation and basis for action taken)

At approx 8:50 pm my wife linda came home and demanded the children she then advised me she is taking the children and would not tell me where they were going. I then called 911 when she made accusations telling them that she told the R.P.O about my family member in illegal activities. She also told me that my sister in law Mary was suing me for accusations I made against her with the Bank. I informed her that I was contacting O.E.A. about her calling in her own prescription without being a patient of D Goldberg or D Hussain.

**False Statements made herein are punishable as a Class A Misdemeanor, pursuant to Section 210.45 of the Penal Law.**
**Victim's Signature** [signature]
**Date** 08 11 06

**Other Involved Agency(s)**

**Is There Reasonable Cause to Suspect A Child May Be The Victim of Abuse, Neglect or Maltreatment?** [ ] YES [X] NO
If Yes, Reporting Officer Must Contact the NYS Child Abuse Hotline Registry # 1-800-635-1522.

**Any Guns In the House?** [ ] YES [X] NO  **Any Guns Seized?** [ ] YES [X] NO
**Household Member Have a Pistol Permit?** [ ] Yes [X] No  **Permit Seized?** [ ] YES [X] NO
**Permit No.** ___ **Issuing County** ___ **Name** ___

**REFERRALS:** [ ] Child Protective Services [ ] Licensing Bureau [ ] Adult Protective Services  **Name of Person Notified:**
[ ] Domestic Violence Services [ ] Other Outside Agency
**Date:** **Time:** **Notified By:**

**Reporting Officer's Signature (Include Rank)** PO Mark La
**Officer I.D. No.** 455
**Date** 08 11 06
**Page** 01

**Supervisor's Signature (Include Rank)** Sgt ___ 324
**Date** 08 11 06
**Pages** 01

White Copy - Agency    Pink Copy - Victim
Canary Copy - DCJS    Goldenrod Copy - Victim    3221 - 0697 DCJS Copyright © 1995 by NYS Div of Criminal Justice Services

000151

Case 7:08-cr-00402-SCR Document ... 10/10/2008 Page 2 of 30

| 5. Date | 6. Time of Report | 7. Complainant Name | 8. |
|---|---|---|---|
| 08 / 11 / 00 | 2043 | CURLEY, JAMES | DOMESTIC |

**9. Narrative**

MR. CURLEY REPORTS THAT HIS WIFE LINDA TOOK THEIR DAUGHTER AND LEFT THEIR RESIDENCE AND WOULD NOT TELL HIM WHERE SHE WAS GOING. MR. CURLEY STATES HE BELIEVES THAT HIS WIFE IS UPSET AND HIS CONCERN IS FOR HIS DAUGHTER COURTNEY'S SAFETY. MR. CURLEY WAS REMINDED THAT HIS WIFE CAN TAKE HER DAUGHTER WITH HER AND THERE IS NO COURT ORDER STATING OTHERWISE, TO WHICH MR. CURLEY STATES HE REALIZES. REPORTING OFFICER HAS MADE ATTEMPTS TO CONTACT MS CURLEY VIA CELL PHONE TO VERIFY EVERYONES WELL BEING BUT HAS ONLY BEEN ABLE TO LEAVE A MESSAGE. MR. CURLEY WAS ADVISED HE WOULD BE INFORMED OF HIS DAUGHTERS CONDITION PROVIDED REPORTING OFFICER MAKES CONTACT WITH MS CURLEY.

**10. Inquiries (Check all that apply)**
☐ DMV ☐ Want/Warrant ☐ Scofflaw
☐ Crim. History ☐ Stolen Property ☐ Other

**11. NYSPIN Message No.** | **12.**

**13. Reporting Officer Signature (Include Rank)** | **14. ID No.** 455 | **15. Supervisor Signature (Include Rank)** | **16. ID No.** 3.4

**17. Case Status** ☐ Open ☐ Closed (if Closed, check box below) ☐ Unfounded
☐ Viol. Refused to Coop. ☐ Arrest ☐ Pros. Declined ☐ Warrant Advised
☐ CBI ☐ Juv. - No Custody ☐ Arrest-Juv. ☐ Offender Dead ☐ Extrad. Declin. ☐ Unknown

**18. Status Date** 08 / 11 / 06 | **19. Notified/TOT** | **A** use cover sheet

**82.** Page | Pages

DCJS-3206 (1/92)

000152 30

Case 7:08-cr-00404-SCR    Document 12-7    Filed 10/10/2008    Page 3 of 50

On 08/11/06 at about 2043HRS. I Responded to 14 Madison Hill Rd. re/ a custody dispute. I arrived on the scene with PO Smith and PO Dale.  Upon arrival we spoke with James Curley who was home with his child, James Jr. James Curley stated that he and his wife Linda both have custody of their two children, son James and daughter Courtney. James Curley stated that while he was bathing James Jr., Linda took Courtney and left the house. He said that he did not know where Linda Curley was going. He said that he was concerned because Linda seemed to be upset.

James Curley stated that Linda Curley did not violate the Order of Protection that he has against her.

I advised James Curley that I could have an officer attempt to contact Linda Curley only to make sure that she and Courtney were alright. I advised James Curley that if we made contact with Linda we could not compel her to return home with  Courtney. I further advised James Curley that if we did locate Linda Curley, we would not divulge her location to him. We would only make sure that she and Courtney were alright.

James Curley showed me the Order of Protection that he has against Linda Curley. He again stated that Linda Curley did not violate it.

Upon completion, PO Smith, PO Dale and I cleared from the scene.

At about 2115HRS. I called Capt. Brower (Staff Duty Officer) via telephone from Ramapo Police Headquarters. I advised him of this incident.

| 10. Inquiries (Check all that apply) | | 11. NYSPIN Message No. | 12. | 82. |
|---|---|---|---|---|
| ☐ DMV  ☐ Want /Warrant  ☐ Scofflaw | | | | Page |
| ☐ Crim. History  ☐ Stolen Property  ☐ Other | | | | of Pages |

| 12. Reporting Officer Signature (Include Rank) Sgt. Brian Corbett | 14. ID No. 324 | 15. Supervisor's Signature (Include Rank) | 16. ID No. |
|---|---|---|---|

| 17 Case Status | ☐ Open | ☐ Closed  (if closed, check box below) | ☐ Unfounded | 19. Status Date 8/11/06 | 19. Notified/TOT |
|---|---|---|---|---|---|
| ☐ Vict. Refused to Coop. | | ☐ Arrest | ☐ Pros. Declined  ☐ Warrant Advised | | |
| ☐ CBI | ☐ Juv.-No Custody | ☐ Offender Dead | ☐ Extrad. Declin  ☐ Unknown | | |

DCJS-3208 (1/92)

| . Date | 6. Time of Report | 7.Complainant Name | 8. |
|---|---|---|---|
| /11/06 | 2043 | CURLEY, JAMES | |

RESPONDED TO #14 MADISON HILL DR. IN REFERENCE TO THE ABOVE INCIDENT; I STOODBY THE SCENE WHILE PAPERWORK WAS BEING COMPLETED. JAMES CURLEY STATED IN MY PRESENCE THAT THERE WERE NO VIOLATIONS THAT OCCURRED DURING THE INCIDENT. NOTHING FURTHER.

**10. Inquiries (Check all that apply)**
☐ DMV   ☐ Want /Warrant   ☐ Scofflaw
☐ Crim. History   ☐ Stolen Property   ☐ Other

**11. NYSPIN Message No.**

**12.**

**82. Page** of Pages

**12.Reporting Officer Signature (Include Rank)**

**14. ID No.** 431

**15.Supervisor's Signature (Include Rank)**

**16.ID No.**

**17 Case Status** ☐ Open   ☐ Closed (If closed, check box below)   ☐ Unfounded
☐ Vict. Refused to Coop.   ☐ Arrest   ☐ Pros. Declined   ☐ Warrant Advised
☐ CBI   ☐ Juv.-No Custody   ☐ Offender Dead   ☐ Extrad. Declin   ☐ Unknown

**19. Status Date**

**19.Notified/TOT**

DCJS-3208 (1/92)

| . Date | 6. Time of Report | 7.Complainant Name | 8. |
|---|---|---|---|
| /11/06 | 2043 | CURLEY, JAMES | DOMESTIC |

RESPONDED TO #14 MADISON HILL DR. IN REFERENCE TO THE ABOVE INCIDENT; I WAS CLEARED FROM THE SCENE BY SGT. CORBETT UPON ARRIVAL. NOTHING FURTHER.

| 10. Inquiries (Check all that apply) | 11. NYSPIN Message No. | 12. | | 82. |
|---|---|---|---|---|
| ☐DMV  ☐Warr/Warrant  ☐Scofflaw  ☐Crim. History  ☑Stolen Property  ☐Other | | | | Page |
| 12.Reporting Officer Signature (Include Rank) | 14. ID No. 448 | 15.Supervisor's Signature (Include Rank) | 16.ID No. 300 | of Pages |
| 17 Case Status  ☐Open  ☐Closed (if closed, check box below)  ☐Unfounded  ☐Vict. Refused to Coop.  ☐Arrest  ☐Pros. Declined ☐Warrant Advised  ☐CBI  ☐Juv.-No Custody  ☐Offender Dead  ☐Extrad. Declin  ☐Unknown | | | 19. Status Date  06/11/06 | 19.Notified/TOT |

CJS-3208 (1/92)

POKPD — NY 07333 — 06-33906

(PRINT UPPER CASE)

| Date of Rpt | Time of Report | Date of Occur | Time of Occur | Address of Occurrence | Apt. No. | Sector | Beat |
|---|---|---|---|---|---|---|---|
| 8-14-06 | | 8-14-06 | 0752 | 94 Madison Hill Rd Suffern NY 10901 | | 2 | |

| Compl./Victim's Last Name, First, M.I. | Address | Sex |
|---|---|---|
| Curley, Linda, J | Same As Above | F |

| Date of Birth | Age | Home Telephone | Race | Ethnic Origin |
|---|---|---|---|---|
| 7-23-1968 | 38 | 845-368-8611 | ☑ White ☐ Black ☐ Other ☐ Indian ☐ Asian ☐ Unk | ☐ Hispanic ☑ Non-Hispanic ☐ Unknown |

| Suspect/Other Party Last Name, First, M.I. | Address | Sex |
|---|---|---|
| Curley, James | Same As Above | M |

| Date of Birth | Age | Home Telephone | Race | Ethnic Origin |
|---|---|---|---|---|
| 4-26-1964 | 42 | 845-368-8611 | ☑ White ☐ Black ☐ Other ☐ Indian ☐ Asian ☐ Unk | ☐ Hispanic ☑ Non-Hispanic ☐ Unknown |

| Suspect Relationship to the Complainant/Victim | Suspect Present? | Offense/Incident Involved: | Description (Offenses) |
|---|---|---|---|
| Husband | ☑ YES ☐ NO | ☐ Fel ☐ Misd ☐ Viol ☑ Other | Verbal Dispute |

| Order of Protection? | Violated? | Issuing Court | OP Registry Checked? | Expir. Date | Complaint Report Prepared? | Compl. No. | Report Received |
|---|---|---|---|---|---|---|---|
| ☑ YES ☐ NO | ☐ YES ☑ NO | Family Court | ☑ YES ☐ NO | 10-19-06 | ☐ YES ☑ NO | — | ☐ Walk-In ☑ Radio Run |

| Suspect Used/Threatened Weapons? | Type: | Victim Injured? | Describe | Aided No. | Removed to Hospital? | What Hospital? |
|---|---|---|---|---|---|---|
| ☐ YES ☑ NO | | ☐ YES ☑ NO | | | ☐ YES ☑ NO | |

| Photos Taken? | Arrest Made? | Non Arrest Reason | | | | | If Arrest Made, Did Perp. Resist? |
|---|---|---|---|---|---|---|---|
| ☐ YES ☑ NO | ☐ YES ☑ NO | ☑ No Offense Committed ☐ Not at Scene ☐ Warrant Requested ☑ Other No406 | | | | | ☐ YES ☑ NO |

| Charge(s) (List All) | Arrest No. |
|---|---|
| None | — |

| Family/Household Members Present? If YES, Last Name, First | Date of Birth | Relationship |
|---|---|---|
| ☐ YES ☐ NO Courtney Lynn, Curley | 4/7/02 | Daughter |
| James, Curley | 8-2-05 | son |

| Domestic Incident Report Receipt Issued? If NO, Reason: | DV Notice Issued to Victim | Date |
|---|---|---|
| ☐ YES ☑ NO Pending Supervisors Approval | ☑ YES ☐ NO | 8-14-2006 |

**Suspect's Actions:** ☐ Biting ☐ Choking ☐ Destroying Property ☐ Forcible Restraint ☐ Grabbing ☐ Hair Pulling ☐ Homicide ☐ Injury to Child ☐ Kicking ☐ Pulling Phones From Wall ☐ Punching ☐ Pushing ☐ Pushing/Slamming Into Walls ☐ Sexual Abuse ☐ Slapping ☐ Threats With Weapon(s) ☐ Throwing Items ☐ Using Weapon(s) ☐ Verbal Abuse ☑ Other Following and arguing

**Narrative of the Incident:** (include results of investigation and basis for action taken)

SEE Supp

**Victim's Statement of Allegations:** Jimmy started arguing about who's dropping & picking the kids up from daycare, changing his mind about it. Then he started following me around with a tape recorder saying harrassing things 1st about me working, my employers, then my family. His behavior was odd and I felt threatened, called 911 & went outside to wait with my children.

