UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA                    S 1 08 CR 0404 (SCR)

**ATTORNEY AFFIRMATION**

-against-

JAMES CURLEY,

                      Defendant.
------------------------------------------------------------x

MICHAEL K. BURKE, ESQ., being duly affirms and says:

      I am a partner of BURKE, MIELE & GOLDEN, LLP, attorneys for Defendant James Curley. Annexed hereto are various documents in connection with the discovery of this action. We adopt and incorporate by referenced the statement of facts and factual allegations which reference the attached exhibits below.

    A. Decision and Order of the Honorable William P. Warren of the Rockland County Family Court Justice dated March 2, 2007. (Exhibit A)

    B. Petition filed in the Rockland County Family Court by Linda Curley for a violation of an Order of Protection dated August 25, 2006 (Docket # 0-2187-06). (Exhibit B)

    C. Fed. R. Crim. P. 16 discovery produced by the Government. (Exhibit C)

    D. Petition filed in the Rockland County Family Court by Linda Curley for a violation of an Order of Protection dated October 19, 2006 (Docket # 0-2187-06/06B). (Exhibit D)

    E. June 6, 2008 letter from John Edwards, Esq., referencing the dismissal with prejudice the August 24, 2006 charges of Harassment in the Second Degree and Criminal Contempt in the Second Degree for August 24, 2006 and November 10, 2006. (Exhibit E)

F.  July 7, 2008 discovery demand letter from Michael K. Burke, Esq. to AUSA John Collins. (Exhibit F)

G.  Original Indictment 08 Cr. 404. (Exhibit G)

H.  Superceding Indictment. S1 08 Cr. 404 (Exhibit H)

I.  Letter from Assistant United States Attorney Kathryn M. Martin dated October 30, 2008 (Exhibit I).

Dated: November 6, 2008
Goshen, New York

*Michael K. Burke*

Michael K. Burke, Esq. (7554)
Burke, Miele & Golden, LLP
*Attorneys for Defendant Curley*
40 Matthews Street, Suite 209
Post Office Box 216
Goshen, New York 10924
(845) 294-4080

To:   Assistant United States Attorney Kathryn Martin
      United States Attorney's Office
      United States Courthouse
      300 Quarropas Street
      White Plains, New York 10601
      (914) 993-1963