UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

- v. -

JAMES CURLEY,
   a/k/a "Jim Harris"

                              Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - x

# 08 CRIM. 0404

**SEALED
INDICTMENT**

08 Cr.

## COUNT ONE

The Grand Jury charges:

1.    From in or about August 2006 through in or about October 2006, in the Southern District of New York and elsewhere, JAMES CURLEY, a/k/a "Jim Harris," the defendant, unlawfully, wilfully and knowingly traveled in interstate commerce, with the intent to kill, injure, harass, and place under surveillance with the intent to kill, injure, harass and intimidate another person, and in the course of and as a result of such travel placed that person in reasonable fear of death and serious bodily injury to that person and caused substantial emotional distress to that person, to wit, JAMES CURLEY, a/k/a "Jim Harris," traveled from Rockland County, New York to New Jersey with the intent to harass and place under surveillance a Victim ("Victim"), and as a result of such travel caused serious emotional distress to the Victim.

(Title 18, United States Code, Section 2261A(1).)

000101

## COUNT TWO

The Grand Jury further charges:

2.    From in or about August 2006 through in or about October 2006, in the Southern District of New York and elsewhere, JAMES CURLEY, a/k/a "Jim Harris," the defendant, with the intent to kill, injure, harass and place under surveillance with the intent to kill, injure, harass and intimidate and cause substantial emotional distress to a person in another state, unlawfully, wilfully and knowingly used an interactive computer service and a facility of interstate commerce to engage in a course of conduct that caused substantial emotional distress to that person and placed that person in reasonable fear of the death of and serious bodily injury to that person, to wit, JAMES CURLEY, a/k/a "Jim Harris," used a computer to access global positioning system ("GPS") data for a GPS device that had been placed on the Victim's car and used that GPS data to follow the Victim in New York and New Jersey and place the Victim in fear of serious bodily injury by attempting to force the Victim's car to stop on a road and by stalking the Victim in New Jersey.

(Title 18, United States Code, Sections 2261A(2)(A) & 2.)

## COUNT THREE

The Grand Jury further charges:

3.    On or about October 9, 2006, in the Southern District of New York and elsewhere, JAMES CURLEY, a/k/a "Jim Harris," the defendant, unlawfully, wilfully and knowingly traveled in interstate and foreign commerce, with the intent to engage in conduct that violates the portion of a protection order that prohibits or provides protection against violence, threats, and harassment against, contact and communications with, and physical proximity to, another person, and that would violate such a portion of a protection order in the jurisdiction in which the order was

issued, and subsequently engaged in such conduct, to wit, JAMES CURLEY, a/k/a "Jim Harris," the

defendant, traveled from Rockland County, New York, to New Jersey with the intent to stalk, harass,

menace, recklessly endanger and intimidate, and did violate a Rockland County Family Court Order

of Protection by traveling from Rockland County, New York to New Jersey in order to stalk, harass

and intimidate the Victim in New Jersey.

(Title 18, United States Code, Section 2262(a)(1).)


FOREPERSON

MICHAEL J. GARCIA
United States Attorney

000103



United States Attorney
Southern District of New York

---

United States District Courthouse
300 Quarropas Street
White Plains, New York 10601

June 20, 2008

**BY HAND**

Michael Burke, Esq.
Burke, Miele & Golden
100 Washington Avenue
P.O. Box 397
Suffern, NY 10901

    Re: <u>United States</u> v. <u>James Curley</u>,
      08 Cr. 404 (SCR)

Dear Counsel:

    Pursuant to our continuing obligations under Fed. R. Crim. P. 16, I am enclosing:

    (1) January 25, 2008 Prisoner Inventory List (1 page);
    (2) January 25, 2008 Evidence Record (3 pages);
    (3) January 25, 2008 Personal Property Record (2 pages); and
    (4) January 25, 2008 Motor Vehicle Impound Report (1 page).

    If you wish to inspect the originals of any of the documents listed above or the items listed in any of those documents, please let us know and we will make arrangements for you to do so.

        Very truly yours,

        MICHAEL J. GARCIA
        United States Attorney
        Southern District of New York

        By:
        John P. Collins, Jr.
        Assistant United States Attorney
        (914) 993-1919

*Enclosures*

**000104**

# *Ramsey Police Department*
## *Prisoner Inventory List*

### Prisoner Information

First Name: _James_    Last Name: _Curley_    Middle Initial: _P_

Date: _1/25/08_    Time: _2010_    Cad #: _08 - 894_

### Items Removed & Returned

Cash: _103.51_    Prisoner Initials: X _J C_

Jewelry: _____

Prisoner Initials: X _J C_

Shoes: ✓    Belt: ✓    Tobacco: ____    Wallet: ____    Pocketbook/Purse: ____    Keys: ✓
Pager: ____    Cell Phone: ____    Shirt/Sweater: ____    (Jacket)Coat: ____    Miscellaneous: ____

_MISC PAPERWORK, ROOM KEY_

The above listed items were removed from: X _____

The above listed items were removed by: _Det - Hugh #119_

The above listed items were returned to: X _Turned over to B.C.J_

The above listed items were returned by: _____

### Prisoners Condition

Normal: ✓    Injured or Ill: ____    Had Been Drinking: ____    Intoxicated: ____

### Prisoner Search

Prisoner Searched By: _Ptlm. Rothenbarger_    ID #: _147_

Narcotics Found: ____    If Yes, List Narcotics: _____

Weapons or Contraband Found: ____    If Yes, List Weapons or Contraband: _____

Additional Comments: _____

12/2003

**Ramsey Police Department**
Ramsey, New Jersey
**Evidence Record**

DATE 1/25/2008

CDR # W-2008-26-27-0248

C.A.D. # 08-849    Arrest YES [X] NO [ ]    ADULT [ ]    JUVENILE [ ]

D - DEFENDANT   V - VICTIM   S - SUSPECT   F - FINDER    OTHER _____

[ D ]  JAMES CURLEY          [ ]

Evidence: YES [X] NO [ ]    Domestic YES [ ] NO [X]    Bio / Sharps Hazard YES [X] NO [ ]

Finders Address & Phone # DET. BRIAN MUTH 119

Location of Crime/Incident RT 17 SOUTH    Type of Crime/Incident REC. STOLEN PROP.

| Item # | Item Description | Property Location |
|---|---|---|
| 1. | 4 SPEED LOADERS & 1 PRIMERS (BOX) | |
| 2 | 2 BOXES OF TRIPLE SEVEN PRIMERS | |
| | 10 RDS. OFF HORNADY .50 CAL SPEED SABOT | |
| | 1 FLEX TRIMING PALM SAVER | |
| | 1 BOX OF WINCHESTER PRIMERS | |
| | 1 ANTI-SIEZE STICK. | |
| | 1 BLACK HEAD MASK | |
| | 1 BUCK KNIFE IN SHEATH | |
| | 1 OUTDOOR EDGE SHEATH W/O KNIFE | |
| | 4 GAMO POWER PELLETS CONTAINERS .177 CAL | |

Signature of Investigating Officer: Det. Brian J. Muth 119

| Item # | Removed To: | By: | Date: |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

I DO HEREBY SWEAR THAT I AM THE RIGHTFUL OWNER, OR AGENT FOR THE RIGHTFUL OWNER, OF THE ABOVE LISTED PROPERTY WHICH I AM RECEIVING FROM THE RAMSEY POLICE DEPARTMENT.

Owner or Agent: _____    Witness: _____

Case Disposed Y / N    Evidence Dispo Date _____    Auction Y / N

Evidence Disposition: Returned [ ]    Destroyed [ ]    T.O.T. _____

Final Filing Date: _____    Filed By _____

Rev. 05/2007
000106

Ramsey Police Department
Ramsey, New Jersey
Supplemental Property /Evidence Record

PAGE 2 OF 3

CDR # W-2008-26,27 -0248

Date 1/25/08

D - DEFENDANT   V - VICTIM    S - SUSPECT   F - FINDER    0 - OTHER

| 0 | James Curry | | |

| Item # | Item Description | | Property Location |
|---|---|---|---|
| 2 (cont) | Black Powder 101 DVD | | |
| | CVA Break-Action Warranty Book | | |
| | 4 Tubes of Gun Lube/Cleaning Gel | | |
| | 2 Bore Brushes / 1 Small Brush | | |
| | 5 Piece Black Gun Rod | | |
| | 20 Rds Hornady .50 Cal Sabot Rounds | | |
| | 1 Plastic Bag with Patches | | |
| 3 | 10 Loose .50 Slugs / 4 Loose | | |
| | Primers / 2 Loose Slugs (red tips. | | |
| 4 | 22 .50 Cal Loose Rounds in Bag. | | |
| 5 | American Classics Model 1377 .177 | | |
| | Cal Pellet Pistol | | |
| 6. | Gamo Pellet Rifle w/ Scope / Light | | |
| | + Laser Aiming Device | | |

Signature of Investigating Officer: Det. Bui 9 4 4 147

| Item # | Removed To: | By: | Date: |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

I DO HEREBY SWEAR THAT I AM THE RIGHTFUL OWNER, OR AGENT FOR THE RIGHTFUL OWNER, OF THE ABOVE LISTED PROPERTY WHICH I AM RECEIVING FROM THE RAMSEY POLICE DEPARTMENT.

| Owner or Agent: | Witness: | Date |
|---|---|---|
| | | |

CAD # 08- 849

Ramsey Police Department
Ramsey, New Jersey
Supplemental Property /Evidence Record

PAGE 3 OF 3

CDR. # W - 2008- 26, 27 - 0248

| Date 1/25/2008 | D - DEFENDANT   V - VICTIM   S - SUSPECT   F - FINDER   0 - OTHER |
|---|---|

☐ James Curry   ☐

| Item # | Item Description | Property Location |
|---|---|---|
| 7 | WOLF .50 CAL BLACK POWDER RIFLE WITH BUSHNELL SCOPE SER # 61-13-010401-03 | |
| 8 | WOLF .50 CAL BLACK POWDER RIFLE SER # 61-13-006680-03 | |
| 9 | WOLF .50 CAL BLACK POWDER RIFLE SER. # 61-13-018648-06 | |
| 10 | CVA 208 MAGNUM BREAK-ACTION PLASTIC MUZZLE LOADING OUTFIT CASE W/ ACCESSORIES (NO RIFLE & SCOPE) | |
| 11 | One SABOTED BULLET, SABOT CASING AND BLACK Powder. B2 R___ #147 | |
| 12 | Robilenson Type 40R-7D  1/26/2008   12/08 ___ | |

Signature of Investigating Officer: Det. Brig. ___ US

| Item # | Removed To: | By: | Date: |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

I DO HEREBY SWEAR THAT I AM THE RIGHTFUL OWNER, OR AGENT FOR THE RIGHTFUL OWNER, OF THE ABOVE LISTED PROPERTY WHICH I AM RECEIVING FROM THE RAMSEY POLICE DEPARTMENT.

| Owner or Agent: | Witness: | Date |
|---|---|---|

CAD# 08-849

Ramsey Police Department
25 North Central Ave
Ramsey, New Jersey 07446

**Personal Property Record**

Page ___1___ of ___1___

## Found Property

Finders Name __DET. BRIAN MUTY__    Finders Phone __201-327-2400__

Address __RAMSEY P.D.__    City __RAMSEY__    State __NJ__

Owners Name __RAMAPO POLICE__    Owners Phone __845-357-2400__

Address __237 RT. 59__    City __SUFFERN__    State __NY__

Location Found __POLICE HQ__

## Safe Keeping of Property

### Reason For Safe Keeping

Surrender_____ Ambulance / 262-HELP Call_____    Prisoner_____ Other_____

Owners Name_____    Owners Phone _____

Address_____    City _____    State_____

## Confiscated Property

Confiscated by _____    Shield#_____

Reason For Confiscation _____

Owners Name _____    Owners Phone_____

Address _____    City _____    State_____

| Item # | Description Of Property | Property Location |
|--------|-------------------------|-------------------|
| 1. | RAMAPO NEW YORK POLICE SHIELD #168 | HQ. |
| 2. | RAMAPO NEW YORK POLICE ID FOR JAMES CURLEY | |
| 3. | POINT BLANK POLICE ISSUE BULLET VEST | |
| | SER # 38(B)10047263 (FRONT PANEL) | |

Signature of Officer __Det. Brian Muty__    Shield # __119__    Date __1/25/2008__

Owner/Agent __Det./Sgt John Lynch__ Officer Returning __Det. Brian Muty__    Date __1/25/2008__

RAMAPO POLICE DEPT.

