Case 7:08-cr-00484-SLR Document 42d6824c4e358ab3 Filed 1/06/2008 Page 1 of 50

| 1. Agency | 2. Division/Precinct | SUPPLEMENTARY REPORT | Supplement To: | 3. Incid. No. | 4. Arrest No. |
|---|---|---|---|---|---|
| Ramapo PD | 2TR | | | 06-3763A | -1476-06 |

| 5. Date | 6. Time of Report | 7. Complainant Name | 8. |
|---|---|---|---|
| 08/24/06 | 1350 | P.O. Paolucci | James Curley |

9. Narrative

Detailed to assist P.O. Rogers with arrest processing of James Curley. Due to technical difficulties with Rici the undersigned Contacted Comnetix for assistance in Correcting the issue. The undersigned assisted P.O. Rogers with printing of Curley as well as standing by with Curley and P.O. Rogers in RPD's Classroom awaiting Response from DCJS in Albany.

| 10. Inquiries (Check all that apply) | 11. NYSPIN Message No. | 12. |
|---|---|---|
| ☐ DMV ☐ Want/Warrant ☐ Scofflaw ☐ Crim. History ☐ Stolen Property ☐ Other | | |

| 13. Reporting Officer Signature (Include Rank) | 14. ID No. | 15. Supervisor's Signature (Include Rank) | 16. ID No. |
|---|---|---|---|
| P.O. Paolucci | 465 | Sgt Illas | 329 |

| 17. Case Status | 18. Status Date | 19. Notified/TOT |
|---|---|---|
| ☐ Open ☐ Closed (If Closed, check box below) ☐ Unfounded ☐ Mot. Refused to Coop. ☐ Arrest ☐ Pros. Declined ☐ Warrant Advised ☐ CBI ☐ Juv. - No Custody ☐ Arrest-Juv. ☐ Offender Dead ☐ Extrad. Declin. ☐ Unknown | Mo. Day Yr. | |

DCJS-3208 (1/92)

000201

| 1. Agency Town of Ramapo Police | 2. Blotter/Precinct No. 2AR | | Supplement/Incident No. To: 06-37613 | Arrest No. |
|---|---|---|---|---|

| 5. Date 8/24/06 | 6. Time of Report 920 | 7. Complainant Name Curley | | 8. Crim.Contempt/Harassment |
|---|---|---|---|---|

I responded to the Curley residence at #14 Madison Hill Rd. in Airmont in reference to a domestic dispute. I was aware of Family Court Orders of Protection for James against Linda and Linda against James. Upon arrival I was briefed by PO Sammerone. I interviewed James Curley in the driveway of #14. He stated to me the following with regards to a dispute he had with his wife, Linda Curley, who had left the scene. James stated that his two children had scheduled dentist appointments today. His wife told him that she wanted to bring the children to the "Y". He stated to her that was fine, but to have them, at least one of them, back to the house in time for the appointment. He stated that while he was in the driveway discussing bringing the children back for their appointments he was holding his 4 year old daughter. He stated further that Linda put the back of her hand on his shoulder to take their daughter from him. He told Linda not to touch him and he stepped away, he put his daughter down and she walked to the car with Linda. He stated he then went to the passenger side of the car to wave good-by to his son who was in the car at the time. He stated that his wife pulled the car forward and then backed up at an angle towards the location he was standing in. James stated that he back up away from the car to a point where his leg brushed up against a low wood retaining wall. He stated that Linda backed into the roadway and drove away. He stated that he called this station to report the incident.

While at the scene I was advised that Linda Curley was in this station making a complaint against James. I spoke with Lt. Gravina and Sgt. DeMeo via telephone. I was advised of what Linda had told Sgt. DeMeo and further that she would be signing a charge of Harassment against James. At that time James was placed under arrest by PO Rogers for the Harassment charge as well as a Criminal Contempt charge for the violation of the active order of protection.

I responded to this station to assist with the processing of James Curley. I contacted ADA DeVito and explained the case, including the fact that James is a member of this police department. She recommended $2500.00 bail for the charges of Criminal Contempt 1st degree and Harassment 2nd degree. I contacted Town Justice R. Schoenberger for arraignment. James was arraigned at approximately 1400 hours and released on $2500.00 cash bail. After the arraignment I spoke with Linda Curley. I recommended to her to contact the Family Court in reference to today's occurrence. I also recommended to her that if she was in fear of James she should consider moving from the home; I told her of her option with the family shelter as well. She stated that she had family if she decided to move from the home.

James was released without further incident.

| 10. Inquiries (Check all that apply) ☐ DMV ☐ Want /Warrant ☐ Scofflaw ☐ Crim. History ☐ Stolen Property ☐ Other | 11. NYSPIN Message No. | 12. | | 82. |
|---|---|---|---|---|
| 12. Reporting Officer Signature (Include Rank) Sgt. M. A. Emma   325 | 14. ID No. 325 | 15. Supervisor's Signature (Include Rank) | 16. ID No. | Page ___ of Pages |
| 17 Case Status ☐ Open ☒ Closed (if closed, check box below) ☐ Unfounded ☐ Vict. Refused to Coop. ☐ Arrest ☐ Pros. Declined ☐ Warrant Advised ☐ CBI ☐ Juv.-No Custody ☐ Offender Dead ☐ Extrad. Declin ☐ Unknown | | | 19. Status Date | 19. Notified/TOT |

DCJS-3208 (1/92)

| Town of Ramapo Police Department | | | Incident 06-37613 | Arrest A-1476-06 |
|---|---|---|---|---|
| Report Date 08/24/2006 | Report time 09:34 | Complainant **Curley, Linda** | | Incident type **Domestic** |

**Narrative:**

Above date and time, I responded to 14 Madison Hill Rd. to assist Officer Rogers at a domestic incident. En route to the call, dispatch advised that Mr. Curley had called, alleging his wife Linda, had tried to run him over with her car, but she had left the scene. On my arrival, dispatch advised that Linda was in the station lobby.

Mr. Curley explained to Officer Rogers and I, how when his wife Linda had backed out of the driveway, he felt her car came unusually close to him. James further stated that the car was angling toward him and he backed up because the car was getting close to him. James stated that he was toward the back of her car because he was waving to the kids who were in the car. James stated he didn't know what Linda's intentions were and said that she can sometimes be a bad driver. I had also spoken to a neighbor Betty VanDerbeek, who advised me she didn't see the Curley's physically fighting, but had seen them in the driveway.

Sgt. Emma responded to the scene.

After further discussion and phone calls to the station, Sgt. Emma advised me that charges were being pressed against James. Prior to being arrested, James requested we bring 2 bags and a briefcase to his neighbor Betty VanDerbeek because he didn't want his wife to have access to his important papers. Sgt. Emma advised me to bring the bags to the neighbors' house, which I did. I also took a deposition from Betty as to what she observed.
Additionally, I canvassed the following neighbors, who all stated they didn't see or hear anything at the Curley residence:

Lorraine Matrone (7/19/54) 16 Madison Hill Rd. 357-4917 (windows were open)
Rosemary Tiso (5/15/38) 13 Madison Hill Rd.  357-6258
Ed Vogel 12 Madison Hill Rd. 357-5640 (windows closed, on the phone all morning)

P.O. M Sammarose
Reporting Officer Signature

442
Officer ID

Page _1_ of _1_

Supervisor's Signature

Supv ID

000203

| Town of Ramapo Police Department | | | Incident<br>06-37613 | Arrest |
|---|---|---|---|---|
| Report Date<br>08/24/2006 | Report time<br>09:34 | Complainant<br>Linda Curley | | Incident type<br>Domestic |

Narrative:

Mrs Curley stated that she would sign charges. Harrasment 2nd charges prepared and signed.
I notified Sgt Emma at the scene a 14 Madison Hill Rd of charges signed.

At 1345 I was advised received 2500.00 bail from Carmel Curley for court appearence. Bail receipt
9125 issued and bail secured in bail box.

Reporting Officer Signature _____

Officer ID   3/5

Supervisor's Signature _____

Page ____ of ____

000204

| Town of Ramapo Police Department | | | Incident<br>06-37613 | Arrest<br>A-1476-2006 |
|---|---|---|---|---|
| Report Date<br>08/24/2006 | Report time<br>10:36 | Complainant<br>P.O. Rogers | Incident type<br>Crimianl Contempt | |

**Narrative:**

Undersigned responded to 14 Madison Hill Road in reference to a domestic incident. Mr. James Curley W/M DOB 4/24/1964, called with a complaint of his wife driving toward him in her vehicle. Mr. Curley states his wife Linda Curly W/F DOB 7/23/1968 was putting their son James Thomas Curley W/M 8/2/2005 into the back of her vehicle. Mr. Curly further states he was holding their daughter Courtney Lynn Curley W/F DOB 4/7/02 in his arms when his wife started to say "don't touch me". Mr. Curley advised undersigned that he was no where near her and that he told her to knock it off. Mr. Curley stated he put his daughter down and she went into the vehicle with her mother and brother. Mr. Curley said that she then move the vehicle forward and started backing out on an angle toward him causing him to step back into wooden boards that are on the side of the driveway acting as a retaining wall. Mr. Curley states that he does not know her intentions and further advised that she could sometimes be a bad driver. Sergeant Emma as and officer Sammerone were also at the scene.

Undersigned spoke with Ms. Lorraine Matrone W/F 7/19/1954 who stated her windows were open in her residence and she saw Linda Curley and James curly on their driveway. Ms. Matrone further stated she observed Linda Curley place James Thomas Curley in the vehicle and that Mr. Curley was holding Courtney Lynn Curley. Ms. Matrone advised that she did not witness any physical contact between Linda and James; however, she did not witness the car pull away.

Sergeant Emma advised me that charges were being made against James Curley. Undersigned arrested Mr. Curley at 1036 hours on a charge signed by Linda Curly for Harassment. Mr. Curly was also charged with Criminal Contempt for being in direct violation of an Order of Protection: Docket number

Mr. Curley was transported back to the station for processing. Mr. Curley was processed on live scan, arraigned before Judge Schoenberg at approximately 1220 hours. Mr. Curley was released on $2500.00 bail on appearance ticket 814318 with a return date of 9/7/2006 to Airmont Court. Bail was posted by Carmel Curley and was received by Sgt. Demeo on bail receipt 9125. Mr. Curley was released at 1600 hours.

| Reporting Officer Signature | Officer ID<br>475 | Supervisor's Signature | Supv ID<br>325 |
|---|---|---|---|
| | Page __1__ of __1__ | | 000205 |

| Town of Ramapo Police Department | | | Incident 06-37613 | Arrest A-1476-2006 |
|---|---|---|---|---|
| Report Date 08/24/2006 | Report time 17:42 | Complainant P.O. Rogers | | Incident type Criminal Contempt |

**Narrative:**

**Undersigned contacted Child Protective Services at 1742 hours and spoke with Silvia. Undersigned advised Silvia that there was a domestic incident at 14 Madison Hill Road between Mr. James P. Curley and his Wife Ms. Linda Curley while their children James T. Curley and Courtney Lynn Curley were present. Undersigned further advised Silvia that an arrest was made. CPS Worker Silvia stated that they would not be taking a file number for this incident.**

_Po Rogers_
Reporting Officer Signature

**475**
Officer ID

_Lt. Jerry C Beller_
Supervisor's Signature

**212**
Supv ID

Page __1__ of __1__

**000206**

Form CI-4C

Justice Court:  **Village of Airmont**

County of Rockland

| | |
|---|---|
| People of the State of New York<br>- against -<br>**James Curley**<br>of **14 Madison Hill Rd, Suffern,  NY**<br>Defendant | Case #: 06-37613<br><br>DOB:   04/26/1964<br><br>TYPE:  **INFORMATION** |

I, **Linda Curley**                              of  14 Madison Hill Rd

being duly sworn, deposes and says as follows:

On **August   24, 2006**    at about **9 :30**  hours, at **14 Madison Hill Rd**

in the          **Village of Airmont**              , County of Rockland, State of New York,

the defendant committed the offense(s) of:

**PL240.26(1)             Harassment 2nd Degree**

In that the defendant, with intent to harass, annoy and alarm another, subjected that person to physical contact and attempted and threatened to do the same

The offense was committed under the following circumstances:

Deponent observed the defendant grab her by the upper left arm, and squeezed her arm tightly. Deponent stated "Take your hands off me" to which defendant replied "I don't have my hands on you", as he continued squeeze deponants arm, causing deponant to be alarmed and annoyed and leaving a red mark on deponants upper left arm.

