



000251

U.S. Department of Justice

United States Attorney
Southern District of New York

---

United States District Courthouse
300 Quarropas Street
White Plains, New York 10601

July 30, 2008

**BY FEDERAL EXPRESS**

Michael Burke, Esq.
Burke, Miele & Golden
100 Washington Avenue
P.O. Box 397
Suffern, NY 10901

      Re:    <u>United States</u> v. <u>James Curley</u>,
             08 Cr. 404 (SCR)

Dear Counsel:

     We are responding to your discovery request. With regard to some of the items you have requested in your letter:

1.     Item 2(a) (aa)-(bb): I am enclosing: (1) a redacted July 20, 2006 Town of Ramapo Police Department Memorandum; and (2) a CD containing three conversations between the victim and the Ramapo Police Department.

             Very truly yours,

             MICHAEL J. GARCIA
             United States Attorney
             Southern District of New York

             By:
             John P. Collins, Jr.
             Assistant United States Attorney
             (914) 993-1919

*Enclosures*

000252

# TOWN OF RAMAPO POLICE DEPARTMENT

## MEMORANDUM



To:      Lt. Gravina
From:    Sgt. Eichner
Re:      PO Jimmy Curley
Date:    July 20, 2006

Please note that on July 20, 2006 at about 0915 hours the desk received a call from PO Jimmy Curley's wife Linda Curley. Mrs. Curley was asking to speak with someone about her husband.

Upon speaking with Mrs. Curley she advised me of the following. PO Curley obtained an Order of Protection against Mrs. Curley on 07/11/06. He alleged that she threatened him with a gun. Since that time she has been living with her sister-in-law Mary Curley. Mrs. Curley also filed for and received an Order of Protection against PO Curley. However the Order had not been served on PO Curley as of this call.

Earlier this morning after leaving Mary Curley's house and driving through the Village of Suffern she observed a green vehicle following her. Mrs. Curley stopped to see who it was and observed PO Curley's sister driving. Mrs. Curley continued through Mahwah and observed PO Curley sitting in his car on the side of the "Thruway". This was not in the Town of Ramapo according to Mrs. Curley. I believe it to be Rte. 287 in Mahwah. When asked if any of this took place in our jurisdiction Mrs. Curley advised "no". Further that she was not seeking to file charges against anyone. Mrs. Curley believes that PO Curley knows that he is to be served today and is not happy about it.

Mrs. Curley went on to say that since May of 2006 PO Curley has been unstable. He is not eating or sleeping and works out for ridicules hours at a time. Mrs. Curley further states that she believes PO Curley is going to kill her eventually. Mrs. Curley is asking for someone from Ramapo Police to speak to PO Curley.

Upon checking with the Rockland County Sheriff's Office they advised that they have been trying to serve PO Curley with the Order of Protection since 07/19/06 at 1600 hours. They were asked to contact this agency when the Order was served. July 20, 2006 at about 1030 hours Sheriff's personnel contacted this agency and advised that the Order had been served. Deputies had been waiting in the area of PO Curley's house and observed him drive past his house; they followed him and made a vehicle and traffic stop, thereby serving him. Copies of both Orders were obtained and filed at Ramapo Police.

Mrs. Curley can be reaches at the following numbers:

████████ Mary Curley's Home Phone
████████ Mary Curley's Cell Phone
████████ Linda Curley's Cell Phone

000253



U.S. Department of Justice

United States Attorney
Southern District of New York

United States District Courthouse
300 Quarropas Street
White Plains, New York 10601

August 7, 2008

**BY FACSIMILE**

Michael Burke, Esq.
Burke, Miele & Golden
100 Washington Avenue
P.O. Box 397
Suffern, NY 10901

        Re:    United States v. James Curley,
                  08 Cr. 404 (SCR)

Dear Counsel:

        Pursuant to our continuing obligations under Rule 16, we are enclosing:

        (1) Affidavit of Service for Order of Protection Against James Curley (2 pages); and
        (2) Discover Credit Card Records for Linda Curley for August & September 2006 (2 pages).

                Very truly yours,

                MICHAEL J. GARCIA
                United States Attorney
                Southern District of New York

                By:
                John P. Collins, Jr.
                Assistant United States Attorney
                (914) 993-1919

*Enclosures*

**000254**

ROCKLAND CO. SHERIFF POLICE
CASE REPORT

Case Description:                                                        Page:       1
ORDER OF PROTECTION                                  Case Number: 2006-00007451

Primary Victim:  NONE

Date/Time Reported: 07/19/06 16:43 Hrs.
Date/Time Occurred: 07/19/06 16:43 Hrs.        Dispatch Incident Type:
Date/Time Between : 07/19/06 16:43 Hrs.         OOP
Location Occurred : 14 MADISON HILL RD
Nature of Call   . : REQUEST TO SERVE COP
Area: RAMAPO          Section: R120
                                                               Grid:

Additional Information:
RESPONDENT-CURLEY,JAMES

Reporting Officer :      0472   MOCK,JULIANNE,K,PO
Primary Unit Assigned to Investigate: PATROL
Assigned Investigators:
07/19/06          0472      MOCK,JULIANNE,K,PO

