

U.S. Department of Justice

United States Attorney
Southern District of New York

---

United States District Courthouse
300 Quarropas Street
White Plains, New York 10601

October 30, 2008

**BY FACSIMILE**

Michael Burke, Esq.
Burke, Miele & Golden
100 Washington Avenue
P.O. Box 397
Suffern, NY 10901

      Re:    **United States v. James Curley**,
             S1 08 Cr. 404 (SCR)

Dear Mr. Burke:

      I write to follow up on our discovery discussions from earlier this week. Regarding the photograph that was produced on May 16, 2008, as explained in our May 16, 2008 letter the owner of Rich's Automotive Specialists, LLC identified the individual in that photograph as the individual who told the owner, on October 9, 2006, that his name was "Jim Harris." Detective George Buono of the Emerson Police Department showed the photograph to the owner on November 1, 2006.

      With respect to the statements on the Marshal's Intake Form, I have learned that the alias "Jim Harris," which is listed on the form, was not provided by Mr. Curley. Thus, we would not seek to introduce that statement at trial.

      Let me know if you have questions.

                              Very truly yours,

                              MICHAEL J. GARCIA
                              United States Attorney
                              Southern District of New York

                              By: _Kathryn M. Martin_
                              Kathryn M. Martin
                              Assistant United States Attorney
                              (914) 993-1963