False Statements made herein are punishable as a Class A Misdemeanor, pursuant to Section 210.45 of the Penal Law.

| Victim's Signature | Date |
|---|---|
| Linda Curley | 8-14-06 |

Other Involved Agency(s)

| Is There Reasonable Cause to Suspect A Child May Be The Victim of Abuse, Neglect or Maltreatment? ☐ YES ☑ NO | Any Guns in the House? ☐ YES ☑ NO | Any Guns Seized? ☐ YES ☑ NO |
|---|---|---|
| If Yes, Reporting Officer Must Contact the NYS Child Abuse Hotline Registry # 1-800-635-1522. | Household Member Have a Pistol Permit? ☐ Yes ☑ No Permit No. Name | Permit Seized? ☐ YES ☑ NO Issuing County |

**REFERRALS:** ☐ Child Protective Services ☐ Licensing Bureau ☐ Adult Protective Services Name of Person Notified:
☐ Domestic Violence Services ☐ Other Outside Agency

| | Date: | Time: | Notified By: |
|---|---|---|---|

| Reporting Officer's Signature (Include Rank) | Officer I.D. No.: | Date | Page |
|---|---|---|---|
| | 466 | 8-14-06 | 1 |

| Supervisor's Signature (Include Rank) | Date | of |
|---|---|---|
| | 8-14-06 | Pages |

White Copy - Agency   Pink Copy - Victim
Canary Copy - DCJS   Goldenrod Copy - Victim

3221 - 0697 DCJS Copyright © 1995 by NYS Div of Criminal Justice Services

000156   34

**1. Agency** TICLPD

**2. Division/Precinct** A612

**New York State SUPPLEMENTAL REPORT**

**Supplement To:**

**3. Incident No.** 0653966

**4. Arrest No.**

**5. Date** 8/14/06

**6. Time of Report** 0752

**7. Complainant Name** Curley, Linda J

**8.** Domestic

**9. Narrative**

At Approx 8 Am I walked downstairs and was helping my daughter Courtney get her walker out of her car. My wife came downstairs and stated I Read what you wrote, Dr. Hussain and myself will get you and kill you I said nothing and went to get the phone. My wife had both phones (House) and called and said I was harassing her. I did not Say anything to my wife, but asked who was taking and picking up from daycare. She was dropping off and said she was working late again.

| | |
|---|---|
| | 1 |
| | 2 |
| | 3 |
| | 4 |
| | 5 |
| | 6 |
| | 7 |
| | 8 |
| | 9 |
| | 10 |
| | 11 |
| | 12 |
| | 13 |
| | Total |

**ADMINISTRATIVE**

**10. Inquiries (Check all that apply)**
☐ DMV  ☐ Want/Warrant  ☐ Scofflaw
☐ Crim. History  ☐ Stolen Property  ☐ Other

**11. NYSPIN Message No**

**12.**

**82.** 2 Page

"Of" Pages

**13. Reporting Officer Signature (include Rank)**

**14. ID No.** 466

**15. Supervisor's Signature (include Rank)**

**16. ID No.** 323

**17. Case Status** ☐ Open ☐ Closed (If Closed, check box below)
☐ Vict. Refused to Coop.  ☐ Arrest  ☐ Pros. Declined
☐ CBI  ☐ Juv. - No Custody  ☐ Arrest-Juv.  ☐ Offender Dead

☐ Unfounded
☐ Warrant Advised
☐ Extrad. Decl'n.  ☐ Unknown

**18. Status Date** Mo 8 Day 14 Yr 06

**19. Notified/TOT**

**A** use cover sheet

DCJS-3206 (1/92)

000157

35

| 5. Date | 6. Time of Report | 7. Complainant Name | 8. |
|---|---|---|---|
| 8/14/06 | 752 | Curley, Linda | Domestic |

On the above date and time I was dispatched to the above location in reference to a husband and wife domestic. Upon arrival I observed Mrs. Linda Curley standing at the end of her driveway with her two children, and Mr. James Curley standing at the front of the residence. I spoke with Mrs. Curley who stated that her husband James had started arguing about who was going to be taking the kids to and from daycare. She said he kept changing his mind about what he wanted to do. Then he started to follow her around the house with a tape recorder saying harassing things about her working, her employer and then her family. She further stated that he was acting odd and that she felt threatened, so she called the police and waited outside with the kids until I arrived.

I spoke with Mr. Curley who reports that while he was getting his daughter ready for daycare, his wife approached him and stated "I read what you wrote; Dr. Hussain and I will get you and kill you". Mr. Curley showed me some legal papers that he had left out, in preparation for court. I observed a number of papers that were on the floor of what appeared to be one of the children's bed rooms. He said that his wife had read some of the notes he had made in reference to her brother. He said that her brother had molested his own daughter and that's what some notations his wife read were about. He said that both he and his wife were due in court this morning at 0930 hours. He further said that he did not say anything to his wife other than the conversations they had in reference to who was going to be dropping off and picking up the kids. He said that she was dropping off and she said that she was working late again.

I spoke with both parties in reference to signing charges; they both did not wish to sign any charges at this time. They both wanted to make separate statements, Mr. Curley's statement was written on a supplemental report form and attached to the domestic form.

| 10. Inquiries (Check all that apply) | 11. NYSPIN Message No. | 12. | 82. |
|---|---|---|---|
| ☐ DMV  ☐ Want /Warrant  ☐ Scofflaw | | | Page |
| ☐ Crim. History  ☐ Stolen Property  ☐ Other | | | -3- |

| 12. Reporting Officer Signature (Include Rank) | 14. ID No. | 15. Supervisor's Signature (Include Rank) | 16. ID No. |
|---|---|---|---|
| | 466 | | P2-3 |

| 17. Case Status  ☐ Open | ☐ Closed  (If closed, check box below) | ☐ Unfounded | 19. Status Date | 19. Notified/TOT |
|---|---|---|---|---|
| ☐ Vict. Refused to Coop.  ☐ CBI  ☐ Juv.-No Custody | ☐ Arrest  ☐ Offender Dead | ☐ Pros. Declined  ☐ Warrant Advised  ☐ Extrad. Dec'n   ☐ Unknown | 8/14/06 | |

DCJS-3208 (1/92)

| Town of Ramapo Police | 2/Al | | Supplement... To: 06-35906 | 4. Arrest No. |
|---|---|---|---|---|
| 5. Date 8/14/06 | 6. Time of Report 752 | 7. Complainant Name Curley, Linda | | 8. Domestic Disturbance |

PO Plesko and I responded to 14 Madison Hill Rd. for a reported domestic disturbance. Upon arrival I turned on the transmitter to car 423. It remained on for the duration of this call.

Both parties were calm. I interviewed both Mr. and Mrs. Curley seperately. They both stated they have court today. Mrs. Curley was upset because her husband was walking around with a tape recorder and recording audio notes.

Mr. Curley states he was recording notes when he mistakenly left some papers on a table. His wife read the notes and became upset. He states she threatened to kill him and it should be on tape. He did not wish to sign charges.

Mrs. Curley states she too had her audio recorder on during this incident.

Both parties stated they called the police to report this incident. I confirmed this through dispatch. Mrs. Curley phoned and shortly after Mr. Curley phoned.

| 10. Inquiries (Check all that apply) ☐DMV ☐Want /Warrant ☐Scofflaw ☐Crim. History ☐Stolen Property ☐Other | 11. NYSPIN Message No. | 12. | | 82. Page |
|---|---|---|---|---|
| 12.Reporting Officer Signature (Include Rank) Sgt. Robert Lancia | 14. ID No. 425 | 15.Supervisor's Signature (Include Rank) | 16.ID No. | of Pages |
| 17 Case Status ☒Open ☐Closed (if closed, check box below) ☐Unfounded ☐Vict. Refused to Coop. ☐Arrest ☐Pros. Declined ☐Warrant Advised ☐CBI ☐Juv.-No Custody ☐Offender Dead ☐Extrad. Declin ☐Unknown | | | 19. Status Date 8/14/06 | 19.Notified/TOT |

DCJS-3208 (1/92)

000159    37

Town of Ramapo
237 Route 59   Suffern, NY 10901
phone: (845) 357-5100
fax:    (845) 357-8513

**TOWN OF RAMAPO POLICE DEPARTMENT**

2006 NOV 16  P 12: 46

## APPLICATION FOR PUBLIC ACCESS TO TOWN RECORDS

Records Access Officer: Christian G. Sampson, Town Clerk
TOWN RECORDS ARE OPEN FOR INSPECTION MONDAY – FRIDAY 9AM TO 5PM.

I HEREBY APPLY TO INSPECT THE FOLLOWING TOWN RECORD(S):
All Reports made by Linda Curley to Ramapo Police Dept.
from July to present Some Dates includ 8/9/06 8/14/06 8/24/06 & 11/2,3/06 + more

_Thomas Curley_ _____   _Curley_ _____
(PRINT) Name of Person          Signature

14 Madison Hill Rd   _____   845-553-0760
Address                         Daytime Phone

Suffern N.Y. 10901   _____   11/16/06
City/State/Zip                  Date of Request

Date Called _____   Comments _____

THERE IS A CHARGE OF $.25 PER COPIED PAGE allowed by law.

### FOR TOWN USE ONLY

( ) Request Approved     ( ) No Charge for Record     ( ) Charge

( ) Request Denied for the Reason(s) Below:
  ( ) Confidential Disclosure          Certification Fee: (
  ( ) Part of Investigatory Files      Photocopy Fee: (
  ( ) Unwarranted Invasion of Personal Privacy
  ( ) Record Not Located               Total to be paid: (
  ( ) Record Not Maintained by this Agency
  ( ) Would impair contract awards/collective bargaining agreements
  ( ) Trade secret, confidential commercial information
  ( ) Law enforcement records
  ( ) Exempted by Statute other than the Freedom of Information Act
  ( ) Other (Specify) _____

_____
Signature of Town Rep.        Title              Date

NOTICE: Any person denied access to records may appeal the denial
within 30 days of the denial. Such appeals should be addressed to
the Supervisor of the Town of Ramapo, 237 Route 59, Suffern, NY
10901.
I HEREBY APPEAL:
  Signature : _____   Date:_____

CTA   11-17-2006

**000160**

| TOWN OF RAMAPO PD | NY 04353 | DOMESTIC INCIDENT REPORT (PRINT UPPER CASE) | — | 06-36202 | 2/AR |
|---|---|---|---|---|---|

**DOMESTIC INCIDENT REPORT (PRINT UPPER CASE)**

| Date of Report | Time of Report (Approx) | Date of Occurrence | Time of Occurrence (Approx) | Place of Occurrence | Muni. No. | Sector | Beat |
|---|---|---|---|---|---|---|---|
| 08,15,06 | 1816 | 08,14,06 | 2100 | 14 Madison Hill Rd, Suffern NY 10901 | — | 2 | AR |

| Compl./Victim's Last Name, First, M.I. | Address | Sex |
|---|---|---|
| Curley, Linda, J. | ABOVE | F |

| Date of Birth | Age | Home Telephone | Race | Ethnic Origin |
|---|---|---|---|---|
| 07 23 68 | 38 | 368-8641 | ☒ White ☐ Black ☐ Other ☐ Indian ☐ Asian ☐ Unk | ☐ Hispanic ☒ Non-Hispanic ☐ Unknown |

| Suspect/Other Party Last Name, First, M.I. | Address | Sex |
|---|---|---|
| Curley, James, P. | ABOVE | M |

| Date of Birth | Age | Home Telephone | Race | Ethnic Origin |
|---|---|---|---|---|
| 4 26 64 | 42 | 368-8641 | ☒ White ☐ Black ☐ Other ☐ Indian ☐ Asian ☐ Unk | ☐ Hispanic ☒ Non-Hispanic ☐ Unknown |

| Suspect Relationship to the Complainant/Victim | Suspect Present? | Offense/Incident Involved: | Description (Offenses) |
|---|---|---|---|
| HUSBAND | ☐ YES ☒ NO | ☐ Fel ☐ Misd ☐ Viol ☒ Other | Domestic Incident |

| Order of Protection? | Violated? | Issuing Court | OP Registry Checked | Expir. Date | Complaint Report Prepared? | Compl. No. | Report Received |
|---|---|---|---|---|---|---|---|
| ☒ YES ☐ NO | ☐ YES ☐ NO | R.C. Family Court | ☒ YES ☐ NO | 10,19,06 | ☐ YES ☒ NO | — | ☒ Walk-in ☐ Radio Run |

| Suspect Used/Threatened Weapons? | Type: | Victim Injured? | Describe | Aided No. | Removed to Hospital? | What Hospital? |
|---|---|---|---|---|---|---|
| ☐ YES ☐ NO | | ☐ YES ☒ NO | — | — | ☐ YES ☒ NO | — |

| Photos Taken? | Arrest Made? | Non Arrest Reason | | | | If Arrest Made, Did Perp. Resist? |
|---|---|---|---|---|---|---|
| ☐ YES ☒ NO | ☐ YES ☒ NO | ☒ No Offense Committed ☐ Not at Scene ☐ Warrant Requested ☐ Other | | | | ☐ YES ☐ NO |

| Charge(s) (List All) | Arrest No. |
|---|---|
| NO CHARGES | — |

| Family/Household Members Present? If YES, Last Name, First | Date of Birth | Relationship |
|---|---|---|
| ☒ YES ☐ NO   Curley, James, T. | 8/2/05 | Son |
| Curley, Courtney | 4/07/02 | daughter |

| Domestic Incident Report Receipt Issued? If NO, Reason: | DV Notice Issued to Victim | Date |
|---|---|---|
| ☐ YES ☒ NO   Pending Supervisor's Review | ☒ YES ☐ NO | 08,15,06 |

**Suspect's Actions:**
☐ Biting ☐ Choking ☐ Destroying Property ☐ Forcible Restraint ☐ Grabbing ☐ Hair Pulling ☐ Homicide ☐ Injury to Child ☐ Kicking ☐ Pulling Phones From Wall ☐ Punching ☐ Pushing ☐ Pushing/Slamming Into Walls ☐ Sexual Abuse ☐ Slapping ☐ Threats With Weapon(s) ☐ Throwing Items ☐ Using Weapon(s) ☐ Verbal Abuse ☒ Other: Yelling, Physical contact w/hands (see Narrative & deposition) / witness

**Narrative of the Incident:** (include results of investigation and basis for action taken)

- See Supplemental Report -

**Victim's Statement of Allegations:**

Last night aprox. 9pm Jim told me my interior car light was on after I was locked in the bedroom/bathroom for the night. I went out + saw it was a trick ran back into the house and he was in the bedroom + when I went into the bathroom he tried to push me out. I said my stuff is in there + he yelled "Then get it out, Linda." My daughter witnessed this and was very upset. I did not call 911 due to the last response.

False Statements made herein are punishable as a Class A Misdemeanor, pursuant to Section 210.45 of the Penal Law.

| Victim's Signature | Date |
|---|---|
| Linda Curley | 8, 15, 06 |

| Is There Reasonable Cause to Suspect A Child May Be The Victim of Abuse. | Any Guns In The House? ☐ YES ☒ NO | Any Guns Seized? ☐ YES ☒ NO |
|---|---|---|
| Neglect or Maltreatment? ☐ YES ☒ NO | Household Member Have a Pistol Permit? ☐ Yes ☒ No | Permit Seized? ☐ YES ☒ NO |
| If Yes, Reporting Officer Must Contact the NYS Child Abuse Hotline Registry # 1-800-635-1522. | Permit No. | Issuing County |

**REFERRALS:** ☒ Child Protective Services ☐ Licensing Bureau ☐ Adult Protective Services   Name of Person Notified:
☐ Domestic Violence Services ☐ Other Outside Agency

| | Date: | Time: | Notified By: |
|---|---|---|---|

| Reporting Officer's Signature (Include Rank) | Officer I.D. No. | Date |
|---|---|---|
| P.O. M. Sammaure | 442 | 08,15,06 |

| Supervisor's Signature (Include Rank) | Date |
|---|---|
| G. K. Rupp #323 | |

| | | Page 1 of 2 Pages |
|---|---|---|

White Copy - Agency   Pink Copy - Victim
Canary Copy - DCJS   Goldenrod Copy - Victim

3221 - 0697 DCJS Copyright © 1995 by NYS Div of Criminal Justice Services

000161

39

| Town of Ramapo Police Department | New York State SUPPLEMENTAL REPORT | Incident 06-36202 | Arrest |
|---|---|---|---|

| Report Date 08/15/2006 | Report time 18:26 | Complainant Linda J. Curley | | Incident type Domestic |
|---|---|---|---|---|

**Narrative:**

Above date and time, Linda Curley was in station lobby reporting a past domestic incident. Linda reports that last night at approximately 2100 hours she and her husband James had a verbal argument. Linda stated that she has locks on her bedroom and bathroom doors, and James tricked her so she would leave the bedroom. Linda stated that when she tried to get into the bathroom, James put his hands on her waist and pushed her away from him. Linda stated that she was not hurt and she didn't think that he was trying to hurt her, but she wanted a report because the incident upset her daughter Courtney. Linda stated that in the past, Courtney has witnessed James physically and verbally fight with Linda and this has made Courtney very anxious around James. Linda played an audio tape of the incident which I placed into evidence at the station. On the tape, I heard a female say that her stuff is in there, then I heard a male yell "then get it out", then I heard a child hysterically crying. Linda stated that the female voice was her, the male was her husband James, and the child is her daughter Courtney.

Linda gave a written deposition of the incident which is attached with this report. I advised Linda not to stay in the house if she felt unsafe. Linda advised me that she was in family court this week and the case had been adjourned until October. I advised Linda to go to Family Court tomorrow and request a stay away order of protection. Lt. Lampert was present during some of my conversations with Linda Curley. Lt. Lampert witnessed the deposition and advised me that she notified Lt. Gravina of the incident.