000109

CAD# _2008- 894_

**Ramsey Police Department**
25 North Central Ave
Ramsey, New Jersey 07446

## Personal Property Record

Page _1_ of _1_

### Found Property

Finders Name_____ Finders Phone_____

Address_____ City_____ State____

Owners Name_____ Owners Phone_____

Address_____ City_____ State____

Location Found_____

### Safe Keeping of Property

### Reason For Safe Keeping

Surrender_____ Ambulance / 262-HELP Call_____ Prisoner __X__ Other_____

Owners Name _James Curley_ Owners Phone _845- 357- 6024_

Address _14 Madison Hill Rd_ City _Suffern_ State _NY_

### Confiscated Property

Confiscated by _____ Shield#_____

Reason For Confiscation _____

Owners Name _____ Owners Phone_____

Address _____ City _____ State____

| Item # | Description Of Property | Property Location |
|--------|-------------------------|-------------------|
| 1 | (2) Large Black Plastic Bags Containing Clothes (Gloves) | |
| 2 | (1) Golf Putter | |
| 3 | (1) White Box Containing Various Mail | |
| 4 | (1) Motorola Surfboard | |
| 5 | (3) Prescription Bottles For The Cat | |

Signature of Officer _Pam Renn_ Shield # _147_ Date _1/05/08_

Owner/Agent _____ Officer Returning_____ Date_____

**000110**



# RAMSEY POLICE DEPARTMENT
### 25 NORTH CENTRAL AVENUE
### RAMSEY, NEW JERSEY 07446
### 201-327-2400

# MOTOR VEHICLE
# IMPOUND REPORT

| | | | |
|---|---|---|---|
| CAD # __2008-894__ | Date: __1/25/2008__ | | Time: __1644__ (24 Hr.) |

## VEHICLE INFORMATION

Year: __2007__     Make: __CHEVY__     Model: __MALIBU__

Color: __SILVER__     VIN # __1G1ZT58F27F264793__

Reg. # __VLW49V__     State: __NJQ__     Odometer Reading: __14762__

| OPERATOR: | OWNER:   ☐ IS THE OPERATOR |
|---|---|
| Name: __James P. Curley__ | Name: __Elrac Inc__ |
| Address: __12 Rockland Terrace__ | Address: __1550 Route 23 North__ |
| City, St. Zip: __Suffern, NY 10901__ | City, St. Zip: __Wayne, NJ 07470__ |
| Phone: __845-553-0760__ | Phone: __973-709-2499__ |

## REASON FOR IMPOUND

☐ Suspended     ☐ Abandoned     ☐ No Responsible Person     ☐ Traffic Hazard
☐ Unregistered     ☐ Criminal Use     ☐ Unsafe Vehicle     ☒ Stolen / Recovered
☐ DWI *(12 HR MIN HOLD)*     ☐ Other: _____

Location Removed From: __Route 17 South__     Summons # _____

Duty Tow: __NAR Towing__     Towed To: __25 N. Central Avenue Ramsey, NJ 07446__

CONTENTS: ☒ Removed by Police (see Property Sheet)   ☐ Left in Vehicle (see Inventory below)
☐ Surrendered to: ☐ Driver/Owner   ☐ Passenger (Name) _____

INVENTORY: .......................................................................................
.......................................................................................
.......................................................................................
.......................................................................................

Officer: __Ptlm. Rothenburger__   ID # __147__   Supervisor: __Sgt. McIntyre__   ID # __110__

## RELEASE INFORMATION

☐ Vehicle Released to Operator / Owner Identified Above          *Insurance Verified*

RELEASED TO: Name: _Erik Thunell_

Address: _2405 Hamburg Tpke._

City, St. Zip: _Wayne NJ 07470_          Phone: _973-839-2939_

Releasing Officer: _[signature]_   ID # _130_   Date: _1-25-2008_

COMMENTS: .......................................................................................
.......................................................................................

RPD Form 5 (Revised 04/08)

000111



FIRST
CLASS

US POSTAGE
For Private Use
$300 Penalty
US OFFICIAL MAIL

neopost™
045J783028
$0.420
06/20/2008
Mailed From 10601

MICHAEL BURKE, ESQ.
BURKE, MIELE & GOLDEN, LLP
100 WASHINGTON AVENUE
P.O. BOX 397
SUFFERN, NY 10901

10901$0997 B005

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*
*United States Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

**000112**



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

June 20, 2008

**BY FACSIMILE**

Michael Burke, Esq.
Burke, Miele & Golden
100 Washington Avenue
P.O. Box 397
Suffern, NY 10901

      **Re:**    **United States v. James Curley,**
             **08 Cr. 404 (SCR)**

Dear Counsel:

      In an abundance of caution given its obligations under <u>Brady</u> v. <u>Maryland</u>, 373
U.S. 83 (1963), and its progeny, the Government submits this letter to inform you that the
following person may have information that is material to the guilt of your client, <u>see</u> <u>Brady</u>, 373
U.S. at 87: Edward Holland. Edward Holland is represented by Vincent Briccetti, Esq.

              Very truly yours,

              MICHAEL J. GARCIA
              United States Attorney

By:                       
              John P. Collins, Jr.
              Assistant United States Attorney
              Tel. No.: (914) 993-1919

**000113**



U.S. Department of Justice

United States Attorney
Southern District of New York

United States District Courthouse
300 Quarropas Street
White Plains, New York 10601

June 20, 2008

**BY HAND**

Michael Burke, Esq.
Burke, Miele & Golden
100 Washington Avenue
P.O. Box 397
Suffern, NY 10901

Re:    United States v. James Curley,
       08 Cr. 404 (SCR)

Dear Counsel:

Pursuant to our continuing obligations under Fed. R. Crim. P. 16, I am enclosing:

(1) January 25, 2008 Prisoner Inventory List (1 page);
(2) January 25, 2008 Evidence Record (3 pages);
(3) January 25, 2008 Personal Property Record (2 pages); and
(4) January 25, 2008 Motor Vehicle Impound Report (1 page).

If you wish to inspect the originals of any of the documents listed above or the items listed in any of those documents, please let us know and we will make arrangements for you to do so.

Very truly yours,

MICHAEL J. GARCIA
United States Attorney
Southern District of New York

By:
John P. Collins, Jr.
Assistant United States Attorney
(914) 993-1919

*Enclosures*

**000114**

# Ramsey Police Department
## Prisoner Inventory List

### Prisoner Information

First Name: James            Last Name: Curley            Middle Initial: P

Date: 1/25/08        Time: 2010        Csd #: 08-894

### Items Removed & Returned

Cash: 103.51        Prisoner Initials: X J C

Jewelry: _____

Prisoner Initials: X J C

Shoes: ✓    Belt: ✓    Tobacco: ____    Wallet: ✓    Pocketbook/Purse: ____    Keys: ✓
Pager: ____    Cell Phone: ____    Shirt/Sweater: ____    Jacket/Coat: ✓    Miscellaneous: ____

MISC PAPERWORK, ROOM KEY

The above listed items were removed from: X Jac Lang

The above listed items were removed by: Det. Huth #119

The above listed items were returned to: X Turned over to BCJ

The above listed items were returned by: _____

### Prisoners Condition

Normal: ✓    Injured or Ill: ____    Had Been Drinking: ____    Intoxicated: ____

### Prisoner Search

Prisoner Searched By: Ptlm. Rothenberger        ID #: 143

Narcotics Found: ____    If Yes, List Narcotics: _____

Weapons or Contraband Found: ____    If Yes, List Weapons or Contraband: _____

Additional Comments: _____

12/2003

000115

PAGE 1 OF 3

**Ramsey Police Department**
**Ramsey, New Jersey**
**Evidence Record**

DATE 1/25/2008

CDR # W-2008-26-37-0248

C.A.D. # 08-849    Arrest YES [X] NO [ ]    ADULT [ ]        JUVENILE [ ]

D - DEFENDANT    V - VICTIM    S - SUSPECT    F - FINDER    OTHER _____

[D]  JAMES CURLEY

Evidence: YES [X] NO [ ]    Domestic YES [ ] NO [X]    Bio / Sharps Hazard YES [X] NO [ ]

Finders Address & Phone # DET. BRIAN HUTY 119

Location of Crime/Incident RT 17 SOUTH    Type of Crime/Incident REC. STOLEN PROP.

| Item # | Item Description | Property Location |
|---|---|---|
| 1. | 4 SPEED LOADERS & 1 PRIMERS (BOX) | |
| 2 | 2 BOXES OF TRIPLE SEVEN PRIMERS | |
| | 10 RDS. OFF HORNADY 50 CAL SPEED SABOT | |
| | 1 FLEX PRIMING PALM SAVER | |
| | 1 BOX OF WINCHESTER PRIMERS | |
| | 1 ANTI-SIEZE STICK | |
| | 1 BLACK HEAD MASK | |
| | 1 BUCK KNIFE IN SHEATH | |
| | 1 OUTDOOR EDGE SHEATH W/O KNIFE | |
| | 4 GAMO POWER PELLETS CONTAINERS .17 CAL | |

Signature of Investigating Officer: Det. Brian Huty 119

| Item # | Removed To: | By: | Date: |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

I DO HEREBY SWEAR THAT I AM THE RIGHTFUL OWNER, OR AGENT FOR THE RIGHTFUL OWNER, OF THE ABOVE LISTED PROPERTY WHICH I AM RECEIVING FROM THE RAMSEY POLICE DEPARTMENT.

Owner or Agent: _____    Witness: _____

Case Disposed Y / N    Evidence Dispo Date _____    Auction Y / N

Evidence Disposition: Returned [ ]    Destroyed [ ]    T.O.T. _____

Final Filing Date: _____    Filed By _____

Rev. 05/2007

**000116**

**Ramsey Police Department**
Ramsey, New Jersey
Supplemental Property /Evidence Record

CAD # 08-849

CDR # W-2008-26,27 -0246

PAGE 2 OF 3

Date 1/25/08

D - DEFENDANT   V - VICTIM   S - SUSPECT   F - FINDER   O - OTHER

**D**   James Curley

| Item # | Item Description | Property Location |
|---|---|---|
| 2 (cont) | Black Powder   101   DVD | |
| | CVA   Break-Action   Warranty Book | |
| | 4 Tubes of Gun Lube/cleaning Gel | |
| | 2 Bore Brushes / 1 Small Brush | |
| | 5 Piece Black Gun Rod | |
| | 20 Rds Hornady .50 Cal Sabot Rounds | |
| | 1 Plastic Bag with Patches | |
| 3 | 10 Loose .50 Slugs / 4 Loose | |
| | Primers / 2 Loose Slugs Lead Tips. | |
| 4 | 22 .50 Cal Loose Rounds in Bag. | |
| 5 | American Classics Model 1377 .177 | |
| | Cal Pellet Pistol | |
| 6. | Gamo Pellet Rifle w/ Scope / Light | |
| | + Laser Aiming Device. | |

Signature of Investigating Officer: Det. Bing H. J    H3

| Item # | Removed To: | By: | Date: |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

I DO HEREBY SWEAR THAT I AM THE RIGHTFUL OWNER, OR AGENT FOR THE RIGHTFUL OWNER, OF THE ABOVE LISTED PROPERTY WHICH I AM RECEIVING FROM THE RAMSEY POLICE DEPARTMENT.