False statements made herein are punishable as a Class A Misdemeanor pursuant to section 210.45 of the Penal Law.

_____                    8/24/04

Deponent                                          Date and Time

Affirmed before me this date: _24 ᴴᴹ_         (Signed) _____         000207

Form CI-4P

Justice Court:  **Village of Airmont**

County of Rockland

People of the State of New York
- against -
**JAMES P. CURLEY**
of  **14 MADISON HILL ROAD**
Suffern,  **NY    10901**
Defendant,

Case #: 06-37613

DOB:   04/24/1964

TYPE: ~~MISDEMEANOR~~  FELONY

**P.O. Rogers**                , Shield # **0475**        , of the  Town of Ramapo  Police Department
in the County of Rockland and State of New York, being duly sworn, deposes and says as follows:
On  **August   24, 2006**     at about 09:30 hours, at **14 MADISON HILL ROAD**
in the      **Village of Airmont**         , County of Rockland, State of New York,
the defendant committed the offense(s) of:

**PL215.51(b)(v)          Criminal Contempt 1st Degree**

In that the defendant violated a duly ordered served order of protection, and such order of which the defendant had actual knowledge because he or she was present in court when such order was issued, in that the defendant with intent to harass, annoy, threaten and alarm a person for whose protection such order was issued, struck, shoved, kicked and otherwise subjected such other person to physical contact and attempted and threatened to do the same

The offense was committed under the following circumstances:
The deponent was informed by Linda Curley in a signed criminal charge, that the following offense was committed:
The defendant did grab her upper left arm, and did squeeze said arm tightly causing Linda to become alarmed and annoyed and causing redness to her arm. This offense is in direct violation of a duly served order of protection, issued by the Rockland County Family Court on 08/21/06 Docket #O-02187-06, file #23006)

**False statements made herein are punishable as a Class A Misdemeanor pursuant to section 210.45 of the Penal Law.**

PO Rog_____ 475                              1115hows  8/24/06
_____                        _____
Deponent                                       Date and Time

                                                                    **000208**

Affirmed before me this date: 08/24/06        (Signed) _____ #325

## TOWN OF RAMAPO POLICE DEPARTMENT

Route 59
Suffern, N.Y.

**Deposition of Witness Before Warrant**

Serial # _06 - 37613_

STATE OF NEW YORK

COUNTY OF _Rockland_

_Village_ of _Airmont_

_Betty Vanderbeek_, of the _Airmont_,

N.Y., age _47_ years, occupation, _None_,

being produced before me, _M Sammarone_, a _Police officer_

of the _Town_ of _Ramapo_, in said County of

_Rockland_ as a witness on the accusatory

instrument of _James Curley_, of the _Village_

of _Airmont_, N.Y., duly filed, being by me

duly sworn, deposes and says:

dogs started barking at front window. Went to get her and noticed Linda putting James in car. Jimmy was standing back by the house. When Linda approached him he stepped back away from her and put down Courtney. Courtney and Linda went to the car. Courtney got into the back driver side and Linda into the drivers seat. At that time I pulled the dog away from the window and put her on the deck. I heard no loud voices or saw no physical contact betw Linda's Jimmy.

NOTE: False statements made herein are punishable as a Class A Misdemeanor pursuant to
Section 210.45 of the Penal Law.

_Betty Vanderbeek_

Sworn to before me this _24th_ day of _August_, 19 _2006_

_PO M Sammarone #442_
(Signature)

_Police Officer_
(Title)

**VOLUNTARY STATEMENT**
**(NOT UNDER ARREST)**

I, Linda J. Curley, am not under arrest for; nor am I being detained for any criminal offenses concerning the events I am about to make known to Sgt Michael Pelous Without being accused of or questioned about any criminal offenses regarding the facts I am about to state, I volunteer the following information of my own free will, for whatever purposes it may serve.

I am 38 years of age, and I live at 14 Madison Hill Rd. Suffern NY 10901

the kids. First, he said he would leave in half an hour. Then he told me he changed their appts. until 1:30, so I could take them for a while. I asked him which doctor and he told me my lawyer could have the information. I got a few things together and was ready to leave with the children. He grabbed me and said I couldn't leave with them. I told him to take his hands off me and he squeezed my left arm very tight. I told him again to take his hands off me and while squeezing he yelled I'm not touching you. My daughter started crying. He wouldn't let me move... I had my son in my arms and didn't know what to do. I was very afraid Jimmy would become more violent. He let me go and picked up my daughter. He said Mommy's o.k. Daddy didn't touch her, right Courtney. I went through the garage and Jimmy started yelling don't touch me. I was nowhere near him at that time. Courtney wanted to go with me he put her in the car. He told me to wait for the police. I said no. While my car was backed in the street he screamed and said you ran over my foot. My car was nowhere near him. He was lying. I went straight to the Ramapo Police dept.

NOTE: False statements made herein are punishable as a Class A Misdemeanor pursuant to Section 210.45 of the Penal Law.

I have read each page of this statement consisting of 2 page(s), each page of which bears my signature, and corrections, if any, bear my initials, and I certify that the facts contained herein are true and correct.

Dated at ___ this 24 day of August 20 06

WITNESS: Sgt M Pelous

WITNESS: _____

Signature of person giving voluntary statement. Linda Curley

000210

## VOLUNTARY STATEMENT
### (NOT UNDER ARREST)

I Linda J. Curley _____ am not under arrest for, nor am I being detained for any criminal

____ Sgt Michael Petatos

issues concerning the events I am about to make known to _____ regarding the facts I am about to state, I volunteer the fol-
without being accused of or questioned about any criminal offenses regarding the facts I am about to state, I volunteer the fol-
lowing information of my own free will, for whatever purposes it may serve.

I am 38 years of age, and I live at 14 Madison Hill Rd. Suffern NY 10901

the kids. First, he said he would leave in half an hour,
then he said he he changed when it was until 1:55,
so I could take them for a while. I asked him
when Peter said he told me my lawyer would have
to _____ I got a few things together and was
_____ leave with the children. He grabbed me and
said I _____ couldn't leave with them. I told him to take
_____ hands off me and he spread my two arms very
_____ I told him again to take his hands off me and
_____ Squeezing he yelled "I'm not touching you. I'm
_____ he started twisting my arms and didn't _____ what
_____ I had my son in my arms afraid Jimmy would _____
_____ to do. I was very afraid Jimmy and pulled up my daughter. He
_____. He let me go and picked up my daughter, right Courtney
said Mommy's ok. Daddy didn't touch her and Jimmy started yelling. I
I went through the garage door _____ was _____ at that time.
_____ touch me. I was _____ near _____ in the car. He
Courtney turned _____ in the car he put _____ the car. He
told me to _____ for the police. I said no. While my arms were
pulled in the street. He screamed and said you run over my car
_____ My ear was _____ near him. He was lying _____ I went straight to the
_____ _____ Suffern Police dept.

**NOTE: False statements made herein are punishable as a Class A Misdemeanor pursuant to Section 210.45 of the Penal Law.**

I have read each page of this statement consisting of __2__ page(s), each page of which bears my signature, and corrections if
any, bear my initials, and I certify that the facts contained herein are true and correct.

Dated at _____ 24 _____ , this _24_ day of _August_ 20_06_

WITNESS: _____

Signature of person giving voluntary statement. _Linda Curley_

000211

2/

CC

**Town of Ramapo**
237 Route 59   Suffern, NY 10901
phone: (845) 357-5100
fax:   (845) 357-8513

**TOWN OF RAMAPO
POLICE DEPARTMENT**

2006 NOV 16  P 12: 46

## APPLICATION FOR PUBLIC ACCESS TO TOWN RECORDS

Records Access Officer: Christian G. Sampson, Town Clerk
TOWN RECORDS ARE OPEN FOR INSPECTION MONDAY – FRIDAY 9AM TO 5PM.

I HEREBY APPLY TO INSPECT THE FOLLOWING TOWN RECORD(S):
All reports made by Linda Curley to Ramapo Police Dept.
From July to present. Some Dates includ 8/9/06 8/14/06 8/24/06 & 11/3/06 & more

James Curley
_____
(PRINT) Name of Person

James Curley
_____
Signature

14 Madison Hill Rd
_____
Address

845-553-0760
_____
Daytime Phone

Suffern N.Y. 10901
_____
City/State/Zip

11/16/06
_____
Date of Request

2006 NOV 16  PM 2: 33   TOWN OF RAMAPO TOWN CLERK'S OFFICE

Date Called _____ Comments _____

THERE IS A CHARGE OF $.25 PER COPIED PAGE allowed by law.

---

### FOR TOWN USE ONLY

( ) Request Approved     ( ) No Charge for Record     ( ) Charge

( ) Request Denied for the Reason(s) Below:
  ( ) Confidential Disclosure            Certification Fee: (
  ( ) Part of Investigatory Files          Photocopy Fee: (
  ( ) Unwarranted Invasion of Personal Privacy
  ( ) Record Not Located                    Total to be paid: (
  ( ) Record Not Maintained by this Agency
  ( ) Would impair contract awards/collective bargaining agreements
  ( ) Trade secret, confidential commercial information
  ( ) Law enforcement records
  ( ) Exempted by Statute other than the Freedom of Information Act
  ( ) Other (Specify) _____

_____     _____     _____
Signature of Town Rep.           Title                Date

NOTICE: Any person denied access to records may appeal the denial
within 30 days of the denial. Such appeals should be addressed to
the Supervisor of the Town of Ramapo, 237 Route 59, Suffern, NY
10901.
I HEREBY APPEAL:
  Signature : _____   Date: _____

CTA  11-17-2006

000212

FAMILY COURT OF THE STATE OF NEW YORK
COUNTY OF ROCKLAND
- - - - - - - - - - - - - - - - - - - - - - - - - - - -

JAMES CURLEY,

Family Unit No. 23006

            Petitioner,

**JUDICIAL SUBPOENA
DUCES TECUM**

-against-

LINDA CURLEY

Hon. William P. Warren, F.C.J.

            Respondent.
- - - - - - - - - - - - - - - - - - - - - - - - - - - -

THE PEOPLE OF THE STATE OF NEW YORK

TO:    TOWN OF RAMAPO POLICE DEPARTMENT
       Attention: Records/Evidence Department
       237 Route 59
       Suffern, New York 10901

**GREETINGS:**

**WE COMMAND YOU,** that all business and excuses being laid aside, you and each of you appear and attend before HON. WILLIAM P. WARREN, Family Court Judge, 1 South Main Street, Suite 300, New City, New York at December 8, 2006, at 9:30 a.m. and at any recessed or adjourned date to give testimony as a witness in this action on behalf of the Petitioner, James Curley, and that you bring with you, and produce at the time and place aforesaid, all audio tapes and documents, and records and reports, related to the incident responded by your officers at the parties' residence on or about August 24, 2006.

       Failure to comply with this subpoena is punishable as a contempt of Court for which you may be jailed and shall make you liable to the person on whose behalf this subpoena was issued for all damages sustained by reason of your failure to comply and a fine not to exceed fifty dollars.

       WITNESS, HON. WILLIAM P. WARREN, J.F.C., one of the Judges of said Court, at 1 South Main Street, New City, New York, the 5th day of December, 2006.

                              RANDY J. PERLMUTTER, ESQ.
                              KANTROWITZ, GOLDHAMER
                              GRAIFMAN, P.C.
                              *Attorneys for Petitioner*
**SO ORDERED:**            747 Chestnut Ridge Road
                              Chestnut Ridge, New York 10977
                              (845) 356-2570

_____
**HON. WILLIAM P. WARREN, J.F.C.**
Judge of the Family Court

000213



# TOWN OF RAMAPO
237 Route 59
Suffern, New York 10901
(845) 357-5100 · Fax: (845) 357-8513

TOWN OF RAMAPO
POLICE DEPARTMENT

2006 DEC -7 A 9: 24

CHRISTOPHER P. ST. LAWRENCE
*Supervisor*

CHRISTIAN G. SAMPSON
*Town Clerk*

December 7, 2006

Mr. Michael L. Klein
Ramapo Town Attorney
237 Route 59
Suffern, New York 10901

RE:                       **JUDICIAL SUBPOENA DUCES TECUM**

IN THE CASE OF:      **JAMES CURLEY**

AGAINST:           **LINDA CURLEY**

Dear Mr. Klein:

    The Town Clerk's Office is in receipt of one (1) copy of the above *Judicial Subpoena Duces Tecum* which was served today, December 7, 2006 at 9:12 by Mr. Mark Sandstrom of the Attorney Service Bureau of Pomona, New York. A subpoena fee of $20.00 was also received.