Case Status: CLOSED/CBI  Disposition: CLOSED       Disp. Date: 07/23/06


SUBJECTS:

Suspect   . : Present Information
            CURLEY,JAMES,P,
            14 MADISON HILL RD                   Phone:
            SUFFERN
                                     NY 10901

      Race : WHITE       Sex: MALE
      Hgt : 6'00"     Wgt: 230   Hair: BROWN      D.O.B: 04/26/64  Age:   44
      Build:                                      Eyes . . : BROWN
      Dr Lic #:          Complexion:              Ethnicity: NON HISPAN
                                          St:     Soc Sec #: 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

      School/Business Information:



Complainant: Present Information
            RC FAMILY COURT
            1 S MAIN ST                           Phone: 845-638-5300
            NEW CITY
                                     NY 10956

      Additional Contact Information:
      WorkPhone# 05/18/05  845-638-5300
      WorkPhone# 02/24/05  914-638-5300

Complainant: Present Information
            WARREN,WILLIAM,P,HON
            1 S MAIN ST                           Phone: 845-638-5300
            NEW CITY
                                     NY 10956

      Race : WHITE       Sex: MALE
      Hgt : 6'00"     Wgt: 175   Hair: GRAY/PTGRY  D.O.B: 06/01/46  Age:   62
                                                   Eyes . . : BLUE

000255

ROCKLAND CO. SHERIFF/POLICE
CASE REPORT                                08/03/2006

Case Description:                                        Page:        2
ORDER OF PROTECTION                          Case Number: 2006-00007451

Dr Lic #:
                                    St:        Soc Sec #: 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

Additional Contact Information:
    WorkPhone# 06/16/05   845-638-5300
    WorkPhone# 02/25/05   914-638-5300

School/Business Information:
        000
        00                              Phone:
        00

Complainant: Present Information
    CURLEY,LINDA,,
    14 MADISON HILL RD               Phone: 845-368-8641
    SUFFERN
                          NY 10901

    Race : WHITE       Sex: FEMALE
    Hgt  : 5'05"    Wgt: 150   Hair: BROWN    D.O.B: 07/23/68  Age:  40
    Build:                                    Eyes . . : BROWN
                         Complexion:          Ethnicity: NON HISPAN
    Dr Lic #:                    St:          Soc Sec #: 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

Additional Contact Information:
    HomePhone# 11/29/06   845-369-8641
    HomePhone# 07/21/06       368-8641

INCIDENT NARRATIVE
ON 7/19/06 AT APPROX 1600 HRS CO1, CO2, CO3 REQUEST THAT THIS AGENCY
SERVE S1 WITH THE FOLLOWING:
1. TEMP ORDER OF PROTECTION
2. ORDER TO SHOW CAUSE
3. SUMMONS
4. PETITIONS (DOCKET#O-2187-06, V-2188-06, V-2189-06)
INFO SHEET FAXED TO RADIO HQ. 147 CHECK NEGATIVE.

RO-MOCK-0472

INCIDENT SUPPLEMENTAL NARRATIVE
7/23/06-1023HRS:
ON THE ABOVE DATE & TIME, RO & PO MUNOZ LOCATED S1 (CURLEY,JAMES)
OUTSIDE HIS RESIDENCE LOCATED AT 14 MADISON HILL RD SUFFERN NY 10901.
S1 WAS SERVED W/A SUMMONS, OOP, PETITION, ORDER TO SHOW CAUSE. THE
CERTIF OF SERV WAS SENT TO FAMILY CT. THE ADDENDUM WAS FAXED TO RHQ.
RO FOODY 269

000256

DISCOVER
CARD

New Balance $976.16
Minimum Payment Due $20.00
Payment Due
September 24, 2006

Account Number ending in
Enter Amount Enclosed Below
$
Please make check payable to Discover Platinum
Card or pay online @ Discovercard.com.

00090100201 PP 0.394 T2   25 SDS2RE04  304

EURLEY, LINDA J

Will your payment get to us on time? Pay
your bill online and your payment can be
made to your account on the same day. Visit
Discovercard.com/payments today

PO BOX 15251
WILMINGTON DE 19886-5251

Address, e-mail or telephone change? Print change in space
above, or go to Discovercard.com. Print your e-mail address to
receive important Account information and special offers.

0000                          00000000

## Discover Platinum Card Account Summary

**Closing Date: August 25, 2006**                 page 1 of 2

| | | |
|---|---|---|
| Account number ending in | Previous Balance | $0.00 |
| Payment Due Date    September 24, 2006 | Payments And Credits | 0.00 |
| Minimum Payment Due   $20.00 | Purchases | |
| Credit Limit          $6,000.00 | Cash Advances | 0.00 |
| Credit Available      $4,975.00 | Balance Transfers | 0.00 |
| Cash Credit Limit     $3,000.00 | Finance Charges | 0.00 |
| Cash Credit Available $3,000.00 | New Balance | |

New York residents may contact the New York State
Banking Department to obtain comparative listing
information of credit cards, fees and grace periods.
Call 1-800-518-8866.

You may be able to avoid Periodic Finance Charges, see the
reverse side for details.