I spoke to James via telephone. James stated that there was an argument last night about who was staying in the bedroom. James stated that they had been alternating who got to stay in the larger room. James stated that Linda told him that her stuff was in the room, and he told her to get it out. James stated that his daughter Courtney became very upset and began to cry. James stated that at that point, both he and Linda stopped arguing so they could tend to Courtney to calm her down. James stated that at no time did he physically touch Linda. James further stated that he was in the bathroom and Linda came into the bathroom to get into the bedroom. James stated that Linda walked past him to the bedroom, and that it was more of a territorial argument over who got to stay in the master bedroom.

Both Linda and James stated that Courtney was very upset by the argument. Last week, I took a report from Linda that indicated there had been fighting in front of Courtney and that the child was anxious because of the arguing. Due to ongoing fighting and the audio tape of the child's reaction to witnessing the incident, I contacted CPS. I spoke to CPS worker Constance Weitzel, who took the case information and assigned it call #23781015. I completed a CPS report (form LDSS-22210A) and placed it in an addressed envelope in the outgoing mail bin (copy in file). I spoke to the on call C.P.S. worker, Sondra Hill and advised her of the incident.

| P.O. M Sammaure | 442 | | 323 |
|---|---|---|---|
| Reporting Officer Signature | Officer ID | Supervisor's Signature | Supv ID |

**TOWN OF RAMAPO POLICE DEPARTMENT**
Route 59
Suffern, N.Y.

Deposition of Witness Before Warrant                    Serial # 06-36202

STATE OF NEW YORK

COUNTY OF Rockland

Village of Airmont

Linda Curley , of the Village of Airmont ,

N.Y., age 38 years, occupation, Nurse ,

being produced before me, M. Sammarone , a Police Officer

of the Town of Ramapo , in said County of

Rockland as a witness on the accusatory

instrument of ———————— , of the ———

of ———————— , N.Y., duly filed, being by me

duly sworn, deposes and says: Last night at aprox. 9pm Jim
told me my interior car light was on after
I was locked in the bedroom/bathroom. I went
out and saw it was a trick, ran back into the house
and he was in the bedroom + when I went into the
bathroom he put both hands around my waist, pushing
be backward and then with his right hand he tried
to close the door on me. I said My stuff is in there
and he yelled = Then get it out, Linde."

NOTE: False statements made herein are punishable as a Class A Misdemeanor pursuant to
Section 210.45 of the Penal Law.

Linda Curley

Sworn to before me this 15th day of August , 19 2006

L. August #323

(Signature)

Police Lt.

(Title)

000163 P+1/41

**VOLUNTARY STATEMENT**
(NOT UNDER ARREST)

I, Linda Curley _____ am not under arrest for, nor am I being detained for any criminal

offenses concerning the events I am about to make known to P.O. Sammarone #442

Without being accused of or questioned about any criminal offenses regarding the facts I am about to state, I volunteer the following information of my own free will, for whatever purposes it may serve.

I am 38 years of age, and I live at 14 Madison Hill Rd, Suffern, N.Y. 10901

My daughter witnessed this and immediately started crying and was very upset. I did not call 911 due to the last response. He lied and told the police I threatened to kill him, so they said it was even.

Tonight at 5pm he followed me to the daycare and at 8pm he took my daughter from my sister in law Mary Curley, who was watching her for me at Suffern H.S. at a baseball game. He yelled at Mary to "stay away from my kids." The witnesses include a Suffern police officer.

I need protection from this man and my children need protection and I am not getting it from anyone. He is going to kill me and then it will be too late to intervene.

NOTE: False statements made herein are punishable as a Class A Misdemeanor pursuant to Section 210.45 of the Penal Law.

I have read each page of this statement consisting of 3 page(s), each page of which bears my signature, and corrections, if any, bear my initials, and I certify that the facts contained herein are true and correct.

Dated at Airmont, N.Y. this 15th day of August 20 06.

WITNESS: R. L. Lupino #323

WITNESS: P.O. M. Sammarone #442

Signature of person giving voluntary statement Linda Curley

000164  pg 2/3

Report # 06-36202

## VOLUNTARY STATEMENT
### (NOT UNDER ARREST)

I, __Linda Curley__ , am not under arrest for, nor am I being detained for any criminal

offenses concerning the events I am about to make known to __P.O. M. Sammarone #442__

Without being accused of or questioned about any criminal offenses regarding the facts I am about to state, I volunteer the following information of my own free will, for whatever purposes it may serve.

I am __38__ years of age, and I live at __14 Madison Hill Rd, Suffern NY 10901__

I was not injured during these events.
I was afraid that Jim would become
out of control. When my daughter started
crying - all of my attention turned to
consoling her.

He was in the bedroom when I
entered the bathroom. Then he entered
the bathroom and pushed me towards
the hallway/bathroom door.

NOTE: False statements made herein are punishable as a Class A Misdemeanor pursuant to Section 210.45 of the Penal Law.

I have read each page of this statement consisting of __3__ page(s), each page of which bears my signature, and corrections, if any, bear my initials, and I certify that the facts contained herein are true and correct.

Dated at __Piermont, N.Y.__ , this __15th__ day of __August__ 20 __06__.

WITNESS: _____

WITNESS: __PO-M Sammarone #448__

Signature of person giving voluntary statement __Linda Curley__

17 000165 #3/3

NEW YORK STATE
OFFICE OF CHILDREN AND FAMILY SERVICES

**REPORT OF SUSPECTED**
**CHILD ABUSE OR MALTREATMENT**

| | |
|---|---|
| 8/15/06 | 23781015 |
| Time AM/PM  Local Case # | Local Dist/Agency |
| 6:26  06-36202 | RAMAPO POLICE |

## SUBJECTS OF REPORT

| Line # | List all children in household, adults responsible and alleged subjects.<br>Last Name          First Name | Aliases | Sex<br>(M, F, Unk) | Birthday or Age<br>Mo/Day/Yr | Ethnic<br>Code | Relation<br>Code | Role | Lang. |
|---|---|---|---|---|---|---|---|---|
| 1. | Curley, Linda J. | | F | 7/23/68 | W | WIFE | Mother | Engl. |
| 2. | Curley, James, P. | | M | 4/26/64 | W | HUSB. | Father | Engl |
| 3. | Curley, Courtney | | F | 4/7/02 | W | Daughter | | English |
| 4. | Curley, James T. | | M | 8/2/05 | W | SON | — | ENGL. |
| 5. | | | | | | | | |
| 6. | | | | | | | | |
| 7. | | | | | | | | |

☐ MORE

| List Addresses and Telephone Numbers (Using Line Numbers From Above) | | Telephone No. |
|---|---|---|
| 1-4: 14 Madison Hill Rd. Suffern NY 10901 | HOME # | (845) 368-8641 |
| 1. ABOVE | CELL # | (845)-270-9765 |
| 2. ABOVE | CELL # | (845)-269-0348 |

## BASIS OF SUSPICIONS

Alleged suspicions of abuse or maltreatment. Give child(ren)'s line number(s). If all children, write "ALL".

| | | |
|---|---|---|
| ___ DOA/Fatality | ___ Child's Drug/Alcohol Use | ___ Swelling/Dislocation/Sprains |
| ___ Fractures | ___ Poisoning/Noxious Substances | ___ Educational Neglect |
| ___ Internal Injuries (i.e. Subdural Hematoma) | ___ Choking/Twisting/Shaking | ___ Emotional Neglect |
| ___ Lacerations/Bruises/Welts | ___ Lack of Medical Care | ___ Inadequate Food/Clothing/Shelter |
| ___ Burns/Scalding | ___ Malnutrition/Failure to Thrive | ___ Lack of Supervision |
| ___ Excessive Corporal Punishment | ___ Sexual Abuse | ___ Abandonment |
| ___ Inappropriate Isolation/Restraint(Institutional Abuse Only) | ___ Inadequate Guardianship | ___ Parent's Drug/Alcohol Misuse |
| ___ Inappropriate Custodial Conduct(Institutional Abuse Only) | ☒ (#3) Other (specify) MENTAL { Arguing & physical fighting in presence of CHILDREN | |

State reasons for suspicion, including the nature and extent of each child's injuries, abuse or maltreatment, past and present, and any evidence or suspicions of "Parental" behavior contributing to the problem. **Mother has given depositions alleging Father has fought verbally and physically infront of children, causing 4yrold to become upset. Mother says 4yr old is always on edge and becomes hysterical when parents fight. MOTHER PLAYED AUDIO TAPE OF INCIDENT FROM 8/14/06**

(If known, give time/date of alleged incident)
MO 08
DAY 14
YR 06

The Mandated Reporter Requests Finding of Investigation  ☒ YES  ☐ NO *That supports her claims.*

## SOURCE(S) OF REPORT

| CONFIDENTIAL | | CONFIDENTIAL |
|---|---|---|
| NAME | TELEPHONE<br>( )  - | NAME |
| ADDRESS | | ADDRESS |
| AGENCY/INSTITUTION | | AGENCY/INSTITUTION |

TELEPHONE
( )  -

RELATIONSHIP ( ✓ = REPORTER, X = SOURCE)

| | | | | | |
|---|---|---|---|---|---|
| ___ Med. Exam/Coroner | ___ Physician | ___ Hosp. Staff | ✓ Law Enforcement | ___ Neighbor | X Relative | ___ Instit. Staff |
| ___ Social Services | ___ Public Health | ___ Mental Health | ___ School Staff | ___ Other Specify) | |

| For Use By Physicians Only | Medical Diagnosis on Child | Signature of Physician who examined/treated child<br>X | Telephone No.<br>( )  - |
|---|---|---|---|
| | Hospitalization Required: | ☐ None   ☐ Under 1 week   ☐ 1-2 weeks   ☐ Over 2 weeks | |

| Actions Taken Or About To Be Taken | ☐ Medical Exam   ☐ X-Ray   ☐ Removal/Keeping   ☐ Not. Med Exam/Coroner<br>☐ Photographs   ☐ Hospitalization   ☐ Returning Home   ☐ Notified DA |
|---|---|

| Signature of Person Making This Report<br>P.O. M. Sammaune #442 | Title<br>Police OFFICER | Date Submitted<br>Mo. 08 Day 15 Yr. 06 |
|---|---|---|

Town of Ramapo
237 Route 59  Suffern, NY 10901
phone: (845) 357-5100
fax:    (845) 357-8513

**TOWN OF RAMAPO POLICE DEPARTMENT**

2006 NOV 16  P 12:46

## APPLICATION FOR PUBLIC ACCESS TO TOWN RECORDS

Records Access Officer: Christian G. Sampson, Town Clerk.
TOWN RECORDS ARE OPEN FOR INSPECTION MONDAY - FRIDAY 9AM TO 5PM.

I HEREBY APPLY TO INSPECT THE FOLLOWING TOWN RECORD(S):
All reports made by Linda Curley to Ramapo Police Dept.
from July to present. Some Dates includ 3/9/06 8/14/06 8/24/06 & 11/2,3/06
+ more

James Curley                          _[signature]_
(PRINT) Name of Person               Signature

14 Madison Hill Rd                    845-553-0760
Address                               Daytime Phone

Suffern N.Y. 10901                    11/16/06
City/State/Zip                        Date of Request

2006 NOV 16 PM 12:33  TOWN OF RAMAPO TOWN CLERK'S OFFICE

Date Called _____  Comments _____

THERE IS A CHARGE OF $.25 PER COPIED PAGE allowed by law.

### FOR TOWN USE ONLY

( ) Request Approved    ( ) No Charge for Record    ( ) Charge

( ) Request Denied for the Reason(s) Below:
 ( ) Confidential Disclosure          Certification Fee: (
 ( ) Part of Investigatory Files      Photocopy Fee: (
 ( ) Unwarranted Invasion of Personal Privacy
 ( ) Record Not Located               Total to be paid: (
 ( ) Record Not Maintained by this Agency
 ( ) Would impair contract awards/collective bargaining agreements
 ( ) Trade secret, confidential commercial information
 ( ) Law enforcement records
 ( ) Exempted by Statute other than the Freedom of Information Act
 ( ) Other (Specify) _____

Signature of Town Rep. _____    Title _____    Date _____

NOTICE:  Any person denied access to records may appeal the denial
within 30 days of the denial.  Such appeals should be addressed to
the Supervisor of the Town of Ramapo, 237 Route 59, Suffern, NY
10901.
I HEREBY APPEAL:
    Signature : _____        Date:_____

CTA  11-17-2006

**SECTION 1:**

| | CASE NO. | DATE SUBMITTED | OFFICER | SHIELD | RECORD # |
|---|---|---|---|---|---|

**SECTION 2:** NATURE OF SUBMISSION:

PROPERTY IS: ___ RECOVERED  ☒ EVIDENCE  ___ OTHER: _____

USED IN CRIME? ___ YES  ☒ NO     FELONY? ___ YES  ☒ NO

**SECTION 3:** PROPERTY DESCRIPTION

TAG #: _____ P CODE: 16 INV CODE: 12 SER #: _____

OWNER APPLIED #: _____ BRAND: _____ TYPE: _____

MODEL: _____ MISC DESC: Audio TAPE of ArgumenT

BIKE CODE: __   COLOR: PU/WH   SIZE: ____   VALUE: _____   ************

**SECTION 4:**

```
CASE #: 2008-00036202
RADIOSHACK MICROCASSETTE
LOC/BIN: RTPD/ 45
Date Received: 08/29/2006
```

QUANTITY: __   ************

**LOCATION C**

0011733   arge: _____

**DIR (Domestic Incident Report)**

| Mo. | Day | Year | Time (24 hrs) | Address of Occurrence | Apt. # | Precinct (nycc) | Aided # (NYC) | Complaint # |
|---|---|---|---|---|---|---|---|---|
| 11 | 10 | 08 | 09:30 | | | | | 06-30255 |

| Mo. | Day | Year | Time (24 hrs) | | |
|---|---|---|---|---|---|
| 11 | 10 | 06 | 14:45 | How can we safely contact you? (e.g. Name, Phone) | ○ Officer-Initiated ○ Radio Run ● Walk-In |

**SAFE CONTACT INFORMATION**

| Name (Last, First, M.I.) / (include aliases) | Phone | DOB Month | Day | Year | Age | Sex |
|---|---|---|---|---|---|---|
| Curley, Linda | 221-358-3581 | 7 | 23 | 68 | 38 | ○ Male ● Female |

Street & City: Same as Above    APT #:    Zip: 10901    If non-English, language: ○ Spanish ○ Chinese ○ Other:

Injured? ● No ○ Yes    Removed to Hospital? ● No ○ Yes If yes, what hospital?    ○ White ● Black ○ Asian ○ Native American ○ Other:    ○ Hispanic ● Non-Hispanic ○ Unknown    Notes (e.g. special needs, requests):

Describe:

| Name (Last, First, M.I.) / (include aliases) | Phone | DOB Month | Day | Year | Age | Sex |
|---|---|---|---|---|---|---|
| Curley, James | 368-8641 | 1 | 26 | 64 | 42 | ● Male ○ Female |

Street & City: Same as Above    APT #:    Zip: 10901    If non-English, language: ○ Spanish ○ Chinese ○ Other:

Injured? ● No ○ Yes    Removed to Hospital? ● No ○ Yes If yes, what hospital?    ● White ○ Black ○ Asian ○ Native American ○ Other:    ○ Hispanic ● Non-Hispanic ○ Unknown

| | |
|---|---|
| Prior DV History? | ● Yes ○ No |
| Prior DV police report? | ● Yes ○ No |
| Victim fearful? | ● Yes ○ No |
| Access to weapons? | ○ Yes ● No |
| Suspect: Drug/Alc History? | ● Yes ○ No |
| Suspect: Hx suicide threat? | ● Yes ○ No |
| Suspect: Probation/Parole? | ○ Yes ● No |

Describe:

**LIVING SITUATION**

SUSPECT/P2 present?
○ Yes
● No

Do parties *currently* live together? ○ Yes ● No
IF NO, have they lived together *in the past*? ● Yes ○ No
Do the parties have a *child-in-common*? ● Yes ○ No

**RELATIONSHIP: (SUSPECT / P2 to VICTIM / P1)**
○ Married   ● Formerly Married
○ Intimate Partner/Dating   ○ Former Intimate/Dating
○ Child of victim/party 1   ○ Parent of victim/party 1
○ Relative: _____   ○ Other: _____

| 1. Name (Street/APT#/City, if needed) | Phone | DOB | Month | Day | Year | Relationship to victim / P1 |
|---|---|---|---|---|---|---|
| Curley, Courtney | 368-8641 | | 4 | 7 | 02 | Daughter |
| 2. Curley, James | 368-8641 | | 8 | 2 | 05 | Son |

3. _____

| (Check all that apply) | | | | |
|---|---|---|---|---|
| ○ Biting | ○ Impaired Alcohol/Drugs | ○ Pushing | ○ Threw Items | ○ Threats: *(specify)* |
| ○ Destroyed Property | ○ Injury to Child | ○ Sexual Assault | ● Unwanted Contact | ○ Injure/Kill Persons |
| (Estimated $_____) | ○ Injury to Other Persons | ○ Shooting | ○ Verbal Abuse | ○ Injure/Kill Self |
| ○ Forced Entry | ○ Injury to Pet/Animal | ○ Slapping | ○ Violated Visitation/ | ○ Injure/Kill Pet/Animal |
| ○ Forcible Restraint | ○ Interference with Phone | ○ Slamming Body | Custody Conditions | ○ Take Child |
| ○ Hair Pulling | ○ Intimidation/Coercion | ○ Stabbing | ● OTHER Suspect Actions: | ○ Destroy/Take Property |
| ○ Homicide | ○ Kicking | ○ Strangulation/"Choking" | Possible of Violation | ○ Other: N/A |
| | ○ Punching | ○ Suicide or Attempt | | |

○ Threat with weapon
○ Weapons used: *(specify)*
○ Blunt Object
○ Gun
○ Motor Vehicle
○ Sharp Instrument
● Other: N/A

**Arrest Made?** ○ Yes ● No    Reasons arrest not made on-scene: ○ No Offense Committed ● No Probable Cause ● Suspect Off-Scene
○ Warrant/Criminal Summons to be requested ○ Violation level: not in police presence (no citizen's arrest) ○ Other:

| | Offenses | Law (e.g. PL) | Section (Sub) | Offenses Involved: (check all that apply) |
|---|---|---|---|---|
| 1. | Criminal Contempt 2nd deg. | PL | 215.50(3) | ○ Felony None at this time ● Misdemeanor ○ Violation ○ Other (Specify) |
| 2. | | | | |
| 3. | | | | |

| | |
|---|---|
| Registry Checked? | ● Yes ○ No |
| Order of Protection? | ● Yes ○ No |
| Stay Away Order? | ● Yes ○ No |
| Order Violated? | ● Yes ○ No |
| Any PRIOR orders? | ● Yes ○ No |

OP Court Name: Family
○ Family ○ Criminal ● Supreme
○ Out of State ○ Tribal
Expiration Date: Month 1 Day 0 Year 2

**Photos Taken?** ○ Yes ● No   IF YES, photos taken of: ○ Victim Injuries ○ Suspect Injuries ○ Scene ○ Damaged Property ○ Other:    Other evidence collected? ○ Yes ● No   IF YES, describe:

Results of investigation and basis of action taken. (Were excited utterances, spontaneous admissions or spontaneous statements made? ○ Yes ● No (Complete 710.30 or other form when applicable). Linda Curley stopped by RPD Headquarters to report that her 5th husband, James Curley, violated an order of protection. She stated that he was present in the home (above address) at 09:30 hrs. when she was there. She further stated that they share the house - he lives there from Fridays at 1200 hrs. until Mondays at 1700 hrs, while she stays there from mondays at 1700hrs. until Fridays at 1200hrs. - and are not supposed to be there when it is the other's turn. Linda clarified by saying that, by James being at the house at 09:30 hrs. on Friday when it was her turn to be there,

**OTHER AGENCIES** involved with the parties or incident (e.g. advocates, hospital, probation): Child Protective Services

If there reasonable cause to suspect a child may be the victim of abuse, neglect, maltreatment or endangerment? ○ Yes ● No If YES, officer must contact the NYS CHILD ABUSE HOTLINE REGISTRY # 1-800-635-1522

○ Guns in House ○ Guns Seized ○ Has Permit ○ Permit Seized   Issuing County: _____
Permit #(s): prior to   Reg. certificate(s): incident

**CONTACTS INITIATED BY POLICE:** ○ Adult Protective Services ○ Child Protective Services (or ACS) ○ Domestic Violence Services ○ Firearms Licensing ○ Mental Health ○ Parole ○ Probation ○ Rape Crisis ○ Other Agency: _____ Who was notified? _____ Notified by, (initial):

| Officer's Signature (& Rank) | (PRINT and SIGN) | I.D. | Month | Day | Year | |
|---|---|---|---|---|---|---|
| PO J. Quinn #463 | PO J. Quinn | 463 | 11 | 10 | 06 | 1. Was DIR given to the victim at the scene? ○ Yes ● No 2. Was Victim's Rights Notice given to victim? ● Yes ○ No IF NO, give reason: |

Finding Supervisor Approval

Page 1 of 5

## Page 2 of the NYS Domestic Incident Report:
### STATEMENT OF ALLEGATIONS / SUPPORTING DEPOSITION

Suspect Name (Last, First, M.I.)
Curley, James

Linda Curley (victim/deponent name), state that on 11/10/06 (date) at 14 Madison Hill Road

0, _____ (nombre de victima/deponente), declaro que en tal fecha __/__/__ en _____

(location of incident), in the County/City/Town/Village of _____, of the state of New York, the following did occur:
(onde el incidente ocurrio), el condado/ciudad/aldea/pueblo de _____, del estado de Nueva York, lo siguiente ocurrio:

This morning aprox. 930AM I was leaving my home with my two children Courtney and James to go to New City. Courtney had a 10:30 appt with the social worker Ann Gross which was ordered by the Law Guardian Chris Witholm. To my suprise two CPS caseworkers were at my front door, Demetrius Travis and Rachel Elewitz. I had no knowledge that they were coming or that my estranged husband would be coming to the home. I invited the caseworkers in and met Ms. Elewitz for the first time. I explained that I had another appt. and was told that neither I nor the children needed to be there. When I left with the children and returned after the appt. w/ Ann Gross, my estranged husbands truck was there still after 11 AM and the caseworkers were gone. I called the home and left a message on the answering machine asking Jimmy to leave, so I could finish getting my things packed and told him it was 11:27 AM. There was no response. I didn't call the police and didn't enter the home.

*(Use additional pages as needed)*

**False Statements made herein are punishable as a Class A Misdemeanor, pursuant to section 210.45 of the Penal Law.**
eclaraciones falsas hechas aqui son castigables como una clase de delito menor, de acuerdo con la seccion 210.45 de la
y penal.

Linda Curley                    11/10/06

ictim/Deponent Signature        Date
rma de victima/deponente        Fecha

terpreter                       Date

P.O. _____ #463             11/10/06

itness or Officer               Date

000170

Page 2 of 48

| 1. Agency | | 2. Division/Precinct | New York State | Supplement | 3. Incident No. | 4. Arrest No. |
|---|---|---|---|---|---|---|
| Ramapo | | | SUPPLEMENTAL REPORT | | | |
| 5. Date | 6. Time of Report | | 7. Complainant Name | | 8. | |
| 11/10/06 | 14:49 | | Curley, Linda | | Domestic | |

**9. Narrative**

Just to clarify my statement:

After the caseworkers arrived, my estranged husband James Curley arrived and I was present when he was in the home.

Linda Curley
4/10/06

| | | |
|---|---|---|
| | | 1 |
| | | 2 |
| | | 3 |
| | | 4 |
| | | 5 |
| | | 6 |
| | | 7 |
| | | 8 |
| | | 9 |
| | | 10 |
| | | 11 |
| | | 12 |
| | | 13 |
| | | Total |

**10. Inquiries (Check all that apply)**
- ☐ DMV  ☐ Want/Warrant  ☐ Scofflaw
- ☐ Crim. History  ☐ Stolen Property  ☐ Other

**11. NYSPIN Message No.**

**12.** Linda Curley

**13. Reporting Officer Signature (Include Rank)**
P.O.

**14. ID No.** 463

**15. Supervisor's Signature (Include Rank)**

**16. ID No.** 326

**17. Case Status**  ☐ Open  ☐ Closed (if Closed, check box below)  ☐ Unfounded
- ☐ Vol. Refused to Coop.  ☐ Arrest  ☐ Pros. Declined  ☐ Warrant Advised
- ☐ CBN  ☐ Juv. - No Custody  ☐ Arrest-Juv.  ☐ Offender Dead  ☐ Extrad. Declin.  ☐ Unknown

**18. Status Date**  Mo ___ Day ___ Yr ___

**19. Notified/TOT**

12. 3
Page of 3
Pages

**A** Use cover sheet

DCJS-3206 (1/92)

000171

49

| 5. Date | 6. Time of Report | 7. Complainant Name | 8. |
|---|---|---|---|
| 11/10/08 | 14:49 | Curley, Linda | Domestic |

**9. Narrative**

he violated the order of protection.

I attempted to reach James Curley by phone, but was unsuccessful; I did, however, leave him a voicemail requesting a call back. Attached is a copy of a modified order of protection, received from complainant. She stated that James' lawyer has been served w/ most up-to-date (modified) order, but that she doesn't know if James himself has been served.

**ADMINISTRATIVE**

10. Inquiries (Check all that apply)
☐ DMV  ☐ Want/Warrant  ☐ Scofflaw
☐ Crim. History  ☐ Stolen Property  ☐ Other

11. NYSPIN Message No.

12.

13. Reporting Officer Signature (include Rank)  PO

14. ID No. 413

15. Supervisor's Signature (include Rank)

16. ID No. 326

82. 2 Page of 2 Pages

17. Case Status: ☒ Open  ☐ Closed (if Closed, check box below)  ☐ Unfounded
☐ Vict. Refused to Coop.  ☐ Arrest  ☐ Pros. Declined  ☐ Warrant Advised
☐ CBI  ☐ Juv. - No Custody  ☐ Arrest-Juv.  ☐ Offender Dead  ☐ Extrad. Declin.  ☐ Unknown

18. Status Date  Mo 11 Day 10 Yr 08

19. Notified/TOT

A Use cover sheet

DCJS-3208 (1/92)

000172   50

| 1. Agency | | 2. Division/Precinct | | Supplement | 3. Incident No. | | 4. Arrest No. |
|---|---|---|---|---|---|---|---|
| 5. Date 11/12/06 | 6. Time of Report 1055 | | 7. Complainant Name Curley, Linda | | | 8. Domestic | |

James Curley called me back to provide me with his account of incident from the other day. He stated that he was at the house when Linda Curley was there --he stated that this was at approximately 1000 hrs.-- and that he was accompanied by two CPS case workers. He went on to say that Linda left the premises without meeting with him or the case workers because she had another meeting scheduled during the morning. James Curley went on to say that he then left the residence, and stopped over to #11 Madison Hill Rd to have a cup of coffee with the neighbor there until his custody exchange time at 1200 hrs. He added that he has been served with the most up-to-date order of protection advising that he is not supposed to be in the house when Linda is there. He advised that it is his understanding that he is just not supposed to be there alone with her, and is allowed to be in the house with her if there are CPS case workers ~~were~~ there. James Curley also added that Linda was in the house twice --once in September and once in early October-- when she wasn't supposed to be. He stated that he would look into the matter, and call me back with the exact dates and further information.

| 10. Inquiries (Check all that apply) | | | 11. NYSPIN Message No. | 12. | | | 82. |
|---|---|---|---|---|---|---|---|
| ☐ DMV ☐ Crim. History | ☐ Want/Warrant ☐ Stolen Property | ☐ Scofflaw ☐ Other | | | | | Page |
| 12. Reporting Officer Signature (Include Rank) PO J. Quinn / | | | 14. ID No. 463 | 15. Supervisor's Signature (Include Rank) | | 16. ID No. 376 | of Pages |
| 17 Case Status ☐ Open ☐ Vict. Refused to Coop. ☐ CBI ☐ Juv.-No Custody | ☐ Closed (If closed, check box below) ☐ Arrest ☐ Offender Dead | ☐ Unfounded ☐ Pros. Declined ☐ Warrant Advised ☐ Extrad. Declin ☐ Unknown | | 19. Status Date | | 19. Notified/TOT | |

DCJS-3208 (1/92)

| 1. Agency | 2. Division/Precinct | Supplement | 3. Incident No. | 4. Arrest No. |
|---|---|---|---|---|
| Town of Ramapo Police | 2160 | | 96-50035 | |

| 5. Date | 6. Time of Report | 7. Complainant Name | 8. |
|---|---|---|---|
| 11/16/06 | 1605 | Curley, Linda | Domestic |

Today, I called and spoke with Rachel Elewitz, a CPS case worker, regarding the incident on 11/10/06. She stated that Demetrius Travis, a fellow CPS case worker, had contacted Linda Curley several times in an attempt to schedule a meeting, but was unsuccessful. Elewitz stated that Linda Curley never returned Travis' calls. Elewitz went on to say that Travis had also contacted James Curley, and that James Curley had returned his call and scheduled a meeting for 10:00 hrs. at 14 Madison Hill Road. Elewitz stated that she would be accompanying Travis to the meeting and that this would be her first time meeting either James or Linda Curley. She went on to say that Travis had been trying to arrange a meeting with either James or Linda Curley, and it turned out that only James returned his call. She stated that she did not know that Linda Curley would be at 14 Madison Hill Road.

Elewitz stated that she arrived at 14 Madison Hill Road at approximately 10:00 hrs., and waited in the driveway for a minute until Travis arrived. She stated that as they approached the house, Linda Curley came out from the garage --Elewitz stated that the garage bay door was already open-- with her two children at her side, and met them in the driveway. Elewitz stated that Linda Curley advised her that she was on her way out for another appointment, and that is why she was walking out of the garage. Elewitz stated that at this time, they all went inside the house. Elewitz stated that they had been inside the house for a few minutes explaining who they were and why they were there when James Curley arrived at the house. Elewitz advised that they were all present in the house for approximately 10-15 minutes, and that the atmosphere was cordial. Elewitz added that Linda Curley appeared "perturbed" that she and Travis were at the house unannounced because she (Linda Curley) had another appointment that she had to be at. Elewitz stated that Linda Curley left for her appointment after they all met for those 10-15 minutes, and that she (Elewitz), Travis, and James Curley remained in the house for a little while longer. Elewitz stated that Travis left a few minutes after Linda Curley because he had other appointments in the field; she advised that she stayed with James Curley in the house until 11:00 hrs. conducting an interview and touring the residence. She stated that she left at 11:00 hrs., but was unsure whether Curley remained or left.