| Owner or Agent: | Witness: | Date |
|---|---|---|

000117

**Ramsey Police Department**
Ramsey, New Jersey
Supplemental Property / Evidence Record

CAD # 08- 849

PAGE 3 OF 3

CDR. # W - 2008- 26, 27 - 0248

| Date 1/25/2008 | D - DEFENDANT   V - VICTIM    S - SUSPECT    F - FINDER    O - OTHER |
|---|---|

☒ James Curry    ☐

| Item # | Item Description | Property Location |
|---|---|---|
| 7 | WOLF .50 CAL BLACK POWDER RIFLE WITH BUSHNELL SCOPE  SER # 61-13-010401-07 | |
| 8 | WOLF .50 CAL BLACK POWDER RIFLE  SER # 61-13-006680-07 | |
| 9 | WOLF .50 CAL BLACK POWDER RIFLE  SER. # 61-13-018648-06 | |
| 10 | CVA 208 MAGNUM BREAK-ACTION PLASTIC MUZZLE LOADING OUTFIT CASE W/ ACCESSORIES (NO RIFLE & SCOPE) | |
| 11 | ONE SABOTED BULLET, SABOT CASING AND BLACK POWDER   B2 RC #147 | |
| 12 | Robinson Type 408-70  1/25/2008 | |

Signature of Investigating Officer: Det. ___ lS

| Item # | Removed To: | By: | Date: |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

I DO HEREBY SWEAR THAT I AM THE RIGHTFUL OWNER, OR AGENT FOR THE RIGHTFUL OWNER, OF THE ABOVE LISTED PROPERTY WHICH I AM RECEIVING FROM THE RAMSEY POLICE DEPARTMENT.

| Owner or Agent: | Witness: | Date |
|---|---|---|

000118

**Ramsey Police Department**
25 North Central Ave
Ramsey, New Jersey 07446

**Personal Property Record**

CAD# 08 - 849

Page 1 of 1

## Found Property

Finders Name DET. BRIAN MOY          Finders Phone 201-327-2400

Address Ramsey P. D.          City Ramsey          State NJ

Owners Name RAMAPO POLICE          Owners Phone 845-357-2400

Address 237 Rt. 59          City Suffern          State NY

Location Found Police HQ

## Safe Keeping of Property

### Reason For Safe Keeping

Surrender_____ Ambulance / 262-HELP Call_____ Prisoner_____ Other_____

Owners Name_____ Owners Phone_____

Address_____ City_____ State_____

## Confiscated Property

Confiscated by_____ Shield#_____

Reason For Confiscation_____

Owners Name_____ Owners Phone_____

Address_____ City_____ State_____

| Item # | Description Of Property | Property Location |
|--------|------------------------|-------------------|
| 1. | RAMAPO NEW YORK POLICE SHIELD #168 | 4a. |
| 2. | RAMAPO NEW YORK POLICE ID FOR JAMES CURRAY | |
| 3. | POINT BLANK POLICE ISSUE BREAT VEST | |
|    | SEE # 38(6)100 47063 (FRONT PANEL) | |

ignature of Officer Det. Sug Hab          Shield # 119          Date 1/25/2008

wner/Agent Det./Sgt John Lynch Officer Returning Det. Sug J Hab          Date 1/25/2008

RAMAPO POLICE DEPT.

Ramsey Police Department
25 North Central Ave
Ramsey, New Jersey 07446

CAD# _2008-994_

## Personal Property Record

Page _1_ of _1_

### Found Property

Finders Name _____ Finders Phone _____

Address _____ City _____ State _____

Owners Name _____ Owners Phone _____

Address _____ City _____ State _____

Location Found _____

### Safe Keeping of Property

### Reason For Safe Keeping

Surrender _____ Ambulance / 262-HELP Call _____ Prisoner _X_ Other _____

Owners Name _James Curley_ Owners Phone _845-357-6224_

Address _14 Mason Hill RD_ City _Sffern_ State _NY_

### Confiscated Property

Confiscated by _____ Shield# _____

Reason For Confiscation _____

Owners Name _____ Owners Phone _____

Address _____ City _____ State _____

| Item # | Description Of Property | Property Location |
|--------|-------------------------|-------------------|
| 1 | (2) Large Black Plastic Bags Containing Clothes (Gloves) | |
| 2 | (1) Golf Putter | |
| 3 | (1) White Box Containing Various Mail | |
| 4 | (1) Morenla Surfboard | |
| 5 | (3) Prescription Bottles For The Court | |

Signature of Officer _____ Shield # _147_ Date _1/25/08_

Owner/Agent _____ Officer Returning _____ Date _____



**RAMSEY POLICE DEPARTMENT**
25 NORTH CENTRAL AVENUE
RAMSEY, NEW JERSEY 07446
201-327-2400

# MOTOR VEHICLE
# IMPOUND REPORT

| CAD # | 2008-894 | Date: | 1/25/2008 | Time: | 1644 | (24 Hr.) |

## VEHICLE INFORMATION

| Year: | 2007 | Make: | CHEVY | Model: | MALIBU |
| Color: | SILVER | VIN # | 1G1ZT58F27F264793 | | |
| Reg. # | VLW49V | State: | NJQ | Odometer Reading: | 14762 |

**OPERATOR:**

| | | **OWNER:** ☐ IS THE OPERATOR |
| Name: | James P. Curley | Name: | Elrac Inc |
| Address: | 12 Rookland Terrace | Address: | 1550 Route 23 North |
| City, St. Zip: | Suffern, NY 10901 | City, St. Zip: | Wayne, NJ 07470 |
| Phone: | 845-553-0760 | Phone: | 973-709-2499 |

## REASON FOR IMPOUND

☐ Suspended    ☐ Abandoned    ☐ No Responsible Person    ☐ Traffic Hazard
☐ Unregistered    ☐ Criminal Use    ☐ Unsafe Vehicle    ☒ Stolen / Recovered
☐ DWI *(12 HR MIN HOLD)*    ☐ Other:

| Location Removed From: | Route 17 South | Summons # | |
| Duty Tow: | NAR Towing | Towed To: | 25 N. Central Avenue Ramsey, NJ 07446 |

**CONTENTS:** ☒ Removed by Police (see Property Sheet)    ☐ Left in Vehicle (see Inventory below)
☐ Surrendered to: ☐ Driver/Owner    ☐ Passenger (Name)

**INVENTORY:**
..........
..........
..........

| Officer: | Ptlm. Rothenburger | ID # | 147 | Supervisor: | Sgt. McIntyre | ID # | 110 |

## RELEASE INFORMATION

☐ Vehicle Released to Operator / Owner Identified Above

☐ *Insurance Verified*

**RELEASED TO:** Name: Erik Thunell
Address: 2405 Hamburg Tpke.
City, St. Zip: Wayne NJ 07470

Phone: 973-839-2929

Releasing Officer: _____    ID # 130    Date: 1-25-2008

**COMMENTS:**
..........
..........

RPD Form 5 (Revised 04/06)

000121

**U.S. Department of Justice**

United States Attorney
Southern District of New York
United States Courthouse
300 Quarropas Street
White Plains, New York 10601

**FIRST CLASS**

7103013337 B005

MICHAEL BURKE, ESQ.,
BURKE, MIELE & GOLDEN, LLP
100 WASHINGTON AVENUE
P.O. BOX 397
SUFFERN, NY 10901

neopost
045J763028
$0.590
06/20/2008
Mailed From 10601

US OFFICIAL MAIL
$300 Penalty
For Private Use
US POSTAGE

000122

U.S. Department of Justice

United States Attorney
Southern District of New York

---

United States District Courthouse
300 Quarropas Street
White Plains, New York 10601

July 7, 2008

**BY FEDERAL EXPRESS**

Michael Burke, Esq.
Burke, Miele & Golden
100 Washington Avenue
P.O. Box 397
Suffern, NY 10901

    Re: <u>United States</u> v. <u>James Curley</u>,
       08 Cr. 404 (SCR)

Dear Counsel:

   Pursuant to our continuing obligations under Fed. R. Crim. P. 16, I am enclosing:

   Ramapo Police Department Reports bates stamped 1-65.

   If you wish to inspect the originals of any of the documents listed above or the items listed in any of those documents, please let us know and we will make arrangements for you to do so.

       Very truly yours,

       MICHAEL J. GARCIA
       United States Attorney
       Southern District of New York

       By: _____
       John P. Collins, Jr.
       Assistant United States Attorney
       (914) 993-1919

*Enclosures*

**000123**

**New York State**
**DOMESTIC INCIDENT REPORT**
**(PRINT UPPER CASE)**

| | | CAT NY 04353 | SPRINT No. (NYPD) | Incident Report No. | Pct. of Report |
|---|---|---|---|---|---|

XAMARO

| Date of Report | Time of Report | Date of Occur. | Time of Occur. | Address of Occurrence | Apt. No. | Sector | Beat |
|---|---|---|---|---|---|---|---|
| 08 03 06 | 1734 | 08 03 06 | 1734 | 11 MADISON HILL, AIRMONT N.Y. | | Z | |

**Compl./Victim's Last Name, First, M.I.**
CURLEY, LINDA

**Address**
ABOVE

**Sex**
F

| Date of Birth | Age | Home Telephone | Race | Ethnic Origin |
|---|---|---|---|---|
| 07 23 68 | 3 8 | 365-8641 | ☒ White ☐ Black ☐ Other ☐ Indian ☐ Asian ☐ Unk | ☐ Hispanic ☒ Non-Hispanic ☐ Unknown |

**Suspect/Other Party Last Name, First, M.I.**
CURLEY, JAMES C#269-0348

**Address**
ABOVE

**Sex**
M

| Date of Birth | Age | Home Telephone | Race | Ethnic Origin |
|---|---|---|---|---|
| 04 26 64 | 42 | 365-8641 | ☒ White ☐ Black ☐ Other ☐ Indian ☐ Asian ☐ Unk | ☐ Hispanic ☒ Non-Hispanic ☐ Unknown |

**Suspect Relationship to the Complainant/Victim**
HUSBAND

**Suspect Present?** ☐ YES ☒ NO

**Offense/Incident Involved:** ☐ Fel ☐ Misd ☐ Viol ☒ Other

**Description (Offenses)**
ESCORT

| Order of Protection? | Violated? | Issuing Court | OP Registry Checked? | Expir. Date | Complaint Report Prepared? | Compl. No. | Report Received |
|---|---|---|---|---|---|---|---|
| ☒ YES ☐ NO | ☐ YES ☐ NO | AIRMONT | ☐ YES ☒ NO | | ☐ YES ☒ NO | | ☐ Walk-in ☒ Radio Run |

**Suspect Used/Threatened Weapons?** ☐ YES ☒ NO
**Type:**
**Victim Injured?** ☐ YES ☒ NO
**Describe**
**Aided No.**
**Removed to Hospital?** ☐ YES ☐ NO
**What Hospital?**

| Photos Taken? | Arrest Made? | Non Arrest Reason | If Arrest Made, Did Perp. Resist? |
|---|---|---|---|
| ☐ YES ☒ NO | ☐ YES ☒ NO | ☒ No Offense Committed ☐ Not at Scene ☐ Warrant Requested ☐ Other | ☐ YES ☐ NO |

**Charge(s) (List All)**
N/A

**Arrest No.**
N/A

**Family/Household Members Present? If YES, Last Name, First** ☐ YES ☒ NO | **Date of Birth** | **Relationship**

**Domestic Incident Report Receipt Issued? If NO, Reason:** ☐ YES ☒ NO UPON REVIEW BY SUPERVISOR
**DV Notice Issued to Victim** ☒ YES ☐ NO **Date** 08 03 06

**Suspect's Actions:** ☐ Biting ☐ Choking ☐ Destroying Property ☐ Forcible Restraint ☐ Grabbing ☐ Hair Pulling ☐ Homicide ☐ Injury to Child ☐ Kicking ☐ Pulling Phones From Wall ☐ Punching ☐ Pushing ☐ Pushing/Slamming Into Walls ☐ Sexual Abuse ☐ Slapping ☐ Threats With Weapon(s) ☐ Throwing Items ☐ Using Weapon(s) ☐ Verbal Abuse ☐ Other:

**Narrative of the Incident:** (include results of investigation and basis for action taken) RESPONDED TO ABOVE LOCATION TO ESCORT COMPLAINANT TO HER HOME. UPON ENTRANCE TO ABOVE RESIDENCE, NO ONE WAS HOME. SEE SGT LANCIA'S SUPPLEMENT FOR FURTHER DETAILS.