    Enclosed please find one copy of the above.

Respectfully yours,

Michele Lowy
Deputy Town Clerk

CC: Police Records

000214

| 1. Agency | 2. Division/Precinct | | 3. Index No. | 4. Arrest No. |
|---|---|---|---|---|
| Ramapo Town PD | 2 / AR (In Station) | Supplement To: | 06-37613 | 198-08 |

| 5. Date | 6. Time of Report | 7. Complainant Name   Detective Lieutenant | 8. Incident Type |
|---|---|---|---|
| 2/5/08 | 9:38 | Weidel | Warrant |

James Curley turned himself in at police HQ on this warrant. He came in with his attorney Mr. John Edwards and his brother Michael. Adm. Lt. Gravina and I searched him and placed him in cell 1. He was processed and arraigned in Ramapo Justice Court by Judge Schoenberger.  He was released on 15K bond that was posted in Ramapo Justice Court. He is due back in Airmont Court 2/21/08 at 5:00pm

| 10. Inquiries (Check all that apply) | 11. NYSPIN Message No. | 12. Complainant's Signature | 20. |
|---|---|---|---|
| ☐ DMV  ☒ Want /Warrant  ☐ Sac/law<br>☒ Crim. History  ☐ Stolen Property  ☐ Other | | | Page # 1 |

| 13. Reporting Officer Signature (Include Rank) | 14. ID No. | 15. Supervisor's Signature (Include Rank) | 16. ID No. |
|---|---|---|---|
| Det. Lt. Weidel | DLT | | Of 1 Pages |

| 17 Case Status   ☐ Open   ☒ Closed   (if closed, check box below)   ☐ Unfounded | 18. Status Date | 19. Notified/TOT |
|---|---|---|
| ☐ Vict. Refused to Coop.   ☒ Arrest   ☐ Pros. Declined  ☐ Warrant Advised<br>☐ CBI   ☐ Juv.-No Custody   ☐ Offender Dead   ☐ Extrad. Declin   ☐ Unknown | | |

DCJS-3208 (1/92)

000215

# PROPERTY ROOM RECORD

PG_____ Line_____

**SECTION 1:** 06-37613 | 8/24/06 | Rogers | 475 |
CASE NO. | DATE SUBMITTED | OFFICER | SHIELD | RECORD #

**SECTION 2:** NATURE OF SUBMISSION:

PROPERTY IS: ___ RECOVERED ✓ EVIDENCE ___ OTHER:_____

USED IN CRIME? ___ YES ✓ NO FELONY? ___ YES ___ NO

**SECTION 3:** PROPERTY DESCRIPTION

TAG #:_____ P CODE: 16 INV CODE: 12 SER #:_____

OWNER APPLIED #:_____ BRAND:_____ TYPE:_____

MODEL:_____ MISC DESC: Micro cassette Tape

BIKE CODE:__ COLOR: SIZE: VALUE:_____

**SECTION 4:**

CASE #: 2006-00037813
MICROCASSETTE IN PAPER
LOC/BIN: RTPD/ 45
Date Received: 08/29/2006

QUANTITY: ___

**LOCATION C**

0011735

---

**Town of Ramapo Police Department**

# PROPERTY ROOM RECORD

PG_____ Line_____

**SECTION 1:** 06-37613 | 8/24/06 | Rogers | 475 |
CASE NO. | DATE SUBMITTED | OFFICER | SHIELD | RECORD #

**SECTION 2:** NATURE OF SUBMISSION:

PROPERTY IS: ___ RECOVERED ✓ EVIDENCE ___ OTHER:_____

USED IN CRIME? ___ YES ___ NO FELONY? ___ YES ___ NO

**SECTION 3:** PROPERTY DESCRIPTION        continu 00158678

TAG #:_____ P CODE: 16 INV CODE: 12 SER #:_____

OWNER APPLIED #:_____ BRAND:_____ TYPE:_____

MODEL:_____ MISC DESC: Microcassette Tape

BIKE CODE:_____

**SECTION 4:**

CASE #: 2006-00037813
MICROCASSETTE IN PAPER
LOC/BIN: RTPD/ 45
Date Received: 08/29/2006

QUANTITY: _____

**LOCATION COI**

0011734

000216

9-5-06 Copies to ADA

# Town of Ramapo Police Department
## Photograph Log

Date 8/24/06  Incident # 06-37613  Weather Clear  Location 14 Madison Hill Road

Officer Rogers  Shield #  Signature Jo Rog

Camera Used: (circle one)    Digital    35mm    Polaroid

All photos are to be logged on this sheet in numerical order. This includes unintentionally shot photos as well as multiple photos of the same subject.

| # | Time Taken | Description of Photograph | Flash Y/N | Notes |
|---|---|---|---|---|
| 1 | 1015 | full body | N | |
| 2 | 1015 | face | N | |
| 3 | 1015 | left arm | N | redness to upperarm |
| 4 | 1015 | left upper arm | Y | redness toward center |
| 5 | 1015 | left upper arm | Y | redness toward center |
| 6 | | | | |
| 7 | | | | |
| 8 | | | | |

NOTE- INDICATE PHOTO # AND CASE # ON EACH INDIVIDUAL PHOTOGRAPH

TORPD FORM 162 (03/05)

000217



000218

000219





**Marriott**

SADDLE BROOK

I-80 at Garden State Parkway
Saddle Brook, NJ 07663
(201) 843 9500
Marriott.com/EWRSB

**GUEST FOLIO**



| 09/09 | ROOM | 1120, 1 | 123.46 |
| 09/09 | RM.TX | 1120, 1 | 8.64 |
| 09/09 | OCC TAX | 1120, 1 | 6.17 |
| 09/09 | CITY TAX | 1120, 1 | 3.70 |
| 09/10 | DS CARD | | $141.97 |

**TO BE SETTLED TO:      DISCOVER          CURRENT BALANCE   .00**

**THANK YOU FOR CHOOSING MARRIOTT! TO EXPEDITE YOUR CHECK-OUT,
PLEASE DIAL EXTENSION 6006 FOR VOICE MAIL CHECK-OUT.**

**Marriott**

SADDLE BROOK

I-80 at Garden State Parkway
Saddle Brook, NJ 07663
(201) 843 9500
Marriott.com/EWRSB

This statement is your only receipt. You have agreed to pay in cash or by approved personal check or to authorize us to charge your credit card for all amounts charged to you. The amount shown in the credits column opposite any credit card entry in the reference column above will be charged to the credit card number set forth above. (The credit card company will bill in the usual manner.) If for any reason the credit card company does not make payment on this account, you will owe us such amount. If you are direct billed, in the event payment is not made within 25 days after check-out, you will owe us interest from the check-out date on any unpaid amount at the rate of 1.5% per month (ANNUAL RATE 18%), or the maximum allowed by law, plus the reasonable cost of collection, including attorney fees.

6-2955C
Rev. 12/04

Signature X _____

**000220**

**FOR RESERVATIONS AT ANY MARRIOTT HOTEL, CALL (800) 228 9290**



## Marriott.
### SADDLE BROOK



GUEST F...

| Date | Description | Ref | | Amount |
|------|-------------|-----|---|--------|
| 07/26 | ROOM | 1107, | 1 | 189.95 |
| 07/26 | RM.TX | 1107, | 1 | 13.30 |
| 07/26 | OCC TAX | 1107, | 1 | 9.50 |
| 07/26 | CITY TAX | 1107, | 1 | 5.70 |
| 07/27 | ROOM | 1107, | 1 | 129.95 |
| 07/27 | RM TAX | 1107, | 1 | 9.10 |
| 07/27 | OCC TAX | 1107, | 1 | 6.50 |
| 07/27 | CITY TAX | 1107, | 1 | 3.90 |
| 07/28 | ROOM | 1107, | 1 | 129.95 |
| 07/28 | RM TAX | 1107, | 1 | 9.10 |
| 07/28 | OCC TAX | 1107, | 1 | 6.50 |
| 07/28 | CITY TAX | 1107, | 1 | 3.90 |
| 07/29 | ROOM | 1107, | 1 | 129.95 |
| 07/29 | RM TAX | 1107, | 1 | 9.10 |
| 07/29 | OCC TAX | 1107, | 1 | 6.50 |
| 07/29 | CITY TAX | 1107, | 1 | 3.90 |
| 07/30 | ROOM SER | 33471107 | | 18.42 |
| 07/30 | ROOM | 1107, | 1 | 129.95 |
| 07/30 | RM TAX | 1107, | 1 | 9.10 |
| 07/30 | OCC TAX | 1107, | 1 | 6.50 |
| 07/30 | CITY TAX | 1107, | 1 | 3.90 |
| 07/31 | ROOM | 1107, | 1 | 149.00 |
| 07/31 | RM.TX | 1107, | 1 | 10.43 |
| 07/31 | OCC TAX | 1107, | 1 | 7.45 |
| 07/31 | CITY TAX | 1107, | 1 | 4.47 |
| 08/01 | ROOM | 1107, | 1 | 149.00 |
| 08/01 | RM.TX | 1107, | 1 | 10.43 |
| 08/01 | OCC TAX | 1107, | 1 | 7.45 |
| 08/01 | CITY TAX | 1107, | 1 | 4.47 |
| 08/02 | ROOM | 1107, | 1 | 149.00 |
| 08/02 | RM.TX | 1107, | 1 | 10.43 |
| 08/02 | OCC TAX | 1107, | 1 | 7.45 |
| 08/02 | CITY TAX | 1107, | 1 | 4.47 |

1348.72



## Marriott.
### SADDLE BROOK

I-80 at Garden State Parkway
Saddle Brook, NJ 07663
(201) 843 9500
Marriott.com/EWRSB

This statement is your only receipt. You have agreed to pay in cash or by approved personal check or to authorize us to charge your credit card for all amounts charged to you. The amount shown in the credits column opposite any credit card entry in the reference column above will be charged to the credit card number set forth above. (The credit card company will bill in the usual manner.) If for any reason the credit card company does not make payment on this account, you will owe us such amount. If you are direct billed, in the event payment is not made within 25 days after check-out, you will owe us interest from the check-out date on any unpaid amount at the rate of 1.5% per month (ANNUAL RATE 18%), or the maximum allowed by law, plus the reasonable cost of collection, including attorney fees.

6-2955C
Rev. 12/04

Signature X

**FOR RESERVATIONS AT ANY MARRIOTT HOTEL, CALL (800) 228 9290**

000221



United States Attorney
Southern District of New York

---

United States District Courthouse
300 Quarropas Street
White Plains, New York 10601

July 18, 2008

**BY FACSIMILE**

Michael Burke, Esq.
Burke, Miele & Golden
100 Washington Avenue
P.O. Box 397
Suffern, NY 10901

      Re:    <u>United States</u> v. <u>James Curley</u>,
              08 Cr. 404 (SCR)

Dear Counsel:

      We are responding to your discovery request. As stated previously in our discovery letters, we are aware of our continuing obligations under Fed. R. Crim. P. 16, and as we receive material that we are obligated to provide to you, we will make subsequent discovery productions.

      With regard to some of the items you have requested in your letter:

1.     Item 2(a)(p): We anticipate that we will be receiving copies of the victim's counseling and medical records during the time period charged in the Indictment. When we receive those documents, we will make a discovery production of those documents.

2.     Item 2(a)(bb): With regard to your request for information concerning the date and location for when the defendant followed the victim and attempted to stop the victim on a road in New Jersey, we are currently evaluating whether we intend to prove that specific overt act at trial.

3.     Item 2(a)(cc): am enclosing the following orders of protection with this letter:
      (a) July 11, 2006 Order of Protection (issued to James Curley);
      (b) July 19, 2006 Order of Protection (issued to Linda Curley);
      (c) August 11, 2006 Order of Protection (issued to James Curley);
      (d) August 11, 2006 Order of Protection (issued to Linda Curley);
      (e) October 5, 2006 Order of Protection (issued to James Curley); and
      (f) October 5, 2006 Order of Protection (issued to Linda Curley).