## Cashback Bonus®

| | | |
|---|---|---|
| Opening Cashback Bonus Balance | $ | 0.00 |
| New Cashback Bonus Earned | + | |
| Cashback Bonus Balance Available to Redeem | $ | 0.00 |

Cashback Bonus® Anniversary
Date: June 25

Cashback Bonus® is America's #1 Cash
Rewards Program! Full 5% Cashback Bonus
on Get More purchases in popular categories
throughout the year, and up to 1% Cashback
Bonus on all your other purchases.

## How Can We Help You?
**It's your choice - 3 ways to help**
Please have your Discover Card available.
For TDD (assistance for hearing impaired) see reverse side

1. Visit Discover.com to pay your bill for no cost, view your
   latest Account information, earn and redeem rewards and more
2. Call 1-800-DISCOVER (347-2683) for fast, easy self-service
   options or to speak with a Customer Service Account Manager
3. Write us at Discover Card, PO Box 30943,
   Salt Lake City, UT 84130

## Transactions

$0 Fraud Liability Guarantee: Use your Discover Card with confidence.

| | Trans. Date | Post Date | | |
|---|---|---|---|---|
| Merchandise/Retail | | | | |
| Gasoline | | | | |
| Travel/Entertainment | Aug 17 | Aug 17 | LA QUINTA INN PARAMUS NJ | 123.17 |
| | Aug 18 | Aug 18 | CLOSTER CINEMA 4 CLOSTER NJ | 25.00 |
| | Aug 23 | Aug 23 | HOLIDAY INNS SUFFERN-845,357-4800 NY | 125.27 |
| Medical Services | | | | |
| Department Store | | | | |

000257



**DISCOVER** CARD

CURLEY, LINDA J
Account number ending in

### Real answers from real people.

When you have a question or concern about your Discover® Card account, we're here, 24 hours a day, 7 days a week. And you won't get caught in an endless automated voice loop—you'll be connected to a friendly, knowledgeable Customer Service Representative in less than a minute. It's just one of the ways we put you first.

Call us at 1-800-DISCOVER (1-800-347-2683).

©2007 Discover Bank, Member FDIC

---

Closing Date: September 25, 2006                                page 2 of 3

| | | | | |
|---|---|---|---|---|
| **Gasoline** | | | | |
| **Travel/Entertainment** | Aug 25 | Aug 26 | SUPER 8 MOTELS MAHWAH NJ | |
| | Sep 9 | Sep 9 | COMFORT INN NANUET NY | 77.03 |
| | Sep 11 | Sep 11 | MARRIOTT HOTELS SADDLE SADDLE BROOK NJ | 144.83 |
| **Services** | | | | 162.97 |
| **Cash Advances** | | | | |
| **Supermarkets** | | | | |
| **Medical Services** | | | | |
| **Department Store** | | | | |

### Information For You

The address provided in your Cardmember Agreement to request a beneficiary designation form for your Scheduled Air Travel Accident Insurance has changed. The new address is AIG Accident & Health Division, 300 South Riverside Plaza, Suite 2100, Chicago, Illinois 60606-6613.

Balance Transfer offer for current billing period. Daily Periodic Rate: 0.00000%; corresponding ANNUAL PERCENTAGE RATE: 0.00%. Rate is subject to the terms of the offer including expiration.

Shop confidently. Your Discover(R) Card has you covered with Complete Fraud Protection for your peace of mind. With our advanced fraud warnings, we'll call you right away if there's unusual activity on your account. And if someone makes fraudulent charges with your card, our $0 fraud liability guarantee means you're not responsible.

### Finance Charge Summary

| | Average Daily Balances | Daily Periodic Rates | Nominal ANNUAL PERCENTAGE RATES | ANNUAL PERCENTAGE RATES | Periodic FINANCE CHARGES | Transaction Fee FINANCE CHARGES |
|---|---|---|---|---|---|---|
| current billing period: 31 days | | | | | | |
| Purchases | $2245.03 | 0.00000% | 0.00% F | 0.00% | $0 | none |
| Cash Advances | $369.34 | 0.05751% | 20.99% F | 40.26% | $6.58 | $55.50 |
| previous billing period: 31 days | | | | | | |
| Purchases | $347.77 | 0.00000% | 0.00% F | 0.00% | $0 | none |

The rates that apply to your Account are either fixed (F) or they may vary (V) as noted above.

### Questions? Manage your account at Discovercard.com or call 1-800-DISCOVER (1-800-347-2683).

000258



**US ATTORNEY'S OFFICE**
**SOUTHERN DISTRICT OF NEW YORK**
**300 QUARROPAS STREET, 3RD FLOOR**
**WHITE PLAINS, NEW YORK 10601**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

*TO:* MICHAEL BURKE, ESQ.

*OFFICE PHONE NO.:* 845-357-7500

*FAX NUMBER:* 845-357-7321

*NO. OF PAGES (INCLUDING COVER SHEET):* 6

*DATE:* 8-7-08

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### "FOR OFFICIAL USE ONLY" U.S. ATTORNEY FACSIMILE COMMUNICATION

The information contained in this facsimile message, and any and all accompanying documents, constitute "**FOR OFFICIAL USE ONLY**"information. This information is the property of the U.S. Attorney's Office. If you are not the intended recipient of this information, any disclosure, copying, distribution, or the taking of any action in reliance on this information is strictly prohibited. If you received this information in error, please notify us immediately by telephone at the above number and destroy the information.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

*From:* JOHN COLLINS, JR.