I contacted Travis, but he was unavailable. I left a voice mail requesting a call back.

At 18:45 hrs., I contacted Linda Curley advising that a criminal information charging James Curley with Criminal Contempt 2nd Degree [Penal Law 215.50(3)] had been prepared. She advised that she would stop by RPD Headquarters to sign said criminal information. At approximately 19:30 hrs., Linda Curley arrived and signed said criminal information.

| 10. Inquiries (Check all that apply) | 11. NYSPIN Message No. | 12. | 82. |
|---|---|---|---|
| ☐ DMV  ☐ Want /Warrant  ☐ Scofflaw ☐ Crim. History  ☐ Stolen Property  ☐ Other | | | Page |

| 12. Reporting Officer Signature (Include Rank) | 14. ID No. | 15. Supervisor's Signature (Include Rank) | 16. ID No. |
|---|---|---|---|
| PO J. Quinn | 463 | | 326 |

| 17 Case Status  ☐ Open  ☐ Closed (If closed, check box below) | | ☐ Unfounded | 19. Status Date | 19. Notified/TOT |
|---|---|---|---|---|
| ☐ Vict. Refused to Coop.  ☐ Arrest  ☐ Pros. Declined ☐ Warrant Advised ☐ CBI  ☐ Juv.-No Custody  ☐ Offender Dead  ☐ Extrad. Declin  ☐ Unknown | | | | |

DCJS-3208 (1/92)

| Town of Ramapo Police Department | SUPPLEMENTAL REPORT | | Incident 06-50255 | Arrest |
|---|---|---|---|---|

| Report Date 11/16/2006 | Report time 18:45 | Complainant Curley, Linda | | Incident type Crim Contempt 2 |

**Narrative:**

At appx. 1830 hrs, date, I called Mr. David Goldstein Esq., the attorney for James Curley 04/24/64. I informed him that charges for PL 215.50(3) were prepared and signed against his client. Mr. Goldstein and I agreed to a follow up phone conversation on 11/17/06 to arrange for the arraignment of the defendant.

| _Sgt Al Gumm_ | 326 | | |
|---|---|---|---|
| Reporting Officer Signature | Officer ID | Supervisor's Signature | Supv ID |

Page ___ of ___

At a Term of the Family Court
of the State of New York held
in and for the County of Rockland
on October 26, 2006

06-50255

PRESENT:

### HON: WILLIAM P. WARREN

**ORDER**
**(SHORT FORM)**

IN THE MATTER OF

LINDA CURLEY

**PETITIONER**

**DOCKET NO: O-02187-06/06B**

**FAMILY UNIT NO: 23006**

JAMES CURLEY

**RESPONDENT**

This matter having been brought before the Court on the date of entry hereof, and
After examination and inquiry into the facts and circumstances of the case it is

ORDERED that James Curley shall not contact the children, Courtney Curley and
James Curley's daycare provider directly. If he needs information from the provider
he is to go through the Court.

ENTER

**HON. WILLIAM P. WARREN**

Dated: October 27, 2006
km

Pursuant to section 1113 of the Family Court Act, an appeal must be taken within thirty (30) days of receipt of the order by
appellant in court, thirty-five(35) days from the mailing of the order to the appellant by the clerk of the court, or thirty (30)
days after service by a party or law guardian upon the appellant, whichever is earliest.

06·50255

F.C.A. 430, 550, 655, 828, & 1029
ORI NO. NY043023J

At a term of the Family Court
of the State of New York,
County of Rockland at
1S. Main Street - Ste. 300
New City, New York on
October 26, 2006

PRESENT: HON. WILLIAM P. WARREN

In the Matter of a Proceeding under
Article 10 of the Family Court Act

**COURTNEY CURLEY (DOB: 4/7/2002),
JAMES CURLEY (DOB: 8/2/2005),**

A Child Under (18) Eighteen Years of Age
Alleged to be Neglected By:

**MODIFIED
TEMPORARY
ORDER OF PROTECTION**

**DOCKET # NN-02775-06
NN-02776-06
FAMILY UNIT # 23006**

**JAMES CURLEY**

RESPONDENT

**NOTICE: YOUR WILLFUL FAILURE TO OBEY THIS ORDER MAY SUBJECT YOU
TO MANDATORY ARREST AND CRIMINAL PROSECUTION, WHICH MAY
RESULT IN YOUR INCARCERATION FOR UP TO FOUR YEARS FOR CONTEMPT,
AND/OR MAY SUBJECT YOU TO FAMILY COURT PROSECUTION AND
INCARCERATION FOR UP TO SIX MONTHS FOR CONTEMPT OF COURT.**

A petition under Article 10 of the Family Court Act, sworn to on September 6, 2006, having been
filed in this court in the above entitled proceeding, and good cause having been shown,

**Now, therefore, it is hereby ordered that James Curley observe the following conditions of
behavior:**

[99] OTHER:   James Curley shall drop off the children on Mondays at 5:00 PM at the Suffern
Police Station. Linda Curley shall pick up the children on Mondays at 5:00 PM
at the Suffern Police Station and remain in the home on Monday, Tuesday,
Wednesday and Thursday evenings:

Linda Curley not to be present in the home when James Curley is home;
James Curley not to be present in the home when Linda Curley is home;

Phone contact for each parent one (1) time a day at 9:00 PM when not with the children;

**It is further ordered** that this temporary order of protection shall remain in effect until further order of the Court.

HON. WILLIAM P. WARREN
JUDGE OF THE FAMILY COURT

DATED: October 27, 2006
km

Check if applicable:
[ ] Service executed    DATE:    TIME:

[ ] Party against whom order was issued received copy in court

**The Family Court Act** provides that presentation of a copy of this order of protection to any police officer or peace officer acting pursuant to his or her special duties shall authorize, and in some situations may require, such officer to arrest a person who has violated its terms and to bring him or her before the court to face whatever penalties may be imposed therefore.

**Federal Law provides** that this order must be honored and enforced by state and tribal courts, including courts of a state, the District of Columbia, a commonwealth, territory or possession of the United States, if it is established that the person against whom the order is sought has or will be afforded reasonable notice and opportunity to be heard in accordance with state law sufficient to protect the person's rights (18 U.S.C. 2265).

Pursuant to section 1113 of the Family Court Act, an appeal must be taken within thirty (30) days of receipt of the order by appellant in court, thirty-five (35) days from the mailing of the order to the appellant by the clerk of the court, or thirty (30) days after service by a party or law guardian upon the appellant, whichever is earliest.

PLEASE TAKE No
the within is a true copy of the
order entered in the office of
the Clerk of the Family Court of
the State of New York in the
County of ROCKLAND.

ENTRY: 10/27/06

Chief Clerk of the Court

Linda Curley not to be present in the home when James Curley is home;

James Curley not to be present in the home when Linda Curley is home;

Phone contact for each parent one (1) time a day at 9:00 PM when not with the children;

**It is further ordered** that this temporary order of protection shall remain in effect until further order of the Court.

HON. WILLIAM P. WARREN
JUDGE OF THE FAMILY COURT

DATED: October 27, 2006
km

Check if applicable:
[ ] Service executed   DATE:   TIME:

[ ] Party against whom order was issued received copy in court

**The Family Court Act** provides that presentation of a copy of this order of protection to any police officer or peace officer acting pursuant to his or her special duties shall authorize, and in some situations may require, such officer to arrest a person who has violated its terms and to bring him or her before the court to face whatever penalties may be imposed therefore.

**Federal Law provides** that this order must be honored and enforced by state and tribal courts, including courts of a state, the District of Columbia, a commonwealth, territory or possession of the United States, if it is established that the person against whom the order is sought has or will be afforded reasonable notice and opportunity to be heard in accordance with state law sufficient to protect the person's rights (18 U.S.C. 2265).

Pursuant to section 1113 of the Family Court Act, an appeal must be taken within thirty (30) days of receipt of the order by appellant in court, thirty-five (35) days from the mailing of the order to the appellant by the clerk of the court, or thirty (30) days after service by a party or law guardian upon the appellant, whichever is earliest.

NOTICE OF ENTRY
PLEASE TAKE NOTICE that the within is a true copy of the order entered in the office of the Clerk of the Family Court of the State of New York in the County of ROCKLAND.
DATE OF ENTRY 10/27/06
Eileen M. Standard
Chief Clerk of the Court

P.C.A. 430, 550, 655, 828, & 1029
ORI NO. NY043023J

At a term of the Family Court
of the State of New York,
County of Rockland at
1S. Main Street - Ste. 300
New City, New York on
October 26, 2006

P R E S E N T: HON. WILLIAM P. WARREN

In the Matter of a Proceeding under
Article 10 of the Family Court Act

**MODIFIED
TEMPORARY
ORDER OF PROTECTION**

**COURTNEY CURLEY (DOB: 4/7/2002),
JAMES CURLEY (DOB: 8/2/2005)**

A Child Under (18) Eighteen Years of Age
Alleged to be Neglected By:

**DOCKET # NN-02773-06
NN-02774-06
FAMILY UNIT # 23006**

**LINDA CURLEY**

RESPONDENT

**NOTICE: YOUR WILLFUL FAILURE TO OBEY THIS ORDER MAY SUBJECT YOU
TO MANDATORY ARREST AND CRIMINAL PROSECUTION, WHICH MAY
RESULT IN YOUR INCARCERATION FOR UP TO FOUR YEARS FOR CONTEMPT,
AND/OR MAY SUBJECT YOU TO FAMILY COURT PROSECUTION AND
INCARCERATION FOR UP TO SIX MONTHS FOR CONTEMPT OF COURT.**

A petition under Article 10 of the Family Court Act, sworn to on September 6, 2006, having been
filed in this court in the above entitled proceeding, and good cause having been shown,

Now, therefore, upon consent it is hereby ordered that **Linda Curley** observe the following
conditions of behavior:

**[99] OTHER:** Linda Curley shall drop off the children on Fridays at noon at the Suffern Police
Station.  James Curley to pick up the children at the Suffern Police Station on
Fridays at noon  and remain in the home on Friday, Saturday and Sunday
evenings;

Justice Court: **Village of Airmont**

County of Rockland

People of the State of New York
- against -

**James Curley**

of **14 Madison Hill Rd. Suffern, NY 10901**

Defendant

Case #: 06-50255

DOB: 04/24/1964

TYPE: **MISDEMEANOR**

**Linda Curley**      of 14 Madison Hill Rd. Suffern, NY 10901

being duly sworn, deposes and says as follows:

On **November 10, 2006** at about **09:30** hours, at **14 Madison Hill Rd. Suffern, NY 10901**
in the      **Village of Airmont**      , County of Rockland, State of New York,
the defendant committed the offense(s) of:

**PL215.50(3)**      **Criminal Contempt 2nd Degree**

In that the defendant engaged in intentional disobedience to the lawful mandate of a court in other than a labor dispute

The offense was committed under the following circumstances:

Deponent states that she observed the defendant disobey a Family Court Order of Protection by being present at 14 Madison Hill Rd. while she was there. Deponent provided Ramapo Police with a copy of Modified Temporary Order of Protection issued by Family Court (docket# NN-02773-06) dated 10/26/2006. Said Order directs, "James Curley [the defendant] not to be present in the home when Linda Curley [deponent] is home."

**False statements made herein are punishable as a Class A Misdemeanor pursuant to section 210.45 of the Penal Law.**

_Linda Curley_      11/16/06   7:20 pm
     Deponent      Date and Time

Affirmed before me this date: _11/16/06_    (Signed) _Sgt H Gunn S3_ **000181**   59

Town of Ramapo
237 Route 59  Suffern, NY 10901
phone: (845) 357-5100
fax:   (845) 357-8513

**TOWN OF RAMAPO**
**POLICE DEPARTMENT**

2006 NOV 16  P 12: 46

## APPLICATION FOR PUBLIC ACCESS TO TOWN RECORDS

Records Access Officer: Christian G. Sampson, Town Clerk
TOWN RECORDS ARE OPEN FOR INSPECTION MONDAY - FRIDAY 9AM TO 5PM.

I HEREBY APPLY TO INSPECT THE FOLLOWING TOWN RECORD(S):
All reports made by Linda Curley to Ramapo Police Dept.
from July to present. Some Dates incled  8/9/06  8/4/06  8/24/06 & 11/23/06
+ more

_James Curley_                         _James C._____
(PRINT) Name of Person                 Signature

14 Madison Hill Rd                     845-553-0760
Address                                Daytime Phone

Suffern N.Y. 10901                     11/16/06
City/State/Zip                         Date of Request

Date Called _____ Comments _____

THERE IS A CHARGE OF $.25 PER COPIED PAGE allowed by law.

### FOR TOWN USE ONLY

( ) Request Approved     ( ) No Charge for Record    ( ) Charge

( ) Request Denied for the Reason(s) Below:
  ( ) Confidential Disclosure            Certification Fee: (
  ( ) Part of Investigatory Files        Photocopy Fee: (
  ( ) Unwarranted Invasion of Personal Privacy
  ( ) Record Not Located                 Total to be paid: (
  ( ) Record Not Maintained by this Agency
  ( ) Would impair contract awards/collective bargaining agreements
  ( ) Trade secret, confidential commercial information
  ( ) Law enforcement records
  ( ) Exempted by Statute other than the Freedom of Information Act
  ( ) Other (Specify) _____

Signature of Town Rep.          Title          Date

NOTICE: Any person denied access to records may appeal the denial
within 30 days of the denial.  Such appeals should be addressed to
the Supervisor of the Town of Ramapo, 237 Route 59, Suffern, NY
10901.
I HEREBY APPEAL:
    Signature : _____ Date:_____

CTA · 11-17-2006

000182  60

| . Date | 6. Time of Report | 7.Complainant Name | 8. |
| 11/17/06 | 1620 | Curley, Linda | Criminal Contempt |

On the above date and time, Mr David Goldstein Esq., (cell # 914-588-7485) contacted me and confirmed that he will be surrendering his client James Curley to the Ramapo Justice Ct on 11/20/06 for arraignment on a charge of Criminal Contempt 2nd filed with the Airmont Justice Ct.