**Victim's Statement of Allegations:** I agree with above. I am coming home especially due to my sons recent bruises on his wrist and my daughters brainwashing and complaint about Uncle Joe hitting her twice. My children need me, and I intend to be here for them. I gave the computer & medications to Sgt Lancia for safe keeping.

**False Statements made herein are punishable as a Class A Misdemeanor, pursuant to Section 210.45 of the Penal Law.**

**Victim's Signature** Linda Curley **Date:**

**Other Involved Agency(s)**

**Is There Reasonable Cause to Suspect A Child May Be The Victim of Abuse, Neglect or Maltreatment?** ☐ YES ☐ NO
**If Yes, Reporting Officer Must Contact the NYS Child Abuse Hotline Registry # 1-800-635-1522.**

**Any Guns In The House?** ☐ YES ☒ NO  **Any Guns Seized?** ☐ YES ☒ NO
**Household Member Have a Pistol Permit?** ☐ Yes ☒ No  **Permit Seized?** ☐ YES ☒ NO
**Permit No.** _____ **Issuing County** _____
**Name**

**REFERRALS:** ☐ Child Protective Services ☐ Licensing Bureau ☐ Adult Protective Services **Name of Person Notified:**
☐ Domestic Violence Services ☐ Other Outside Agency
**Date:** **Time:** **Notified By:**

**Reporting Officer's Signature (Include Rank)**
P.O. John Roberts

**Officer I.D. No.** 412
**Date** 08 03 06
**Page** 1

**Supervisor's Signature (Include Rank)**
**Date** 8 3 6
**Pages** 9

White Copy - Agency   Pink Copy - Victim
Canary Copy - DCJS    Goldenrod Copy - Victim

3221 - 0697 DCJS Copyright  © 1995 by NYS Div of Criminal Justice Services

000124

| 1. Agency | 2.Division/Precinct | | Supplement | 3 Incident No. | 4. Arrest No. |
|---|---|---|---|---|---|
| Town of Ramapo Police | 2/AI | | To: 06-34224 | | |
| 5. Date | 6. Time of Report | 7.Complainant Name | | 8. | |
| 8/3/06 | 1734 | Linda Curley | | Domestic report | |

As per Lt. Gravina, I accompanied Linda Curley to her residence at 14 Madison Hill Rd. She expressed a grave concern for her safety as a result of past incidents and presently an ongoing divorce that has resulted in many arguments.

PO Roberts and I entered the residence to speak with her husband, Jimmy Curley. Mr. Curley, was not home.

Linda Curley, again expressed concern for her safety. She opened a closet and removed a plastic box filled with various medications and syringes. I noted four bottles of oxycontin in her husband's name. All four bottles were several years old. They appeared to be full. When I inquired why there was so much medication, she stated, "it was for his fake injury". She further stated there is enough there to kill her and she would like it removed from the home. Since it was several years old I told her I would. I also removed some syringes and several vials of other medication, all at her request. All of the aforementioned I vouchered at RPD for safekeeping.

Linda looked in a few drawers and closets for any firearms. She stated there did not appear to be any.

Linda also requested I remove their computer. She is allegeing Mr. Curley may have purchased several high priced items on her credit account using the computer. She states the account(s) is exclusively hers. She is awaiting information from the creditor. Mrs. Curley does not want any information erased from the computer that may implicate Mr. Curley in using her account(s). The computer was vouchered at RPD.

Mrs. Curley signed and was issued a receipt for all property removed from the home.
The entire incident was recorded on car 423's transmitter.

| 10. Inquiries (Check all that apply) | | 11. NYSPIN Message No. | 12. | | 82. |
|---|---|---|---|---|---|
| ☐ DMV  ☐ Want /Warrant  ☐ Scofflaw | | | | | Page |
| ☐ Crim. History  ☐ Stolen Property  ☐ Other | | | | | |
| 12.Reporting Officer Signature (Include Rank) | 14. ID No. | 15.Supervisor's Signature (Include Rank) | | 16.ID No. | of Pages |
| Sgt. Lancia | 425 | | | | |

| 17 Case Status  ☒ Open  ☐ Closed (if closed, check box below)  ☐ Unfounded | | | 19. Status Date | 19.Notified/TOT |
|---|---|---|---|---|
| ☐ Vict. Refused to Coop.  ☐ Arrest  ☐ Pros. Declined ☐ Warrant Advised | | | 8/3/06 | |
| ☐ CBI  ☐ Juv.-No Custody  ☐ Offender Dead  ☐ Extrad. Declin  ☐ Unknown | | | | |

DCJS-3208 (1/92)

000125

| 1. Agency Town of Ramapo Police | 2.Division/Precinct 2/RA | | Supplement To: | 3.Incident No. 06-34224 | 4. Arrest No. |
|---|---|---|---|---|---|
| 5. Date 8/3/06 | 6. Time of Report 1820 | 7.Complainant Name CURLEY, LINDA | | 8. | |

R/O SPOKE TO COMPLAINANT WHO STATED SHE WAS CLEANING HER SON'S CRIB WHEN SHE DISCOVERED THE SHEETS WERE HEAVILY SOILED. R/O TOOK 3 PHOTOGRAPHS OF CRIB AND THEY WERE ATTACHED TO INCIDENT REPORT. R/O ALSO RETURNED COMPLAINANTS HUSBANDS EXPIRED MEDICATION TO COMPLAINANT. ITEMS WERE PHOTOGRAPHED IN STATION. R/O CONTACTED CHILD PROTECTION SERVICE ABOUT INCIDENT. LT. GRAVINA ALSO SPOKE TO CPS ABOUT INCIDENT.

| 10. Inquiries (Check all that apply) ☐ DMV ☐ Want /Warrant ☐ Scofflaw ☐ Crim. History ☐ Stolen Property ☐ Other | 11. NYSPIN Message No. | 12. | 82. Page |
|---|---|---|---|
| 12.Reporting Officer Signature (Include Rank) P.O. John Polunt | 14. ID No. 412 | 15.Supervisor's Signature (Include Rank) | 18.ID No. of Pages |

| 17 Case Status ☐ Open / ☐Closed (if closed, check box below) ☐ Unfounded ☐Vict. Refused to Coop. ☐Arrest ☐Pros. Declined ☐Warrant Advised ☐CBI ☐Juv.-No Custody ☐Offender Dead ☐Extrad. Declin ☐Unknown | | 19. Status Date | 19.Notified/TOT |
|---|---|---|---|

DCJS-3208 (1/92)

| 1. Agency | 2.Division/Precinct | | Supplement | 3.Incident No. | 4. Arrest No. |
|---|---|---|---|---|---|
| Town of Ramapo Police | 2/AI | | To: | 06-34224 | |
| 5. Date | 6. Time of Report | 7.Complainant Name | | 8. | |
| 8/3/06 | 2200 | Linda Curley | | Domestic | |

At approximately 2200 hours Jimmy Curley returned my voicemail and phoned me at the station. We spoke on RPD phone line X550.

He was advised his wife had returned home. He inquired if anything was removed from the home. I advised him some expired medications and their computer. He was okay with the medication being removed, but inquired if he may have the computer back.

He advised he will be returning from the New Jersey shore area no later than 0900 on Saturday.

At approximately 2220 hours Lt. Gravina directed me to photgraph and return the medications removed earlier in the night. I photographed said medication. I gave those to PO Roberts to return to Linda Curley.

| 10. Inquiries (Check all that apply) | | | 11. NYSPIN Message No. | 12. | | 82. |
|---|---|---|---|---|---|---|
| ☐ DMV  ☒ Want /Warrant  ☐ Scofflaw | | | | | | Page |
| ☐ Crim. History  ☒ Stolen Property  ☐ Other | | | | | | |
| 12.Reporting Officer Signature (Include Rank) | | 14. ID No. | | 15.Supervisor's Signature (Include Rank) | 16.ID No. | of Pages |
| | | 425 | | | | |
| 17 Case Status  ☒Open | ☐Closed  (If closed, check box below) | | ☐Unfounded | 19. Status Date | 19.Notified/TOT | |
| ☐Vict. Refused to Coop. | ☐Arrest | ☐Pros. Declined ☐Warrant Advised | | 8/3/6 | | |
| ☐CBI  ☐Juv.-No Custody | ☐Offender Dead | ☐Extrad. Declin | ☐Unknown | | | |

DCJS-3208 (1/92)

000127

| 1. Agency | 2.Division/Precinct | Supplement | 3.Incident No. | 4. Arrest No. |
|---|---|---|---|---|
| Town of Ramapo Police | 2/AI | | To: 06-34224 | |

| 5. Date | 6. Time of Report | 7.Complainant Name | 8. |
|---|---|---|---|
| 8/3/06 | 2030 | Linda Curley | Domestic report |

I phoned Jimmy Curley on his cell phone. He did not answer. His voicemail picked up. I left a message on his voicemail. I alerted him that his wife has returned home. His wife, Linda, was present during this call.

The entire message was recorded by 423's transmitter.

| 10. Inquiries (Check all that apply) | 11. NYSPIN Message No. | 12. | 82. |
|---|---|---|---|
| ☐ DMV  ☐ Want /Warrant  ☐ Scofflaw<br>☐ Crim. History  ☐ Stolen Property  ☐ Other | | | Page __ |

| 12.Reporting Officer Signature (Include Rank) | 14. ID No. | 15.Supervisor's Signature (Include Rank) | 16.ID No. |
|---|---|---|---|
| Sgt. Lancia | 425 | | of Pages |

| 17 Case Status  ☒Open  ☐Closed  (if closed, check box below)  ☐Unfounded | 19. Status Date | 19.Notified/TOT |
|---|---|---|
| ☐Vict. Refused to Coop.  ☐Arrest  ☐Pros. Declined ☐Warrant Advised<br>☐CBI  ☐Juv.-No Custody  ☐Offender Dead  ☐Extrad. Declin  ☐Unknown | 8/3/06 | |

DCJS-3208 (1/92)

000128

# TOWN OF RAMAPO POLICE DEPARTMENT
237 Route 59
Suffern, NY 10901

## PROPERTY RECEIPT

CASE NUMBER 06-34224

DATE 8/3/6

TIME 1820

PROPERTY LISTED: 1 Dell tower
1 power cord

THE ABOVE LISTED PROPERTY HAS BEEN SECURED BY THE TOWN OF RAMAPO POLICE DEPARTMENT:

PROPERTY RECEIVED FROM:

_Linda Curley_

NAME/SIGNATURE                                    DATE 8/3/6

_X-McAll_

OFFICER'S NAME/SIGNATURE          SHIELD # 425    DATE 8/3/6

══════════════════════════════════════════════

**PROPERTY RETURNED TO

I HAVE RECEIVED THE PROPERTY IDENTIFIED ABOVE

SIGNATURE                          DATE          TIME

OFFICER'S SIGNATURE                SHIELD #      DATE

**Provide Copies Of This Receipt To Property Owner
TORPD Form 37 (Rev. 12/97)

000129

# TOWN OF RAMAPO POLICE DEPARTMENT
237 Route 59
Suffern, NY 10901

## PROPERTY RECEIPT

**CASE NUMBER** 06-34224

**DATE** 8/3/06

**TIME** 1820

**PROPERTY LISTED:**

plastic case containing the following medications:
4 plastic holders containing oxycontin
1 vial of epinepherine
3 syringes
8 hypodermic needles
1 vial of lidocaine
9 vials zofran
1 vial diphenhydramine

**THE ABOVE LISTED PROPERTY HAS BEEN SECURED BY THE TOWN OF RAMAPO POLICE DEPARTMENT:**

**PROPERTY RECEIVED FROM:**

Linda Curley

8/3/06

**NAME/SIGNATURE** — **DATE**

Sgt. Lancia · 425 · 8/3/06

**OFFICER'S NAME/SIGNATURE** — **SHIELD #** — **DATE**

**\*\*PROPERTY RETURNED TO** Linda Curley

**I HAVE RECEIVED THE PROPERTY IDENTIFIED ABOVE**

P.O.