4.    Item 7: I have spoken to Mr. Holland's attorney, Vincent Briccetti, Esq., who has informed me, in sum and substance, that you have previously contacted him and that he is willing to speak to you about the information he has learned from his client. Mr. Briccetti has informed me, in sum and substance, that Mr. Holland purchased the GPS device for his own use and then subsequently sold it to one of the defendant's brothers and that Mr. Holland participated, with one of the defendant's brothers, in installing the GPS device on the car.

In addition, I am enclosing: (1) a one page document containing a photocopy of a Cingular business card and a post-it note containing handwriting of the defendant.

Very truly yours,

MICHAEL J. GARCIA
United States Attorney
Southern District of New York

By: _____
John P. Collins, Jr.
Assistant United States Attorney
(914) 993-1919

*Enclosures*

000223

F.C.A §§ 430, 550, 655, 828, 1029

ORI No: NY0430233
Order No: 2006-000525
NYSID No: _____

At a term of the Family Court of the State of New York, held in and for the County of Rockland, at 1 South Main St. Suite 300 Floor 3, New City, NY 10956, on July 11, 2006

**PRESENT:** Honorable William P. Warren

In the Matter of a **FAMILY OFFENSE Proceeding**

**File #** 23006
**Docket#** O-02066-06

James Curley (DOB: 04/26/1964),
               **Petitioner,**

- against -

Linda Curley (DOB: 07/23/1968),
               **Respondent.**

**Temporary Order Of Protection**

**Ex Parte**

**NOTICE: YOUR FAILURE TO OBEY THIS ORDER MAY SUBJECT YOU TO MANDATORY ARREST AND CRIMINAL PROSECUTION, WHICH MAY RESULT IN YOUR INCARCERATION FOR UP TO SEVEN YEARS FOR CRIMINAL CONTEMPT, AND/OR MAY SUBJECT YOU TO FAMILY COURT PROSECUTION AND INCARCERATION FOR UP TO SIX MONTHS FOR CONTEMPT OF COURT. IF YOU FAIL TO APPEAR IN COURT WHEN YOU ARE REQUIRED TO DO SO, THIS ORDER MAY BE EXTENDED IN YOUR ABSENCE AND CONTINUE IN EFFECT UNTIL YOU APPEAR IN COURT.**

A petition under Article 8 of the Family Court Act, having been filed on July 11, 2006 in this Court and good cause having been shown,

Now, therefore, it is hereby ordered that Linda Curley (DOB: 07/23/1968) observe the following conditions of behavior:

[02]     Refrain from assault, stalking, harassment, menacing, reckless endangerment, disorderly conduct, intimidation, threats or any criminal offense against James Curley (DOB: 04/26/1964);

Page: 2
Docket No: O-02066-06
GPS 2002

It is further ordered that this Temporary Order Of Protection shall remain in effect up to and including October 11, 2006;

Dated:    July 11, 2006

ENTER

CERTIFY THAT ON 7/11/06
A COPY OF THE WITHIN ORIGINAL
ORDER WAS SERVED UPON THE FOLLOWING
EILEEN M. STANFORD *per, recp,*
*probsher,*
By *QO*    *PD*

_____
Honorable William P. Warren

The Family Court Act provides that presentation of a copy of this order of protection to any police officer or peace officer acting pursuant to his or her special duties shall authorize, and in some situations may require, such officer to arrest a person who is alleged to have violated its terms and to bring him or her before the court to face whatever penalties may be imposed therefor.

Federal law provides that this order must be honored and enforced by state and tribal courts, including courts of a state, the District of Columbia, a commonwealth, territory or possession of the United States, if it is established that the person against whom the order is sought has been or will be afforded reasonable notice and opportunity to be heard in accordance with state law sufficient to protect that person's rights (18 U.S.C. §§2265, 2266).

It is a federal offense to: cross state lines to violate an order of protection; cross state lines to engage in stalking, harassment or domestic violence against an intimate partner or family member; possess, purchase, ship, transfer or receive a handgun, rifle, shotgun, or other firearm or ammunition following a conviction of a domestic violence misdemeanor involving the use or attempted use of physical force or a deadly weapon; or (except for military or law enforcement officers while on duty) possess, purchase, ship, transfer or receive a handgun, rifle, shotgun or other firearm or ammunition while an order of protection, issued after notice and an opportunity to be heard, that protects an intimate partner against assault, harassment, threatening and/or stalking, remains in effect (18 U.S.C. §§922(g)(8), 922(g)(9), 2261, 2261A, 2262).

PURSUANT TO SECTION 1113 OF THE FAMILY COURT ACT, AN APPEAL FROM THIS ORDER MUST BE TAKEN WITHIN 30 DAYS OF RECEIPT OF THE ORDER BY APPELLANT IN COURT, 35 DAYS FROM THE DATE OF MAILING OF THE ORDER TO APPELLANT BY THE CLERK OF COURT, OR 30 DAYS AFTER SERVICE BY A PARTY OR THE LAW GUARDIAN UPON THE APPELLANT, WHICHEVER IS EARLIEST.

Check applicable box:

[ ] Personal service executed [specify date(s)]:_____

[ ] Order mailed on [specify date(s) and to whom mailed]:_____

[ ] Order received in court on [specify date(s) and to whom given]:_____

[ ] Warrant issued for Respondent [specify date]:_____

000225

F.C.A §§ 430, 550, 655, 828, 1029

ORI No: NY043023J
Order No: 2006-000557
NYSID No: _____

At a term of the Family Court of the State of New York,
held in and for the County of Rockland, at 1 South Main
St. Suite 300 Floor 3, New City, NY 10956, on July 19,
2006

PRESENT: Honorable William P. Warren

In the Matter of a FAMILY OFFENSE Proceeding

Linda Curley (DOB: 07/23/1968),
                    Petitioner,

     - against -

James Curley (DOB: 04/26/1964),
                    Respondent.

File #    23006
Docket#   O-02187-06

Temporary Order Of Protection

Ex Parte

**NOTICE: YOUR FAILURE TO OBEY THIS ORDER MAY SUBJECT YOU TO MANDATORY ARREST AND
CRIMINAL PROSECUTION, WHICH MAY RESULT IN YOUR INCARCERATION FOR UP TO SEVEN YEARS
FOR CRIMINAL CONTEMPT, AND/OR MAY SUBJECT YOU TO FAMILY COURT PROSECUTION AND
INCARCERATION FOR UP TO SIX MONTHS FOR CONTEMPT OF COURT. IF YOU FAIL TO APPEAR IN
COURT WHEN YOU ARE REQUIRED TO DO SO, THIS ORDER MAY BE EXTENDED IN YOUR ABSENCE AND
CONTINUE IN EFFECT UNTIL YOU APPEAR IN COURT.**

     A petition under Article 8 of the Family Court Act, having been filed on July 19, 2006 in this Court and good cause
having been shown,

     **Now, therefore, it is hereby ordered** that James Curley (DOB: 04/26/1964) observe the following conditions of behavior:

[02]      Refrain from assault, stalking, harassment, menacing, reckless endangerment, disorderly conduct, intimidation,
          threats or any criminal offense against Linda Curley (DOB: 07/23/1968);

[99]      Observe such other condition(s) as are necessary to further the purposes of protection: Respondent is to permit the
          Petitioner to visit with the children, Courtney Lynn Curley (DOB: 4/2/2002) and James Thomas Curley (DOB:
          8/2/2005) every Saturday at 9:00 AM until Sunday at 8:00 PM.  Respondent to bring the children to the home of
          Mary Curley located at 4 Meadow Brick Lane, Suffern, New York, and pick them up at the end of the visitation.;

It is further ordered that this Temporary Order Of Protection shall remain in effect up to and including  October 19, 2006;

Dated:      July 19, 2006                        ENTER



                              Honorable William P. Warren

    The Family Court Act provides that presentation of a copy of this order of protection to any police officer or peace officer acting pursuant to his or her special duties shall authorize, and in some situations may require, such officer to arrest a person who is alleged to have violated its terms and to bring him or her before the court to face whatever penalties may be imposed therefor.

    Federal law provides that this order must be honored and enforced by state and tribal courts, including courts of a state, the District of Columbia, a commonwealth, territory or possession of the United States, if it is established that the person against whom the order is sought has been or will be afforded reasonable notice and opportunity to be heard in accordance with state law sufficient to protect that person's rights (18 U.S.C. §§2265, 2266).

    It is a federal offense to:  cross state lines to violate an order of protection; cross state lines to engage in stalking, harassment or domestic violence against an intimate partner or family member; possess, purchase, ship, transfer or receive a handgun, rifle, shotgun, or other firearm or ammunition following a conviction of a domestic violence misdemeanor involving the use or attempted use of physical force or a deadly weapon; or (except for military or law enforcement officers while on duty) possess, purchase, ship, transfer or receive a handgun, rifle, shotgun or other firearm or ammunition while an order of protection, issued after notice and an opportunity to be heard, that protects an intimate partner against assault, harassment, threatening and/or stalking, remains in effect  (18 U.S.C. §§922(g)(8), 922(g)(9), 2261, 2261A, 2262).

PURSUANT TO SECTION 1113 OF THE FAMILY COURT ACT, AN APPEAL FROM THIS ORDER MUST BE TAKEN WITHIN 30 DAYS OF RECEIPT OF THE ORDER BY APPELLANT IN COURT, 35 DAYS FROM THE DATE OF MAILING OF THE ORDER TO APPELLANT BY THE CLERK OF COURT, OR 30 DAYS AFTER SERVICE BY A PARTY OR THE LAW GUARDIAN UPON THE APPELLANT, WHICHEVER IS EARLIEST.

Check applicable box:

[ ] Personal service executed [specify date(s)]:_____

[ ] Order mailed on [specify date(s) and to whom mailed]:_____

[ ] Order received in court on [specify date(s) and to whom given]:_____

[ ] Warrant issued for Respondent [specify date]:_____

I CERTIFY THAT ON _____
A COPY OF THE WITHIN ORIGINAL
ORDER WAS SERVED UPON THE FOLLOWING

EILEEN M. STANFORD

By _____

GF5 2002

F C.A §§ 430, 550, 655, 828, 1029

ORI No: NY043023J
Order No: 2006-000622

NYSID No: _____

At a term of the Family Court of the State of New York, held in and for the County of Rockland, at 1 South Main St. Suite 300 Floor 3, New City, NY 10956, on August 11, 2006

PRESENT: Honorable William P. Warren

In the Matter of a FAMILY OFFENSE Proceeding

James Curley (DOB: 04/26/1964),
                    Petitioner,

    - against -

Linda Curley (DOB: 07/23/1968),
                    Respondent.

File #    23006
Docket#   O-02066-06

**Temporary Order Of Protection**

**Both parties present in court**

NOTICE: YOUR FAILURE TO OBEY THIS ORDER MAY SUBJECT YOU TO MANDATORY ARREST AND CRIMINAL PROSECUTION, WHICH MAY RESULT IN YOUR INCARCERATION FOR UP TO SEVEN YEARS FOR CRIMINAL CONTEMPT, AND/OR MAY SUBJECT YOU TO FAMILY COURT PROSECUTION AND INCARCERATION FOR UP TO SIX MONTHS FOR CONTEMPT OF COURT. IF YOU FAIL TO APPEAR IN COURT WHEN YOU ARE REQUIRED TO DO SO, THIS ORDER MAY BE EXTENDED IN YOUR ABSENCE AND CONTINUE IN EFFECT UNTIL YOU APPEAR IN COURT.

A petition under Article 8 of the Family Court Act, having been filed on July 11, 2006 in this Court and good cause having been shown,

Now, therefore, it is hereby ordered  that Linda Curley (DOB: 07/23/1968) observe the following conditions of behavior:

[02]    Refrain from assault, stalking, harassment, menacing, reckless endangerment, disorderly conduct, intimidation, threats or any criminal offense against James Curley (DOB: 04/26/1964);

[99]    Observe such other condition(s) as are necessary to further the purposes of protection: Respondent shall refrain from the use of alcoholic beverages/illegal drugs at the petitioner's residence and respondent shall not be present at the petitioner's residence under the influence of alcoholic beverages/illegal drugs.  Respondent shall have no alcoholic beverages in the home;

000228

It is further ordered that this Temporary Order Of Protection shall remain in effect up to and including  October 11, 2006;

Dated:    August 11, 2006                    **ENTER**

W. P. W.

**Honorable William P. Warren**

**The Family Court Act** provides that presentation of a copy of this order of protection to any police officer or peace officer acting pursuant to his or her special duties shall authorize, and in some situations may require, such officer to arrest a person who is alleged to have violated its terms and to bring him or her before the court to face whatever penalties may be imposed therefor.