*Office Phone No.:* (914) 993-1919

*Fax Numbers:* (914) 993-1980; (914) 993-9036

*Remarks:*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

000259



**US ATTORNEY'S OFFICE
SOUTHERN DISTRICT OF NEW YORK
300 QUARROPAS STREET, 3ᴿᴰ FLOOR
WHITE PLAINS, NEW YORK 10601**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

*TO*: MICHAEL BURKE, ESQ.

*OFFICE PHONE NO.*: 845-357-7500

*FAX NUMBER*: 845-357-7321

*NO. OF PAGES (INCLUDING COVER SHEET)*: 7

*DATE*: 8-8-08

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### "FOR OFFICIAL USE ONLY"  U.S. ATTORNEY FACSIMILE COMMUNICATION

The information contained in this facsimile message, and any and all accompanying documents, constitute "**FOR OFFICIAL USE ONLY**"information. This information is the property of the U.S. Attorney's Office. If you are not the intended recipient of this information, any disclosure, copying, distribution, or the taking of any action in reliance on this information is strictly prohibited. If you received this information in error, please notify us immediately by telephone at the above number and destroy the information.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

*From*: JOHN COLLINS, JR.

*Office Phone No.*: (914) 993-1919

*Fax Numbers*: (914) 993-1980; (914) 993-9036

*Remarks*:

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

U.S. Department of Justice

United States Attorney
Southern District of New York

United States District Courthouse
300 Quarropas Street
White Plains, New York 10601

August 8, 2008

**BY FACSIMILE**

Michael Burke, Esq.
Burke, Miele & Golden
100 Washington Avenue
P.O. Box 397
Suffern, NY 10901

      Re:   United States v. James Curley,
            08 Cr. 404 (SCR)

Dear Counsel:

      Pursuant to our continuing obligations under Rule 16, we are enclosing:

(1) New Jersey Accident Report (1 page); and
(2) Curley Car Registration Documents (4 pages).

                    Very truly yours,

                    MICHAEL J. GARCIA
                    United States Attorney
                    Southern District of New York

              By: _____
                    John P. Collins, Jr.
                    Assistant United States Attorney
                    (914) 993-1919

*Enclosures*

000261

**3 Police Department of** ......... **Code**

**4 Case of Crash** Month Day Year | **5 Day of Week** Su M Tu W Th F Sa | **6 Time** | **7 Municipality Code** | **8 Total Killed** | **8 Total Injured**
0 9 2 7 0 6 | 1 5 2 7 |

**23 Vin No.** 03 | **24 Policy No.** 009077859848763 | **25 Ins Code** 011 | **33 Veh No.**

☐ Parked ☐ Ped ☐ Pedalcyclist ☐ Resp to Emergency ☐ Hit & Run

**26 Driver's First Name** LINDA | **Initial** | **Last Name** CURLEY | **28 Sex** 01 | **30 Driver's First Name**

**27 Number and Street** 14 MADISON HILL RD. | **29 Appr**

**28 City** SUFFERN | **State** NY | **Zip** 10901

**31 State** NY | **32 Driver's License No.** 353 181 572 | **33 DOB** 07 23 66 | **34 Expires** 07/10

**35 Owner's First Name** ☐ Same as Driver | LINDA J CURLEY

**36 Number and Street** 4 MEADOWBROOK LANE

**37 City** SUFFERN | **State** NY | **Zip** 10901

**38 Make** HONDA | **39 Model** ACG | **40 Color** GRY | **41 Year** 2006 | **42 Plate No.** DSY4708 | **43 State** NY

**44 VIN Number** 1HGCM56875A005116

**46 Vehicle Removed To** RICH'S AUTO BODY | ☐ Driven ☐ Left at Scene ☐ Towed

**48 Alcohol/Drug Test**
Given: ☐ No ☐ Yes ☐ Refused
Type: ☐ Breath ☐ Blood ☐ Urine
Result: 0. ___ % ☐ Pending

**135 Damage To Other Property** NONE

**141 Officer's Signature** P/SGT. GREGG S. HACKBARTH | **142 Badge No.** 0363



NJTR-1 (Rev. 7/2008)

000262

0252896ROC232
NYMV RNAM NRMD 0936
A
NAMCURLEY,LINDA, 072368F
HEDR C21684 29372 174883-68
CURLEY,LINDA,J DOB: 1968-07-23 SEX: FEMALE
14 MADISON HILL RD, SUFFERN, NY 10901
LICENSE PLATE: ATL9679      DMV REGISTRATION CLASS: PAS (016)
    EXPIRATION: 2009-09-28
1996 TOYOTA CAMRY, TAN FOUR-DOOR SEDAN

HEDR C21684 29372 174883-68
CURLEY,LINDA,J DOB: 1968-07-23 SEX: FEMALE
4 MEADOWBROOK LANE, SUFFERN, NY 10901
LICENSE PLATE: DSY4708      DMV REGISTRATION CLASS: PAS (016)
    EXPIRATION: 2010-07-24
2006 HONDA ACCORD, GRAY FOUR-DOOR SEDAN