**10. Inquiries (Check all that apply)**
- ☐ DMV
- ☐ Want /Warrant
- ☐ Scofflaw
- ☐ Cnm. History
- ☐ Stolen Property
- ☐ Other

**11. NYSPIN Message No.**

**12.**

**82.**

Page

**12.Reporting Officer Signature (Include Rank)**

**14. ID No.** 326

**15.Supervisor's Signature (Include Rank)**

**16.ID No.**

of Pages

**17 Case Status** ☐ Open ☐ Closed (If closed, check box below) ☐ Unfounded
- ☐ Vict. Refused to Coop.
- ☐ Arrest
- ☐ Pros. Declined ☐ Warrant Advised
- ☐ CBI
- ☐ Juv.-No Custody
- ☐ Offender Dead
- ☐ Extrad. Declin
- ☐ Unknown

**19. Status Date**

**19.Notified/TOT**

DCJS-3208 (1/92)

| 1. Agency | 2.Division/Precinct | Supplement | 3.Incident No. | 4. Arrest No. |
|---|---|---|---|---|
| Town of Ramapo Police | | | 08-00255 | |

| 5. Date | 6. Time of Report | 7.Complainant Name | 8. |
|---|---|---|---|
| 1/25/08 | 1448 | Curley,Linda | |

On Friday, January 25th ,2008 I responded to the Ramsey Police Department and secured a Town of Ramapo Police shield #168 and a police identification card from Detective Brian Huth. Det Huth reported that James Curley was arrested in possession of these items. A 1989 point blank bullet proof vest was also returned and it appears to be one issued to Curley in 1989. Property receipt signed by me and items placed into evidence room- hand delivered to PO Flynn.

| 10. Inquiries (Check all that apply) | | 11. NYSPIN Message No. | 12. | | 82. |
|---|---|---|---|---|---|
| ☐ DMV    ☐ Want /Warrant    ☐ Scofflaw | | | | | |
| ☐ Crim. History    ☐ Stolen Property    ☐ Other | | | | | Page |
| 12.Reporting Officer Signature (Include Rank) | | 14. ID No. | 15.Supervisor's Signature (Include Rank) | 16.ID No. | |
| D/sgt John Lynch | | 328 | | | of Pages |

| 17 Case Status    ☐Open    ☒Closed  (if closed, check box below)    ☐Unfounded | | | | 19. Status Date | 19.Notified/TOT |
|---|---|---|---|---|---|
| ☐Vict. Refused to Coop.    ☐Arrest    ☐Pros. Declined ☐Warrant Advised | | | | | |
| ☐CBI    ☐Juv.-No Custody    ☐Offender Dead    ☐Extrad. Declin    ☐Unknown | | | | | |

DCJS-3208 (1/92)

000184  62

CAD# 08-849

**Ramsey Police Department**
25 North Central Ave
Ramsey, New Jersey 07446

**Personal Property Record**

Page ___1___ of ___1___

## Found Property

Finders Name DET. BRIAN MUTY    Finders Phone 201-327-2400

Address RAMSEY P.b.    City RAMSEY    State NJ

Owners Name RAMAPO POLICE    Owners Phone 845-357-2400

Address 237 RT. 59    City SUFFERN    State NY

Location Found POLICE MQ

## Safe Keeping of Property

### Reason For Safe Keeping

Surrender_____ Ambulance / 262-HELP Call_____ Prisoner_____ Other_____

Owners Name_____ Owners Phone _____

Address_____ City_____ State_____

## Confiscated Property

Confiscated by _____ Shield#_____

Reason For Confiscation _____

Owners Name_____ Owners Phone _____

Address_____ City_____ State_____

| Item # | Description Of Property | Property Location |
|--------|-------------------------|-------------------|
| 1. | RAMAPO NEW YORK POLICE SHIELD #168 | Ua. |
| 2. | RAMAPO NEW YORK POLICE ID FOR JAMES CURLEY | |
| 3. | POINT BLANK POLICE ISSUE BULLET VEST | |
| | SEE # 38 (8) 10043063 (FRONT PANEL) | |
| | | |
| | | |

Signature of Officer Det. Bruj. H...    Shield # 119    Date 1/25/2008

Owner/Agent DET./SGT JOHN LYNCH    Officer Returning Det. Bruj. H...    Date 1/25/2008

| 1. Agency Ramapo Town PD | 2. Division/Precinct 2 / AR (In Station) | | Supplement To | 3. Incident No. 06-50255 | 4. Arrest No. 195-08 |
|---|---|---|---|---|---|

| 5. Date 2/5/08 | 6. Time of Report 9:38 | 7. Complainant Name Detective Lieutenant Weidel | 8. Incident Type Warrant |
|---|---|---|---|

James Curley turned himself in at police HQ on this warrant. He came in with his attorney Mr. John Edwards and his brother Michael. Adm. Lt. Gravina and I searched him and placed him in cell 1. He was processed and arraigned in Ramapo Justice Court by Judge Schoenberger.   He was released on 15K bond that was posted in Ramapo Justice Court.  He is due back in Airmont Court 2/21/08 at 5:00pm

| 10. Inquiries (Check all that apply) ☐ DMV  ☒ Want /Warrant  ☐ Scofflaw ☒ Crim. History  ☐ Stolen Property  ☐ Other | 11. NYSPIN Message No. | 12. Complainant's Signature | 20. Page # 1 Of 1 Page |
|---|---|---|---|
| 13. Reporting Officer Signature (Include Rank) Det. Lt. Weidel | 14. ID No. DLT | 15. Supervisor's Signature (Include Rank) | 16.ID No. |
| 17 Case Status  ☐ Open  ☒ Closed (if closed, check box below) ☐ Vict. Refused to Coop.  ☒ Arrest ☐ CBI  ☐ Juv.-No Custody  ☐ Offender Dead | ☐ Unfounded ☐ Pros. Declined ☐ Warrant Advised ☐ Extrad. Declin  ☐ Unknown | 18. Status Date | 19. Notified/TOT |

DCJS-3208 (1/92)

# TOWN OF RAMAPO POLICE DEPARTMENT
237 Route 59
Suffern, NY 10901

## PROPERTY RECEIPT

CASE NUMBER 06-50255

DATE 2/5/08

TIME 940 AM

PROPERTY LISTED:

1- NYS Drivers license # 319-469-651

Nothing Else
Secured *BW*

THE ABOVE LISTED PROPERTY HAS BEEN SECURED BY THE TOWN OF RAMAPO POLICE DEPARTMENT:

PROPERTY RECEIVED FROM:

NAME / SIGNATURE _____ Brad Wild - Det. CJ _____

OFFICER'S NAME / SIGNATURE _____ DCJ SHIELD # _____ 2/5/08 DATE

=================================================================

**PROPERTY RETURNED TO

James Curley

I HAVE RECEIVED THE PROPERTY IDENTIFIED ABOVE

SIGNATURE _____   DATE 2/5/08   TIME 1205 pm

OFFICER'S SIGNATURE _____   SHIELD # DCJ   DATE 2/5/08

**Provide Copies Of This Receipt To Property Owner
TORPD Form 37 (Rev. 12/97)

000187   65

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

July 8, 2008

**BY HAND**

The Honorable Stephen C. Robinson
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

        Re:    <u>United States</u> v. <u>James Curley</u>,
                08 Cr. 404 (SCR)

Dear Judge Robinson:

      With the consent of defense counsel, the Government respectfully requests that the time from July 8, 2008 through July 24, 2008, the date of the rescheduled conference, be excluded from the speedy trial calendar based on a finding that the ends of justice served by the continuance outweigh the best interests of the public and the defendants in a speedy trial under 18 U.S.C. § 3161(h)(8)(A). The Government is currently responding to discovery requests made by the defendant.

                    Respectfully submitted,

                    MICHAEL J. GARCIA
                    United States Attorney

By:                    
                    John P. Collins, Jr
                    Assistant United States Attorney
                    (914) 993-1919

cc:    Michael Burke, Esq. (by facsimile)

SO ORDERED:

---

Hon. Stephen C. Robinson
United States District Judge



**FAX**
**TRANSMISSION**
**U.S. ATTORNEY'S OFFICE, S.D.N.Y.**
**300 QUARROPAS STREET -- 3RD FLOOR**
**WHITE PLAINS, NEW YORK  10601**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

*To:* _____ *Michael Burke, Esq.* _____

*Office Phone No.:* ___ *845-357-7500* _____

*Fax Number:* _____ *845-357-7321* _____

*No. of pages (including cover sheet):* _____ *2* _____

*Date:* _____ *July 8, 2008* _____

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**"FOR OFFICIAL USE ONLY" U.S. ATTORNEY FACSIMILE COMMUNICATION**

The information contained in this facsimile message, and any and all accompanying documents, constitute "FOR OFFICIAL USE ONLY" information. This information is the property of the U.S. Attorney's Office. If you are not the intended recipient of this information, any disclosure, copying, distribution, or the taking of any action in reliance on this information is strictly prohibited. If you received this information in error, please notify us immediately by telephone at the number below and destroy the information.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

*From: John Collins, Jr.*
        *Assistant U.S. Attorney*

*Office Phone No.: (914) 993-1919*

*Fax Numbers: (914) 993-1980; (914) 993-9036*

*Remarks:* _____

_____



U.S. Department of Justice

United States Attorney
Southern District of New York

---

United States District Courthouse
300 Quarropas Street
White Plains, New York 10601

July 3, 2008

**BY FEDERAL EXPRESS**

Michael Burke, Esq.
Burke, Miele & Golden
100 Washington Avenue
P.O. Box 397
Suffern, NY 10901

       Re:    <u>United States</u> v. <u>James Curley</u>,
             08 Cr. 404 (SCR)

Dear Counsel:

       Pursuant to our continuing obligations under Fed. R. Crim. P. 16, I am enclosing:

(1) July 13, 2006 Ramapo Police Department Reports (5 pages);
(2) July 20, 2006 Ramapo Police Department Reports (1 page);
(3) August 24, 2006 Ramapo Police Department Reports (23 pages);
(4) Marriott Saddle Brook Receipts (2 pages);
(5) One CD containing three recordings.

       If you wish to inspect the originals of any of the documents listed above or the items listed in any of those documents, please let us know and we will make arrangements for you to do so.

                        Very truly yours,

                        MICHAEL J. GARCIA
                        United States Attorney
                        Southern District of New York

                        By
                        John P. Collins, Jr.
                        Assistant United States Attorney
                        (914) 993-1919

*Enclosures*

| Agency | | 8.Division/Precinct | | | 9.ORI | | 5.Case No. | 6. Incident No. |
|---|---|---|---|---|---|---|---|---|
| Town of Ramapo Police | | HQ | | | NY0436300 | | | 06-30714 |

| 7.Report Day | Date | | 9.Report Time | | 10.Day | 11.Date | 12.Time | | 13.Day | 14. Date | 15.Time |
|---|---|---|---|---|---|---|---|---|---|---|---|
| TH | 7/13/06 | | 930 | | | | | | | | |

| 16. Incident Type | 17. Business Name | 18. Weapon | A |
|---|---|---|---|
| Firearm Surrender | n/a | n/a | |

| 19. Incident Address (Street No, Street Name, Bldg. No. Apt. No.) | 20. City, State, Zip (☐ C ☐ T ☐V) | 21. Location Code | B |
|---|---|---|---|
| 14 MADISON HILL RD.. | SUFFERN, NEW YORK 10901 | 0 | |

| | | | | | | | | 23. No of Victims | C |
|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | | |
| 2 | | | | | | | | 24.No of Suspects | D |
| 3 | | | | | | | | | E |

| PR | CURLEY, JAMES | 4/26/64 | 14 MADISON HILL RD SUFFERN, NEW YORK 10901 | 368-8641 | B | F |
|---|---|---|---|---|---|---|
| | | | | 553-0760 | H | |
| | | | | | B | G |
| | | | | | H | |
| | | | | | H | H |
| | | | | | H | |
| | | | | | B | I |

| 27. Date of Birth | 28.Age | 29. Sex ☐M ☐F ☐Unk | 30 Race ☐White ☐Black ☐Other ☐Indian ☐Asian ☐Unk. | 31. Ethnic ☐Hispanic ☐Unk ☐Non-Hispa. | 32. Handicap ☐Yes ☐No | 33 Residence Status ☐Temp Res For Nat ☐Resident ☐Tourist ☐Student ☐Oth ☐Commuter ☐Military ☐Homeless ☐Unk | J |
|---|---|---|---|---|---|---|---|
| 34.Type/No Pl Table O | 35. Name (Last, First, Middle) | | 36.Alias/Nick Name/Maiden Name (Last, First, Middle) | | 37. Apparent Condition ☐Impaired Drugs ☐Mental Dis. ☐Unk. ☐Impaired Alco. ☐Inj / Ill ☐App Norm | | K |
| 38. Address (Street No., Street Name, Bldg No. Apt. No. City, State, Zip) | | | 39. Phone No. | | 40. Social Security No. | | L |
| 41. Date of Birth | 42.Age | 29. Sex ☐M ☐F ☐U | 44. Race ☐White ☐Black ☐Other ☐Indian ☐Asian ☐Unk. | 45. Ethnic ☐Hispanic ☐Unk ☐Non Hispanic | 46. Skin ☐Light ☐Dark ☐Unk ☐Medium ☐Other | 47. Occupation Table P | M |
| 48. Height Ft In | 49Weight | 50.Hair Table Q | 51. Eyes Table H | 52.Glasses ☐Yes ☐No ☐Contacts | 53.Build ☐Small ☐Large ☐Medium | 54.Employer/School | 55.Address | N |
| 56. Scars / Marks/ Tattoos (Describe) | | | | 57. Misc. | | | |

| 59Veh. Status Table W | 60.License Plate No. ☐Full ☐Partial | 61.State | 62.Exp Yr | 63. Plate Type | 64. Value |
|---|---|---|---|---|---|
| 65. Veh. Year | 66 Make | 67. Model | 68.Style | 69.VIN | |
| 70. Color(s) | 71. Towed By: To: | | | 72. Vehicle Notes | |

73.

**SEE ATTACHED SUPPLEMENTARY REPORT FOR DETAILS**

| 74. Inquiries (check all that apply) ☐DMV ☐Want / Warrant ☐Scofflaw ☐Criminal History ☐Stolen Property ☐Other | 75.NYSPIN Message No. | 76.Complainant Signature | | | 84. Page # |
|---|---|---|---|---|---|
| 77.Reporting Officer Signature (Include Rank) | 78. ID No. 215 | 79.Supervisors Signature (Include Rank) | | 80. ID No. | |
| 81. Status ☐Open ☐Closed (if closed, check box below) ☐Unfounded ☐Vict. Refused To Coop. ☐Arrest ☐Pros. Declined ☐Warrant Advised ☐CBI ☐Juv. No Custody ☐Arrest Juv ☐Offender Dead ☐Extrad. Declined ☐Unknown | | | 82. Status Date | 83. Notified / TOT | Of Pages |

DCJS-3205 (2/97) *FALSE STATEMENTS ARE PUNISHABLE AS A CRIME, PURSUANT TO THE NEW YORK STATE PENAL LAW

000191

| 1. Agency Town of Ramapo Police | 2. Dept of OCR HQ | | Supply 06-18/2008 No. To: 06-30714 | | Page No. |
|---|---|---|---|---|---|
| 5. Date 7/13/06 | 6. Time of Report 930 | 7.Complainant Name Curley, James | | 8. Surrender of Firearm | |

9:15am Received telephone call from P.O. James Curley stating that he needed to surrender his off-duty firearm to the Ramapo Police Department. P.O. Curley stated that he is going through a divorce and that his wife will be served with a temporary order of protection this morning.

P.O. Curley stated that he does not want to keep a firearm in the house as his wife may make false allegations against him after being served with the order of protection. I offered to meet with P.O. Curley at 12noon but he insisted that he needed to surrender the firearm immediately since his wife is scheduled to be served with the temporary order of protection this morning. P.O. Curley stated that he will turn over the firearm to me immediately.

9:30am P.O. Curley came into the police station and surrendered a Sig Sauer 9MM pistol serial number S174606 to me. I asked P.O. Curley if he owned or had any other weapons. P.O. Curley stated that he does not have or own any other weapons and that his department issued firearm was previously turned over to the police department several years ago.