05/03/06 — 2250

**SIGNATURE** — **DATE** — **TIME**

P.O. John Roberts — 42 — 08/03/06

**OFFICER'S SIGNATURE** — **SHIELD #** — **DATE**

**\*\*Provide Copies Of This Receipt To Property Owner**
**TORPD Form 37 (Rev. 12/97)**

000130

| 1. Agency | 2.Division/Precinct | | Supplement | 3.Incident No. | 4. Arrest No. |
|---|---|---|---|---|---|
| Town of Ramapo Police | 2/AI | | | To: 06-34224 | |
| 5. Date | 6. Time of Report | 7.Complainant Name | | 8. | |
| 8/4/06 | 1600 | Linda Curley | | Domestic dispute | |

On today's date I spoke with ADA Yvonne Garbett, regarding the removal's of a computer tower from 14 Madison Hill Road. I explained to ADA Garbett the following circumstances:

Linda Curley is alleging her estranged husband, James Curley, has used their mutually owned computer to make purchases in her name. Mrs. Curley is alleging these purchases have been made after they filed for divorce. She further is alleging these purchases were made on account(s) that are exclusively hers and James Curley has and never had any right to use these accounts. Mrs. Curley stated she will contact the creditor(s) and forward more details to Ramapo PD as she gets them. Mr. Curley was not present when I removed the computer tower. Mrs. Curley asked me to remove the computer for fear that her estranged husband will attempt to tamper with any evidence that may be on the computer.

ADA Garbett agreed the computer tower should be kept by Ramapo PD for evidentiary reasons. I advised her presently there is no signed charge as I am awaiting more information from the complainant, Linda Curley. Captain Brower was advised of same.

At approximately 1615 hours I returned the phone call of Atty. Paul Goldhammer (356-2570). On department voicemail he stated he is representing James Curley and he is inquiring about a computer. Mr. Goldhammer was not available, I left message with Marian Crapanzano that I was returning his call.

Note: The computer tower is a Dell Dimension 8400 serial #FZ4ML61.

At approximately 1645 hours Mr. Goldhammer returned my call. He inquired about the removal of the computer. He stated ADA Garbett was recently out of law school and not very knowledgable when it comes to practicing law. He stated the police needed a warrant to remove the computer and I should consult with a superior and Town Counsel. I advised Mr. Goldhammer I would forward the suggestion. Mr. Goldhammer stated he did not want "to make a stink" but the computer must be returned. I advised him the computer was removed with the consent of the owner, Linda Curley, and that her ownership was confirmed through a phone conversation with James Curley.

I spoke with Captain Brower. He advised me to be guided by the District Attorney's advice. I again spoke with ADA Garbett. She reaffirmed her decision to keep the computer pending an investigation. She stated, "I even checked with my boss and she is okay with it."

| 10. Inquiries (Check all that apply) | | 11. NYSPIN Message No. | 12. | 82. |
|---|---|---|---|---|
| ☐ DMV   ☐ Want /Warrant   ☐ Scofflaw | | | *Linda Curley* | 1 |
| ☐ Crim. History   ☐ Stolen Property   ☐ Other | | | | Page |
| 12.Reporting Officer Signature (Include Rank) | 14. ID No. | 15.Supervisor's Signature (Include Rank) | | 16.ID No. |
| Sgt. Lancia | 425 | | | 1 of Pages |

| 17 Case Status   ☒ Open | ☐ Closed  (If closed, check box below) | ☐ Unfounded | 19. Status Date | 19.Notified/TOT |
|---|---|---|---|---|
| ☐ Vict. Refused to Coop.   ☐ CBI   ☐ Juv.-No Custody | ☐ Arrest   ☐ Offender Dead | ☐ Pros. Declined ☐ Warrant Advised   ☐ Extrad. Declin   ☐ Unknown | 8/4/6 | |

DCJS-3208 (1/92)

000131

| | 2. Division Tocket 2/AI | Supplement To: 06-34224 | 4. Arrest No. |
|---|---|---|---|
| 5. Date 8/4/06 | 6. Time of Report 1945 | 7. Complainant Name Linda Curley | 8. Domestic Dispute |

Linda Curley came inot the staion to sign some paperwork. While at the station I inquired about her accusations of James Curley using her credit card account. She stated it was a SEARS account, but she still did not have much information. I assisted her with obtaining pertinent information.

I phoned SEARS' credit security office and spoke with Amanda (no last name given) operator ID #LCU1154. She advised me that the SEARS account is exclusively in Linda Curley's name. The account has always been in Linda's name, but James Curley had been an authorized user up until July 21, 2006. On July 23rd Linda closed the account and opened a new account exclusively in her name. On July 28th a product protection plan was purchased using her new account. The amount was $374.95. Amanda was unable to determine if this purchase was made on-line or in a SEARS store. The computer system was not clear, but there appeared to be a store receipt from the Nanuet store. Linda Curley advised she did not make any purchases. She did cancel this transaction.

Since the transaction appears to have been made in Clarkstown I have referred Mrs. Curley to Clarkstown PD. I have returned the Dell Dimension 8400 computer and advised her to present it to Clarkstown PD as possible evidence, or to retain it herself.

Linda Curley has signed the property receipt.

| 10. Inquiries (Check all that apply) | 11. NYSPIN Message No. | 12. *Linda Curley* | 82. |
|---|---|---|---|
| ☐ DMV  ☒ Want /Warrant  ☐ Scofflaw ☐ Crim. History  ☒ Stolen Property  ☐ Other | | | Page ___ of Pages |
| 12. Reporting Officer Signature (Include Rank) X | 14. ID No. 425 | 15. Supervisor's Signature (Include Rank) | 16. ID No. |
| 17 Case Status  ☐ Open  ☒ Closed (if closed, check box below) ☐ Vict. Refused to Coop.  ☐ Arrest  ☐ CBI  ☐ Juv.-No Custody  ☐ Offender Dead | ☐ Unfounded ☐ Pros. Declined  ☐ Warrant Advised ☐ Extrad. Declin  ☐ Unknown | 19. Status Date 8/4/6 | 19. Notified/TOT |

| 1. Agency Town of Ramapo Police | 2.Division/Precinct 2/AI | | Supplement To: | 3.Incident No. 06-34224 | 4. Arrest No. |
|---|---|---|---|---|---|
| 5. Date 8/4/06 | 6. Time of Report 1600 | 7.Complainant Name Linda Curley | | 8. Domestic dispute | |

The original incidnet report contains a statement by Linda Curley. She writes "Uncle Joe" in a statement. She is referring to James Curley's younger brother, Joseph Curley. The allegations were forwarded to Detective Osbourne via voicemail as per Lt. Gravina's directive. A CPS notification was made the night of the report.

A contact cell number for Linda Curley is (845)270-9765.

| 10. Inquiries (Check all that apply) ☐ DMV ☐ Want /Warrant ☐ Scofflaw ☐ Crim. History ☐ Stolen Property ☐ Other | 11. NYSPIN Message No. | 12. Linda Curley | 82. ___ Page ___ of Pages |
|---|---|---|---|
| 12.Reporting Officer Signature (Include Rank) Sgt. Lancia | 14. ID No. 425 | 15.Supervisor's Signature (Include Rank) | 16.ID No. |
| 17 Case Status ☒Open ☐Closed (if closed, check box below) ☐Unfounded ☐Vict. Refused to Coop. ☐Arrest ☐Pros. Declined ☐Warrant Advised ☐CBI ☐Juv.-No Custody ☐Offender Dead ☐Extrad. Declin ☐Unknown | | 19. Status Date 8/4/6 | 19.Notified/TOT |

DCJS-3208 (1/92)

| 1. Agency | | 2.Division/Precinct | | Supplement | 3.Incident No. | | 4. Arrest No. |
|---|---|---|---|---|---|---|---|
| Town of Ramapo Police | | 2/AI | | **To:** | 06-34224 | | |

| 5. Date | 6. Time of Report | 7.Complainant Name | 8. |
|---|---|---|---|
| 8/4/06 | 1600 | Linda Curley | Domestic dispute |

I typed a new property receipt for Linda Curley's computer. On the original I mistakenly did not record a complete description of the computer. The new receipt describes the computer as:

Dell Dimension 8400 serial #FZ4ML61

Linda Curley has signed this report, the new property receipt, and noted on a copy of the original receipt, dated 8/3/6, that it has been replaced by the receipt dated 8/4/6.

| 10. Inquiries (Check all that apply) | 11. NYSPIN Message No. | 12. | 82. |
|---|---|---|---|
| ☐ DMV   ☐ Want /Warrant   ☐ Scofflaw | | _Linda Curley_ | Page |
| ☐ Crim. History   ☐ Stolen Property   ☐ Other | | | |

| 12.Reporting Officer Signature (Include Rank) | 14. ID No. | 15.Supervisor's Signature (Include Rank) | 16.ID No. |
|---|---|---|---|
| Sgt. Lancia | 425 | | of Pages |

| 17 Case Status   ☒ Open   ☐ Closed  (if closed, check box below)   ☐ Unfounded | 19. Status Date | 19.Notified/TOT |
|---|---|---|
| ☐ Vict. Refused to Coop.   ☐ Arrest   ☐ Pros. Declined ☐ Warrant Advised | 8/4/6 | |
| ☐ CBI   ☐ Juv.-No Custody   ☐ Offender Dead   ☐ Extrad. Declin   ☐ Unknown | | |

DCJS-3208 (1/92)

**000134** 11

# TOWN OF RAMAPO POLICE DEPARTMENT
### 237 Route 59
### Suffern, NY 10901

## PROPERTY RECEIPT

CASE NUMBER 06-34224

DATE 8/3/6

TIME 1820

PROPERTY LISTED:   1 Dell tower

1 Power cord

Property receipt replaced 8/4/6
by receipt dated

*[signatures]*
Linda Curley

THE ABOVE LISTED PROPERTY HAS BEEN SECURED BY THE TOWN OF RAMAPO POLICE DEPARTMENT.

PROPERTY RECEIVED FROM:

NAME/SIGNATURE  *Linda Curley*          DATE 8/3/6

OFFICER'S NAME/SIGNATURE                SHIELD # 425     DATE 8/3/6

=====================================================================

**PROPERTY RETURNED TO

I HAVE RECEIVED THE PROPERTY IDENTIFIED ABOVE

SIGNATURE                          DATE            TIME

OFFICER'S SIGNATURE                SHIELD #        DATE

**Provide Copies Of This Receipt To Property Owner
TORPD Form 37 (Rev. 12/97)

000135          12

# TOWN OF RAMAPO POLICE DEPARTMENT
### 237 Route 59
### Suffern, NY 10901

## *PROPERTY RECEIPT*

**CASE NUMBER**  06-34224

**DATE**  8/4/6

**TIME**  1902

**PROPERTY LISTED:**

1 Dell Dimension 8400 serial #FZ4ML61

1 power cord

---

*THE ABOVE LISTED PROPERTY HAS BEEN SECURED BY THE TOWN OF RAMAPO POLICE DEPARTMENT:*

**PROPERTY RECEIVED FROM:**

Linda Curley   *Linda Curley*

**NAME / SIGNATURE**   **DATE** 8/4/06

**OFFICER'S NAME / SIGNATURE**   **SHIELD #** 425   **DATE** 8/4/06

========================================================

**\*\*PROPERTY RETURNED TO**

*I HAVE RECEIVED THE PROPERTY IDENTIFIED ABOVE*

**SIGNATURE**   **DATE** 8/4/6   **TIME** 2010

**OFFICER'S SIGNATURE**   **SHIELD #** 425   **DATE** 8/4/6

**\*\*Provide Copies Of This Receipt To Property Owner**
**TORPD Form 37 (Rev. 12/97)**

**000136**  13

Town of Ramapo
237 Route 59   Suffern, NY 10901
phone:  (845) 357-5100
fax:    (845) 357-8513

TOWN OF RAMAPO
POLICE DEPARTMENT

2006 NOV 16  P 12: 46

## APPLICATION FOR PUBLIC ACCESS TO TOWN RECORDS

Records Access Officer: Christian G. Sampson, Town Clerk
TOWN RECORDS ARE OPEN FOR INSPECTION MONDAY – FRIDAY 9AM TO 5PM.