**Federal law provides** that this order must be honored and enforced by state and tribal courts, including courts of a state, the District of Columbia, a commonwealth, territory or possession of the United States, if it is established that the person against whom the order is sought has been or will be afforded reasonable notice and opportunity to be heard in accordance with state law sufficient to protect that person's rights (18 U.S.C. §§2265, 2266).

**It is a federal offense to:** cross state lines to violate an order of protection; cross state lines to engage in stalking, harassment or domestic violence against an intimate partner or family member; possess, purchase, ship, transfer or receive a handgun, rifle, shotgun, or other firearm or ammunition following a conviction of a domestic violence misdemeanor involving the use or attempted use of physical force or a deadly weapon; or (except for military or law enforcement officers while on duty) possess, purchase, ship, transfer or receive a handgun, rifle, shotgun or other firearm or ammunition while an order of protection, issued after notice and an opportunity to be heard, that protects an intimate partner against assault, harassment, threatening and/or stalking, remains in effect (18 U.S.C. §§922(g)(8), 922(g)(9), 2261, 2261A, 2262).

PURSUANT TO SECTION 1113 OF THE FAMILY COURT ACT, AN APPEAL FROM THIS ORDER MUST BE TAKEN WITHIN 30 DAYS OF RECEIPT OF THE ORDER BY APPELLANT IN COURT, 35 DAYS FROM THE DATE OF MAILING OF THE ORDER TO APPELLANT BY THE CLERK OF COURT, OR 30 DAYS AFTER SERVICE BY A PARTY OR THE LAW GUARDIAN UPON THE APPELLANT, WHICHEVER IS EARLIEST.

Check applicable box:

[ ] Personal service executed [specify date(s)]:_____

[ ] Order mailed on [specify date(s) and to whom mailed]:_____

[ ] Order received in court on [specify date(s) and to whom given]:_____

[ ] Warrant issued for Respondent [specify date]:_____

I CERTIFY THAT ON  8/11/06
A COPY OF THE WITHIN ORIGINAL
ORDER WAS SERVED UPON THE FOLLOWING

EILEEN M. STANFORD  Pet, Resp,

By _____  Prob, Sher,

P.D.

GFS 2002

F.C.A §§ 430, 550, 655, 828, 1029

ORI No: NY043023J
Order No: 2006-000623
NYSID No:                                          At a term of the Family Court of the State of New York,
                                                   held in and for the County of Rockland, at 1 South Main
                                                   St. Suite 300 Floor 3, New City, NY 10956, on August
                                                   11, 2006

PRESENT: Honorable William P. Warren
_____
In the Matter of a FAMILY OFFENSE Proceeding           File #     23006
                                                       Docket#    O-02187-06

Linda Curley (DOB: 07/23/1968),
                      Petitioner,

     - against -

James Curley (DOB: 04/26/1964),                        Temporary Order Of Protection
                      Respondent.
                                                       Both parties present in court
_____

**NOTICE: YOUR FAILURE TO OBEY THIS ORDER MAY SUBJECT YOU TO MANDATORY ARREST AND
CRIMINAL PROSECUTION, WHICH MAY RESULT IN YOUR INCARCERATION FOR UP TO SEVEN YEARS
FOR CRIMINAL CONTEMPT, AND/OR MAY SUBJECT YOU TO FAMILY COURT PROSECUTION AND
INCARCERATION FOR UP TO SIX MONTHS FOR CONTEMPT OF COURT. IF YOU FAIL TO APPEAR IN
COURT WHEN YOU ARE REQUIRED TO DO SO, THIS ORDER MAY BE EXTENDED IN YOUR ABSENCE AND
CONTINUE IN EFFECT UNTIL YOU APPEAR IN COURT.**

    A petition under Article 8 of the Family Court Act, having been filed on July 19, 2006 in this Court and good cause
having been shown,

    **Now, therefore, it is hereby ordered** that James Curley (DOB: 04/26/1964) observe the following conditions of behavior:

    [02]    Refrain from assault, stalking, harassment, menacing, reckless endangerment, disorderly conduct, intimidation,
            threats or any criminal offense against Linda Curley (DOB: 07/23/1968);

    [99]    Observe such other condition(s) as are necessary to further the purposes of protection: Respondent shall refrain from
            the use of alcoholic beverages/illegal drugs at the petitioner's residence and respondent shall not be present at the
            petitioner's residence under the influence of alcoholic beverages/illegal drugs. Respondent shall have no alcoholic
            beverages in the home;

000230

It is further ordered that this Temporary Order Of Protection shall remain in effect up to and including  October 19, 2006;

Dated:    August 11, 2006                    ENTER




Honorable William P. Warren

The **Family Court Act** provides that presentation of a copy of this order of protection to any police officer or peace officer acting pursuant to his or her special duties shall authorize, and in some situations may require, such officer to arrest a person who is alleged to have violated its terms and to bring him or her before the court to face whatever penalties may be imposed therefor.

**Federal law provides** that this order must be honored and enforced by state and tribal courts, including courts of a state, the District of Columbia, a commonwealth, territory or possession of the United States, if it is established that the person against whom the order is sought has been or will be afforded reasonable notice and opportunity to be heard in accordance with state law sufficient to protect that person's rights (18 U.S.C. §§2265, 2266).

**It is a federal offense to:**  cross state lines to violate an order of protection; cross state lines to engage in stalking, harassment or domestic violence against an intimate partner or family member; possess, purchase, ship, transfer or receive a handgun, rifle, shotgun, or other firearm or ammunition following a conviction of a domestic violence misdemeanor involving the use or attempted use of physical force or a deadly weapon; or (except for military or law enforcement officers while on duty) possess, purchase, ship, transfer or receive a handgun, rifle, shotgun or other firearm or ammunition while an order of protection, issued after notice and an opportunity to be heard, that protects an intimate partner against assault, harassment, threatening and/or stalking, remains in effect (18 U.S.C. §§922(g)(8), 922(g)(9), 2261, 2261A, 2262).

PURSUANT TO SECTION 1113 OF THE FAMILY COURT ACT, AN APPEAL FROM THIS ORDER MUST BE TAKEN WITHIN 30 DAYS OF RECEIPT OF THE ORDER BY APPELLANT IN COURT, 35 DAYS FROM THE DATE OF MAILING OF THE ORDER TO APPELLANT BY THE CLERK OF COURT, OR 30 DAYS AFTER SERVICE BY A PARTY OR THE LAW GUARDIAN UPON THE APPELLANT, WHICHEVER IS EARLIEST.

**Check applicable box:**
[ ] Personal service executed [specify date(s)]:_____
[ ] Order mailed on [specify date(s) and to whom mailed]:_____
[ ] Order received in court on [specify date(s) and to whom given]:_____
[ ] Warrant issued for Respondent [specify date]:_____

I CERTIFY THAT ON  8|11|06
A COPY OF THE WITHIN ORIGINAL
ORDER WAS SERVED UPON THE FOLLOWING

EILEEN M. STANFORD   Pet, Resp,

By                    Prob, Shes,

                      P.D.

OFP 2002

F.C.A §§ 430, 550, 655, 828, 1029

ORI No: NY043023J
Order No: 2006-000622
NYSID No: _____

At a term of the Family Court of the State of New York,
held in and for the County of Rockland, at 1 South Main
St. Suite 300 Floor 3, New City, NY 10956, on October
05, 2006

PRESENT: Honorable William P. Warren

In the Matter of a FAMILY OFFENSE Proceeding

File # ___  23006
Docket#  O-02066-06

James Curley (DOB: 04/26/1964),
                    Petitioner,

- against -

Linda Curley (DOB: 07/23/1968),
                    Respondent.

**Temporary Order Of Protection**

Both parties present in court

NOTICE: YOUR FAILURE TO OBEY THIS ORDER MAY SUBJECT YOU TO MANDATORY ARREST AND
CRIMINAL PROSECUTION, WHICH MAY RESULT IN YOUR INCARCERATION FOR UP TO SEVEN YEARS
FOR CRIMINAL CONTEMPT, AND/OR MAY SUBJECT YOU TO FAMILY COURT PROSECUTION AND
INCARCERATION FOR UP TO SIX MONTHS FOR CONTEMPT OF COURT. IF YOU FAIL TO APPEAR IN
COURT WHEN YOU ARE REQUIRED TO DO SO, THIS ORDER MAY BE EXTENDED IN YOUR ABSENCE AND
CONTINUE IN EFFECT UNTIL YOU APPEAR IN COURT.

A petition under Article 8 of the Family Court Act, having been filed on July 11, 2006 in this Court and good cause
having been shown.

Now, therefore, it is hereby ordered  that Linda Curley (DOB: 07/23/1968) observe the following conditions of behavior:

[02]    Refrain from assault, stalking, harassment, menacing, reckless endangerment, disorderly conduct, intimidation,
        threats or any criminal offense against James Curley (DOB: 04/26/1964);

[99]    Observe such other condition(s) as are necessary to further the purposes of protection: Respondent shall refrain from
        the use of alcoholic beverages/illegal drugs at the petitioner's residence and respondent shall not be present at the
        petitioner's residence under the influence of alcoholic beverages/illegal drugs.  Respondent shall have no alcoholic
        beverages in the home;

**000232**

It is further ordered that this Temporary Order Of Protection shall remain in effect up to and including  December 13, 2006:

Dated:      October 05, 2006                    **ENTER**


                                        William P. Warren

                              Honorable William P. Warren


The **Family Court Act** provides that presentation of a copy of this order of protection to any police officer or peace officer acting pursuant to his or her special duties shall authorize, and in some situations may require, such officer to arrest a person who is alleged to have violated its terms and to bring him or her before the court to face whatever penalties may be imposed therefor.

**Federal law** provides that this order must be honored and enforced by state and tribal courts, including courts of a state, the District of Columbia, a commonwealth, territory or possession of the United States, if it is established that the person against whom the order is sought has been or will be afforded reasonable notice and opportunity to be heard in accordance with state law sufficient to protect that person's rights (18 U.S.C. §§2265, 2266).

**It is a federal offense to:**  cross state lines to violate an order of protection; cross state lines to engage in stalking, harassment or domestic violence against an intimate partner or family member; possess, purchase, ship, transfer or receive a handgun, rifle, shotgun, or other firearm or ammunition following a conviction of a domestic violence misdemeanor involving the use or attempted use of physical force or a deadly weapon; or (except for military or law enforcement officers while on duty) possess, purchase, ship, transfer or receive a handgun, rifle, shotgun or other firearm or ammunition while an order of protection, issued after notice and an opportunity to be heard, that protects an intimate partner against assault, harassment, threatening and/or stalking, remains in effect  (18 U.S.C. §§922(g)(8), 922(g)(9), 2261, 2261A, 2262).


PURSUANT TO SECTION 1113 OF THE FAMILY COURT ACT, AN APPEAL FROM THIS ORDER MUST BE TAKEN WITHIN 30 DAYS OF RECEIPT OF THE ORDER BY APPELLANT IN COURT, 35 DAYS FROM THE DATE OF MAILING OF THE ORDER TO APPELLANT BY THE CLERK OF COURT, OR 30 DAYS AFTER SERVICE BY A PARTY OR THE LAW GUARDIAN UPON THE APPELLANT, WHICHEVER IS EARLIEST.


**Check applicable box:**

[ ] Personal service executed [specify date(s)]:_____

[ ] Order mailed on [specify date(s) and to whom mailed]:_____

[ ] Order received in court on [specify date(s) and to whom given]:_____

[ ] Warrant issued for Respondent [specify date]:_____


                              I CERTIFY THAT ON  10/5/06
                              A COPY OF THE WITHIN ORIGINAL
                              ORDER WAS SERVED UPON THE FOLLOWING

                              EILEEN M. STANFORD  pet, resp
                                                  prob, sher
                              By_____    pd


                                                        **000233**

GF5 2007

F.C.A §§ 430, 550, 655, 828, 1029

ORI No: NY043023J
Order No: 2006-000623
NYSID No: _____

At a term of the Family Court of the State of New York,
held in and for the County of Rockland, at 1 South Main
St. Suite 300 Floor 3, New City, NY 10956, on October
05, 2006

PRESENT: Honorable William P. Warren

In the Matter of a FAMILY OFFENSE Proceeding

Linda Curley (DOB: 07/23/1968),
                    Petitioner,

- against -

James Curley (DOB: 04/26/1964),
                    Respondent.