Case 7:08-cr-00404-SCR    Document 17-5    Filed 11/06/2008    Page 14 of 29

F3=Exit    F7=Previous    F8=Next    F21=Print        Unit:

```
0252893ROC232
NYMV RALL NRMD 0934
NPLDSY4708 16
HEDR/C21684 29372 174883-68
LIC/DSY4708. LIY/2010. LIT/PC.
VIN/1HGCM66876A001118. VYR/2006. VMA/HOND. VMO/ACC. VST/4D. VCO/GRY
2006 HONDA ACCORD, GRAY FOUR-DOOR SEDAN, 3360 POUNDS

** REGISTERED TO **
CURLEY,LINDA, J
DOB/1968-07-23.    SEX/FEMALE.
4 MEADOWBROOK LANE    SUFFERN, NY    10901

LICENSE PLATE: DSY4708    DMV REGISTRATION CLASS: PAS (016)
      INSURANCE: ALLSTATE INS CO (011)
REGISTRATION EXPIRATION DATE: 2010-07-24
STATUS: VALID

 State/NCIC message received for 04353000M at 09:30:30
```

F3=Exit    F7=Previous    F8=Next    F21=Print                      Unit:

0252834ROC232
NYMV RVIN NRMD 0935
NVN1HGCM66876A001118
HZDR/C21684 29372 174883-68
LIC/DSY4708. LIY/2010. LIT/PC.
VIN/1HGCM66876A001118. VYR/2006. VMA/HOND. VMO/ACC. VST/4D. VCO/GRY
2006 HONDA ACCORD, GRAY FOUR-DOOR SEDAN, 3360 POUNDS

** REGISTERED TO **
CURLEY, LINDA, J
DOB/1968-07-23.    SEX/FEMALE.
4 MEADOWBROOK LANE    SUFFERN, NY    10901

LICENSE PLATE: DSY4708    DMV REGISTRATION CLASS: PAS (016)
      INSURANCE: ALLSTATE INS CO (011)
REGISTRATION EXPIRATION DATE: 2010-07-24
STATUS: VALID

000265

0252897ROC232
NYMV RNAM NRMD 0936
A
NAMCURLEY,JAMES, 042664M
HEDR C21684 28920 503049-64
CURLEY.JAMES,P DOB: 1964-04-26 SEX: MALE
14 MADISON HILL RD, SUFFERN, NY 10901
LICENSE PLATE: B935WY      DMV REGISTRATION CLASS: PAS (016)
    EXPIRATION: 2007-11-17
1994 FORD EXPLORER, GREEN SUBURBAN

HEDR C21684 28920 503049-64
CURLEY,JAMES,P DOB: 1964-04-26 SEX: MALE
14 MADISON HILL RD, SUFFERN, NY 10901
LICENSE PLATE: DCL2018      DMV REGISTRATION CLASS: PAS (016)
    EXPIRATION: 2007-03-06
2005 ACURA MDX, BLUE SUBURBAN

**000266**

FAX
TRANSMISSION
U.S. ATTORNEY'S OFFICE, S.D.N.Y.
300 QUARROPAS STREET -- 3RD FLOOR
WHITE PLAINS, NEW YORK 10601



\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

To: _____ *Michael Burke, Esq.* _____

Office Phone No.: _____ *845-357-7500* _____

Fax Number: _____ *845-357-7321* _____

No. of pages (including cover sheet): _____ 6 _____

Date: _____ *September 8, 2008* _____

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

"FOR OFFICIAL USE ONLY" U.S. ATTORNEY FACSIMILE COMMUNICATION

The information contained in this facsimile message, and any and all accompanying documents, constitute "FOR OFFICIAL USE ONLY" information. This information is the property of the U.S. Attorney's Office. If you are not the intended recipient of this information, any disclosure, copying, distribution, or the taking of any action in reliance on this information is strictly prohibited. If you received this information in error, please notify us immediately by telephone at the number below and destroy the information.

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

From: **John Collins, Jr.**
   *Assistant U.S. Attorney*

Office Phone No.: **(914) 993-1919**

Fax Numbers: **(914) 993-1980; (914) 993-9036**

Remarks: _____

_____

000267



United States Attorney
Southern District of New York

United States District Courthouse
300 Quarropas Street
White Plains, New York 10601

September 4, 2008

**BY US MAIL**

Michael Burke, Esq.
Burke, Miele & Golden
100 Washington Avenue
P.O. Box 397
Suffern, NY 10901

       Re:   **United States v. James Curley,**
                **08 Cr. 404 (SCR)**

Dear Counsel:

      Pursuant to our continuing obligations under Rule 16, we are enclosing:

      (1) Photographs of James Curley's Acura MDX taken in or about December 2007 (3 pages);
      (2) Photographs of a Trimble TrimTrac1 (3 pages); and
      (3) Washington Township Accident Report (redacted) (2 pages).

      The original GPS device recovered in this case is available for your inspection. The photographs are included so that you see how the GPS device would look if its serial number had not been removed.