I secured the weapon and advised Chief Dolan concerning this matter. P.O. Curley gave me a copy of the temporary order of protection for our records. Copy attached to this incident report.

| 10. Inquiries (Check all that apply) ☐ DMV ☐ Want /Warrant ☐ Scofflaw ☐ Crim. History ☐ Stolen Property ☐ Other | 11. NYSPIN Message No. | 12. | | | 82. Page ___ of Page |
|---|---|---|---|---|---|
| 13.Reporting Officer Signature (Include Rank) LT. W. Z. | 14. ID No. 215 | 15.Supervisor's Signature (Include Rank) — | | 16.ID No. — | |
| 17 Case Status ☐Open ☐Closed (if closed, check box below) ☐Unfounded ☐Vict. Refused to Coop. ☐Arrest ☐Pros. Declined ☐Warrant Advised ☐CBI ☐Juv.-No Custody ☐Offender Dead ☐Extrad. Declin ☐Unknown | | | | 18. Status Date | 19.Notified/TOT |

DCJS-3208 (1/92)

000192

F.C.A §§ 430, 550, 655, 828, 1029

**ORI No:** NY043023J
**Order No:** 2006-000525
**NYSID No:** _____

At a term of the Family Court of the State of New York, held in and for the County of Rockland, at 1 South Main St. Suite 300 Floor 3, New City, NY 10956, on July 11, 2006

**PRESENT:** Honorable William P. Warren

In the Matter of a **FAMILY OFFENSE** Proceeding

**James Curley** (DOB: 04/26/1964),
                              Petitioner,

   - against -

**Linda Curley** (DOB: 07/23/1968),
                              Respondent.

**File #**     23006
**Docket#**   O-02066-06

**Temporary Order Of Protection**

**Ex Parte**

**NOTICE: YOUR FAILURE TO OBEY THIS ORDER MAY SUBJECT YOU TO MANDATORY ARREST AND CRIMINAL PROSECUTION, WHICH MAY RESULT IN YOUR INCARCERATION FOR UP TO SEVEN YEARS FOR CRIMINAL CONTEMPT, AND/OR MAY SUBJECT YOU TO FAMILY COURT PROSECUTION AND INCARCERATION FOR UP TO SIX MONTHS FOR CONTEMPT OF COURT. IF YOU FAIL TO APPEAR IN COURT WHEN YOU ARE REQUIRED TO DO SO, THIS ORDER MAY BE EXTENDED IN YOUR ABSENCE AND CONTINUE IN EFFECT UNTIL YOU APPEAR IN COURT.**

A petition under Article 8 of the Family Court Act, having been filed on July 11, 2006 in this Court and good cause having been shown,

Now, therefore, it is hereby ordered  that Linda Curley (DOB: 07/23/1968) observe the following conditions of behavior:

[02]    Refrain from assault, stalking, harassment, menacing, reckless endangerment, disorderly conduct, intimidation, threats or any criminal offense against James Curley (DOB: 04/26/1964);

000193

## TOWN OF RAMAPO POLICE DEPARTMENT
237 Route 59
Suffern, NY 10901

## PROPERTY RECEIPT

CASE NUMBER 06-30714

DATE 7/13/06

TIME 0930

PROPERTY LISTED: _____

① — 1 SIG SAUER 9mm SEMI-AUTO PISTOL
SERIAL # S174606

② — 9 ROUNDS 9mm AMMO

③ — 1 LEATHER BLACK HOLSTER (GALCO INTERNATIONAL)

THE ABOVE LISTED PROPERTY HAS BEEN SECURED BY THE TOWN OF RAMAPO POLICE DEPARTMENT.

PROPERTY RECEIVED FROM:

NAME/SIGNATURE

LT. W. GRAVINA                                    215        7/13/06
OFFICER'S NAME/SIGNATURE                    SHIELD #    DATE

**PROPERTY RETURNED TO _____

I HAVE RECEIVED THE PROPERTY IDENTIFIED ABOVE

SIGNATURE                    DATE            TIME

OFFICER'S SIGNATURE          SHIELD #        DATE

**Provide Copies Of This Receipt To Property Owner
TORPD Form 37 (Rev. 12/97)

000194

**Town of Ramapo Police Department**
**PROPERTY ROOM RECORD**

**************************************************************

**SECTION 1:** 06-30714   7/13/06   GRAVINA   218

| CASE NO. | DATE SUBMITTED | OFFICER | SHIELD | RECORD # |

**SECTION 2:**   **NATURE OF SUBMISSION:**

**PROPERTY IS:** __ RECOVERED   __ EVIDENCE   X OTHER: S/K

**USED IN CRIME?** __ YES __ NO   **FELONY?** __ YES __ NO

**SECTION 3:**   **PROPERTY DESCRIPTION**

TAG #: ____ P CODE: ____ INV CODE: ____ SER #: 5174606

OWNER APPLIED #: CURLEY, JAMES   BRAND: SIG SAU   TYPE: P230

MODEL: P230   MISC DESC: 9MM KURZ (380 AUTO)

BIKE CODE: _____
*****************
**SECTION 4:**   I

QUANTITY: ____
*****************
**LOCATION CODE**

CASE #: 2006-00030714
SIG SAUER P230 380 AUTO
LOC/BIN: RTPD/ A2
Date Received: 07/13/2006

0011483

****** ____

****** ____

| 1. Agency | | 2. Division/Precinct | | 3. DR | | 4. Orig | 5. Case No. | 6. Incident No. |
|---|---|---|---|---|---|---|---|---|
| Town of Ramapo | | 3 A | | NY 8733 | | | | 06-31933 |

| 7. Report Day | 8. Date | | 9. Report Time | 10. Day | 11. Date | | 12. Time | 13. Day | 14. Date | | 15. |
|---|---|---|---|---|---|---|---|---|---|---|---|
| TH | Mo 7 | 28 06 | 1130 | | Mo 5 | 944 e | | | Mo | Day Yr. | |

| 16. Incident Type | 17. Business Name | 18. Weapon(s) |
|---|---|---|
| Suspicious | | |

| 19. Incident Address (Street No., Street Name, Bldg. No., Apt. No.) | 20. City, State, Zip (□ C □ T □ V) | 21. Location Code |
|---|---|---|
| 14 Madison Hill Rd | Airmont NY 10952 | 14932 |

23. No. of Victims: 1

26. Victim also complainant □ Y ☑ N

| | | | | | | | | BUSINESS |
|---|---|---|---|---|---|---|---|---|
| PI W/M CO 0 | Curley James | 4/26/64 | 14 Madison Hill Rd Airmont NY 10952 | | | | | RESIDENCE 8641 |
| CO | McIntosh Robert P | v | 237 RT59 Suffern NY 10901 | | | | | BUSINESS 2400 RESIDENCE |
| NI | Holland Edward | 8/27/60 | 57 Old Little Boston Rd Newburgh NY 12550 | | | | | BUSINESS RESIDENCE |

| 27. Date of Birth Mo. Day Yr | 28. Age | 29. Sex ☑ M □ F □ U | 30. Race ☑ White □ Black □ Other □ Indian □ Asian □ Unk. | 31. Ethnic □ Hispanic □ Unk. ☑ Non-Hispanic | 32. Handicap □ Yes. ☑ No | 33. Residence Status □ Temp. Res. - Foreign Nat. ☑ Resident □ Tourist □ Student □ Other □ Commuter □ Military □ Homeless □ Unk. |
|---|---|---|---|---|---|---|

| 34. Type/No TABLE Q | 35. Name (Last, First, Middle) | 36. Alias/Nickname/Maiden Name (Last, First, Middle) | 37. Apparent Condition □ Impaired Drugs □ Mental Dis □ Unk. □ Impaired Alco □ Inj / Ill □ App Norm |
|---|---|---|---|

| 38. Address (Street No., Street Name, Bldg. No., Apt. No., City, State, Zip) | 39. Phone No. | 40. Social Security No. |
|---|---|---|
| | | □ Home □ Work |

| 41. Date of Birth Mo. Day Yr. | 42. Age | 43. Sex □ M □ F □ U | 44. Race □ White □ Black □ Other □ Indian □ Asian □ Unk. | 45. Ethnic □ Hispanic □ Unk. □ Non-Hispanic | 46. Skin □ Light □ Dark □ Unk. □ Medium □ Other | 47. Occupation TABLE P |
|---|---|---|---|---|---|---|

| 48. Height ft. in. | 49. Weight | 50. Hair TABLE Q | 51. Eyes TABLE R | 52. Glasses □ Yes □ Contacts □ No | 53. Build □ Small □ Large □ Medium | 54. Employer/School | 55. Address |
|---|---|---|---|---|---|---|---|

| 56. Scars/ Marks /Tattoos (Describe) | 57. Misc. |
|---|---|

| | TABLE S | TABLE T | TABLE U | TABLE V | | Total |
|---|---|---|---|---|---|---|

| 59. Vehicle Status TA □ D □ V | 60. License Plate No | 61. State Full ☑ Partial □ | 62. Exp. Yr. | 63. Plate Type | 64. Value |
|---|---|---|---|---|---|
| | ARL2930 | NY | 7/5/07 | | V |

| 65. Veh. Yr. | 66. Make | 67. Model | 68. Style | 69. VIN. |
|---|---|---|---|---|
| 1988 | Pontiac | Grand Prix | 4DSD | 1G2WP14W7JF264894 |

| 70. Color(s) | 71. Towed By: To: | 72. Vehicle Notes |
|---|---|---|
| White | | |

73.
Undersigned responded to above location for an anonymous report of a suspicious car, occupied by a white male, parked in front of 14 Madison Hill Rd. Upon arrival undersigned spoke with Curley who stated the vehicle belonged to his friend, Holland, who was inside the house. The vehicle was unoccupied upon arrival. Curley was working in the Garage with the Garage door open.

| 74. Inquiries (Check all that apply) □ DMV □ Want/Warrant □ Scofflaw □ Crim. History □ Stolen Property □ Other | 75. NYSPIN Message No. | 76. Complainant Signature |
|---|---|---|

| 77. Reporting Officer Signature (Include rank) | 78 ID No 462 | 79. Supervisor's Signature (Include Rank) Lt. Gary C Bridle | 80. ID No. 212 | 84. 1 Page of 1 |
|---|---|---|---|---|

| 81. Status □ Open □ Closed (if Closed, check box below) □ Unfounded | 82. Status Date Mo 7 Day 28 Yr. 06 | 83. Notified/TOT |
|---|---|---|
| □ Vict. Refused to Coop. □ Arrest □ Pros. Declined □ Warrant Advised | | |
| □ CBI □ Juv. -No Custody □ Arrest -Juv. □ Offender Dead □ Extrad. Declin □ Unknown | | |

DCJS-3205 (2/97)  *FALSE STATEMENTS ARE PUNISHABLE AS A CRIME, PURSUANT TO THE NEW YORK STATE PENAL LAW.

000196

**Agency** Town of Ramapo / ORI NY BCRO | **New York State DOMESTIC INCIDENT REPORT** PRINT OR PER CASE | **SPRINT NO (NYPD)** | **Incident Report No.** 06 27913 | **Pct. of Report**

| Date of Report 8 24 06 | Time of Report 934 AM | Date of Occur 8 24 06 | Time of Occur 9 20 AM | Address of Occurrence 14 Madison Hill Rd, Airmont, NY | Apt. No. | Sector 2 | Beat |

**Compl./Victim's Last Name, First, M.I.** Curley Linda J | **Address** 14 Madison Hill Rd, Airmont, NY | **Sex** F

| Date of Birth 7.23.68 | Age 38 | Home Telephone 845-368-8641 | Race ☑White ☐Black ☐Other ☐Indian ☐Asian ☐Unk | Ethnic Origin ☐Hispanic ☑Non-Hispanic ☐Unknown |

**Suspect/Other Party Last Name, First, M.I.** Curley James | **Address** 14 Madison Hill Rd, Airmont, NY | **Sex** M

| Date of Birth 9.26.64 | Age 42 | 368-8641 | Race ☑White ☐Black ☐Other ☐Indian ☐Asian ☐Unk | Ethnic Origin ☐Hispanic ☑Non-Hispanic ☐Unknown |

| Suspect Relationship to the Complainant/Victim Wife/Husband | Suspect Present? ☐YES ☑NO | Offense/Incident Involved: ☐Fel ☐Misd ☑Viol ☐Other | Description (Offenses) Harassment 2ND |

| Order of Protection? ☐YES ☐NO | Violated? ☐YES ☐NO | Issuing Court | OP Registry Checked ☐YES ☐NO | Expir. Date | Complaint Report Prepared? ☐YES ☐NO | Compl. No. | Report Received ☐Walk-In ☑Radio Run |

| Suspect Used/Threatened Weapons? ☐YES ☐NO | Type: | Victim Injured? ☐YES ☑NO | Describe | Aided No. | Removed to Hospital? ☐YES ☑NO | What Hospital? |

| Photos Taken? ☑YES ☐NO | Arrest Made? ☑YES ☐NO | Non Arrest Reason ☐No Offense Committed ☐Not at Scene ☐Warrant Requested ☐Other | If Arrest Made, Did Perp. Resist? ☐YES ☑NO |

| Charge(s) (List All) PL 240.26(1) Harrasment 2ND, Crim-Cont 2ND | Arrest No. A-1476 |

| Family/Household Members Present? If YES, Last Name, First ☑YES ☐NO Courtney James | Date of Birth 4 7 02 8 2 05 | Relationship Daughter Son |

| Domestic Incident Report Receipt Issued? If NO, Reason: Pending Approval | DV Notice Issued to Victim ☐YES ☐NO | Date |

**Suspect's Actions:** ☐Biting ☐Choking ☐Destroying Property ☑Forcible Restraint ☑Grabbing ☐Hair Pulling ☐Homicide ☐Injury to Child ☐Kicking ☐Pulling Phones From Wall ☐Punching ☐Pushing ☐Pushing/Slamming Into Walls ☐Sexual Abuse ☐Slapping ☐Threats With Weapon(s) ☐Throwing Items ☐Using Weapon(s) ☐Verbal Abuse ☐Other:

**Narrative of the Incident:** (include results of investigation and basis for action taken)

Mrs Linda Curley INSTATION with her 2 Children to report she had A Dispute At her house with her husband James. The dispute was over the children. She wanted to leave with them, but he said they had AN important Appointment this Afternoon. As she went to her car, he grabbed her by the upper left Arm and squeezed. She stated Get your hands off me, to which he replied "I Don't have my hands on you." Complainant left scene with the children and Responded to the station

**Victim's Statement of Allegations:**

This morning, I had my 2 children downstairs (with me) and began getting them dressed. My husband said they had to hurry because he was taking them to an important appointment. I got Courtney dressed quickly. About an hour later, they hadn't left so I asked Jimmy if he indeed had an appt. and if not I have the day off and planned on spending it with

False Statements made herein are punishable as a Class A Misdemeanor, pursuant to Section 210.45 of the Penal Law.

| Victim's Signature Linda L. Curley | Date 8 24 06 |

**Other Involved Agency(s)**

| Is There Reasonable Cause to Suspect A Child May Be The Victim of Abuse, Neglect or Maltreatment? If Yes, Reporting Officer Must Contact the NYS Child Abuse Hotline Registry # 1-800-635-1522 | Any Guns In The House? ☐YES ☑NO | Household Member Have a Pistol Permit? ☐Yes ☐No Permit No. Name | Any Guns Seized? ☐YES ☑NO Permit Seized? ☐YES ☐NO Issuing County |

| REFERRALS: ☐Child Protective Services ☐Licensing Bureau ☐Adult Protective Services ☐Domestic Violence Services ☐Other Outside Agency | Name of Person Notified: Date: Time: Notified By: |

| Reporting Officer's Signature (Include Rank) Sutphen | Officer I.D. No. 315 | Date 8 24 06 | Page of Pages |

| Supervisor's Signature (Include Rank) | Date |

White Copy - Agency   Pink Copy - Victim
Canary Copy - DCJS   Goldenrod Copy - Victim