I HEREBY APPLY TO INSPECT THE FOLLOWING TOWN RECORD(S):
_All reports made by Linda Curley to Ramapo Police Dept_
_from July to present. Some Dates includ 8/9/06 8/14/06 8/24/06 & 11/3/06_
_+ more_

| | |
|---|---|
| _James Curley_ | _James Curley_ |
| (PRINT) Name of Person | Signature |
| _14 Madison Hill Rd_ | _845-553-0760_ |
| Address | Daytime Phone |
| _Suffern N.Y. 10901_ | _11/16/06_ |
| City/State/Zip | Date of Request |

Date Called _____ Comments _____

THERE IS A CHARGE OF $.25 PER COPIED PAGE allowed by law.

_____

### FOR TOWN USE ONLY

( ) Request Approved     ( ) No Charge for Record     ( ) Charge

( ) Request Denied for the Reason(s) Below:
  ( ) Confidential Disclosure          Certification Fee: (
  ( ) Part of Investigatory Files       Photocopy Fee: (
  ( ) Unwarranted Invasion of Personal Privacy
  ( ) Record Not Located               Total to be paid: (
  ( ) Record Not Maintained by this Agency
  ( ) Would impair contract awards/collective bargaining agreements
  ( ) Trade secret, confidential commercial information
  ( ) Law enforcement records
  ( ) Exempted by Statute other than the Freedom of Information Act
  ( ) Other (Specify) _____

_____

Signature of Town Rep.          Title          Date

NOTICE:  Any person denied access to records may appeal the denial
within 30 days of the denial.  Such appeals should be addressed to
the Supervisor of the Town of Ramapo, 237 Route 59, Suffern, NY
10901.
I HEREBY APPEAL:
  Signature : _____          Date: _____

_CTA   11-17-2006_

000137

14

# Town of Ramapo Police Department
## Photograph Log

Date 8/3/6    Incident # 06-34224    Weather P/Cldy    Location 14 Madison Hill Rd

Officer ROBERTS    Shield # 412    Signature P.O. John Roberts

Camera Used: (circle one)    (Digital)    35mm    Polaroid

All photos are to be logged on this sheet in numerical order. This includes unintentionally shot photos as well as multiple photos of the same subject.

| # | Time Taken | Description of Photograph | Flash Y/N | Notes |
|---|-----------|--------------------------|-----------|-------|
| 1 | 2130 | SOILED CRIB SHEETS | Y | |
| 2 | " | " | Y | |
| 3 | " | " | Y | |
| 4 | | | | |
| 5 | | | | |
| 6 | | | | |
| 7 | | | | |
| 8 | | | | |

NOTE- INDICATE PHOTO # AND CASE # ON EACH INDIVIDUAL PHOTOGRAPH

TORPD FORM 162 (03/05)

000138

15



# Town of Ramapo Police Department
## Photograph Log

Date 8/3/6    Incident # 06-34024    Weather Cldy    Location 237 Rte 59 Suffern N

Officer Sgt. Lancia    Shield # 445    Signature D. Lancia #445

Camera Used: (circle one)    (Digital)    35mm    Polaroid

All photos are to be logged on this sheet in numerical order. This includes unintentionally shot photos as well as multiple photos of the same subject.

| # | Time Taken | Description of Photograph | Flash Y/N | Notes |
|---|---|---|---|---|
| 1 | 2221 | Various medications as listed on property receipt dated 8/3/6 | Y | |
| 2 | 2221 | Same as photo #1 | Y | |
| 3 | 2222 | Prescription label (oxycontin) | Y | |
| 4 | 2222 | 2 bottles oxy 2 bottles oxycontin | Y | |
| 5 | | | | |
| 6 | | | | |
| 7 | | | | |
| 8 | | | | |

NOTE - INDICATE PHOTO # AND CASE # ON EACH INDIVIDUAL PHOTOGRAPH

TORPD FORM 162 (03/05)

000140    17









**PROPERTY ROOM RECORD**    PG _____ Line _____

**SECTION 1:** 06-34224    8/3/6    Lancia    725
CASE NO.    DATE SUBMITTED    OFFICER    SHIELD    RECORD #

**SECTION 2:    NATURE OF SUBMISSION:**
PROPERTY IS:    ___ RECOVERED    X EVIDENCE    ___ OTHER: _____
USED IN CRIME?    X YES ___ NO    FELONY? ___ YES ✓ NO

**SECTION 3:    PROPERTY DESCRIPTION**
TAG #: _____ P CODE: 13 INV CODE: 6 SER #: _____
OWNER APPLIED #: LINDA CURLEY    BRAND: DELL TYPE: 84cu
MODEL: _____ MISC DESC: COMPUTER + POWER CORD
BIKE CODE: _____ COLOR: _____ SIZE: _____ VALUE: _____

**SECTION 4:    DRUGS:    DRUG SOURCE: _____ DRUG TYPE: _____**
QUANTITY: _____ DRUG MEASUREMENT _____
**LOCATION CODE:** (Completed by Evidence Custodian)    Unit: _____ Shelf: _____ Purge: _____

---

**Town of Ramapo Police Department**
**PROPERTY ROOM RECORD**    PG _____ Line _____

**SECTION 1:** 06-34224    8/3/6    Lancia    425
CASE NO.    DATE SUBMITTED    OFFICER    SHIELD    RECORD #

**SECTION 2:    NATURE OF SUBMISSION:**
PROPERTY IS:    ___ RECOVERED    ___ EVIDENCE    X OTHER: SafeKeeping.
USED IN CRIME?    ___ YES X NO    FELONY? ___ YES X NO

**SECTION 3:    PROPERTY DESCRIPTION**
TAG #: _____ P CODE: 26 INV CODE: 80 SER #: _____
OWNER APPLIED #: Linda Curley    BRAND: _____ TYPE: _____
MODEL: _____ MISC DESC: Various medications.
BIKE CODE: _____ COLOR: _____ SIZE: _____ VALUE: _____

**SECTION 4:    DRUGS:    DRUG SOURCE: _____ DRUG TYPE: _____**
QUANTITY: _____ DRUG MEASUREMENT _____
**LOCATION CODE:** (Completed by Evidence Custodian)    Unit: _____ Shelf: _____ Purge: _____

000143    20

**DOMESTIC INCIDENT REPORT (PRINT UPPER CASE)**

RAMAPO    NY 04353    09-35049

| Date of Report | Time of Report | Date of Occurrence | Time of Occurrence | Place of Occurrence (Address) | Apt. No. | Sector | Beat |
|---|---|---|---|---|---|---|---|
| 09 08 08 | 2110 | 09 08 08 | 2110 | 14 MADISON HILL RD AIRMONT NY 10901 | | 02 | |

| Compl./Victim's Last Name, First, M.I. | Address | Sex |
|---|---|---|
| CURLEY LINDA | 14 MADISON HILL RD AIRMONT NY 10901 | F |

| Date of Birth | Age | Home Telephone | Race | Ethnic Origin |
|---|---|---|---|---|
| 07 23 69 | 38 | 369 8941 | ☒ White ☐ Black ☐ Other ☐ Indian ☐ Asian ☐ Unk | ☐ Hispanic ☒ Non-Hispanic ☐ Unknown |

| Suspect/Other Party Last Name, First, M.I. | Address | Sex |
|---|---|---|
| CURLEY JAMES | 14 MADISON HILL RD, AIRMONT NY 10901 | M |

| Date of Birth | Age | Home Telephone | Race | Ethnic Origin |
|---|---|---|---|---|
| 09 20 04 | 41 | 369 8941 | ☒ White ☐ Black ☐ Other ☐ Indian ☐ Asian ☐ Unk | ☐ Hispanic ☒ Non-Hispanic ☐ Unknown |

| Suspect Relationship to the Complainant/Victim | Suspect Present? | Offense/Incident Involved? | Description (Offenses) |
|---|---|---|---|
| HUSBAND WIFE | ☒ YES ☐ NO | ☐ Fel ☐ Misd ☐ Viol ☒ Other | DISPUTE |

| Order of Protection? | Violated? | Issuing Court | OP Registry Checked? | Expir. Date | Complaint Report Prepared? | Compl. No. | Report Received |
|---|---|---|---|---|---|---|---|
| ☐ YES ☐ NO | ☐ YES ☒ NO | FAMILY | ☐ YES ☐ NO | | YES NO | | ☐ Walk-in ☐ Radio Run |

| Suspect Used/Threatened Weapons? | Type: | Victim Injured? | Describe | Aided No. | Removed to Hospital? | What Hospital? |
|---|---|---|---|---|---|---|
| ☐ YES ☒ NO | | ☐ YES ☒ NO | | | ☐ YES ☒ NO | |

| Photos Taken? | Arrest Made? | Non Arrest Reason | If Arrest Made, Did Perp. Resist? |
|---|---|---|---|
| ☐ YES ☒ NO | ☐ YES ☒ NO | ☒ No Offense Committed ☐ Not at Scene ☐ Warrant Requested ☐ Other | ☐ YES ☐ NO |

| Charge(s) (List All) | Arrest No. |
|---|---|
| NONE | |

| Family/Household Members Present? If YES, Last Name, First | Date of Birth | Relationship |
|---|---|---|
| ☒ YES ☐ NO COURTNEY CURLEY | 04 03 02 | SON |
| JAMES CURLEY | 09 02 05 | DAUGHTER |

| Domestic Incident Report Receipt Issued? If NO, Reason: | DV Notice Issued to Victim | Date |
|---|---|---|
| ☐ YES ☒ NO AWAITING SUPERVISOR APPROVAL | ☒ YES ☐ NO | 09 08 08 |

Suspect's Actions: ☐ Biting ☐ Choking ☐ Destroying Property ☐ Forcible Restraint ☐ Grabbing ☐ Hair Pulling ☐ Homicide ☐ Injury to Child ☐ Kicking ☐ Pulling Phones From Wall ☐ Punching ☐ Pushing ☐ Pushing/Slamming Into Walls ☐ Sexual Abuse ☐ Slapping ☐ Threats With Weapon(s) ☐ Throwing Items ☐ Using Weapon(s) ☐ Verbal Abuse ☒ Other: VERBAL DISPUTE

**Narrative of the Incident:** (include results of investigation and basis for action taken)
COMPLAINANT STATES SHE TOLD HER HUSBAND MR CURLEY THAT SHE WANTED TO CHANGE THE BABY'S, JAMES, DIAPER AND BATH HIM. MS CURLEY STATES THAT MR CURLEY GOT IRRITATED AND SAID " OH HE NEEDS A BATH" AND WALKED AWAY. MS CURLEY EXPLAINS THAT HER SON HAS A SEVERE DIAPER RASH AND NEEDS CARE AND SHE BELIEVES MR CURLEY IS NOT CARING FOR THE CHILD PROPERLY. RVAC WAS CALLED TO EVALUATE THE BABY AND IT WAS DETERMINED THAT THE RASH WAS NOT A MEDICAL EMERGENCY. MR & MS CURLEY AGREED TO REMAIN IN THE RESIDENCE WITH THE CHILDREN AND WILL CONSULT WITH THEIR DIVORCE LAWYERS IN THE MORNING. THE CURLEYS ARE DUE

**Victim's Statement of Allegations:**
✗ Jim was outside on the lawn pacing @ 9pm with baby James screaming for 10min. I went outside and asked him "Jimmy the baby needs a diaper change and a bath give him to me to take care of him" He raised his voice + his fist and said Oh he needs a bath. Walking away then. I said Jimmy he needs to be cared for or I'm calling 911 afraid he would hurt the baby @ that time. The police came.