File #      23006
Docket#    O-02187-06

Temporary Order Of Protection

Both parties present in court

NOTICE: YOUR FAILURE TO OBEY THIS ORDER MAY SUBJECT YOU TO MANDATORY ARREST AND
CRIMINAL PROSECUTION, WHICH MAY RESULT IN YOUR INCARCERATION FOR UP TO SEVEN YEARS
FOR CRIMINAL CONTEMPT, AND/OR MAY SUBJECT YOU TO FAMILY COURT PROSECUTION AND
INCARCERATION FOR UP TO SIX MONTHS FOR CONTEMPT OF COURT. IF YOU FAIL TO APPEAR IN
COURT WHEN YOU ARE REQUIRED TO DO SO, THIS ORDER MAY BE EXTENDED IN YOUR ABSENCE AND
CONTINUE IN EFFECT UNTIL YOU APPEAR IN COURT.

A petition under Article 8 of the Family Court Act, having been filed on July 19, 2006 in this Court and good cause
having been shown,

Now, therefore, it is hereby ordered that James Curley (DOB: 04/26/1964) observe the following conditions of behavior:

[02]    Refrain from assault, stalking, harassment, menacing, reckless endangerment, disorderly conduct, intimidation,
         threats or any criminal offense against Linda Curley (DOB: 07/23/1968);

[99]    Observe such other condition(s) as are necessary to further the purposes of protection: Respondent shall refrain from
         the use of alcoholic beverages/illegal drugs at the petitioner's residence and respondent shall not be present at the
         petitioner's residence under the influence of alcoholic beverages/illegal drugs. Respondent shall have no alcoholic
         beverages in the home;

000234

Docket No: O-02187-06
GF3 2002

It is further ordered that this Temporary Order Of Protection shall remain in effect up to and including   December 15, 2006;

Dated:     October 05, 2006                    ENTER



Honorable William P. Warren

The Family Court Act provides that presentation of a copy of this order of protection to any police officer or peace officer acting pursuant to his or her special duties shall authorize, and in some situations may require, such officer to arrest a person who is alleged to have violated its terms and to bring him or her before the court to face whatever penalties may be imposed therefor.

Federal law provides that this order must be honored and enforced by state and tribal courts, including courts of a state, the District of Columbia, a commonwealth, territory or possession of the United States, if it is established that the person against whom the order is sought has been or will be afforded reasonable notice and opportunity to be heard in accordance with state law sufficient to protect that person's rights (18 U.S.C. §§2265, 2266).

It is a federal offense to:  cross state lines to violate an order of protection; cross state lines to engage in stalking, harassment or domestic violence against an intimate partner or family member; possess, purchase, ship, transfer or receive a handgun, rifle, shotgun, or other firearm or ammunition following a conviction of a domestic violence misdemeanor involving the use or attempted use of physical force or a deadly weapon; or (except for military or law enforcement officers while on duty; possess, purchase, ship, transfer or receive a handgun, rifle, shotgun or other firearm or ammunition while an order of protection, issued after notice and an opportunity to be heard, that protects an intimate partner against assault, harassment, threatening and/or stalking, remains in effect (18 U.S.C. §§922(g)(8), 922(g)(9), 2261, 2261A, 2262).

PURSUANT TO SECTION 1113 OF THE FAMILY COURT ACT, AN APPEAL FROM THIS ORDER MUST BE TAKEN WITHIN 30 DAYS OF RECEIPT OF THE ORDER BY APPELLANT IN COURT, 35 DAYS FROM THE DATE OF MAILING OF THE ORDER TO APPELLANT BY THE CLERK OF COURT, OR 30 DAYS AFTER SERVICE BY A PARTY OR THE LAW GUARDIAN UPON THE APPELLANT, WHICHEVER IS EARLIEST.

Check applicable box:
[ ] Personal service executed [specify date(s)]:_____
[ ] Order mailed on [specify date(s) and to whom mailed]:_____
[ ] Order received in court on [specify date(s) and to whom given]:_____
[ ] Warrant issued for Respondent [specify date]:_____

. CERTIFY THAT ON  10/5/06
A COPY OF THE WITHIN ORIGINAL
ORDER WAS SERVED UPON THE FOLLOWING
EILEEN M. STANFORD  per & esp,
By _____  prob sher,
                          pb

000235





000236

**FAX
TRANSMISSION
U.S. ATTORNEY'S OFFICE, S.D.N.Y.
300 QUARROPAS STREET -- 3RD FLOOR
WHITE PLAINS, NEW YORK 10601**



\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

*To:* Michael Burke, Eq

*Office Phone No.:* 845 - 357 - 7508

*Fax Number:* 845 - 357 - 7321

*No. of pages (including cover sheet):* 16

*Date:* 7 - 18 - 08

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

"FOR OFFICIAL USE ONLY" U.S. ATTORNEY FACSIMILE COMMUNICATION

The information contained in this facsimile message, and any and all accompanying documents, constitute "FOR OFFICIAL USE ONLY" information. This information is the property of the U.S. Attorney's Office. If you are not the intended recipient of this information, any disclosure, copying, distribution, or the taking of any action in reliance on this information is strictly prohibited. If you received this information in error, please notify us immediately by telephone at the number below and destroy the information.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

*From:* **John Collins, Jr.**
      *Assistant U.S. Attorney*

*Office Phone No.:* **(914) 993-1919**

*Fax Numbers:* **(914) 993-1980; (914) 993-9036**

*Remarks:*

FROM :WHITE PLAINR USAO          FAX NO. :914 993 9036          Jul. 18 2008

```
┌─────────────────────────────────┐
│            FAX                  │
│        TRANSMISSION             │
│   U.S. ATTORNEY'S OFFICE, S.D.N.Y. │
│  300 QUARROPAS STREET – 3RD FLOOR │
│   WHITE PLAINS, NEW YORK  10601  │
└─────────────────────────────────┘
```



\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

*To:* Michael Burke, Esq

*Office Phone No.:* 845-357-7508

*Fax Number:* 845 - 357 - 7321

*No. of pages (including cover sheet):* 16

*Date:* 7-18-08

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

┌──────────────────────────────────────────────────────────────┐
│  "FOR OFFICIAL USE ONLY" U.S. ATTORNEY FACSIMILE COMMUNICATION │
│                                                                │
│  The information contained in this facsimile message, and any and all accompanying documents, constitute "FOR │
│  OFFICIAL USE ONLY" information. This information is the property of the U.S. Attorney's Office. If you │
│  are not the intended recipient of this information, any disclosure, copying, distribution, or the taking of any │
│  action in reliance on this information is strictly prohibited. If you received this information in error, please │
│  notify us immediately by telephone at the number below and destroy the information. │
└──────────────────────────────────────────────────────────────┘

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

*From:* **John Collins, Jr.**
     *Assistant U.S. Attorney*

*Office Phone No.:* **(914) 993-1919**

*Fax Numbers:* **(914) 993-1980; (914) 993-9036**

*Remarks:* _____

_____

GFS 2001

F.C.A §§ 430, 550, 655, 828, 1029

ORI No: NY0430231
Order No: 2006-000525
NYSID No: _____

At a term of the Family Court of the State of New York,
held in and for the County of Rockland, at 1 South Main
St. Suite 300 Floor 3, New City, NY 10956, on July 11,
2006

PRESENT: Honorable William P. Warren

In the Matter of a FAMILY OFFENSE Proceeding

File #      23006
Docket#    O-02066-06

James Curley (DOB: 04/26/1964),
                          Petitioner,

        - against -

Linda Curley (DOB: 07/23/1968),
                          Respondent.

Temporary Order Of Protection

Ex Parte

NOTICE: YOUR FAILURE TO OBEY THIS ORDER MAY SUBJECT YOU TO MANDATORY ARREST AND
CRIMINAL PROSECUTION, WHICH MAY RESULT IN YOUR INCARCERATION FOR UP TO SEVEN YEARS
FOR CRIMINAL CONTEMPT, AND/OR MAY SUBJECT YOU TO FAMILY COURT PROSECUTION AND
INCARCERATION FOR UP TO SIX MONTHS FOR CONTEMPT OF COURT. IF YOU FAIL TO APPEAR IN
COURT WHEN YOU ARE REQUIRED TO DO SO, THIS ORDER MAY BE EXTENDED IN YOUR ABSENCE AND
CONTINUE IN EFFECT UNTIL YOU APPEAR IN COURT.

A petition under Article 8 of the Family Court Act, having been filed on July 11, 2006 in this Court and good cause
having been shown,

Now, therefore, it is hereby ordered  that Linda Curley (DOB: 07/23/1968) observe the following conditions of behavior:

[02]    Refrain from assault, stalking, harassment, menacing, reckless endangerment, disorderly conduct, intimidation,
        threats or any criminal offense against James Curley (DOB: 04/26/1964);

000239

It is further ordered that this Temporary Order Of Protection shall remain in effect up to and including October 11, 2006.

Dated:      July 11, 2006                                    **ENTER**

I CERTIFY THAT ON 7/11/06
A COPY OF THE WITHIN ORIGINAL
ORDER WAS SERVED UPON THE FOLLOWING
EILEEN M. STANFORD   pet, resp,
                     prob/ser,
By 90                pd

_____
**Honorable William P. Warren**

   The **Family Court Act** provides that presentation of a copy of this order of protection to any police officer or peace officer acting pursuant to his or her special duties shall authorize, and in some situations may require, such officer to arrest a person who is alleged to have violated its terms and to bring him or her before the court to face whatever penalties may be imposed therefor.

   **Federal law provides** that this order must be honored and enforced by state and tribal courts, including courts of a state, the District of Columbia, a commonwealth, territory or possession of the United States, if it is established that the person against whom the order is sought has been or will be afforded reasonable notice and opportunity to be heard in accordance with state law sufficient to protect that person's rights (18 U.S.C. §§2265, 2266).

   It is a **federal offense to:** cross state lines to violate an order of protection; cross state lines to engage in stalking, harassment or domestic violence against an intimate partner or family member; possess, purchase, ship, transfer or receive a handgun, rifle, shotgun, or other firearm or ammunition following a conviction of a domestic violence misdemeanor involving the use or attempted use of physical force or a deadly weapon; or (except for military or law enforcement officers while on duty) possess, purchase, ship, transfer or receive a handgun, rifle, shotgun or other firearm or ammunition while an order of protection, issued after notice and an opportunity to be heard, that protects an intimate partner against assault, harassment, threatening and/or stalking, remains in effect (18 U.S.C. §§922(g)(8), 922(g)(9), 2261, 2261A, 2262).

PURSUANT TO SECTION 1113 OF THE FAMILY COURT ACT, AN APPEAL FROM THIS ORDER MUST BE TAKEN WITHIN 30 DAYS OF RECEIPT OF THE ORDER BY APPELLANT IN COURT, 35 DAYS FROM THE DATE OF MAILING OF THE ORDER TO APPELLANT BY THE CLERK OF COURT, OR 30 DAYS AFTER SERVICE BY A PARTY OR THE LAW GUARDIAN UPON THE APPELLANT, WHICHEVER IS EARLIEST.

Check applicable box:
[ ] Personal service executed [specify date(s)]:_____
[ ] Order mailed on [specify date(s) and to whom mailed]:_____
[ ] Order received in court on [specify date(s) and to whom given]:_____
[ ] Warrant issued for Respondent [specify date]:_____

OFS 2002

F.C.A §§ 430, 550, 655, 828; 1029

ORI No: NY043023J
Order No: 2006-000557
NYSJD No: _____

At a term of the Family Court of the State of New York,
held in and for the County of Rockland, at 1 South Main
St Suite 300 Floor 3, New City, NY 10956, on July 19,
2006

PRESENT: Honorable William P. Warren

In the Matter of a FAMILY OFFENSE Proceeding

File #    23006
Docket#    O-02187-06

Linda Curley (DOB: 07/23/1968),
                              Petitioner,

    - against –

James Curley (DOB: 04/26/1964),
                              Respondent.