               Very truly yours,

               MICHAEL J. GARCIA
               United States Attorney
               Southern District of New York

               By     P. Collins
               John P. Collins, Jr.
               Assistant United States Attorney
               (914) 993-1919

*Enclosures*

**000268**

















| | 2 Police Department of | Code | | | 12 Route No. | Suffix | 13 Milepost | 16 Speed Limit |
|---|---|---|---|---|---|---|---|---|
| | WASHINGTON TOWNSHIP | 01 | | | | | | |
| 01 | | | | | SUTTON WAY | | | 2 | 5 |
| 05 | 4 Date of Crash mm dd yy | 5 Day of Week Su M Tu (W) Th F Sa | 6 Time (use 2400 hrs) | 7 Municipality Code | 9 Total Killed | 10 Total Injured | RAMP □ From □ N □ E □ To □ S □ W | 20 (Route No.) □ NB □ SB □ EB □ WB |
| 01 | 0 9 2 7 0 6 | | 1 6 2 7 | | 0 2 6 | 6 | | 25 |

**23 Veh No. 01** — 24 Policy No. _____ 25 Ins Code **972** 53 Veh No. 02 — 54 Policy No. **101 0090500** 55 Ins Code **954**

□ Parked □ Ped □ Pedalcyclist □ Resp to Emergency □ Hit & Run    □ Parked □ Ped □ Pedalcyclist □ Resp to Emergency □ Hit & Run

26 Driver's First Name / Initial / Last Name    28 Sex **F**    56 Driver's First Name / Initial / Last Name    59 Sex **6**

27 Number and Street    30 Eyes **2**    57 Number and Street    60 Eyes **6**

28 City / State / Zip    58 City / State / Zip

31 State **NJ** / 32 Driver's Licence No. / 33 DOB mm dd yy / 34 Expires mm dd yy **08/08**    61 State **NJ** / 62 Driver's License No. / 63 DOB mm dd yy / 64 Expires mm dd yy **12/06**

35 Owner's First Name / Initial / Last Name   □ Same As Driver    65 Owner's First Name / Initial / Last Name   □ Same As Driver    **VW CREDIT LEASING LTD**

36 Number and Street    66 Number and Street   **1401 FRANKLIN BLVD.**

37 City / State / Zip    67 City **LIBERTYVILLE** State **IL** Zip **60048**

| 38 Make **CHEV** | 39 Model **LUM** | 40 Color **GRN** | 41 Year **1999** | 42 Plate No. **CC86VJ** | 43 State **NJ** | 68 Make **AUDI** | 69 Model **A4** | 70 Color **BLK** | 71 Year **2006** | 72 Plate No. **UDR35G** | 73 State **NJ** |

44 VIN Number **2G1WL52M7X9212126**    46 Expires **08/07**    74 VIN Number **WAUDF78E16A095435**    75 Expires **11/09**

46 Vehicle Removed To □ Driven □ Left at Scene    47 □ Towed □ Impounded □ Disabled    Authority □ Owner □ Driver □ Police    76 Vehicle Removed To □ Driven □ Left at Scene **EMERSON AUTO**    77 □ Towed □ Impounded □ Disabled    Authority □ Owner □ Driver □ Police

48 Alcohol/Drug Test    Given: □ No □ Yes □ Refused    Type: □ Breath □ Blood □ Urine    Results: 0._____ %   □ Pending    78 Alcohol/Drug Test    Given: □ No □ Yes □ Refused    Type: □ Breath □ Blood □ Urine    Results: 0._____ %   □ Pending

49 Hazardous Material    On Board □ / Spill □ / Name or Placard No.    79 Hazardous Material    On Board □ / Spill □ / Name or Placard No.

50 Carrier No. □ USDOT □ Other*    **PASCACK RD.**    80 Carrier No. □ USDOT □ Other*

**NOT DRAWN TO SCALE**

51 Commercial Vehicle Weight □ < 10,000 lbs □ 10,001 - 26,000 lbs □ > 26,001 lbs    81 Commercial Vehicle Weight □ < 10,000 lbs □ 10,001 - 26,000 lbs □ > 26,001 lbs

52 Carrier Name    **SUTTON WAY**    82 Carrier Name

**VEHICLE #1 WAS SOUTH BOUND ON PASCACK RD. PASSING SUTTON WAY. VEHICLE #2 WAS FOLLOWING VEHICLE #1. VEHICLE #3 WAS FOLLOWING VEHICLE #2. VEHICLE #1 CAME TO A FAST STOP AS THE VEHICLE IN FRONT OF IT STOPPED QUICKLY IN TRAFFIC. VEHICLE #2 WAS COMING TO A STOP BEHIND VEHICLE #1 WHEN VEHICLE #3, AALSO TRYING TO STOP, STRUCK THE REAR END OF VEHICLE #2 WITH ITS FRONT END. VEHICLE #2 WAS THEN FORCED INTO THE REAR END OF VEHICLE #1, STRIKING VEHICLE #1 WITH ITS FRONT END.**
**NOTE - NEW YORK ALLSTATE INSURANCE ON VEHICLE #3.**

130 Damages To Other Property    **NONE**

Oper. / 137 Charge □ Multiple Charges / 138 Summons No. / Oper. / 139 Charge □ Multiple Charges / 140 Summons No.