3221 - 0697 DCJS Copyright   © 1995 by NYS Div of Criminal Justice Services

000197

Case 1:08-cr-00404-SCR3   Document 30   10/10/2008   Page 48 of 50

| Agency | ORI | | New York State DOMESTIC INCIDENT REPORT (PRINT UPPER CASE) | SPRINT No. (NYPD) | Incident Report No. | Pct. of Report |
|---|---|---|---|---|---|---|
| Ramapo P.D. | | | | | | |

| Date of Report | Time of Report | Date of Occur. | Time of Occur. | Address of Occurrence | | Apt. No. | Sector | Beat |
|---|---|---|---|---|---|---|---|---|
| 8, 24, 06 | 1036 | 8, 24, 06 | 0930 | 14 Madison Hill Road Monsey NY 10952 | | | 2 | |

| Compl./Victim's Last Name, First, M.I. | Address | Sex |
|---|---|---|
| Curley, James, Peter | 14 Madison Hill Road Monsey NY 10952 | M |

| Date of Birth | Age | Home Telephone | Race | Ethnic Origin |
|---|---|---|---|---|
| 4, 26, 64 | 42 | 845 368 8641 | ☒White ☐Black ☐Other ☐Indian ☐Asian ☐Unk | ☐Hispanic ☒Non-Hispanic ☐Unknown |

| Suspect/Other Party Last Name, First, M.I. | Address | Sex |
|---|---|---|
| Curley, Linda | 14 Madison Hill Road Monsey NY 10952 | F |

| Date of Birth | Age | Home Telephone | Race | Ethnic Origin |
|---|---|---|---|---|
| 7, 23, 68 | 38 | 845 318 8641 | ☒White ☐Black ☐Other ☐Indian ☐Asian ☐Unk | ☐Hispanic ☒Non-Hispanic ☐Unknown |

| Suspect Relationship to the Complainant/Victim | Suspect Present? | Offense/Incident Involved: | Description (Offenses) |
|---|---|---|---|
| Wife | ☐YES ☒NO | ☐Fel ☐Misd ☐Viol ☒Other | Domestic |

| Order of Protection? | Violated? | Issuing Court | OP Registry Checked | Expir. Date | Complaint Report Prepared? | Compl. No. | Report Received |
|---|---|---|---|---|---|---|---|
| ☒YES ☐NO | ☐YES ☒NO | RC Family Court | ☒YES ☐NO | 10, 19, 06 | ☐YES ☒NO | | ☐Walk-in ☐Radio Run |

| Suspect Used/Threatened Weapon? | Type: | Victim Injured? | Describe | Aided No. | Removed to Hospital? | What Hospital? |
|---|---|---|---|---|---|---|
| ☐YES ☐NO | | ☐YES ☒NO | | | ☐YES ☒NO | |

| Photos Taken? | Arrest Made? | Non Arrest Reason | | | | If Arrest Made, Did Perp. Resist? |
|---|---|---|---|---|---|---|
| ☐YES ☒NO | ☐YES ☒NO | ☒No Offense Committed ☐Not at Scene ☐Warrant Requested ☐Other | | | | ☐YES ☐NO |

| Charge(s) (List All) | Arrest No. |
|---|---|
| — | — |

| Family/Household Members Present? If YES, Last Name, First | Date of Birth | Relationship |
|---|---|---|
| ☒YES ☐NO  James Thomas Curley | 8/2/05 | Son |
| Courtney Lynn Curley | 4, 7, 02 | Daughter |

| Domestic Incident Report Receipt Issued? If NO, Reason: | DV Notice Issued to Victim | Date |
|---|---|---|
| ☒YES ☐NO | ☒YES ☐NO | |

**Suspect's Actions:** ☐Biting ☐Choking ☐Destroying Property ☐Forcible Restraint ☐Grabbing ☐Hair Pulling ☐Homicide ☐Injury to Child ☐Kicking ☐Pulling Phones From Wall ☐Punching ☐Pushing ☐Pushing/Slamming Into Walls ☐Sexual Abuse ☐Slapping ☐Threats With Weapon(s) ☐Throwing Items ☐Using Weapon(s) ☒Verbal Abuse ☐Other:

**Narrative of the Incident:** (Include results of investigation and basis for action taken)

See Supplemental

**Victim's Statement of Allegations:**
At approx. 9:30 Am I was at home with my children & wife, when my wife demanded the children. I told her we had appointments we were going to the YMCA in Wyckoff and then to the Dentist Dr. Peters in monsey. my wife was carrying the baby & a courtney when she started saying stop touching me, I never went near her, and then walked outside carrying courtney + my wife

| False Statements made herein are punishable as a Class A Misdemeanor, pursuant to Section 210.45 of the Penal Law. | Victim's Signature | Date |
|---|---|---|
| | James P Curley | 8, 24, 06 |

**Other Involved Agency(s)**

| Is There Reasonable Cause to Suspect A Child May Be The Victim of Abuse, Neglect or Maltreatment? ☐YES ☐NO | Any Guns In The House? ☐YES ☒NO | Any Guns Seized? ☐YES ☒NO |
|---|---|---|
| If Yes, Reporting Officer Must Contact the NYS Child Abuse Hotline Registry # 1-800-635-1522. | Household Member Have a Pistol Permit? ☐Yes ☐No  Permit No. | ☒Permit Seized? ☐YES ☒NO  Issuing County |

| REFERRALS: ☐Child Protective Services ☐Licensing Bureau ☐Adult Protective Services  Name of Person Notified: | | |
|---|---|---|
| ☐Domestic Violence Services ☐Other Outside Agency | Date: | Time: | Notified By: |

| Reporting Officer's Signature (Include Rank) | Officer I.D. No. | Date | |
|---|---|---|---|
| PO | 475 | | Page 1 |
| Supervisor's Signature (Include Rank) | | Date 08, 24, 06 | of 3 Pages |

White Copy - Agency    Pink Copy - Victim
Canary Copy - DCJS    Goldenrod Copy - Victim

3221 - 0697 DCJS Copyright   © 1995 by NYS Div of Criminal Justice Services

000198

**New York State**
**DOMESTIC INCIDENT REPORT**
**(PRINT UPPER CASE)**

| Agency | ORI | SPRINT No. (NYPD) | Incident Report No. | Pct. of Report |
|---|---|---|---|---|

| Date of Report | Time of Report | Date of Occur | Time of Occur | Address of Occurrence | Apt. No. | Sector | Beat |
|---|---|---|---|---|---|---|---|
| 8.24.06 | 1036 | 8.24.06 | 0930 | 14 Madison Hill Rd Monsey NY 10952 | | 2 | |

**Compl./Victim's Last Name, First, M.I.** | Address | Sex

**Date of Birth** | **Age** | **Home Telephone** | Race: ☐ White ☐ Black ☐ Other ☐ Indian ☐ Asian ☐ Unk | Ethnic Origin: ☐ Hispanic ☐ Non-Hispanic ☐ Unknown

**Suspect/Other Party Last Name, First, M.I.** | Address | Sex

**Date of Birth** | **Age** | **Home Telephone** | Race: ☐ White ☐ Black ☐ Other ☐ Indian ☐ Asian ☐ Unk | Ethnic Origin: ☐ Hispanic ☐ Non-Hispanic ☐ Unknown

**Suspect Relationship to the Complainant/Victim** | **Suspect Present?** ☐ YES ☐ NO | **Offense/Incident Involved:** ☐ Fel ☐ Misd ☐ Viol ☐ Other | **Description (Offenses)**

**Order of Protection?** ☐ YES ☐ NO | **Violated?** ☐ YES ☐ NO | **Issuing Court** | **OP Registry Checked** ☐ YES ☐ NO | **Expir. Date** | **Complaint Report Prepared?** ☐ YES ☐ NO | **Compl. No.** | **Report Received** ☐ Walk-in ☐ Radio Run

**Suspect Used/Threatened Weapons?** ☐ YES ☐ NO | **Type:** | **Victim Injured?** ☐ YES ☐ NO | **Describe** | **Aided No.** | **Removed to Hospital?** ☐ YES ☐ NO | **What Hospital?**

**Photos Taken?** ☐ YES ☐ NO | **Arrest Made?** ☐ YES ☐ NO | **Non Arrest Reason** ☐ No Offense Committed ☐ Not at Scene ☐ Warrant Requested ☐ Other | **If Arrest Made, Did Perp. Resist?** ☐ YES ☐ NO

**Charge(s) (List All)** | **Arrest No.**

**Family/Household Members Present? If YES, Last Name, First** ☐ YES ☐ NO | **Date of Birth** | **Relationship**

**Domestic Incident Report Receipt Issued? If NO, Reason:** ☐ YES ☐ NO | **DV Notice Issued to Victim** ☐ YES ☐ NO | **Date**

**Suspect's Actions:** ☐ Biting ☐ Choking ☐ Destroying Property ☐ Forcible Restraint ☐ Grabbing ☐ Hair Pulling ☐ Homicide ☐ Injury to Child ☐ Kicking ☐ Pulling Phones From Wall ☐ Punching ☐ Pushing ☐ Pushing/Slamming Into Walls ☐ Sexual Abuse ☐ Slapping ☐ Threats With Weapon(s) ☐ Throwing Items ☐ Using Weapon(s) ☐ Verbal Abuse ☐ Other:

**Narrative of the Incident:** (include results of investigation and basis for action taken)

See Supplemental

**Victim's Statement of Allegations:**

Came towards me, put her hand on my shoulder, I told her to get her hand off me, stop touching me. I was backing away which was observed by my neighbor Betty Vanderbeek. I then put Courtney down and let her go to the car. I asked my wife to have her back by 1 pm for her Appointment.

**False Statements made herein are punishable as a Class A Misdemeanor, pursuant to Section 210.45 of the Penal Law.** | **Victim's Signature** | **Date** 8 24 06

**Other Involved Agency(s)**

**Is There Reasonable Cause to Suspect A Child May Be The Victim of Abuse, Neglect or Maltreatment?** ☐ YES ☐ NO | **Any Guns In The House?** ☐ YES ☐ NO | **Any Guns Seized?** ☐ YES ☐ NO
**If Yes, Reporting Officer Must Contact the NYS Child Abuse Hotline  Registry # 1-800-635-1522.** | **Household Member Have a Pistol Permit?** ☐ Yes ☐ No | **Permit Seized?** ☐ YES ☐ NO
| **Permit No.** | **Issuing County** | **Name**

**REFERRALS:** ☐ Child Protective Services ☐ Licensing Bureau ☐ Adult Protective Services ☐ Domestic Violence Services ☐ Other Outside Agency | **Name of Person Notified:** | **Date:** | **Time:** | **Notified By:**

**Reporting Officer's Signature (Include Rank)** | **Officer I.D. No.** 473 | **Date**

**Supervisor's Signature (Include Rank)** | **Date** 8.24.06

Page 2 of 3 Pages

Case 7:06-cv-00404-SCR   Document   Filed 10/10/2008   Page 50 of 50

| Agency | New York State | SPRINT No. (NYPD) | Incident Report No. | Pct. of Report |
|---|---|---|---|---|

Ramapo PD   ORI 09043SCR

**DOMESTIC INCIDENT REPORT**
(PRINT UPPER CASE)

| Date of Report | Time of Report | Date of Occur | Time of Occur | Address of Occurrence | Apt. No. | Sector | Beat |
|---|---|---|---|---|---|---|---|
| 8.24.06 | 1036 | 8.24.06 | 0930 | 14 Madison Hill Road Monsey NY 10952 | | | |

Compl./Victim's Last Name, First, M.I.

Curley, James, Peter

Address: 14 Madison Hill Road Monsey NY 10952    Sex: M

| Date of Birth | Age | Home Telephone | Race: ☒White ☐Black ☐Other ☐Indian ☐Asian ☐Unk | Ethnic Origin: ☐Hispanic ☒Non-Hispanic ☐Unknown |
|---|---|---|---|---|

Suspect/Other Party Last Name, First, M.I.

Curley, Linda

Address: 14 Madison Hill Road Monsey NY 10952    Sex: M

| Date of Birth | Age | Home Telephone | Race: ☐White ☐Black ☐Other ☐Indian ☐Asian ☐Unk | Ethnic Origin: ☐Hispanic ☐Non-Hispanic ☐Unknown |
|---|---|---|---|---|

| Suspect Relationship to the Complainant/Victim | Suspect Present? ☐YES ☐NO | Offense/Incident Involved: ☐Fel ☐Misd ☐Viol ☐Other | Description (Offenses) |
|---|---|---|---|

| Order of Protection? ☒YES ☐NO | Violated? ☐YES ☐NO | Issuing Court | OP Registry Checked? ☐YES ☐NO | Expir. Date | Complaint Report Prepared? ☐YES ☐NO | Compl. No. | Report Received ☐Walk-in ☐Radio Run |
|---|---|---|---|---|---|---|---|

| Suspect Used/Threatened Weapons? ☐YES ☐NO | Type: | Victim Injured? ☐YES ☐NO | Describe | Aided No. | Removed to Hospital? ☐YES ☐NO | What Hospital? |
|---|---|---|---|---|---|---|

| Photos Taken? ☐YES ☐NO | Arrest Made? ☐YES ☐NO | Non Arrest Reason ☐No Offense Committed ☐Not at Scene ☐Warrant Requested ☐Other | If Arrest Made, Did Perp. Resist? ☐YES ☐NO |
|---|---|---|---|

| Charge(s) (List All) | Arrest No. |
|---|---|

| Family/Household Members Present? If YES, Last Name, First ☐YES ☐NO | Date of Birth | Relationship |
|---|---|---|

| Domestic Incident Report Receipt Issued? If NO, Reason: ☐YES ☐NO | DV Notice Issued to Victim ☐YES ☐NO | Date |
|---|---|---|

Suspect's Actions: ☐Biting ☐Choking ☐Destroying Property ☐Forcible Restraint ☐Grabbing ☐Hair Pulling ☐Homicide ☐Injury to Child ☐Kicking ☐Pulling Phones From Wall ☐Punching ☐Pushing ☐Pushing/Slamming Into Walls ☐Sexual Abuse ☐Slapping ☐Threats With Weapon(s) ☐Throwing Items ☐Using Weapon(s) ☐Verbal Abuse ☐Other:

Narrative of the Incident: (include results of investigation and basis for action taken)

See Supplemental Report

Victim's Statement of Allegations:

I went to wave Goodbye to the children at the side of the car when my wife pulled the vehicle up and even backed the vehicle towards me, causing me to fall back towards the wooden rails that border the grass.

False Statements made herein are punishable as a Class A Misdemeanor, pursuant to Section 210.45 of the Penal Law.

Victim's Signature: James P C   Date: 8/24/06

Other involved Agency(s)

| Is There Reasonable Cause to Suspect A Child May Be The Victim of Abuse, Neglect or Maltreatment? ☐YES ☐NO | Any Guns in the House? ☐YES ☒NO | Any Guns Seized? ☐YES ☒NO |
|---|---|---|

If Yes, Reporting Officer Must Contact the NYS Child Abuse Hotline Registry # 1-800-635-1522.

Household Member Have a Pistol Permit? ☐Yes ☒No   Permit Seized? ☐YES ☐NO
Permit No. _____   Issuing County _____
Name _____

REFERRALS: ☐Child Protective Services ☐Licensing Bureau ☐Adult Protective Services   Name of Person Notified:
☐Domestic Violence Services ☐Other Outside Agency

| Reporting Officer's Signature (Include Rank) | Date: | Time: | Notified By: | Officer, I.D. No. 425 | Data |
|---|---|---|---|---|---|

Supervisor's Signature (Include Rank)   Sgt ____ 379   Date 082406

Page 3 of 3 Pages

White Copy - Agency   Pink Copy - Victim
Canary Copy - DCJS   Goldenrod Copy - Victim

3221 - 0697 DCJS Copyright © 1995 by NYS Div of Criminal Justice Services

000200