False Statements made herein are punishable as a Class A Misdemeanor, pursuant to Section 210.45 of the Penal Law.

| Victim's Signature | Date |
|---|---|
| Linda Curley | |

Other Involved Agency(s)

| Is There Reasonable Cause to Suspect A Child May Be The Victim of Abuse, Neglect or Maltreatment? ☒ YES ☐ NO | Any Guns In The House? ☐ YES ☒ NO | Any Guns Seized? ☐ YES ☒ NO |
|---|---|---|
| If Yes, Reporting Officer Must Contact the NYS Child Abuse Hotline Registry at 1-800-635-1522. | Household Member Have a Pistol Permit? ☐ Yes ☐ No | Permit Seized? ☐ YES ☐ NO |
| | Permit No. | Issuing County |
| | Name | |

| REFERRALS: ☒ Child Protective Services ☐ Licensing Bureau ☐ Adult Protective Services | Name of Person Notified: BETH SCANNEBURY |
|---|---|
| ☐ Domestic Violence Services ☐ Other Outside Agency | Date: 09 08 08 Time: 0005 Notified By: PO SMITH |

| Reporting Officer's Signature (Include Rank) | Officer I.D. No. | Date | Page |
|---|---|---|---|
| PO SMITH | 455 | 09 08 08 | 91 |

| Supervisor's Signature (Include Rank) | Date | Pages |
|---|---|---|---|
| | 6 10 11 6 | 92 |

White Copy - Agency    Pink Copy - Victim
Canary Copy - DCJS    Goldenrod Copy - Victim

3221 - 0697 DCJS Copyright © 1995 NYS Div of Criminal Justice Services

| 1. Agency T/MWBPD | | 2. Division/Precinct | New York State SUPPLEMENTAL REPORT | Supplement 1/06/2008 | 3. Incident No | 4. Arrest No. |
|---|---|---|---|---|---|---|
| 5. Date 08/08/02 | 6. Time of Report 2100 | | 7. Complainant Name CURLEY, LINDA | | | 8. DOMESTIC |

**9. Narrative**

IN FAMILY COURT AGAIN ON 08/11/02 AND WILL TRY TO GET A MORE DEFINITIVE
CUSTODY PLAN AND CONTINUE WITH THEIR DIVORCE PROCEEDING. MS CURLEY EXPLAINS THAT
SHE HAS BEEN OUT OF THE RESIDENCE FOR A MONTH AND THE CHILDREN HAVE
BEEN STAYING WITH MR CURLEY BUT SHE HAS EXCLUSIVE CUSTODY OF BOTH
CHILDREN ON THE WEEKENDS. REPORTING OFFICER NOTIFIED CHILD PROTECTIVE SERVICES
MS BETH SCANTHEAVRY REPORT ID # 23771652. COPY OF SUSPECTED " CHILD ABUSE MAILED
TO LOCAL OFFICE AT 50 SANATORIUM ROAD BUILDING A, POMONA NY 10970 & COPY ATTACHED
WITH REPORT.

**ADMINISTRATIVE**

10. Inquiries (Check all that apply)
☐ DMV ☐ Want/Warrant ☐ Scofflaw
☐ Crim. History ☐ Stolen Property ☐ Other

11. NYSPIN Message No.

12.

13. Reporting Officer Signature (Include Rank) PO Mark Lomm

14. ID No. 455

15. Supervisor's Signature (Include Rank)

16. ID No. 3V

17. Case Status ☐ Open ☐ Closed (if Closed, check box below) ☐ Unfounded
☐ Vict. Refused to Coop. ☐ Arrest ☐ Pros. Declined ☐ Warrant Advised
☐ CBI ☐ Juv. - No Custody ☐ Arrest-Juv. ☐ Offender Dead ☐ Extrad. Declin. ☐ Unknown

18. Status Date 08 / 08 / 02

19. Notified/TOT

82. 02 Page 02 Pages

A Use cover sheet

000144 22

Case 7:04-cv-08104-SC Document ... Filed 11/06/2008 Page 46 of 51

(RAMAPO) NY 04353 012-35049

| Date of Report | Time | Date of Occurrence | Time | Address of Occurrence | Apt. No. | Sector | Beat |
|---|---|---|---|---|---|---|---|
| 08, 08, 06 | 2110 | 08, 08, 06 | 2110 | 14 MADISON HILL RD, AIRMONT NY (040) | | 72 | |

| Compl./Victim's Last Name, First, M.I. | Address | Sex |
|---|---|---|
| CURLEY, JAMES | 14 MADISON HILL RD AIRMONT NY | M |

| Date of Birth | Age | Home Telephone | Race | Ethnic Origin |
|---|---|---|---|---|
| 04, 28, 64 | 41 | 368-8641 | ☒White ☐Indian ☐Black ☐Asian ☐Other ☐Unk | ☐Hispanic ☒Non-Hispanic ☐Unknown |

| Suspect/Other Party Last Name, First, M.I. | Address | Sex |
|---|---|---|
| CURLEY, LINDA | 14 MADISON HILL RD | F |

| Date of Birth | Age | Home Telephone | Race | Ethnic Origin |
|---|---|---|---|---|
| 07, 23, 68 | 38 | 368-8641 | ☒White ☐Indian ☐Black ☐Asian ☐Other ☐Unk | ☐Hispanic ☒Non-Hispanic ☐Unknown |

| Suspect Relationship to the Complainant/Victim | Suspect Present? | Offense/Incident Involved: | Description (Offenses) |
|---|---|---|---|
| WIFE / HUSBAND | ☒YES ☐NO | ☐Fel ☐Misd ☐Viol ☒Other DISPUTE | DISPUTE |

| Order of Protection? | Violated? | Issuing Court | OP Registry Checked? | Expir. Date | Complaint Report Prepared? | Compl. No. | Report Received |
|---|---|---|---|---|---|---|---|
| ☒YES ☐NO | ☐YES ☒NO | FAMILY | ☒YES ☐NO | — | ☐YES ☒NO | — | ☐Walk-In ☐Radio Run |

| Suspect Used/Threatened Weapons? Type: | Victim Injured? | Describe | Aided No. | Removed to Hospital? | What Hospital? |
|---|---|---|---|---|---|
| ☐YES ☒NO | ☐YES ☒NO | | — | ☐YES ☒NO | — |

| Photos Taken? | Arrest Made? | Non Arrest Reason | If Arrest Made, Did Perp. Resist? |
|---|---|---|---|
| ☐YES ☒NO | ☐YES ☒NO | ☒No Offense Committed ☐Not at Scene ☐Warrant Requested ☐Other | ☐YES ☐NO |

| Charge(s) (List All) | Arrest No. |
|---|---|
| NONE | — |

| Family/Household Members Present? If YES, Last Name, First | Date of Birth | Relationship |
|---|---|---|
| ☒YES ☐NO COURTNEY CURLEY | 04 07 02 | DAUGHTER |
| JAMES CURLEY | 04 02 05 | SON |

| Domestic Incident Report Receipt Issued? If NO, Reason: | DV Notice Issued to Victim? | Date |
|---|---|---|
| ☐YES ☒NO AWAITING SUPERVISOR APPROVAL | ☒YES ☐NO | 08 08 06 |

**Suspect's Actions:** ☐Biting ☐Choking ☐Destroying Property ☐Forcible Restraint ☐Grabbing ☐Hair Pulling ☐Homicide ☐Injury to Child ☐Kicking ☐Pulling Phones From Wall ☐Punching ☐Pushing ☐Pushing/Slamming Into Walls ☐Sexual Abuse ☐Slapping ☐Threats With Weapon(s) ☐Throwing Items ☐Using Weapon(s) ☐Verbal Abuse ☒Other VERBAL DISPUTE

**Narrative of the incident:** (include results of investigation and basis for action taken)

REFER TO PO RUTLAND'S #106 SUPPLEMENT

**Victim's Statement of Allegations:**

I came home after going to CVS in mahwah and Wendy's Rest. in Ramsey. Came in the house and noticed that bedroom door and bathroom door were locked. I was told my daughter Courtney vent it was morning. I went outside to get the barbeque medietion when my wife came through the door and demanded to take my child James and leave. I backed up

| False Statements made herein are punishable as a Class A Misdemeanor, pursuant to Section 210.45 of the Penal Law. | Victim's Signature X James P. Curley | Date 8, 8, 06 |
|---|---|---|

| Other involved Agency(s) | |
|---|---|

| Is There Reasonable Cause to Suspect a Child May Be The Victim of Abuse, Neglect or Maltreatment? ☒YES ☐NO | Any Guns In The House? ☐YES ☒NO | Any Guns Seized? ☐YES ☒NO |
|---|---|---|
| If Yes, Reporting Officer Must Contact the NYS Child Abuse Hotline Registry # 1-800-635-1522. | Household Member Have a Pistol Permit? ☐Yes ☐No Permit Seized? ☐YES ☐NO Permit No. ____ Issuing County ____ Name ____ | |

| REFERRALS: ☐Child Protective Services ☐Licensing Bureau ☐Adult Protective Services | Name of Person Notified: |
|---|---|
| ☐Domestic Violence Services ☐Other Outside Agency | Date: ____ Time: ____ Notified By: ____ |

| Reporting Officer's Signature (Include Rank) | Officer I.D. No. | Date | |
|---|---|---|---|
| PO (signature) | 455 | 08, 08, 06 | 01 Page |
| Supervisor's Signature (Include Rank) | Date | | |
| (signature) 324 | 08 08 06 | | 02 Pages |

3221 - 0697 DCJS Copyright © 1995 by NYS Div of Criminal Justice Services

000145    23

Case 7:08-cr-00404-BSJ   Document... Filed 11/06/2008   Page 47 of 51

| 5. Date | 6. Time of Report | 7. Complainant Name | 8. |
|---|---|---|---|
| 08 08 06 | 2109 | CURLEY, JAMES | |

**9. Narrative**

and called 911. I was disconnected and then call 357-2400. I agreed to let RN A.C. check baby for Diaper Rash after my wife ask for them saying the baby was bleeding.