Temporary Order Of Protection

Ex Parte

**NOTICE: YOUR FAILURE TO OBEY THIS ORDER MAY SUBJECT YOU TO MANDATORY ARREST AND
CRIMINAL PROSECUTION, WHICH MAY RESULT IN YOUR INCARCERATION FOR UP TO SEVEN YEARS
FOR CRIMINAL CONTEMPT, AND/OR MAY SUBJECT YOU TO FAMILY COURT PROSECUTION AND
INCARCERATION FOR UP TO SIX MONTHS FOR CONTEMPT OF COURT. IF YOU FAIL TO APPEAR IN
COURT WHEN YOU ARE REQUIRED TO DO SO, THIS ORDER MAY BE EXTENDED IN YOUR ABSENCE AND
CONTINUE IN EFFECT UNTIL YOU APPEAR IN COURT.**

A petition under Article 8 of the Family Court Act, having been filed on July 19, 2006 in this Court and good cause
having been shown,

Now, therefore, it is hereby ordered that James Curley (DOB: 04/26/1964) observe the following conditions of behavior:

[02]    Refrain from assault, stalking, harassment, menacing, reckless endangerment, disorderly conduct, intimidation,
        threats or any criminal offense against Linda Curley (DOB: 07/23/1968);

[99]    Observe such other condition(s) as are necessary to further the purposes of protection: Respondent is to permit the
        Petitioner to visit with the children, Courtney Lynn Curley (DOB: 4/2/2002) and James Thomas Curley (DOB:
        8/2/2005) every Saturday at 9:00 AM until Sunday at 8:00 PM. Respondent to bring the children to the home of
        Mary Curley located at 4 Meadow Brick Lane, Suffern, New York, and pick them up at the end of the visitation.;

FROM :WHITE PLAINR USAO          FAX NO. :914 993 9036          Jul. 18 2008 ... ...  41/43

07/11/2008 71085cr-00454690CF219   Document 17-8   Filed 11/06/2008   Page 42 of 50

RC FAMILY COURT

Page: 2
Docket No. O-02187-06
GF9 2002

**It is further ordered** that this Temporary Order Of Protection shall remain in effect up to and including  October 19, 2006;

**Dated:**     July 19, 2006                                    **ENTER**

_(signature)_

Honorable William P. Warren

The Family Court Act provides that presentation of a copy of this order of protection to any police officer or peace officer acting pursuant to his or her special duties shall authorize, and in some situations may require, such officer to arrest a person who is alleged to have violated its terms and to bring him or her before the court to face whatever penalties may be imposed therefor.

Federal law provides that this order must be honored and enforced by state and tribal courts, including courts of a state, the District of Columbia, a commonwealth, territory or possession of the United States, if it is established that the person against whom the order is sought has been or will be afforded reasonable notice and opportunity to be heard in accordance with state law sufficient to protect that person's rights (18 U.S.C. §§2265, 2266).

It is a federal offense to:  cross state lines to violate an order of protection; cross state lines to engage in stalking, harassment or domestic violence against an intimate partner or family member; possess, purchase, ship, transfer or receive a handgun, rifle, shotgun, or other firearm or ammunition following a conviction of a domestic violence misdemeanor involving the use or attempted use of physical force or a deadly weapon; or (except for military or law enforcement officers while on duty) possess, purchase, ship, transfer or receive a handgun, rifle, shotgun or other firearm or ammunition while an order of protection, issued after notice and an opportunity to be heard, that protects an intimate partner against assault, harassment, threatening and/or stalking, remains in effect  (18 U.S.C. §§922(g)(8), 922(g)(9), 2261, 2261A, 2262).

PURSUANT TO SECTION 1113 OF THE FAMILY COURT ACT, AN APPEAL FROM THIS ORDER MUST BE TAKEN WITHIN 30 DAYS OF RECEIPT OF THE ORDER BY APPELLANT IN COURT, 35 DAYS FROM THE DATE OF MAILING OF THE ORDER TO APPELLANT BY THE CLERK OF COURT, OR 30 DAYS AFTER SERVICE BY A PARTY OR THE LAW GUARDIAN UPON THE APPELLANT, WHICHEVER IS EARLIEST.

Check applicable box:
[ ] Personal service executed [specify date(s)]: _____
[ ] Order mailed on [specify date(s) and to whom mailed]: _____
[ ] Order received in court on [specify date(s) and to whom given]: _____
[ ] Warrant issued for Respondent [specify date]: _____

I CERTIFY THAT ON  7/19/06
A COPY OF THE WITHIN ORIGINAL
ORDER WAS SERVED UPON THE FOLLOWING

EILEEN M. STANFORD  _Pet, lgsp, (B)_

By _(signature)_  _Prob, Sher,_
_P.O_

GFS 2002

F C.A §§ 430, 550, 655, 828, 1029

ORI No: NY0430023J
Order No: 2006-000622
NYSID No:

At a term of the Family Court of the State of New York,
held in and for the County of Rockland, at 1 South Main
St. Suite 300 Floor 3, New City, NY 10956, on August
11, 2006

**PRESENT: Honorable William P. Warren**

In the Matter of a **FAMILY OFFENSE Proceeding**

File #    23006
Docket#  O-02066-06

James Curley (DOB: 04/26/1964),
                          Petitioner,

        - against -

Linda Curley (DOB: 07/23/1968),
                          Respondent.

**Temporary Order Of Protection**

**Both parties present in court**

NOTICE: YOUR FAILURE TO OBEY THIS ORDER MAY SUBJECT YOU TO MANDATORY ARREST AND
CRIMINAL PROSECUTION, WHICH MAY RESULT IN YOUR INCARCERATION FOR UP TO SEVEN YEARS
FOR CRIMINAL CONTEMPT, AND/OR MAY SUBJECT YOU TO FAMILY COURT PROSECUTION AND
INCARCERATION FOR UP TO SIX MONTHS FOR CONTEMPT OF COURT. IF YOU FAIL TO APPEAR IN
COURT WHEN YOU ARE REQUIRED TO DO SO, THIS ORDER MAY BE EXTENDED IN YOUR ABSENCE AND
CONTINUE IN EFFECT UNTIL YOU APPEAR IN COURT.

A petition under Article 8 of the Family Court Act, having been filed on July 11, 2006 in this Court and good cause
having been shown,

Now, therefore, it is hereby ordered that Linda Curley (DOB: 07/23/1968) observe the following conditions of behavior:

[02]    Refrain from assault, stalking, harassment, menacing, reckless endangerment, disorderly conduct, intimidation,
        threats or any criminal offense against James Curley (DOB: 04/26/1964);

[99]    Observe such other condition(s) as are necessary to further the purposes of protection: Respondent shall refrain from
        the use of alcoholic beverages/illegal drugs at the petitioner's residence and respondent shall not be present at the
        petitioner's residence under the influence of alcoholic beverages/illegal drugs.  Respondent shall have no alcoholic
        beverages in the home;

000243

Page: 2
Docke No: O-05066-06
GYS 2007

It is further ordered that this Temporary Order Of Protection shall remain in effect up to and including  October 11, 2006;

Dated:      August 11, 2006                          **ENTER**

W P Warren

**Honorable William P. Warren**

The **Family Court Act** provides that presentation of a copy of this order of protection to any police officer or peace officer acting pursuant to his or her special duties shall authorize, and in some situations may require, such officer to arrest a person who is alleged to have violated its terms and to bring him or her before the court to face whatever penalties may be imposed therefor.

**Federal law provides** that this order must be honored and enforced by state and tribal courts, including courts of a state, the District of Columbia, a commonwealth, territory or possession of the United States, if it is established that the person against whom the order is sought has been or will be afforded reasonable notice and opportunity to be heard in accordance with state law sufficient to protect that person's rights (18 U.S.C. §§2265, 2266).

**It is a federal offense to:**  cross state lines to violate an order of protection; cross state lines to engage in stalking, harassment or domestic violence against an intimate partner or family member; possess, purchase, ship, transfer or receive a handgun, rifle, shotgun, or other firearm or ammunition following a conviction of a domestic violence misdemeanor involving the use or attempted use of physical force or a deadly weapon; or (except for military or law enforcement officers while on duty) possess, purchase, ship, transfer or receive a handgun, rifle, shotgun or other firearm or ammunition while an order of protection, issued after notice and an opportunity to be heard, that protects an intimate partner against assault, harassment, threatening and/or stalking, remains in effect  (18 U.S.C. §§922(g)(8), 922(g)(9), 2261, 2261A, 2262).

PURSUANT TO SECTION 1113 OF THE FAMILY COURT ACT, AN APPEAL FROM THIS ORDER MUST BE TAKEN WITHIN 30 DAYS OF RECEIPT OF THE ORDER BY APPELLANT IN COURT, 35 DAYS FROM THE DATE OF MAILING OF THE ORDER TO APPELLANT BY THE CLERK OF COURT, OR 30 DAYS AFTER SERVICE BY A PARTY OR THE LAW GUARDIAN UPON THE APPELLANT, WHICHEVER IS EARLIEST.

Check applicable box:

[ ] Personal service executed [specify date(s)]:_____

[ ] Order mailed on [specify date(s) and to whom mailed]:_____

[ ] Order received in court on [specify date(s) and to whom given]:_____

[ ] Warrant issued for Respondent [specify date]:_____

I CERTIFY THAT ON  8/11/06
A COPY OF THE WITHIN ORIGINAL
ORDER WAS SERVED UPON THE FOLLOWING
EILEEN M. STANFORD  Pet, Resp,
By _____  Prob, Sher,
P.D.

000244

GF5 2103

F.C.A §§ 430, 550, 655, 828, 1029

ORI No: NY043023J
Order No: 2006-000623
NYSID No: _____

At a term of the Family Court of the State of New York,
held in and for the County of Rockland, at 1 South Main
St. Suite 300 Floor 3, New City, NY 10956, on August
11, 2006

PRESENT: Honorable William P. Warren

In the Matter of a FAMILY OFFENSE Proceeding

File #    23006
Docket#  O-02187-06

Linda Curley (DOB: 07/23/1968),
          Petitioner,

- against -

James Curley (DOB: 04/26/1964),
          Respondent.

Temporary Order Of Protection

Both parties present in court

NOTICE: YOUR FAILURE TO OBEY THIS ORDER MAY SUBJECT YOU TO MANDATORY ARREST AND
CRIMINAL PROSECUTION, WHICH MAY RESULT IN YOUR INCARCERATION FOR UP TO SEVEN YEARS
FOR CRIMINAL CONTEMPT, AND/OR MAY SUBJECT YOU TO FAMILY COURT PROSECUTION AND
INCARCERATION FOR UP TO SIX MONTHS FOR CONTEMPT OF COURT. IF YOU FAIL TO APPEAR IN
COURT WHEN YOU ARE REQUIRED TO DO SO, THIS ORDER MAY BE EXTENDED IN YOUR ABSENCE AND
CONTINUE IN EFFECT UNTIL YOU APPEAR IN COURT.

A petition under Article 8 of the Family Court Act, having been filed on July 19, 2006 in this Court and good cause
having been shown,

Now, therefore, it is hereby ordered that James Curley (DOB: 04/26/1964) observe the following conditions of behavior:

[02]    Refrain from assault, stalking, harassment, menacing, reckless endangerment, disorderly conduct, intimidation,
       threats or any criminal offense against Linda Curley (DOB: 07/23/1968);

[99]    Observe such other condition(s) as are necessary to further the purposes of protection: Respondent shall refrain from
       the use of alcoholic beverages/illegal drugs at the petitioner's residence and respondent shall not be present at the
       petitioner's residence under the influence of alcoholic beverages/illegal drugs. Respondent shall have no alcoholic
       beverages in the home;

000245

It is further ordered that this Temporary Order Of Protection shall remain in effect up to and including October 19, 2006;

Dated:      August 11, 2006                         ENTER

_(signature)_

Honorable William P. Warren

The Family Court Act provides that presentation of a copy of this order of protection to any police officer or peace officer acting pursuant to his or her special duties shall authorize, and in some situations may require, such officer to arrest a person who is alleged to have violated its terms and to bring him or her before the court to face whatever penalties may be imposed therefor.