141 Officer's Signature   **F/SGT. GREGG S. HACKBARTH**    142 Badge No. **0043**    143 Reviewed By **GAH** Badge No. **0033**    144 Case Status □ Pending ■ Complete

| 83 | 84 | 85 | 86 | 87 | 88 | 89 | 90 | 91 | 92 | 93 | 94 | 95 | Names & Addresses of Occupants - If Deceased, Date & Time of Death |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A01 | 01 | 01 | -- | 18 | F | | | -- | 09 | 04 | | ------ | |
| B01 | 03 | 01 | | 17 | F | | | -- | 09 | 04 | | ------ | |
| C02 | 01 | 01 | -- | 59 | F | 05 | 08 | 01 | 09 | 04 | | ------ | |
| D03 | 01 | 01 | -- | 38 | F | 04 | 08 | 01 | 09 | 04 | | ------ | LINDA CURLEY-14 MADISON HILL RD., SUFFERN, NY |
| EXX | XX | XX | XX | XX | X | XX | XX | X | XX | XX | XX | XXXX | XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX |

NJTR-1  (Rev. 7/2006)

000275

| 23 Veh No. | 24 Policy No. | | | 25 Ins Code 011* | 63 Veh No. | 64 Policy No. | | | 65 Ins Code |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | ☐ Parked ☐ Ped ☐ Pedalcyclist ☐ Resp to Emergency ☐ Hit & Run | | | | | ☐ Parked ☐ Ped ☐ Pedalcyclist ☐ Resp to Emergency ☐ Hit & Run | | | |
| 26 Driver's First Name | | Initial | Last Name | 29 Sex | 56 Driver's First Name | | Initial | Last Name | 59 Sex |
| | LINDA | J | CURLEY | F | | | | | |
| 27 Number and Street | | | | 30 Eyes 2 | 57 Number and Street | | | | 60 Eyes |
| | 14 MADISON HILL RD. | | | | | | | | |
| 28 City | | State | Zip | | 58 City | | State | Zip | |
| | SUFFERN | NY | 10901 | | | | | | |
| 31 State | 32 Driver's License No. | | 33 DOB mm dd yy | 34 Expires mm yy 07/10 | 61 State | 62 Driver's License No. | | 63 DOB mm dd yy | 64 Expires mm yy |
| NY | | | | | | | | | |
| 35 Owner's First Name | | Initial | Last Name | | 65 Owner's First Name | | Initial | Last Name | |
| ☐ Same As Driver | LINDA J CURLEY | | | | ☐ Same As Driver | | | | |
| 36 Number and Street | | | | | 66 Number and Street | | | | |
| | 4 MEADOWBROOK LANE | | | | | | | | |
| 37 City | | State | Zip | | 67 City | | State | Zip | |
| | SUFFERN | NY | 10901 | | | | | | |
| 38 Make | 39 Model | 40 Color | 41 Year | 42 Plate No. | 43 State | 68 Make | 69 Model | 70 Color | 71 Year | 72 Plate No. | 73 State |
| HONDA | ACC | GRY | 2006 | DSY4708 | NY | | | | | |

| 44 VIN Number | | | | 45 Expires 07 08 | 74 VIN Number | | | | 75 Expires |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 1HGCM56876A001118 | | | | | | | | | |
| 46 Vehicle Removed To ☐ Driven ☐ Left at Scene ☒ Towed | | | 47 Authority | ☒ Owner ☐ Driver ☐ Police | 76 Vehicle Removed To ☐ Driven ☐ Left at Scene ☐ Towed | | | 77 Authority | ☐ Owner ☐ Driver ☐ Police |
| RICH'S AUTO BODY | | | | ☐ Impounded ☐ Disabled | | | | | ☐ Impounded ☐ Disabled |

| 48 Alcohol/Drug Test | 78 Alcohol/Drug Test |
| --- | --- |
| Given: ☒ No ☐ Yes ☐ Refused | Given: ☐ No ☐ Yes ☐ Refused |
| Type: ☐ Breath ☐ Blood ☐ Urine | Type: ☐ Breath ☐ Blood ☐ Urine |
| Results: 0. ___ % ☐ Pending | Results: 0. ___ % ☐ Pending |

134 Crash Diagram (NOT TO SCALE)

◯ Indicate North

| 49 Hazardous Material | Name or Placard No. | 79 Hazardous Material | Name or Placard No. |
| --- | --- | --- | --- |
| On Board ☐ | Spill ☐ | ◇ | | On Board ☐ | Spill ☐ | ◇ | |
| 50 Carrier No. ☐ USDOT ☐ Other* | | 80 Carrier No. ☐ USDOT ☐ Other* | |
| 51 Commercial Vehicle Weight ☐ < 10,000 lbs ☐ 10,001 - 26,000 lbs ☐ > 26,001 lbs | | 81 Commercial Vehicle Weight ☐ < 10,000 lbs ☐ 10,001 - 26,000 lbs ☐ > 26,001 lbs | |
| 52 Carrier Name | | 82 Carrier Name | |