10. Inquiries (Check all that apply)
☐ DMV  ☐ Want/Warrant  ☐ Scofflaw
☐ Crim. History  ☐ Stolen Property  ☐ Other

11. NYSPIN Message No.

13. Reporting Officer Signature (Include Rank)   14. ID No.

15. Supervisor's Signature (Include Rank)   16. ID No.

17. Case Status  ☐ Open  ☐ Closed (If Closed, check box below)  ☐ Unfounded
☐ Vict. Refused to Coop.  ☐ Arrest  ☐ Pros. Declined  ☐ Warrant Advised
☐ CBI  ☐ Juv. - No Custody  ☐ Arrest-Juv.  ☐ Offender Dead  ☐ Extrad. Declin.  ☐ Unknown

18. Status Date

19. Notified/TOT

DCJS-3206 (1/92)

000146   24

| 1. Agency | | 2. Division/Precinct | New York State Supplement | 3. Incident No. | 4. Arrest No. |
|---|---|---|---|---|---|
| Town of Case 7:08-cr-00404-SCR Document Report 11/06/2008 Page 48 of 51 | | | | | |
| 5. Date 08 08 06 | 6. Time of Report 2109 | | 7. Complainant Name CURLEY JAMES | 8. DOMESTIC | |

**9. Narrative**

DETAILED TO 14 MADISON HILL RD. TO ASSIST P.O. SMITH AND SGT. CORBETT ON A DOMESTIC INCIDENT. ON ARRIVAL MR. CURLEY ADVISED ME HIS WIFE HAD COME TO THE RESIDENCE, BUT THAT SHE HAD RECENTLY RESIDED ELSEWHERE ON A TEMPORARY BASIS. MS. CURLEY ADVISED THAT SHE WAS THERE TO CARE FOR AND CHECK THE WELFARE OF HER CHILDREN FOR THE NIGHT, AND THAT HER INFANT HAD SEVERE DIAPER RASH. RAMAPO VALLEY AMBULANCE RESPONDED FOR A REQUESTED CHECK OF THE INFANT, AND THE DUTY CREW EXAMINED HIM WITH NO FURTHER MEDICAL ASSISTANCE DETERMINED AS NEEDED. I ADVISED THE CURLEY'S SEPERATELY THAT DISPUTE OVER WHEN WHO STAYS AT THE RESIDENCE, NON-EMERGENCY CHILD HEALTH ISSUES AND CARE, ETC. SHOULD ALL BE ADDRESSED WITH COUNSEL AND IS A FAMILY COURT PROCEEDING REPORTED AS ON 08/11/06. BOTH PARTIES HAD AGREED TO STAY SEPERATELY IN THE RESIDENCE TONIGHT ON THOSE CONDITIONS. NO FURTHER.

| | 2 |
|---|---|
| | 3 |
| | 4 |
| | 5 |
| | 6 |
| | 7 |
| | 8 |
| | 9 |
| | 10 |
| | 11 |
| | 12 |
| | 13 |
| | Total |

**ADMINISTRATIVE**

**10. Inquiries (Check all that apply)**
☐ DMV ☐ Want/Warrant ☐ Scofflaw
☐ Crim. History ☐ Stolen Property ☐ Other

**11. NYSPIN Message No.**

**12.**

**13. Reporting Officer Signature (Include Rank)** P.O.

**14. ID No.** 166

**15. Supervisor's Signature (Include Rank)**

**16. ID No.** 301

**17. Case Status** ☐ Open ☑ Closed (If Closed, check box below) ☐ Unfounded
☐ Vict. Refused to Coop. ☐ Arrest ☐ Pros. Declined ☐ Warrant Advised
☐ CBI ☐ Juv. - No Custody ☐ Arrest-Juv. ☐ Offender Dead ☐ Extrad. Declin. ☐ Unknown

**18. Status Date** Mo 08 Day 08 Yr 06

**19. Notified/TOT**

**82.** Page of Pages

**A** use cover sheet

DCJS-3208 (1/92)

000147   25

| . Agency | 2.Division/Precinct | Supplement | 3.Incident No. | 4. Arrest No. |
|---|---|---|---|---|
| Town of Ramapo Police | 2-AR | **To:** 06-35049 | | |

| . Date | 6. Time of Report | 7.Complainant Name | 8. |
|---|---|---|---|
| /8/06 | 2110 | Curley, James | Domestic |

On 08/08/06 at about 2110HRS. I responded to the Curley residence at 14 Madison Hill Rd. in Airmont in response to a reported domestic dispute. I arrived on the scene with PO Smith. Upon arrival I was met in the front yard by James Curley. James Curley stated that he is currently going through a divorce proceeding with his wife, Linda Curley, and that he has custody of his son, James Jr., as well as their other child, Courtney Curley. James Curley stated that Linda Curley has court ordered visitation on the weekends. James further stated that Linda Curley had been living on Meadowbrook Lane in Suffern for the past few weeks.

PO Rutland arrived on the scene.

James Curley's brother, Michael Curley, arrived on the scene. Michael Curley remained outside the residence. He left the scene before PO Smith, PO Rutland, and I left.

I spoke with Linda Curley. She stated that she wanted to give James Jr. a bath. She further stated that James Jr. had diaper rash which resulted in the skin on his buttocks bleeding. Both James and Linda Curley agreed to allow Emergency Medical Service Personnel to examine the child. Ramapo Valley Ambulance arrived. The EMS personnel stated that it was diaper rash but that it was not a medical emergency.

I was advised by both James and Linda that there were no guns in the house.

I read the Order of Protection that James Curley had against Linda Curley. There were no violations. I read the Order of Protection that Linda Curley had against James Curley. There were no violations.

James Curley and Linda Curley agreed to both spend the night at 14 Madison Hill Rd. with the two children. James agreed to allow Linda to bathe James Jr. Both James and Linda stated that they would contact their respective attorneys in the morning.

I briefed Lt. Bakker (O.I.C.) via telephone from the scene.

When I returned to Police Headquarters I again briefed Lt. Bakker. I then briefed Lt. Cokeley ( Staff Duty Officer) via telephone.

I advised the on-coming midnight shift O.I.C., Sgt. Matos, of this incident.

| 10. Inquiries (Check all that apply) □ DMV  □ Want /Warrant  □ Scofflaw  □ Crim. History  □ Stolen Property  □ Other | 11. NYSPIN Message No. | 12. | 82. Page |
|---|---|---|---|
| 12.Reporting Officer Signature (Include Rank) Sgt. Brian Corbett | 14. ID No. 324 | 15.Supervisor's Signature (Include Rank) | 16.ID No. of Pages |

| 17 Case Status  □Open  □Closed (If closed, check box below)  □Unfounded | | 19. Status Date | 19.Notified/TOT |
|---|---|---|---|
| □Vict. Refused to Coop.  □Arrest  □Pros. Declined  □Warrant Advised □CBI  □Juv.-No Custody  □Offender Dead  □Extrad. Declin  □Unknown | | 8/8/06 | |

DCJS-3208 (1/92)

LDSS-2221-A (Rev. 9/2002) FRONT

NEW YORK STATE
OFFICE OF CHILDREN AND FAMILY SERVICES

**REPORT OF SUSPECTED
CHILD ABUSE OR MALTREATMENT**

| Report Date | Case ID | Call ID |
|---|---|---|
| 04/09/2008 | | |
| Time AM/PM 9:00 | Local Case # 0635029 | Local Dist/Agency RAMAPO POLICE |

## SUBJECTS OF REPORT

List all children in household, adults responsible and alleged subjects.

| Line # | Last Name | First Name | Aliases | Sex (M, F, Unk) | Birthday or Age Mo/Day/Yr | Ethnic Code | Relation Code | Role | Lang. |
|---|---|---|---|---|---|---|---|---|---|
| 1. | CURLEY | COURTNEY | | F | 04/07/02 | | | | |
| 2. | CURLEY | JAMES | | M | 08/02/05 | | | | |
| 3. | | | | | | | | | |
| 4. | | | | | | | | | |
| 5. | | | | | | | | | |
| 6. | | | | | | | | | |
| 7. | | | | | | | | | |

☐ MORE

List Addresses and Telephone Numbers (Using Line Numbers From Above)

1. 14 MADISON HILL RD AIRMONT NY 10901        Telephone No. (845) 369-9141
2. 14 MADISON HILL RD AIRMONT NY 10901        (845) 369-9141
( ) -

## BASIS OF SUSPICIONS

Alleged suspicions of abuse or maltreatment. Give child(ren)'s line number(s). If all children, write "ALL". 2

| | | |
|---|---|---|
| ___ DOA/Fatality | ___ Child's Drug/Alcohol Use | ___ Swelling/Dislocation/Sprains |
| ___ Fractures | ___ Poisoning/Noxious Substances | ___ Educational Neglect |
| ___ Internal Injuries (I.e. Subdural Hematoma) | ___ Choking/Twisting/Shaking | ___ Emotional Neglect |
| ___ Lacerations/Bruises/Welts | ___ Lack of Medical Care | ___ Inadequate Food/Clothing/Shelter |
| ___ Burns/Scalding | ___ Malnutrition/Failure to Thrive | ___ Lack of Supervision |
| ___ Excessive Corporal Punishment | ___ Sexual Abuse | ___ Abandonment |
| ___ Inappropriate Isolation/Restraint(Institutional Abuse Only) | ___ Inadequate Guardianship | ___ Parent's Drug/Alcohol Misuse |
| ___ Inappropriate Custodial Conduct(Institutional Abuse Only) | ___ Other specify: X SEVERE DIAPER RASH | |

State reasons for suspicion, including the nature and extent of each child's injuries, abuse or maltreatment, past and present, and any evidence or suspicions of "Parental" behavior contributing to the problem.

(If known, give time/date of alleged incident)
MO
DAY
YR

WITNESSED SEVERE RASH ON CHILD

The Mandated Reporter Requests Finding of Investigation  ☐ YES   ☐ NO

CONFIDENTIAL          SOURCE(S) OF REPORT          CONFIDENTIAL

NAME SMITH, RAYMOND          TELEPHONE (845) 351-2400          NAME          TELEPHONE ( ) -

ADDRESS 237 RT 59 SUFFERN NY 2040          ADDRESS

AGENCY/INSTITUTION TOWN OF RAMAPO POLICE DEPT          AGENCY/INSTITUTION

RELATIONSHIP ( ✓ = REPORTER, X = SOURCE)

___ Med. Exam/Coroner   ___ Physician   ___ Hosp. Staff   ✓ Law Enforcement   ___ Neighbor   ___ Relative   ___ Instit. Staff

___ Social Services   ___ Public Health   ___ Mental Health   ___ School Staff   ___ Other (Specify)

| For Use By Physicians Only | Medical Diagnosis on Child | Signature of Physician who examined/treated child X | Telephone No. ( ) - |
|---|---|---|---|
| | Hospitalization Required: ☐ None | ☐ Under 1 week | ☐ 1-2 weeks | ☐ Over 2 weeks |

| Actions Taken Or About To Be Taken | ☐ Medical Exam | ☐ X-Ray | ☐ Removal/Keeping | ☐ Not. Med Exam/Coroner |
|---|---|---|---|---|
| | ☐ Photographs | ☐ Hospitalization | ☐ Returning Home | ☐ Notified DA |

Signature of Person Making This Report   PO [signature]

Title POLICE OFFICER

Date Submitted 04/09/08

000149

27

Town of Ramapo
237 Route 59  Suffern, NY 10901
phone: (845) 357-5100                    **TOWN OF RAMAPO**
fax:    (845) 357-8513                    **POLICE DEPARTMENT**

2006 NOV 16 P 12: 46

## APPLICATION FOR PUBLIC ACCESS TO TOWN RECORDS

Records Access Officer: Christian G. Sampson, Town Clerk
TOWN RECORDS ARE OPEN FOR INSPECTION MONDAY – FRIDAY 9AM TO 5PM.

I HEREBY APPLY TO INSPECT THE FOLLOWING TOWN RECORD(S):
All Reports made by Linda Curley to Ramapo Alice Dept
from July to present Some Dates includ 8/9/06 8/14/06 8/24/06 & 11/2,3/06
+ more

James Curley                    (signature)
(PRINT) Name of Person          Signature

14 Madison Hill Rd              845-553-0760
Address                         Daytime Phone

Suffern N.Y. 10901              11/16/06
City/State/Zip                  Date of Request

Date Called _____  Comments _____

THERE IS A CHARGE OF $.25 PER COPIED PAGE allowed by law.

### FOR TOWN USE ONLY

( ) Request Approved    ( ) No Charge for Record    ( ) Charge

( ) Request Denied for the Reason(s) Below:
  ( ) Confidential Disclosure             Certification Fee: (
  ( ) Part of Investigatory Files         Photocopy Fee: (
  ( ) Unwarranted Invasion of Personal Privacy
  ( ) Record Not Located                  Total to be paid: (
  ( ) Record Not Maintained by this Agency
  ( ) Would impair contract awards/collective bargaining agreements
  ( ) Trade secret, confidential commercial information
  ( ) Law enforcement records
  ( ) Exempted by Statute other than the Freedom of Information Act
  ( ) Other (Specify) _____

_____
Signature of Town Rep.        Title            Date

NOTICE: Any person denied access to records may appeal the denial
within 30 days of the denial. Such appeals should be addressed to
the Supervisor of the Town of Ramapo, 237 Route 59, Suffern, NY
10901.
I HEREBY APPEAL:
    Signature : _____         Date: _____

CTA  11-17-2006

**000150**   28