Federal law provides that this order must be honored and enforced by state and tribal courts, including courts of a state, the District of Columbia, a commonwealth, territory or possession of the United States, if it is established that the person against whom the order is sought has been or will be afforded reasonable notice and opportunity to be heard in accordance with state law sufficient to protect that person's rights (18 U.S.C. §§2265, 2266).

It is a federal offense to: cross state lines to violate an order of protection; cross state lines to engage in stalking, harassment or domestic violence against an intimate partner or family member; possess, purchase, ship, transfer or receive a handgun, rifle, shotgun, or other firearm or ammunition following a conviction of a domestic violence misdemeanor involving the use or attempted use of physical force or a deadly weapon; or (except for military or law enforcement officers while on duty) possess, purchase, ship, transfer or receive a handgun, rifle, shotgun or other firearm or ammunition while an order of protection, issued after notice and an opportunity to be heard, that protects an intimate partner against assault, harassment, threatening and/or stalking, remains in effect (18 U.S.C. §§922 (g)(B), 922(g)(9), 2261, 2261A, 2262).

PURSUANT TO SECTION 1113 OF THE FAMILY COURT ACT, AN APPEAL FROM THIS ORDER MUST BE TAKEN WITHIN 30 DAYS OF RECEIPT OF THE ORDER BY APPELLANT IN COURT, 35 DAYS FROM THE DATE OF MAILING OF THE ORDER TO APPELLANT BY THE CLERK OF COURT, OR 30 DAYS AFTER SERVICE BY A PARTY OR THE LAW GUARDIAN UPON THE APPELLANT, WHICHEVER IS EARLIEST.

Check applicable box:
[ ] Personal service executed [specify date(s)]:_____
[ ] Order mailed on [specify date(s) and to whom mailed]:_____
[ ] Order received in court on [specify date(s) and to whom given]:_____
[ ] Warrant issued for Respondent [specify date]:_____

I CERTIFY THAT ON 8/11/06
A COPY OF THE WITHIN ORIGINAL
ORDER WAS SERVED UPON THE FOLLOWING

EILEEN M. STANFORD  _Pet, Resp._

By _____   _Prob, Serv,_
          _P.D._

000246

GPB 2002

F.C.A §§ 430, 550, 655. 828, 1029

ORI No: NY043023J
Order No: 2006-000622
NYSID No: _____

At a term of the Family Court of the State of New York,
held in and for the County of Rockland, at 1 South Main
St. Suite 300 Floor 3, New City, NY 10956, on October
05. 2006

PRESENT: Honorable William P. Warren

In the Matter of a FAMILY OFFENSE Proceeding

File #      23006
Docket#   O-02066-06

James Curley (DOB: 04/26/1964),
                    Petitioner,

- against -

Linda Curley (DOB: 07/23/1968),
                    Respondent.

**Temporary Order Of Protection**

**Both parties present in court**

NOTICE: YOUR FAILURE TO OBEY THIS ORDER MAY SUBJECT YOU TO MANDATORY ARREST AND
CRIMINAL PROSECUTION, WHICH MAY RESULT IN YOUR INCARCERATION FOR UP TO SEVEN YEARS
FOR CRIMINAL CONTEMPT, AND/OR MAY SUBJECT YOU TO FAMILY COURT PROSECUTION AND
INCARCERATION FOR UP TO SIX MONTHS FOR CONTEMPT OF COURT. IF YOU FAIL TO APPEAR IN
COURT WHEN YOU ARE REQUIRED TO DO SO, THIS ORDER MAY BE EXTENDED IN YOUR ABSENCE AND
CONTINUE IN EFFECT UNTIL YOU APPEAR IN COURT.

A petition under Article 8 of the Family Court Act, having been filed on July 11, 2006 in this Court and good cause
having been shown.

Now, therefore, it is hereby ordered that Linda Curley (DOB: 07/23/1968) observe the following conditions of behavior:

[02]    Refrain from assault, stalking, harassment, menacing, reckless endangerment, disorderly conduct, intimidation,
        threats or any criminal offense against James Curley (DOB: 04/26/1964);

[09]    Observe such other condition(s) as are necessary to further the purposes of protection: Respondent shall refrain from
        the use of alcoholic beverages/illegal drugs at the petitioner's residence and respondent shall not be present at the
        petitioner's residence under the influence of alcoholic beverages/illegal drugs.  Respondent shall have no alcoholic
        beverages in the home;

000247

FROM :WHITE PLAINR USAO          FAX NO. :914 993 9036          Jul. 18 2008 01:04PM    PAGE  35/43
07/12/2008  13:59    345-538-8319          RC FAMILY COURT

Case 7:08-cr-00404-SCR    Document 17-8    Filed 11/06/2008    Page 48 of 50

Page: 2
Docket No: O-02066-06
GF5 2001

It is further ordered that this Temporary Order Of Protection shall remain in effect up to and including   December 15, 2006;

Dated:      October 05, 2006          **ENTER**

_(signature)_

Honorable William P. Warren

The Family Court Act provides that presentation of a copy of this order of protection to any police officer or peace officer acting pursuant to his or her special duties shall authorize, and in some situations may require, such officer to arrest a person who is alleged to have violated its terms and to bring him or her before the court to face whatever penalties may be imposed therefor.

Federal law provides that this order must be honored and enforced by state and tribal courts, including courts of a state, the District of Columbia, a commonwealth, territory or possession of the United States, if it is established that the person against whom the order is sought has been or will be afforded reasonable notice and opportunity to be heard in accordance with state law sufficient to protect that person's rights (18 U.S.C. §§2265, 2266).

It is a federal offense to:  cross state lines to violate an order of protection; cross state lines to engage in stalking, harassment or domestic violence against an intimate partner or family member; possess, purchase, ship, transfer or receive a handgun, rifle, shotgun, or other firearm or ammunition following a conviction of a domestic violence misdemeanor involving the use or attempted use of physical force or a deadly weapon; or (except for military or law enforcement officers while on duty) possess, purchase, ship, transfer or receive a handgun, rifle, shotgun or other firearm or ammunition while an order of protection, issued after notice and an opportunity to be heard, that protects an intimate partner against assault, harassment, threatening and/or stalking, remains in effect  (18 U.S.C. §§922(g)(8), 922(g)(9), 2261, 2261A, 2262).

PURSUANT TO SECTION 1113 OF THE FAMILY COURT ACT, AN APPEAL FROM THIS ORDER MUST BE TAKEN WITHIN 30 DAYS OF RECEIPT OF THE ORDER BY APPELLANT IN COURT, 35 DAYS FROM THE DATE OF MAILING OF THE ORDER TO APPELLANT BY THE CLERK OF COURT, OR 30 DAYS AFTER SERVICE BY A PARTY OR THE LAW GUARDIAN UPON THE APPELLANT, WHICHEVER IS EARLIEST.

Check applicable box:
[ ] Personal service executed [specify date(s)]:_____
[ ] Order mailed on (specify date(s) and to whom mailed):_____
[ ] Order received in court on [specify date(s) and to whom given]:_____
[ ] Warrant issued for Respondent [specify date]:_____

I CERTIFY THAT ON _10/5/06_
A COPY OF THE WITHIN ORIGINAL
ORDER WAS SERVED UPON THE FOLLOWING
EILEEN M. STANFORD  _pet, resp_
                     _prob, sher_
                     _PS_
BY _____

000248

GP# 2002

F.C.A §§ 430, 550, 655, 828, 1029

ORI No: NY0430231
Order No: 2006-000523
NYSID No: _____

At a term of the Family Court of the State of New York,
held in and for the County of Rockland, at 1 South Main
St. Suite 300 Floor 3, New City, NY 10956, on October
05, 2006

PRESENT: Honorable William P. Warren

In the Matter of a FAMILY OFFENSE Proceeding

Linda Curley (DOB: 07/23/1968),
                    Petitioner,

· against ·

James Curley (DOB: 04/26/1964),
                    Respondent.

File #    23006
Docket#   O-02187-06

Temporary Order Of Protection

Both parties present in court

NOTICE: YOUR FAILURE TO OBEY THIS ORDER MAY SUBJECT YOU TO MANDATORY ARREST AND
CRIMINAL PROSECUTION, WHICH MAY RESULT IN YOUR INCARCERATION FOR UP TO SEVEN YEARS
FOR CRIMINAL CONTEMPT, AND/OR MAY SUBJECT YOU TO FAMILY COURT PROSECUTION AND
INCARCERATION FOR UP TO SIX MONTHS FOR CONTEMPT OF COURT. IF YOU FAIL TO APPEAR IN
COURT WHEN YOU ARE REQUIRED TO DO SO, THIS ORDER MAY BE EXTENDED IN YOUR ABSENCE AND
CONTINUE IN EFFECT UNTIL YOU APPEAR IN COURT.

A petition under Article 8 of the Family Court Act, having been filed on July 19, 2006 in this Court and good cause
having been shown,

Now, therefore, it is hereby ordered that James Curley (DOB: 04/26/1964) observe the following conditions of behavior:

[02]    Refrain from assault, stalking, harassment, menacing, reckless endangerment, disorderly conduct, intimidation,
         threats or any criminal offense against Linda Curley (DOB: 07/23/1968);

[99]    Observe such other condition(s) as are necessary to further the purposes of protection: Respondent shall refrain from
         the use of alcoholic beverages/illegal drugs at the petitioner's residence and respondent shall not be present at the
         petitioner's residence under the influence of alcoholic beverages/illegal drugs. Respondent shall have no alcoholic
         beverages in the home;

000249

FROM :WHITE PLAINS USAO                FAX NO. :914 993 9036
07/10/2007 08:59-004:538-5319   Document 17-8    Filed 11/06/2008    Page 50 of 50
                                        RC FAMILY COURT                            PAGE  00/40
                                                                                 Page: 2
                                                                       Docket No: O-02187-00
                                                                              GPD 1002

It is further ordered that this Temporary Order Of Protection shall remain in effect up to and including   December 15, 2006;

Dated:        October 05, 2006                    ENTER



Honorable William P. Warren

The Family Court Act provides that presentation of a copy of this order of protection to any police officer or peace officer acting pursuant to his or her special duties shall authorize, and in some situations may require, such officer to arrest a person who is alleged to have violated its terms and to bring him or her before the court to face whatever penalties may be imposed therefor.

Federal law provides that this order must be honored and enforced by state and tribal courts, including courts of a state, the District of Columbia, a commonwealth, territory or possession of the United States, if it is established that the person against whom the order is sought has been or will be afforded reasonable notice and opportunity to be heard in accordance with state law sufficient to protect that person's rights (18 U.S.C. §§2265, 2266).

It is a federal offense to:  cross state lines to violate an order of protection; cross state lines to engage in stalking, harassment or domestic violence against an intimate partner or family member; possess, purchase, ship, transfer or receive a handgun, rifle, shotgun, or other firearm or ammunition following a conviction of a domestic violence misdemeanor involving the use or attempted use of physical force or a deadly weapon; or (except for military or law enforcement officers while on duty) possess, purchase, ship, transfer or receive a handgun, rifle, shotgun or other firearm or ammunition while an order of protection, issued after notice and an opportunity to be heard, that protects an intimate partner against assault, harassment, threatening and/or stalking, remains in effect (18 U.S.C. §§922(g)(8), 922(g)(9), 2261, 2261A, 2262).

PURSUANT TO SECTION 1113 OF THE FAMILY COURT ACT, AN APPEAL FROM THIS ORDER MUST BE TAKEN WITHIN 30 DAYS OF RECEIPT OF THE ORDER BY APPELLANT IN COURT, 35 DAYS FROM THE DATE OF MAILING OF THE ORDER TO APPELLANT BY THE CLERK OF COURT, OR 30 DAYS AFTER SERVICE BY A PARTY OR THE LAW GUARDIAN UPON THE APPELLANT, WHICHEVER IS EARLIEST.

Check applicable box:
[ ] Personal service executed [specify date(s)]:_____
[ ] Order mailed on [specify date(s) and to whom mailed]:_____
[ ] Order received in court on [specify date(s) and to whom given]:_____
[ ] Warrant issued for Respondent [specify date]:_____

. CERTIFY THAT ON  10/5/06
A COPY OF THE WITHIN ORIGINAL
ORDER WAS SERVED UPON THE FOLLOWING
EILEEN M. STANFORD  pe r, resp.
_____ prob sher,
                pb

000250