SEE NARRATIVE PAGE 1

| 135 Damage To Other Property NONE | | | | |
| --- | --- | --- | --- | --- |
| Oper. | 137 Charge ☐ Multiple Charges | 138 Summons No. | Oper. | 139 Charge ☐ Multiple Charges | 140 Summons No. |
| 141 Officer's Signature P/SGT. GREGG S. HACKBARTH | | 142 Badge No. 0043 | 143 Reviewed By | Badge No. | 144 Case Status ☐ Pending ☐ Complete |

| 83 | 84 | 85 | 86 | 87 | 88 | 89 | 90 | 91 | 92 | 93 | 94 | 95 | Names & Addresses of Occupants - If Deceased, Date & Time of Death |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| AXX | XX | XX | XX | XX | X | XX | XX | X | XX | XX | X | | XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX |
| BXX | XX | XX | XX | XX | X | XX | XX | X | XX | XX | - | XXXX | XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX |
| CXX | XX | XX | XX | XX | X | XX | XX | X | XX | XX | - | XXXX | XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX |
| DXX | XX | XX | XX | XX | X | XX | XX | X | XX | XX | - | XXXX | XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX |
| EXX | XX | XX | XX | XX | X | XX | XX | X | XX | XX | - | XXXX | XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX |

NJTR-1  (Rev. 7/2005)

000276

U.S. Department of Justice

United States Attorney
Southern District of New York

United States District Courthouse
300 Quarropas Street
White Plains, New York 10601

September 15, 2008

**BY FACSIMILE**

Michael Burke, Esq.
Burke, Miele & Golden
100 Washington Avenue
P.O. Box 397
Suffern, NY 10901

Re: <u>United States</u> v. <u>James Curley</u>,
   08 Cr. 404 (SCR)

Dear Counsel:

Pursuant to our continuing obligations under Rule 16(a) of the Federal Rules of Criminal Procedure, I am enclosing the following:

(1) September 4, 2008 Case Submission Report and BCI Examination Results for GPS tracking device with otter box (2 pages).

Very truly yours,

MICHAEL J. GARCIA
United States Attorney
Southern District of New York

By:
John P. Collins, Jr.
Assistant United States Attorney
(914) 993-1919

*Enclosures*

000277

**SHERIFF'S POLICE DIVISION**
**BUREAU OF CRIMINAL INVESTIGATION**
**COUNTY OF ROCKLAND**

**CASE SUBMISSION REPORT**

Dept. Case No. _06-37613_

B.C.I. Case No. _08-9924_

Department _Ramapo_                                   Date _9/4_ 20 _08_

Nature of Complaint or Name of Crime _Stalking_

Location of Occurrence _Emerson NJ_

Date of Occurrence _8/06 — 9/06_

Name of Complainant _United States v. James Curley_

Address

Name of **DEFENDANT DECEASED VICTIM** _James P. Curley_ Age _44_

Address _14 Madison Hill Rd_

Brief Description of Events _ex police officer indicted in SDNY_
_White Plains for stalking wife + VOP_

List Items Submitted _A GPS tracking device with_
_A otter box_

What Examination is desired _* Fingerprint Check for the def._
_Note: multiple employees of a tow company_
_And possibly two Emerson Police Officers handled_
List Reports Attached _device_

Submitted by _P/Sgt John Lynch_

Received at B.C.I. by _____ Date _9/4/08_ Time _2140_

*Note: Forward report in duplicate. One copy will be receipted and returned*

000278




# County of Rockland
## OFFICE OF THE SHERIFF
### BUREAU OF CRIMINAL INVESTIGATION

**JAMES F. KRALIK**
SHERIFF

**55 NEW HEMPSTEAD ROAD**
**NEW CITY, NEW YORK 10956**

**HARRY A. STEWART**
CHIEF OF PATROL

**THOMAS J. GUTHRIE**
UNDERSHERIFF

**Telephone: (845) 638-5440**
**Fax: (845) 638-5434**

**WILLIAM BARBERA**
DETECTIVE LIEUTENANT

DATE: __09/04/08__  B.C.I. CASE NO. __08-9924__  DEPARTMENT CASE NO. __06-37613__

TO: __DET. LT. WEIDEL, RAMAPO POLICE__

REF: __STALKING/ JAMES CURLEY__

REQUESTED BY: __DET. SGT. LYNCH__   DATE: __09/04/08__

**ITEMS SUBMITTED:**

**RESULTS OF EXAMINATION:**
1. X   NO LATENTS OF VALUE
2.    ( ) LATENT PRINT'S ( ) LATENT PALM PRINT OBTAINED AND UNIDENTIFIED
3.    PENDING ELIMINATION PRINTS/PALMS, OR NAMES OF SUSPECTS
4.    LATENT PRINT (S) ENTERED INTO S.A.F.I.S.
5.    LATENT PRINT (S) PLACED IN THE UNIDENTIFIED LATENT FILE
6.    LATENT PRINT (S) IDENTIFIED AS BEING IDENTICAL TO:

**REMARKS:**

EXAMINER   **DET. DEAN GOLEMIS**      VERIFIED BY _____

\*Should you desire the assistance of one of our Detectives in any pretrial or trial action in this case, we should be notified in ample time to permit the necessary arrangements.

cc: District Attorneys Office ( )

Harry A. Stewart
Chief of Patrol

**000279**